# EXHIBIT A

Electronically FILED by Superior Court of California, County of Los Angeles on 09/10/2021 11:24 AM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Clifton,Deputy Clerk
Case 2:21-cv-08314-AB-GJS   Document 1-1   Filed 10/20/21   Page 2 of 338   Page ID #:7
Assigned for all purposes to: Stanley Mosk Courthouse, Judicial Officer: Timothy Dillon

BOREN, OSHER & LUFTMAN, LLP
Jeremy J. Osher (SBN 192109)
josher@bollaw.com
222 North Pacific Coast Highway, Suite 2222
El Segundo, CA 90245
Telephone: (310) 322-2021
Facsimile: (310) 322-2228

Attorneys for Plaintiffs
CREATIVE ARTISTS AGENCY, LLC and
CAA HOLDINGS, LLC

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES—CENTRAL DISTRICT

## UNLIMITED CIVIL JURISDICTION

| | |
|---|---|
| CREATIVE ARTISTS AGENCY, LLC, a Delaware limited liability company; and CAA HOLDINGS, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> AFFILIATED FM INUSRANCE COMPANY, a Rhode Island limited liability company; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: 21STCV33426 <br><br> **COMPLAINT FOR DAMAGES:** <br><br> **1. BREACH OF WRITTEN CONTRACT;** <br><br> **2. TORTIOUS BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING; AND** <br><br> **3. DECLARATORY RELIEF** <br><br> **DEMAND FOR JURY TRIAL** |

COMES NOW Plaintiffs CREATIVE ARTISTS AGENY, LLC and CAA HOLDINGS, LLC, and complain and allege as against Defendants AFFILIATED FM INSURANCE COMPANY and DOES 1 through 10, and each of them, as follows:

**NATURE OF ACTION**

1.      This action arises from Defendant Affiliated FM Insurance Company's ("AFM") bad-faith refusal to pay Plaintiffs Creative Artist Agency, LLC and CAA Holdings, LLC's (collectively, "CAA") claims under broad "all-risk" policies of insurance that CAA purchased from AFM (the "AFM Policies") to cover precisely the types of losses that CAA has sustained as a result of the SARS-CoV-2 pandemic. CAA was assured that it had protection because it had purchased high-level insurance from AFM to protect itself from an unprecedented and unanticipated catastrophe like the COVID-19 pandemic.

2.      Unlike many insurance policies, and despite the fact that AFM was on notice of the risk of a pandemic resulting from a virus such as SARS-CoV-2, the AFM Policies do not contain a conspicuous, plain, and clear exclusion for loss due to virus or bacteria. Instead, the plain language of the AFM Policies is clear that they provide broad "all-risk" coverage for CAA, including for its real and personal property and economic losses, resulting from "direct physical loss or damage to property". AFM could have included a virus exclusion but made the decision not to include such an exclusion. Indeed, the insurance industry had created a standard-form "**Exclusion Of Loss Due To Virus Or Bacteria**" in 2006 to limit insurance for such losses, but in selling the AFM Policies to CAA, AFM chose not to include any such exclusion.

3.      Based on available scientific data, SARS-CoV-2 spreads largely through "community transmission" and often by people who are asymptomatic. SARS-CoV-2 physically alters the air in which it is found and the surfaces of property on which it lands. CAA is informed and believes, and thereon alleges, that SARS-CoV-2 was present at various times during the relevant AFM policy periods on and in its insured properties and the premises of others in CAA's "supply chain", and/or that would have been present had it not been for the closures of the properties to prevent the further spread of SARS-CoV-2 and thereby present threatened property damage covered under the policies issued by AFM.

4.     Due to the pandemic, and resulting civil authority orders, CAA's operations were significantly disrupted. Not only were CAA's operations disrupted, but the use and functionality of its premises, and the premises of others within CAA's "supply chain", were substantially impaired due to SARS-CoV-2, COVID-19, subsequent actions and orders of state and local authorities, and CAA's need to mitigate its losses and damages. By complying with the closures orders, CAA did in fact prevent further covered property damage, such that its losses are properly characterized as necessarily mitigation expenses, the recoverability of which is recognized under common law and the provisions of the policies issued by AFM.

5.     As a result of the disruption of CAA's operations and the impairment of use and functionality of its premises and the premises of others in its supply chain, CAA has suffered, and continues to suffer, substantial financial losses, including lost profits, lost revenue, and lost business opportunities. CAA also has suffered losses as a result of canceled live events, including sporting events and concerts, as well as cancelled television and motion picture productions.

6.     Based on the plain language of the AFM Policies, CAA reasonably believed it would be covered for unprecedented and unanticipated losses, including losses associated with the interruption of its business operations from the spread of SARS-CoV-2 and COVID-19 and the related government closure orders. After paying substantial premiums to AFM, CAA believed that AFM would make good on the promise stated on its website that "with AFM, you file a claim with the confidence you'll receive fair and equitable settlements, prompt on-site loss guidance and rapid back-to-business strategies".

7.     Instead of honoring its promise, AFM wrongfully has taken the position that the only coverage potentially available under the AFM Policies for CAA's pandemic-related property and business interruption losses is found in the policies' "Communicable Disease coverages", both of which are subject to aggregate sub-limits of $100,000, which only covers a small fraction of the losses CAA has sustained as a result of the pandemic and which is actually less than the premium paid by CAA during each of the policy periods at issue in this action.

8.     AFM further has wrongfully taken the position that CAA has not sustained "direct physical loss or damage to property", such that there is no coverage for any of its business interruption losses under another policy provision. Notably, the Communicable Disease coverages are found in

sections of the AFM Policies providing for "additional coverages" and "coverage extensions," but AFM is using these purported additions and extensions to severely limit coverage and to deprive CAA of the benefits that it believed it was purchasing when it chose to obtain coverage from AFM.

9.      AFM's coverage positions are taken in bad faith. In selling the broad "all-risk" AFM Policies to CAA, AFM promised to insure losses attributable to "direct physical loss or damage" unless an exclusion plainly, conspicuously, and clearly applies to bar coverage. AFM knew—and for decades has known—that the phrase "direct physical loss or damage", which is not defined in the AFM Policies, includes damage or loss caused by the presence of a hazardous substance in the airspace inside a building or on property and losses that result when the use or function of property is substantially impacted, even if the property has not been physically altered. AFM's position that physical alteration is required is not supported by decades of California jurisprudence. At a bare minimum (which CAA does not concede), the language is ambiguous and subject to more than one reasonable interpretation, such that the language should be construed against AFM—the drafter of the AFM Policies—and in favor of coverage.

10.     Not only is AFM advancing arguments that are not supported by the language of the AFM Policies and California law, but it recently was disclosed in court filings and in the press that in response to the claims that have been asserted in the wake of the pandemic, AFM had issued a "talking points" memorandum to its claim personnel titled "**Talking Points on the 2019 Novel Coronavirus**", instructing them on how to limit and/or deny coverage for losses resulting from the COVID-19 pandemic. The "talking points" memo contains blanket instructions to steer coverage to provisions governing "Communicable Diseases"—which are subject to small sub-limits—and to deny coverage under other coverage parts without conducting a claims investigation. AFM's claims handling department also was instructed to point to a "contamination" exclusion in its policies, which it seeks to utilize effectively as a hidden virus exclusion, in a situation where AFM could have used a clear, conspicuous, and industry-standard virus exclusion. AFM's handling of CAA's claim was entirely consistent with the playbook outlined in the "talking points" memo.

11.     By this action, CAA seeks to compel AFM to provide the coverage that it promised to provide when it sold the AFM Policies to CAA. CAA seeks damages for AFM's breach of contract and

for its bad faith conduct, and further seeks a declaration from this Court that the AFM Policies cover all of the real and personal property and economic losses sustained by CAA as a result of the pandemic.

## THE PARTIES

12.     Plaintiff Creative Artists Agency, LLC is, and at all times material herein was, a Delaware limited liability company with its principal place of business in the County of Los Angeles, State of California. Creative Artist Agency, LLC is one of the world's leading entertainment and sports talent agencies and represents many of the most successful and innovative professionals working in sports, film, television, music, video games, theatre, and digital content.

13.     Plaintiff CAA Holdings, LLC is, and at all times material herein was, a Delaware limited liability company with its principal place of business in the County of Los Angeles, State of California. CAA Holdings, LLC is the parent company of Creative Artist Agency, LLC.

14.     For ease of reference, Plaintiffs Creative Artists Agency, LLC and CAA Holdings, LLC, both of which are named insureds under the policies at issue in this action, will collectively be referred to herein as "CAA".

15.     CAA is informed and believes, and thereon alleges, that Defendant Affiliated FM Insurance Company (hereafter, "AFM") is, and at all times material herein was, incorporated under the laws of the State of Rhode Island and has its principal place of business in Johnston, Rhode Island.  CAA is further informed and believes, and thereon alleges, that at all times material herein, AFM was licensed to transact, and did transact, business in the County of Los Angeles, State of California.

16.     The true names and/or capacities, whether individual, corporate, associate, or otherwise of Defendant DOES 1 through 10, inclusive are unknown to CAA at this time who therefore sues said Defendants by such fictitious names. CAA is informed and believes, and based thereon alleges, that each of the Defendants fictitiously named herein as a DOE is legally responsible, willfully, negligently, recklessly, or in some other actionable manner, for the events and happenings hereinafter referred to, and thereby proximately caused the injuries and damages to CAA as hereinafter alleged. CAA will seek leave of Court to amend this Complaint once the true names and capacities of these fictitiously designated Defendants have been ascertained.

17.   CAA is informed and believes, and thereon alleges, that each of the Defendants herein named, however designated, whether by real or fictitious name, was and is in some manner responsible for the events, happenings, occurrences, and instrumentalities upon and about which complaint is hereinafter made.

## AFM'S PROMISES TO THE PUBLIC

18.   AFM makes various representations to the public on its website regarding its insurance products and business practices. Specifically, AFM touts the following "Client Benefits":

> AFM draws on the full strength of the FM Global Group. We offer a broad network of risk management resources enjoyed by many of the world's top companies—fine-tuned for the middle market. We also believe in strict adherence to the real promise of insurance—getting businesses back to work as quickly as possible. That's why we are recognized across the industry, as second to none in paying claims promptly, fairly and professionally.

19.   AFM also represents on its website that, "We takes claims handling seriously" and "strive to be the best in the business".[1] More specifically, AFM states

> When an event occurs, we are dedicated to getting businesses back to work as quickly and efficiently as possible. We have a highly responsive and empowered claims staff ready to work hard for business and ensure fast and reliable claims resolutions.

> Our claims handling process is streamlined for the middle market. This allows for a nimbleness you won't find in other commercial insurance companies. With AFM, you can file a claim with the confidence you'll receive fair and equitable settlements, prompt on-site loss guidance and rapid back-to-business strategies.[2]

20.   Despite these commitments, and as alleged herein, AFM did not treat CAA fairly and did not pay CAA's claims "promptly, fairly and professionally".

## AFM'S KNOWLEDGE OF PANDEMIC RISKS

21.   CAA is informed and believes, and on that basis alleges, that insurers such as AFM repeatedly were warned over the years of the risk and potential impact of global pandemics, and that many courts throughout the country, including in California, have held that the presence of a hazardous

---

[1] https://www.affiliatedfm.com/claims-handling/overview.

[2] *Id.*

substance in property, including the airspace inside buildings, constitutes property damage and that there may be "direct physical loss" to property even in the absence of structural damage.

22.     As a result of these risks, and shortly after the outbreak of SARS in 2003, the insurance industry's drafting organization, the Insurance Services Office ("ISO"), drafted an exclusion applicable to losses from viruses and bacteria. Specifically, on July 6, 2006, ISO prepared a draft standard exclusion of loss due to viruses and bacteria.[3] ISO noted in the circular accompanying the draft that examples of "viral and bacterial contaminants are rotavirus, [and] influenza" and that "the universe of disease-causing organisms is always in evolution".[4] ISO recognized that viruses could cause property damage:

> Disease-causing agents may render a product impure (change in quality or substance), or enable the spread of disease by their presence on interior building surfaces or the surfaces of personal property. When disease-causing viral or bacterial contamination occurs, potential claims involve the cost of replacement of property …, cost of decontamination (for example, interior building surfaces), and business interruption (time element) losses.[5]

23.     ISO warned that "the specter of pandemic or hitherto unorthodox transmission of infectious material raises the concern that insurers employing [property] policies may face claims in which there are efforts to expand coverage and to create sources of recovery for such losses, contrary to policy intent."[6]

24.     For these reasons, ISO introduced a standard-form exclusion that is entitled "**Exclusion Of Loss Due To Virus Or Bacteria**" (form CP 01 40 07 06 and, in certain jurisdictions, form CP 01 75 07 06).

25.     Despite its awareness of the massive losses that its insureds, including CAA, could face from a virus-related pandemic, AFM decided to sell the AFM Policies without incorporating the 2006 standard-form "**Exclusion Of Loss Due To Virus Or Bacteria**" or a clear, plain, and conspicuous

---

[3] *See* ISO Circular, "New Endorsements Filed to Address Exclusion of Loss Due to Virus or Bacteria," (July 6, 2006), https://www.propertyinsurancecoveragelaw.com/files/2020/03/ISO-Circular-LI-CF-2006-175-Virus.pdf.

[4] ISO Circular, "New endorsements Filed to Address Exclusion fo Loss Due to Virus or Bacteria" (July 6, 2006), https://www.propertyinsurancecoveragelaw.com/2020/03/ISO-Circular-LI-CF-2006-175-Virus.pdf.

[5] *Id.*

[6] *Id.*

communicable disease or pandemic exclusion. AFM knew that it would be liable for the unprecedented and unanticipated pandemic-related losses resulting from a virus like SARS-CoV-2 without including such an express exclusion.

### THE COVID-19 PANDEMIC

26.     COVID-19 is a disease caused by a virus known as SARS-CoV-2 and its variants. In early 2020, COVID-19 began its spread throughout the world. On January 31, 2020, the World Health Organization ("WHO") declared a health emergency. Shortly thereafter, on February 3, 2020, the United States also declared COVID-19 a health emergency. By March 2020, COVID-19 was a global pandemic.

27.     SARS-CoV-2 can be transmitted in several ways, including via human-to-human contact, airborne viral particles in ambient air, and touching surfaces or objects. When an uninfected person touches a surface containing SARS-CoV-2, he or she may become the vector to transmit the virus from that surface to another person.

28.     According to the WHO, the incubation period for COVID-19, *i.e.*, the time between exposure to the coronavirus and symptom onset—can be up to 14 days. Some studies suggest that the period may be up to 21 days. Before infected individuals exhibit symptoms, *i.e.*, the so-called "pre-symptomatic" period, they are highly contagious, as their viral loads will likely be very high.

29.     One way SARS-CoV-2 spreads is in the air. When an infected person breathes, speaks, coughs, or sneezes, thousands of droplets carrying SARS-CoV-2 physically permeate the air around the person. Once airborne, many virus particles quickly fall and settle on surfaces and objects, where they transfer to other people who touch those surfaces. Many SARS-CoV-2 particles also remain airborne for a time sufficient to travel a considerable distance, filling indoor and outdoor spaces, and attaching to, and spreading through heating, ventilation, and air conditioning systems.

30.     After landing on objects and surfaces, SARS-CoV-2 can remain present and dangerous for periods ranging from an hour to many days. Exhaled aerosolized droplets can travel significant distances and stay in the air for hours until they fall and settle on objects' surfaces.

31.     The CDC has noted that "[r]espiratory droplets can land on hands, objects or surfaces around the [infected] person when they cough or talk, and people can then become infected with

COVID-19 from touching hands, objects or surfaces with droplets and then touching their eyes, nose, or mouth."[7] This process, *i.e.*, transmission via objects and surfaces, is known as "fomite transmission".

32.     SARS-CoV-2 causes physical damage and physical property loss by physically permeating, attaching to, binding to, corrupting, destroying, distorting, and altering property, and by rendering it unusable, unfit for its intended function, dangerous, and/or unsafe. Specifically, when individuals carrying SARS-CoV-2 breathe, talk, sneeze, or yell, they expel aerosolized droplet nuclei that remain airborne and make the premises unsafe. This process alters the physical composition of air in and around buildings, rendering it dangerous to breathe. Like smoke, the presence of SARS-CoV-2 alters the air and airspace in which it is found and the property on which it lands. This physical change constitutes "physical loss and damage".

33.     When respiratory droplets expelled from infected individuals land on and adhere to surface and objects, they physically change the property by becoming a part of its surface. This physical alteration makes physical contact with those previously safe, inert surfaces unsafe. When SARS-CoV-2 attaches or binds to surfaces and objects, it converts those surfaces and objects to active fomites, which constitutes physical loss and damage.

34.     The presence of SARS-CoV-2 on property causes physical loss and physical damage by requiring remedial measures to reduce or eliminate the presence of SARS-CoV-2, including extensive cleaning and disinfecting; installing, modifying, or replacing air filtration systems; remodeling and reconfiguring physical spaces; and other measures. But even frequent cleaning and new and expensive cleaning measures cannot completely eliminate the viral presence once SARS-CoV-2 adheres to property.

## CIVIL AUTHORITY ORDERS

35.     In March 2020, civil authorities throughout the United States, the United Kingdom, and elsewhere began issuing "stay at home" and "shelter in place" quarantine orders and requiring the

---

[7] COVID-19 Overview and Infection  Prevention and Control Priorities in non-US Healthcare Settings (Feb. 26, 2021), https://www.cdc.gov/coronavirus/2019-ncov/hcp/non-us-settings/overview/index.html#:~:text=Respiratory%20droplets%20can%20land%20on,eyes%2C%20nose%2C%20or%20mouth.

suspension of nonessential business operations and the closure of businesses (collectively, the "Civil Authority Orders"). The Civil Authority Orders were issued due to the highly contagious nature of SARS-CoV-2 and the ways in which SARS-CoV-2 physically alters tangible property, including air, airspace, furniture, surfaces, and other personal property in and around buildings.

36.     Only by issuing these Civil Authority Orders could the spread of SARS-CoV-2 in the areas impacted by the orders be abated. Closures were deemed necessary by health agencies and most businesses, including CAA and others in its supply chain, to curb the spread of SARS-CoV-2. The Civil Authority Orders limited and disrupted the use and operations of CAA's insured locations and the premises upon which it relies. This meant that CAA (and many other businesses in CAA's supply chain) could not use their insured locations and properties for their intended purpose and/or their use of such locations and properties significantly was disrupted.

### California Civil Authority Orders

37.     On March 11, 2020, California Governor Gavin Newsom issued guidance that "gatherings with 250 people or more should be rescheduled or canceled."

38.     On March 12, 2020, Governor Newsom issued Executive Order N-25-20, ordering that: "All residents are to heed any orders and guidance of state and local public health officials, including but not limited to the imposition of social distancing measures, to control the spread of COVID-19."[8]

39.     On March 15, 2020, Los Angeles Mayor Eric Garcetti issued a public order prohibiting all dining in restaurants, prohibiting other large gatherings, and discouraging religious gatherings.[9]

40.     On March 16, 2020, the County of Los Angeles Department of Public Health issued an order prohibiting gatherings exceeding 50 people.[10]

---

[8] Executive Order Further Enhancing State and Local Government's Ability to Respond to COVID-19 Pandemic, 2019 CA EO 25-20 (Mar. 12, 2020), https://www.gov.ca.gov/wpcontent/uploads/2020/03/3.12.20-EO-N-25-20-COVID-19.pdf.

[9] Public Order Under City of Los Angeles Emergency Authority, New City Measures to Address COVID-19 (Mar. 15, 2020), https://www.lamayor.org/sites/g/files/wph1781/files/article/files/Mayor%20Garcetti%20Emergency%20Order%20-%20March%2015%202020.pdf.

[10] Los Angeles County Department of Public Health Temporary Prohibition of Group Events and Gatherings, Required Social Distancing Measures, and Closure of Certain Businesses (Mar. 16, 2020),

41.     On March 19, 2020, the State of California issued an Order of the State Public Health Officer, which required all individuals living in the state to stay at home or at their place of residence "except as needed to maintain continuity of operations of the federal critical infrastructure sectors."[11] On that same date, California Governor Newsom issued Executive Order N-33-20,[12] expressly requiring California residents to follow the March 19, 2020, Order of the State Public Health Officer. Executive Order N-33-20 restricted all non-essential travel and most activities outside the home.

42.     On March 19, 2020, the County of Los Angeles amended its prior order and mandated the closure of all businesses operating in the County, subject to certain exceptions for "essential" businesses and business activities.[13]

43.     Also on March 19, 2020, Mayor Garcetti issued a Public Order Under City of Los Angeles Emergency Authority with the subject "Safer at Home." Mayor Garcetti's Order stated that "all persons living within the City of Los Angeles are hereby ordered to remain in their homes" and "all businesses within the City of Los Angeles are ordered to cease operations that require in-person attendance by workers at a workplace … ."[14]

44.     On March 21, 2020, the County of Los Angeles Department of Public Health amended and superseded its March 16 and 19, 2020, Orders to "comply with Executive Order N-33-20 issued by Governor Newsom."[15] This March 21 Order "specifically requires all businesses to cease in-person operations and close to the public, unless the business is defined as an Essential Business by this Order."

---

http://www.publichealth.lacounty.gov/phcommon/public/media/mediapubhpdetail.cfm?prid=2269.

[11] Order of the State Public Health Officer (Mar. 19, 2020), https://www.cdph.ca.gov/Programs/CID/DCDC/CDPH%20Document%20Library/COVID-19/Health%20Order%203.19.2020.pdf.

[12] Stay at Home Order, 2019 CA EO33-20 (Mar. 19, 2020), https://covid19.ca.gov/img/Executive-Order-N-33-20.pdf.

[13] County of Los Angeles Public Health, Safer at Home Order for Control of COVID-19 (Mar. 19, 2020) http://file.lacounty.gov/SDSInter/lac/1070029_COVID-19_SaferAtHome_HealthOfficer_20200319_Signed.pdf.

[14] Public Order Under City of Los Angeles Emergency Authority, Safer At Home (Mar. 19, 2020), https://www.lamayor.org/sites/g/files/wph446/f/page/file/20200527%20Mayor%20Public%20Order%20SAFER%20AT%20HOME%20ORDER%202020.03.19%20%28REV%202020.05.27%29.pdf.

[15] Safer at Home Order for Control of COVID-19, County of Los Angeles Department of Public Health, Order of the Health Officer (Mar. 21, 2020), https://www.westcovina.org/home/showdocument?id=18058.

45.     On April 1, 2020, Mayor Garcetti further revised his March 19, 2020 Order.[16] Mayor Garcetti reiterated that all Los Angeles residents were required to stay home and mandated the continued closure of non-essential in-person businesses. The April 1, 2020 Order explicitly recognized that the SARS-CoV-2 virus can spread easily from person to person and "it is physically causing property loss or damage due to its tendency to attach to surfaces for prolonged periods of time."[17]

### New York Civil Authority Orders

46.     Similarly, in New York, Governor Andrew Cuomo issued Executive Order No. 202 on March 7, 2020, declaring a disaster emergency in the state.[18] Five days later, Governor Cuomo issued Executive Order 202.1, which required large gatherings and events to be cancelled or postponed if they anticipated attendance in excess of 500 people.[19] This number was decreased to 50 people by Executive Order No. 202.3, issued on March 16, 2020.[20]

47.     On March 16, 2020, New York City Mayor Bill de Blasio issued Emergency Executive Order NO. 100, in which he declared that "the virus physically is causing property loss and damage." Mayor de Blasio directed "all entertainment venues, including those with seating capacity below 500, are hereby closed effective Monday, March 16, 2020 at 8:00 PM."[21]

---

[16] Public Order Under City of Los Angeles Emergency Authority, Safer At Home (Mar. 19, 2020) (Revised Apr. 1, 2020), https://www.lamayor.org/sites/g/files/wph446/f/page/file/SAFER%20AT%20HOME%20ORDER%202020.03.19%20%28REV%202020.04.01%29.pdf.

[17] *Id.*

[18] Executive Order No. 202: Declaring a Disaster Emergency in the State of New York, 9 NYCRR 8.202 (Mar. 7, 2020), https://www.governor.ny.gov/news/no-202-declaring-disaster-emergency-state-new-york.

[19] Executive Order No. 202.1: Continuing Temporary Suspension and Modification of Laws Relating to the Disaster Emergency, 9 NYCRR 8.202.1 (Mar. 12, 2020), https://www.governor.ny.gov/news/no-2021-continuing-temporary-suspension-and-modification-laws-relating-disaster-emergency.

[20] Executive Order No. 202.3: Continuing Temporary Suspension and Modification of Laws Relating to the Disaster Emergency, 9 NYCRR 8.202.3 (Mar. 16, 2020), https://www.governor.ny.gov/news/no-2023-continuing-temporary-suspension-and-modification-laws-relating-disaster-emergency.

[21] Emergency Executive Order NO. 100 (Mar. 16, 2020), https://www.nyc.gov/assets/home/downloads/pdf/executive-orders/2020/eeo-100.pdf.

48.     States, municipalities, and other civil authorities issued similar orders across the United States, including in states in which CAA's insured locations are located. In relevant part, the Civil Authority Orders required citizens to stay at home, prohibited large gatherings, mandating the continued closure of all non-essential in-person businesses, and restricted the operation of certain business types, including those operated by CAA and by others in CAA's "supply chain".

### United Kingdom Civil Authority Orders

49.     In addition to the domestic Civil Authority Orders identified above, the Government of the United Kingdom introduced a number of Civil Authority Orders beginning in March 2020 to combat the spread of SARS-CoV-2 and COVID-19.

50.     On March 20, 2020, Prime Minister Boris Johnson issued a statement that across the United Kingdom, cafes, pubs, bars, and restaurants were being told to close as soon as they reasonably could and not open the following day.[22] He added that: "We're also telling nightclubs, theatres, cinemas, gyms and leisure centers to close on the same timescale. Now, these are places where people come together, and indeed the whole purpose of these businesses is to bring people together but the sad thing is that today for now, at least physically, we need to keep people apart."[23]

51.     On March 21, 2020, the Secretary of State for Health and Social Care issued the Health Protection (Coronavirus, Business Closure) (England) Regulations 2020 (SI 2020/327) (the "March 21 Regulations"), which provided for the closure of businesses set out in a Schedule to the March 21 Regulations and which made any violation a criminal offense, punishable on summary conviction by a fine.[24]

52.     On March 26, 2020, the Secretary of State for Health and Social Care issued the Health Protection (Coronavirus, Restrictions) (England) Regulations 2020 (SI 2020/350). The March 26 Regulations replaced the March 21, Regulations with new rules and far more extensive restrictions on

---

[22] Judgment in *Financial Conduct Authority v. Arch Insurance (UK) Ltd et al.*, [2021] UKSC 1, on appeal from [2020] EWHC2448 (Comm), www.supremecourt.uk/cases/docs/uksc-2020-0177-judgment.pdf (summarizing regulations issued in the United Kingdom to prevent the spread of SARS-CoV-2 and COVID-19).

[23] *Id.*

[24] *Id.*

individuals and businesses. The March 26 Regulations also added numerous additional businesses to the list of closures.[25] The above-referenced domestic and international Civil Authority Orders continue to limit, restrict, and prohibit partial or total access to CAA's insured properties and the premises upon which it relies, including the premises of others in its supply chain, as a result of direct physical damage of the type insured by the AFM Policies. The Civil Authority Orders prohibited access to venues and locations hosting live events, all of which CAA depends on to deliver and/or accept services.

53.     Because SARS-CoV-2 causes a distinct, demonstrable, physical alteration to air, airspace, and other property, it constitutes "direct physical loss or damage" to property as that phrase is used in the AFM Policies. Additionally, the presence or potential presence of SARS-CoV-2 at, on, and in insured property prevents or impairs the use of the property, thus constituting "direct physical loss" to property, even if it did not constitute "damage" to property as that term is used in the AFM Policies.

## THE AFM POLICIES

54.     AFM issued CAA a proVision® 4100 property insurance policy for the period February 15, 2019 to February 15, 2020 (policy no. SS603) and a renewal policy for the period February 15, 2020 to February 15, 2021 (policy no. SS980) (collectively, the "AFM Policies"). True and correct copies of the AFM Policies are attached hereto as **Exhibits "1"** and **"2"**, respectively, and incorporated herein by reference.

55.     The AFM Policies cover a number of locations throughout the United States and in the United Kingdom as set forth in Location Schedules I and II, which are attached to the AFM Policies' Declarations.

56.     Before selling the AFM Policies to CAA, AFM engaged in, or had a reasonable opportunity to engage in, extensive underwriting investigation, and to become familiar and knowledgeable regarding the nature and scope of CAA's business and the nature of the risks that it was insuring against.

57.     In connection with the issuance of the AFM Policies, AFM represented to CAA that its proVision® 4100 "is easy to read and navigate, while providing you with broad coverage". AFM also

---

[25] *Id.*

represented that its "engineering services, combined with the comprehensive coverage of [its] proVision® 4100, will give you peace of mind and allow you to focus on what matters most—making your business thrive."

58.     With regard to the proVision® policy, AFM represents on its website that, "The business interruption coverage of our proVision® policy expands to cover your business's entire supply chain." Similarly, with respect to "supply chain" coverage in the proVision® policy, AFM specifically states on its website that

> Any kink in your supply chain can mean a major disruption for your business. Our proVision® policy includes coverage for your business's entire supply chain. This applies to both direct and indirect suppliers, and customers. And it includes loss of commissions, profits and royalties.[26]

59.     The AFM Policies are comprised of a number of forms and endorsements that define the scope of coverage. Like most commercial property insurance policies, the AFM Policies insure not only against physical loss or damage to covered property, but also for resulting economic and financial losses, *e.g.*, business interruption losses. Coverage for these resulting economic and financial losses is set forth in the AFM Policies' Business Interruption and Business Interruption Coverage Extensions provisions.

60.     The AFM Policies "cover property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as described in this Policy". This is what is known as "all-risk" property insurance, that is, a policy that is meant to protect the insured against all risks of property loss (real or personal), whether known or unknown, except for those risks not plainly, conspicuously, clearly, and expressly excluded.

61.     By design, an "all-risk" policy is intended to be broader and provide more coverage than an "enumerated perils" property insurance policy that only provides coverage for certain, specified causes of loss. In effect, and as intended, an "all-risk" property insurance policy places the risk of loss for unprecedented and unanticipated losses squarely on the insurance company.

---

[26] http://affiliatedfm.com/property-coverage/provision-policy/supply-chain.

62.     The AFM Policies provide coverage for "Real Property in which the Insured has an insurable interest" and broadly cover "Personal Property," including property owned by CAA and CAA's "improvements and betterments in their leased premises."

63.     The AFM Policies also include "Additional Coverages" for property damage including "Communicable Disease—Property Damage" coverage, which provides coverage for "cleanup, removal and disposal" in the event of the actual presence of a communicable disease in the covered property and access to said property is "limited, restricted or prohibited by" a government order. "Communicable disease" is defined in the AFM Policies as "disease which is: 1. Transmissible from human to human by direct or indirect contact with an affected individual or the individual's discharges".

64.     In addition to covering CAA's real and personal property, the AFM Policies provide coverage for "Business Interruption loss, as provided in the Business Interruption Coverage section, as a direct loss of physical loss or damage of the type insured". Importantly, AFM did not define the term "direct physical loss or damage", although it certainly could have done so prior to issuance of the AFM Policies to CAA. That said, the terms "loss" and "damage" have separate and distinct legal meanings and usage, with "loss" tending to include loss of use, loss of functionality for its intended purpose, and/or loss of value, and the term "damage" tending to require some form of physical alteration. Taken together, the undefined term "directly physical loss or damage" reasonably encompasses the losses that CAA has sustained as a result of the pandemic.

65.     The AFM Policies enumerate sixteen (16) different "Business Interruption Coverage Extensions", which CAA reasonably understood would "extend"—not limit or cap—the coverage available to it in the event of economic and financial losses resulting from an unanticipated and unprecedented catastrophe, such as a global pandemic. A number of these "Business Interruption Coverage Extensions" are applicable to the losses that CAA has sustained as a result of COVID-19, SARS-CoV-2, the Civil Authority Orders, and the mitigation measures implemented by CAA.

## MULTIPLE COVERAGES UNDER THE AFM POLICIES

## HAVE BEEN TRIGGERED

### *Communicable Disease—Property Damage Coverage*

66.     The "actual presence" of COVID-19 at CAA's insured locations has caused physical damage to property at these locations resulting in the issuance of "an order by an authorized governmental agency regulating or as a result of such presence of communicable disease", thereby triggering coverage under the AFM Policies' Communicable Disease—Property Damage coverage. The AFM Policies cover "the reasonable and necessary costs incurred by the Insured" for the "[c]leanup, removal and disposal of such presence of communicable disease".

### *Protection and Preservation of Property—Property Damage Coverage*

67.     The AFM Policies afford coverage for "the reasonable and necessary costs incurred for" "[a]ctions to temporarily protect or preserve insured property; provided such actions are necessary due to actual, or to prevent immediately impending, insured physical loss or damage to such insured property." COVID-19 and SARS-CoV-2 have caused and continue to cause direct physical loss and damage to insured property. COVID-19 and SARS-CoV-2 also have threatened and continue to threaten to cause physical loss and damage. As a result of this actual and threatened physical loss and damage to insured property, CAA has been required to take action to temporarily protect or preserve its property and to mitigate its losses, thereby triggering the AFM Policies' Protection and Preservation of Property—Property Damage coverage.

### *Business Interruption Coverage*

68.     The AFM Policies afford coverage for CAA's business interruption losses, subject to the said policies' terms and conditions. COVID-19, SARS-CoV-2, and the Civil Authority Orders have caused CAA to suffer business interruption loss as a result of direct physical loss and damage of the type insured under the AFM Policies. This loss triggers coverage under the AFM Policies' Business Interruption Provisions including, without limitation, coverage for up to 365 days of Gross Earnings loss, Gross Profits loss, and Rental Income loss as a result of canceled live events, including sporting events and concerts, as well as cancelled television and motion picture productions.

*Extra Expense Coverage Extension*

69.     The AFM Policies afford coverage for "the reasonable and necessary extra expense incurred by the Insured" to "a) Temporarily continue as close to normal the conduct of the Insured's business; and b) Temporarily use the property or facilities of the Insured or others."

70.     COVID-19, SARS-CoV-2, and the Civil Authority Orders have caused CAA to incur reasonable and necessary expenses to continue "as close to normal the conduct of [CAA's] business." Such expenses are beyond those that would normally have been incurred in conducting the business absent the presence of COVID-19 and SARS-CoV-2. The expenses incurred by CAA beyond those necessary in the normal operation of its business solely as a result of the physical loss and damage caused by COVID-19, SARS-CoV-2, and the Civil Authority Orders trigger coverage under the AFM Policies' Extra Expense coverage extension for losses resulting from canceled live events, including sporting events and concerts, as well as cancelled television and motion picture productions.

*Civil Authority Coverage Extension*

71.     The AFM Policies afford coverage for "the Business Interruption Coverage loss incurred by the Insured during the Period of Liability if an order of civil or military authority prohibits access to a location provided such order is the direct result of physical damage of the type insured at a location or within five (5) statute miles of it."

72.     The physical damage caused by the presence of COVID-19 and SARS-CoV-2 a property located within five (5) statute miles of CAA insured locations has directly resulted in the issuance of the Civil Authority Orders that prohibit access to CAA's insured locations. CAA has sustained and will continue to sustain business interruption losses because the Civil Authority Orders issued as a direct result of physical damage of the type insured at a CAA insured location or within five (5) statute miles of such a location, have prohibited access to CAA insured locations thus triggering the AFM Policies' Civil Authority coverage extension.

73.     Accordingly, the Civil Authority Orders constitute actions by a civil authority that restrict and/or prohibit total or partial access to the insured locations as a "direct result of physical damage of the type insured" as required to trigger Civil or Military Authority coverage.

*Communicable Disease—Business Interruption Coverage Extension*

74.     The AFM Policies provide that "if a described location owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease** and access to such described location is limited, restricted or prohibited by: a) An order of an authorized governmental agency regulating such presence of **communicable disease**; or b) A decision of an Officer of the Insured as a result of such communicable disease. This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability at such described location with such presence of communicable disease."

75.     The AFM Policies afford coverage for "the Business Interruption Coverage loss incurred by the Insured due to the necessary interruption of the Insured's business when ingress or egress from a **described location**(s) is physically prevented, either partially or totally, as a direct result of physical loss or damage of the type insured to property of the type insured whether or not at a **described location**."

76.     The actual presence of COVID-19 at CAA insured locations has resulted in the issuance of Civil Authority Orders regulating communicable diseases. The business interruption losses sustained by CAA as a result of the Civil Authority Orders issued because of the actual presence of COVID-19 at CAA insured locations triggers coverage under the AFM Policies' Communicable Disease—Business Interruption coverage extension.

*Ingress/Egress Coverage Extension*

77.     The AFM Policies afford coverage for "the Business Interruption Coverage loss incurred by the Insured due to the necessary interruption of the Insured's business when ingress to or egress from a described location(s) is physically prevented, either partially or totally, as a direct result of physical loss or damage of the type insured to property of the type insured whether or not at a described location."

78.     COVID-19, SARS-CoV-2, and the Civil Authority Orders, and the direct physical loss and damage they have caused, has resulted in the necessary interruption of CAA's business by totally or partially preventing ingress to or egress from CAA locations as a direct result of physical loss and damage of the type insured to property of the type insured. The business interruption losses sustained by CAA as a result of the necessary suspension of CAA's business as a result of the total or partial denial

of access to CAA insured locations triggers coverage under the AFM Policies' Ingress/Egress coverage extension.

### *Supply Chain Coverage Extension*

79.     The AFM Policies afford coverage for "the Business Interruption Coverage loss incurred by the Insured during the Period of Liability directly resulting from physical loss or damage of the type insured to property of the type insured at the premises of any of the following within the Policy's Territory: a) Direct suppliers, direct customers or direct contract service providers to the Insured; b) Any company under any royalty, licensing fee or commission agreement with the Insured; or c) Any company that is a direct or indirect supplier, customer or contract service provider of those described in a) above."

80.     Business Interruption Coverage loss recoverable under the "Supply Chain" extension is further extended "to include the following Business Interruption Coverage Extensions: a) Civil or Military Authority … d) Ingress/Egress … f) Supply Chain." The only stated exclusion in the Supply Chain extension is for loss resulting from terrorism, which does not apply here.

81.     COVID-19, SARS-CoV-2, and the Civil Authority Orders have caused physical loss and damage of the type insured to property of the type insured at the premises of CAA's direct customers and direct contract service providers, and the direct and indirect suppliers, customers, and contract service providers of CAA's direct customers and contract service providers. The loss of business income sustained by CAA as a result of such supply chain interruption triggers coverage under the AFM Policies' Supply Chain coverage extension.

### AFM'S BAD FAITH CONDUCT AND
### BREACH OF THE AFM POLICIES

82.     Despite the fact that each of the coverage provisions, additions, and extensions identified above have been triggered, AFM has failed to comply with its contractual obligations under the AFM Policies by refusing to even consider the possibility of coverage under any provision other than the Communicable Disease coverages, which provide only a tiny fraction of the coverage needed to address CAA's pandemic-related losses. Not only has AFM breached the AFM Policies, but its conduct constitutes bad faith, as detailed below.

## The "Talking Points" Memorandum

83.     CAA is informed and believes, and thereon alleges, that prior to its submission of a claim for losses resulting from SARS-CoV-2, COVID-19, and the Civil Authority Orders, AFM—and its parent company FM Global—had adopted a company-wide position on coverage for COVID-19 claims, and issued guidelines to all of its claims handlers across the company to ensure that AFM's adjusters reached the same conclusion for all COVID-19 claims under its policies, including the standard AFM proVision® policies issued to CAA, regardless of the facts of any particular claim.

84.     More specifically, CAA is informed and believes, and thereon alleges, that claims personnel were provided with, and instructed to follow, an undated memorandum entitled "Talking Points on the 2019 Novel Coronavirus (2019 nCo-V)", which provided AFM employees with scripted, specific responses to common questions regarding AFM's policies, including the proVision® 4100, which were designed to steer coverage for COVID-19 claims into, at most, the Communicable Disease coverages and to deny coverage under any other provision in the AFM Policies. A true and correct copy of the "Talking Points" memorandum is attached hereto as **Exhibit "3"**.

85.     The "talking points" memorandum provides all adjusters with direction on how to respond to COVID-19 clams including instructing that (a) civil authority coverage is not available for COVID-19 closures (i.e., the Civil Authority Orders) because the civil authority section requires "physical damage" and the presence of a virus does not qualify (even though the presence of COVID-19 does result in covered property damage under the AFM Policies); (b) the presence of coronavirus is "property damage" if there is the actual presence of a communicable disease, but that same actual presence of the disease is not to be construed as "physical damage" under the civil authority provisions; (c) the only coverage potentially available under the proVision® 4100 policy for losses arising from COVID-19 is found in the Communicable Disease coverages, which are subject to miniscule sub-limits; (d) if SARS-CoV-2 is present, it falls under the more general category of "contamination" and is therefore excluded from coverage.

86.     CAA is informed and believe, and thereon alleges, that AFM's claims personnel are instructed to follow the "talking points" memorandum without regard to any individual investigation of any individual claim. The "talking points" memorandum outlines only a few of the many different

coverages contained in the AFM Policies and only outlines certain triggers of coverage that the adjuster should look for when investigating any COVID-19 claim. More specifically, the only "triggers" identified in the "talking points" memorandum are those applicable to the Communicable Disease coverages. In certain instances, the "talking points" specifically instruct AFM claim personnel to reject pandemic-related claims under specific business interruption coverage extensions, including the Civil or Military Authority coverage extension, and to instead focus only on the Communicable Disease coverages.

87.    By only identifying the Communicable Disease coverages as potentially applicable to a COVID-19 claims, the "talking points" memorandum instructs adjusters to only seek information that pertains to the Communicable Disease coverages, which are subject to miniscule sub-limits (*i.e.*, $100,000) in comparison to CAA's actual property and business interruption losses—and actually less than the premiums paid by CAA for the AFM Policies.

88.    By issuing a blanket directive to all of its claim personnel on what portions of every COVID-19 claim to accept and/or deny, the AFM "talking points" ensure that AFM claims personnel do not undertake any proper or independent investigation of the claim to arrive at an independent coverage determination.

89.    By issuing a blanket directive to all of its claim personnel, AFM failed to honor the promise it made on its website that, "With AFM, you can file a claim with the confidence you'll receive fair and equitable settlements, prompt on-site loss guidance and rapid back-to-business strategies." AFM's practices and procedures constitute an unfair and/or deceptive act or practice in the business of insurance and a conscious disregard of its insureds' rights under the policies that it issues.

### AFM's Bad Faith Response to CAA's Claim

90.    On March 30, 2020, CAA, through its agent AON Risk Solutions, provided AFM with notice of claims resulting from the pandemic. Consistent with its company-wide directives and "talking points," and without conducting any investigation of CAA's claim, AFM immediately characterized CAA's losses as a "Communicable Disease" loss and proceeded to limit its investigation to potential coverage under the AFM Policies' Communicable Disease coverages, both of which are subject to $100,000 sub-limits.

91.     On March 26, 2021, counsel for CAA communicated with AFM and advised that CAA did not agree with AFM's attempt to limit coverage for its losses to the Communicable Disease coverages in the AFM Policies; that CAA had in fact sustained "direct physical loss or damage" to its premises as had others in CAA's supply chain; and that "CAA had suffered, and continues to suffer, significant damages and losses and has taken and taking steps to mitigate such damages and losses, all of which it believes are or may be covered under its insurance policies, including without limitation the [AFM] Policies, and none of which is subject to any exclusion". CAA's counsel also clarified that CAA was seeking coverage for all of its business interruption losses, "including without limitation for coverage under the AFM Policies business interruption coverage extensions (e.g., civil or military authority, communicable disease, ingress/egress, leasehold interest, supply chain and/or any other applicable extensions)."

92.     In response, on April 8, 2021, and without performing any investigation of CAA's economic and financial losses from the disruption of its business operations, a Senior Adjuster for AFM sent CAA's counsel a letter that is consistent with the predetermined coverage positions set forth in AFM "talking points" memorandum. Specifically, the April 8, 2021 AFM letter purported to limit the coverage potentially available for CAA's claims to the Communicable Disease provisions in the AFM Policies (which are subject to $100,000 sub-limits); and reiterated AFM's pre-determined position that the presence of COVID-19 at an insured location does not constitute "physical damage of the type insured", such that none of the other "Business Interruption Coverage Extensions" referenced by CAA's counsel in his March 26, 2021 letter apply.

93.     The AFM Policies' Communicable Disease coverages are reasonably understood to be coverage "additions" and "extensions"; they are not intended to supplant or limit other coverages provided under the AFM Policies. Indeed, the Communicable Disease—Property Damage coverage is found in a section in the AFM Policies entitled "**Additional** Coverages" and the Communicable Disease—Business Interruption coverage is found in a section entitled "Business Interruption Coverage **Extensions**". The AFM Policies do not state anywhere that these additional Communicable Disease coverages are the sole and exclusive coverages that apply to loss or damage related to communicable disease, or that the other coverages in the AFM Policies do not apply if the communicable disease

coverages are also triggered. AFM is using these coverage additions and extensions to limit and/or exclude coverage; this is the opposite of a coverage addition and a coverage extension. CAA reasonably believed that these coverages supplemented—not limited—the coverage available under the AFM Policies.

94.     Notably, in its April 8, 2021 correspondence, AFM asserted for the first time that—with the potential exception of Communicable Disease coverage—CAA's claim was barred because "the Policy excludes coverage for contamination" and "the presence of a virus, pathogen or disease causing or illness causing agent such as COVID-19 is a form of contamination as defined in the Policy, which is excluded". However, AFM did not define "contamination" in the exclusion, nor give any indication in the exclusion itself that coverage for "viruses" is expressly excluded. Nothing in the exclusion would inform a reasonable person that it somehow could be construed to deny coverage for losses associated with SARS-CoV-2 or COVID-19.

95.     The only way for an insured to discover that "virus" somehow fell within the scope of the contamination exclusion would be for the insured to search the rest of the more than 100-page policy forms and endorsements, where it might find a definition of "contamination" more than 37 pages after the appearance of the contamination exclusion. That definition states that contamination is "any condition of property due to the actual or suspected presence of any foreign substance, impurity, pollutant, hazardous material, poison, toxin, pathogen or pathogenic organism, bacteria, virus, disease causing or illness causing agent, fungus, mold or mildew."

96.     This form of an exclusion referring generically to contamination, which in turn is defined much later on in the policy form as including "viruses", has been referred to as a "hidden virus exclusion." It is the antithesis of the conspicuous, plain, and clear exclusion required by governing law in order to deny coverage. Instead of utilizing the more conspicuous, plainer, and clearer "**Exclusion Of Loss Due To Virus Or Bacteria**" endorsement that has been available in the insurance marketplace since 2006, AFM is seeking to justify its improper denial in an exclusion that does not apply to the losses for which CAA is seeking coverage. *Notably, the contamination exclusion only deals with "costs" spent by the insured as opposed to "losses" sustained by the insured.*

97.     By refusing to consider coverage for CAA's pandemic-related losses pursuant to any provisions other than the Communicable Disease coverages in the AFM Policies, by taking the position that CAA has not sustained "directly physical loss or damages," and by asserting that CAA's pandemic related business interruption losses are excluded under the contamination exclusion in the AFM Policies, AFM has breached its obligations under the AFM Policies and under applicable law. Not only do these positions breach AFM's contractual obligations to CAA, but they constitute bad faith.

98.     CAA has sustained significant real and property and business interruption losses as a result of the pandemic. These losses were sustained as a result of impairment of its business operations as a result of "direct physical loss or damage" to its insured premises and to the premises of others in its supply chain. These losses also were caused by the Civil Authority Orders issued throughout the United States and other location s in which CAA maintains insured properties and does covered business (e.g., United Kingdom) each of which constitutes "an order of civil or military authority [that] prohibits access to a location provided" as that phrase is used in the AFM Policies' Business Interruption Coverage Extension for "Civil or Military Authority". By suspending its business operations in compliance with the Civil Authority Orders, CAA discharged its duty to prevent covered property damage and to prevent a threatened insurable loss, as well as potential third-party claims.

99.     The Civil Authority Orders were issued due to the presence of SARS-CoV-2 throughout the country, and specifically, throughout the communities impacted by the orders and the desire to avoid the spread of SARS-CoV-2 and COVID-19. The Civil Authority Orders further prohibited CAA's access to its insured premises and prohibited access by others in CAA's supply chain to their premises. Because the SARS-CoV-2 virus can adhere to surfaces of property for at least 28 days and can linger in the air in buildings for several hours, the presence of SARS-CoV-2 on or around property amounts to "direct physical loss or damage to property" as that phrase is used in the Policies.

100.    CAA is informed and believes, and on that basis alleges, that SARS-CoV-2 particles attached to and damaged CAA's insured premises as well as the premises upon which CAA depends to deliver and accept services and the surrounding vicinity. In addition, had CAA not suspended its operations in accordance with the Civil Authority Orders, it would have allowed the virus to enter property insured by AFM. Because the presence of SARS-CoV-2 constitutes covered property damage,

CAA's suspension of business operations avoided covered property damage as well as potential claims by others by others that CAA contributed to the spread of the virus onto the property of others. By closing down, CAA fulfilled its duty of preventing a threatened insurable loss and of mitigating such loss when it does occur, which in turn triggered AFM's duty to reimburse CAA for prevention and mitigation expenses. Accordingly, CAA's losses are necessary mitigation expenses and are recoverable under common law and the AFM Policies.

101.     In addition, as a result of the threat presented by the actual or potential presence of COVID-19 and SARS-CoV-2 and the Civil Authority Orders, CAA suffered losses from cancelled live events—including cancelled sporting events, and performance by CAA artists at Coachella, Stagecoach, Lollapalooza, Austin City limits, Glastonbury, Austin City Limits, Summerfest, and Tomorrowland—and cancelled television and motion picture productions.

## FIRST CAUSE OF ACTION

### Breach of Contract

### (As Against All Defendants)

102.     CAA realleges and incorporates by reference herein each allegation contained in paragraphs 1 through 101 as though fully set forth at this point.

103.     To the extent not waived or otherwise excused, CAA has complied with all terms and conditions precedent contained in the AFM Policies and CAA is thus entitled to all benefits of insurance provided thereunder.

104.     AFM breached its duties under the AFM Policies by, *inter alia*, unreasonably taking the position that CAA sustained no "directly physical loss or damage"; that the only coverage potentially available under the AFM Policies for losses arising from COVID-19 is found in [AFM's] Communicable Disease Coverages; and that AFM was not entitled to recover any business interruption losses under any of the other property damage or "Business Interruption Coverage Extensions" in the AFM Policies; by refusing to acknowledge that the presence of SARS-CoV-2 constitutes "direct physical loss or damage" to property as that phrase is used in the AFM Policies; and by refusing to acknowledge that the impairment of the use and function of property caused by the actual or potential presence of SARS-

CoV-2, the Civil Authority Orders, and the need to mitigate constitute "physical loss" to property as that phrase is used in the AFM Policies.

105.    As a direct, legal, and proximate result of AFM's breaches of the AFM Policies, CAA has sustained, and continues to sustain, substantial damages for which AFM is liable, in amounts to be established at trial, but which exceed the jurisdictional minimum of this Court. CAA is entitled to interest on its damages at the legal rate.

106.    The exact amount of CAA's damages resulting from AFM's breaches are presently unknown, and CAA will seek leave to amend this Complaint once it ascertains the full extent of its damages.

## SECOND CAUSE OF ACTION

### Tortious Breach of the Implied Covenant of

### Good Faith and Fair Dealing

### (As Against All Defendants)

107.    CAA realleges and incorporates by reference herein each allegation contained in paragraphs 1 through 106 as though fully set forth at this point.

108.    Implied in the AFM Policies was a covenant that AFM would act in good faith and deal fairly with CAA, that AFM would do nothing to interfere with the right of CAA to receive benefits due under the AFM Policies, and that AFM would give at least the same level of consideration to the interests of CAA as it gave to its own interests.

109.    AFM also had a duty under the AFM Policies, the law, and insurance industry, custom, practice, and standards to conduct a prompt and thorough investigation, including as to all bases that might support CAA's claims for insurance coverage before reserving rights to deny and denying coverage.

110.    Instead of complying with these duties, AFM acted in bad faith by, among other things:

(a) Failing to conduct a full and thorough investigation of CAA's claim for insurance coverage and asserting grounds for denying or limiting coverage without conducting such investigation;

(b) Wrongfully and unreasonably asserting grounds for denying and/or limiting

coverage that AFM knew, or should have known, are not supported by, and in fact are contrary to, the terms of the AFM Policies, the law, insurance industry custom and practice, and the facts;

(c) Failing to fully inquire into the bases that might support coverage for CAA's claim and instead implementing a predetermined set of "talking points" whereby AFM claim personnel were instructed to deny and/or limit coverage regardless of the facts of any particular claim;

(d) Failing to conduct an adequate investigation of the losses sustained by CAA, and asserting grounds for disputing coverage based on its inadequate investigation;

(e) Creating and implementing a fraudulent course of action to automatically deny and/or limit coverage for business interruption claims relating to SARS-CoV-2, COVID-19, the Civil Authority Orders, and subsequent events;

(f) Unreasonably failing and refusing to honor its promises and representations in the AFM Policies issued to CAA; and

(g) Giving greater consideration to its own interests than it gave to the interests of CAA.

111.    In breach of the implied covenant of good faith and fair dealing, AFM did the things and committed the acts alleged above for the purpose of consciously withholding from CAA the rights and benefits to which it was and is entitled under the AFM Policies.

112.    AFM's actions are inconsistent with the reasonable expectations of CAA, are contrary to established industry custom and practice, are contrary to legal requirements, are contrary to the express terms of the AFM Policies, and constitute bad faith.

113.    As a direct and proximate result of AFM's actions, CAA has been damaged in an amount exceeding the Court's minimum jurisdictional limits. Also, pursuant to *Brandt v. Superior Court* (1985) 37 Cal. 3d 813, CAA is entitled to recover all attorneys' fees it reasonably incurred, and continues to incur, in its effort to obtain the benefits due under the AFM Policies that AFM has withheld, and is withholding, in bad faith.

114.    CAA is informed and believes, and thereon alleges, that AFM, acting through one or more of its officers, directors, or other corporate employees with substantial independent and

discretionary authority over significant aspects of its business, performed, authorized, or ratified the bad faith conduct alleged above.

115.    AFM's conduct is despicable and has been done with a conscious disregard of the rights of CAA, constituting oppression, fraud, or malice. AFM engaged in a series of acts designed to deny CAA the benefits due under the AFM Policies. Specifically, AFM, by acting as alleged above, in light of information, facts, and relevant law to the contrary, consciously disregarded CAA's respective rights and forced CAA to incur substantial financial losses, thereby inflicting substantial financial damage on CAA. Therefore, CAA is entitled to recover punitive damages from AFM in an amount sufficient to punish and make an example of AFM and to deter similar conduct in the future.

## THIRD CAUSE OF ACTION

### Declaratory Relief

### (As Against All Defendants)

116.    CAA realleges and incorporates by reference herein each allegation contained in paragraphs 1 through 115 as though fully set forth at this point.

117.    CAA seeks a declaration of the parties' rights and duties under the AFM Policies.

118.    An actual and justiciable controversy exists between CAA and AFM concerning AFM's contractual duties to pay AFM's claim under the AFM Policies. CAA contends that it is entitled to coverage for all of its pandemic-related damages and expenses pursuant to the coverage provisions identified herein. AFM contends that the only coverage potentially available under the AFM Policies for losses arising from the pandemic is found in the AFM Policies' "Communicable Disease coverages," and even then, "assuming the conditions of those coverages are satisfied".

119.    The controversy between CAA and AFM is ripe for judicial review.

120.    The controversy is of sufficient immediacy to justify the issuance of declaratory relief.

121.    CAA accordingly seeks a declaration from the Court that:

    a.   Each and every coverage provision identified by CAA in this Complaint is triggered by CAA's claim;

    b.   The coverage available for CAA's losses is not limited to the Communicable Disease coverages in the AFM Policies;

  c. No exclusion in the AFM Policies applies to preclude or limit coverage for CAA's claim;

  d. The AFM Policies provide coverage for all of CAA's real and personal property and economic losses as alleged herein;

  e. Any other declaratory relief that is necessary to resolve the dispute between the parties.

## PRAYER FOR RELIEF

  WHEREFORE, Plaintiffs CREATIVE ARTISTS AGENCY, LLC and CAA HOLDINGS LLC pray for judgment against Defendants AFFILIATED FM INSURANCE COMPANY, and DOES 1 through 10, and each of them, as follows:

### ON THE FIRST CAUSE OF ACTION

  1. For compensatory damages according to proof at the time of trial, plus prejudgment interest;

### ON THE SECOND CAUSE OF ACTION

  2. For damages according to proof at the time of trial, including reasonable attorneys' fees incurred in obtaining the benefits due under the AMF Policies, plus prejudgment interest.

### ON THE THIRD CAUSE OF ACTION

  3. For declarations in accord with CAA's contentions stated above that:

  a. Each and every coverage provision identified by CAA in this Complaint is triggered by CAA's claim;

  b. The coverage available for CAA's losses is not limited to the Communicable Disease coverages in the AFM Policies;

  c. No exclusion in the AFM Policies applies to preclude or limit coverage for CAA's claim;

  d. The AFM Policies provide coverage for all of CAA's losses as alleged herein;

  e. Any other declaratory relief that is necessary to resolve the dispute between the parties.

/ / /

## <u>ON ALL CAUSES OF ACTION</u>

4.      For costs of suit incurred herein;

5.      For such other, further, and/or different relief as may be just and proper.


DATED:  September 10, 2021                    BOREN, OSHER & LUFTMAN, LLP


By:_____
        JEREMY J. OSHER
        Attorneys for Plaintiffs
        CREATIVE ARTISTS AGENCY, LLC and
        CAA HOLDINGS, LLC

## **DEMAND FOR JURY TRIAL**

Plaintiffs CREATIVE ARTISTS AGENCY, LLC and CAA HOLDINGS, LLC hereby demand a trial by jury in this action.


DATED:  September 10, 2021                     BOREN, OSHER & LUFTMAN, LLP


By:  _____
      JEREMY J. OSHER
      Attorneys for Plaintiffs
      CREATIVE ARTISTS AGENCY, LLC and
      CAA HOLDINGS, LLC

# EXHIBIT 1

Thank you for placing your property insurance with AFM. We believe insurance should be straightforward and certain. That is why our proVision® 4100 policy is easy to read and navigate, while providing you broad coverage.

In addition to providing property insurance, AFM would like to help you protect your business and achieve your goals. In partnering with AFM, you have the strength of FM Global Group behind you, including a strong balance sheet and access to our market-leading loss prevention engineering products and services that are based on more than 180 years of experience as a property specialist. We are eager to work with you and your broker to choose how to best identify, prioritize and reduce future loss in a way that makes practical and affordable sense.

Our engineering services, combined with the comprehensive coverage of our proVision 4100, will give you peace of mind and allow you to focus on what matters most—making your business thrive. We are committed to maintaining a long-term, mutually beneficial relationship with you. And, it is our hope that you will take advantage of the many tools and resources we offer our clients, such as online training, onsite policy workshops and access to AFM Online, our powerful extranet that includes policy documents and data-driven risk management tools.

If you have any questions or concerns, please do not hesitate to contact your local account team.

Respectfully,

James R. Galloway
Senior Vice President, AFM

Exhibit A, Page 38

# Loss Reporting and Contact Information
# Los Angeles Operations



---

**Claims Manager:**                     Jeffrey C. Casillas
                                         Affiliated FM Insurance Company
                                         6320 Canoga Avenue, Ste. 1100
                                         Woodland Hills, CA 91367
                                         Tel: 818 227-2250
                                         Jeffrey.casillas@fmglobal.com

**Property Loss Reporting Procedure:**

To ensure that you receive prompt claims service, be sure to report a loss immediately. This enables us to provide you a professional property adjuster to examine your loss. Your loss may give rise to a claim under your Affiliated FM Insurance Company policy.

**Notice of Loss:**

The notice and report of any loss under an Affiliated FM Insurance Company policy should be communicated by calling the 24-hour claims hotline: **1-877-NEW-LOSS (1) 877 639 5677**

If this first notice and report is made orally, it should be confirmed in writing including at least the same information as was provided in the oral first notice and report.

**Leaving a Message:**

When leaving a message, please include the following information:

- Name and phone number of person to contact
- A brief description of the loss

A claims adjuster will return your call promptly.

---

**Account Engineer:**                   **Kathryn Rosenfeld**
                                         Affiliated FM Insurance Company
                                         6320 Canoga Avenue, Ste. 1100
                                         Woodland Hills, CA 91367
                                         Tel: 818 227-2230
                                         Kathryn.rosenfeld@affiliatedfm.com

**Jurisdictional Services:**            Call to inquire about or make arrangements
                                         for North American jurisdictional services
                                         **1-866-213-3931**



*Member of the FM Global Group*

February 15, 2019

Affiliated FM Insurance Company
6320 Canoga Avenue, Suite 1100
Woodland Hills, CA 91367 USA
T: **818 227 2200**  F: 818 883 0759
www.affiliatedfm.com

**Cecil Varghese**
**Aon Risk Insurance Services West, Inc.**
**707 Wilshire Boulevard, Suite 2600**
**Los Angeles, CA 90017**

**RE:**   **Creative Artists Agency LLC - CAA Holdings LLC**
   **SS603**
   **New York Hazardous Materials Report Form**

Dear Cecil:

In accordance with section 3409 of the New York Insurance Code, Affiliated FM Insurance Company is required to annually issue you, our broker, the enclosed Hazardous Material Report form for reporting the presence of hazardous materials. You are required to provide this form to the insured to be completed by them.

As someone doing business in New York, you should be familiar with the requirements of New York General Municipal Law section 209-u.  The Insured may be required to complete and file the enclosed form with the Fire Chief of the fire department having responsibility for fire protection of each New York location at which any hazardous material may be found.

Please direct any questions or requests for additional information to your local Fire Chief.

Sincerely,


Randi Israelow
Senior Account Administrator


Attachment:  New York Hazardous Materials Report Form



NEW YORK STATE DEPARTMENT OF STATE
**OFFICE OF FIRE PREVENTION AND CONTROL**

## HAZARDOUS MATERIALS REPORT FORM
### (General Municipal Law, § 209-u)

The information entered herein is essential to your local fire chief for the protection of your employees, the fire-fighters and citizens in the immediate area, and to reduce damage to your property in the event of a fire or an emergency.

Every fire insurance policyholder, engaged in commerce in this state, is required by law to report the presence of hazardous materials at their business address.

Failure to file in accordance with the provisions of section 209-u of the General Municipal Law could result in a fine.

A separate report is required annually for each business address.

---

### WHEN COMPLETED, THIS FORM MUST BE SENT TO YOUR LOCAL FIRE DEPARTMENT.

**Hazardous Materials Location***

Firm Name _____        Street Add. Only _____

Bus. Add. _____        Bldg. Name or No. _____

City, State, Zip _____        City, State, Zip _____

Tel. No. _____        Policy Anniv. Date _____

Name
Emergency Contact _____        Bus. Tel. _____ Home Tel. _____

_____
(Signature and Title of Person Completing Form)

*It is suggested that a separate form be filled out for each building that contains hazardous materials.

---

### EXEMPTIONS

Requests for exemptions from this law must be made in writing, attached to this form, and filed annually with your local fire department not later than the anniversary date of your policy.

All exemptions approved shall expire on the next policy anniversary date.

Exemptions denied shall require that the insured file a completed hazardous materials report form within 15 days of denial.

---

### FOR FIRE DEPARTMENT USE ONLY

Exemptions:   Approved _____        Denied _____        Additional Information Needed _____

_____        _____
(Date)        (Signature of Fire Chief)

_____        _____
(Fire Department Name and Address)        (Print Name of Fire Chief)

New York State Department of State, Office of Fire Prevention and Control
DOS-0347 (12/02)

Exhibit A, Page 44

**V Hazardous Material Listing (attach additional sheets if necessary)**

Note: Definitions of symbols are on the second page of the instruction sheet.

| Identifying Symbol | Material Description & Proper Shipping Name | Total Amount | Identifying Symbol | Material Description & Proper Shipping Name | Total Amount |
|---|---|---|---|---|---|
| EXPLOSIVE / BLASTING AGENTS | | | NON-FLAMMABLE GAS | | |
| POISON GAS | | | OXIDIZER | | |
| POISON / IRRITANT | | | ORGANIC PEROXIDE | | |
| FLAMMABLE LIQUID | | | RADIOACTIVE | | |
| COMBUSTIBLE LIQUID | | | CORROSIVE | | |
| FLAMMABLE SOLID | | | DANGEROUS WHEN WET | | |
| FLAMMABLE GAS | | | ETIOLOGIC AGENTS BIOMEDICAL MATERIAL IN CASE OF DAMAGE OR LEAKAGE NOTIFY DIRECTOR CDC ATLANTA, GEORGIA 404/633-5313 | | |
| | | | | | |

**VI Special Considerations/Remarks:**

**Identifying Symbol:** This area identifies different classes of hazardous material. Most material will fall within one of these classes. If a particular material falls within two or more classes, it should be listed in each applicable class.

Two additional boxes are provided for material that does not fall within any class. These boxes may also be used if additional space is needed to further identify previously listed categories.

Amounts to be reported are shown in Table 1 below.

NOTE:  SHIPPING AND PACKAGING LABELS MAY BE OF ASSISTANCE IN IDENTIFYING THE CLASS OF MATERIAL.

## Hazardous Material Description and Proper Shipping Name

This area is reserved for the description and name of any hazardous material within a given class. If there is more than one material within a certain class, at a given location, then the most prevalent or most common should be used (indicate "most common").

## Total Amount

List the total amount of reportable material within the given class. If the amounts vary from day to day, then the average amount should be listed.

| Identifying Symbol | Hazardous Material Description and Proper Shipping Name | Total Amount |
|---|---|---|
| FLAMMABLE LIQUID | Ethyl Chloride | 60 gals. |
| | (most common) | |
| | | |
| | | |

## Special Considerations/Remarks

This area is reserved for the policyholder and the fire chief for making any notes or comments they feel are pertinent. Several examples are listed below:

1. Building has a sprinkler system.
2. Adjacent building is a school.
3. Guard dogs are on the premises from 6:00 p.m. to 6:00 a.m.
4. Hazardous material amounts may vary greatly from day to day.
5. Poor water supply.
6. Access to the building is poor.
7. Flammable liquid is stored in the same building as oxidizer.

## Table 1

**Amounts to be Reported**

1. Explosives and Blasting Agents - any amount
2. Poison Gas - any amount
3. Poison and Irritant - any amount
4. Flammable Liquid - over 5 gallons inside a building and over 10 gallons outside a building
5. Flammable Solid - any amount
6. Flammable Gas - over 2,000 cubic feet at normal temperature
7. Nonflammable Gas - over 6,000 cubic feet at normal temperature

8. Oxidizer - over 50 pounds
9. Organic Peroxide - over 10 pounds
10. Combustible Liquid - over 25 gallons inside a building and over 60 gallons outside a building
11. Radioactive Material - any amount
12. Corrosive Material - over 55 gallons
13. Dangerous When Wet Material - any amount
14. Etiologic Material - any amount

(OVER)

Hazardous Material Definitions

The following definitions have been abstracted from the Code of Federal Regulations, Title 49- Transportation, Parts 100 to 199. Refer to the referenced sections for complete details.

NOTE: Rulemaking proposals are outstanding or are contemplated concerning some of these definitions.

**Hazardous Material** - Means a substance or material which has been determined by the Secretary of Transportation to be capable of posing an unreasonable risk to health, safety and property, when transported in commerce, and which has been so designated. (Sec. 171.8)

**Multiple Hazards** - A material meeting the definitions of more than one hazard class is classed according to the sequence given in Sec. 173.2.

| HAZARD CLASS | DEFINITIONS |
|---|---|
| EXPLOSIVES | **An Explosive** - Any chemical compound, mixture or device, the primary or common purpose of which is to function by explosion, i.e., with substantially instantaneous release of gas and heat, unless such compound, mixture or device is otherwise specifically classified in Parts 170-189. (Sec. 173.50) |
| **CLASS A EXPLOSIVE** | Detonating or otherwise of maximum hazard. The nine types of Class A explosives are defined in Sec. 173.53. |
| **CLASS B EXPLOSIVE** | In general, function by rapid combustion rather than detonation and include some explosive devices such as special fireworks, flash powders, etc. **Flammable hazard.** (Sec. 173.88) |
| **CLASS C EXPLOSIVE** | Certain types of manufactured articles containing Class A or Class B explosives, or both, as components but in restricted quantities, and certain types of fireworks. **Minimum hazard.** (Sec. 173.100) |
| **BLASTING AGENTS** | A material designed for blasting which has been tested in accordance with Sec. 173.114a(b) and found to be so insensitive that there is very little probability of accidental initiation to explosion or of transition from deflagration to detonation (Sec. 173.114a(a)) |
| COMBUSTIBLE LIQUID | Any liquid having a flash point above 100°F. and below 200°F. as determined by tests listed in Sec. 173.115(d). Exceptions to this are found in Sec. 173.115(b). |
| CORROSIVE MATERIAL | Any liquid or solid that causes visible destruction of human skin tissue or a liquid that has a severe corrosion rate on steel. See Sec. 173.240(a) and (b) for details. |
| FLAMMABLE LIQUID | Any liquid having a flash point below 100°F. as determined by tests listed in Sec. 173.115(d). Exceptions are listed in Sec. 173.115(a). |
| COMPRESSED GAS | **Compressed Gas** - Any material or mixture having in the container a pressure exceeding 40 psia at 70°F., or a pressure exceeding 104 psia at 130°F.; or any liquid flammable material having a vapor pressure exceeding 40 psia at 100°F. (Sec. 173.300(a)) |
| **FLAMMABLE GAS** | Any compressed gas meeting the requirements for lower flammability limit, flammability limit range, flame projection, or flame propagation criteria as specified in Sec. 173.300(b). |
| **NONFLAMMABLE GAS** | Any compressed gas other than a flammable compressed gas. |
| FLAMMABLE SOLID | Any solid material, other than an explosive, which is liable to cause fires through friction, retained heat from manufacturing or processing, or which can be ignited readily and when ignited burns so vigorously and persistently as to create a serious transportation hazard. (Sec. 173.150) |
| ORGANIC PEROXIDE | An organic compound containing the bivalent -0-0 structure and which may be considered a derivative of hydrogen peroxide where one or more of the hydrogen atoms have been replaced by organic radicals must be classed as an organic peroxide unless... (See Sec. 173.151(a) for details) |
| OXIDIZER | A substance such as chlorate, permanganate, inorganic peroxide, or a nitrate, that yields oxygen readily to stimulate the combustion of organic matter. (See Sec. 173.151) |
| POISON A (Poison Gas) | **Extremely Dangerous Poisons** - Poisonous gases or liquids of such nature that a very small amount of the gas, or vapor of the liquid, mixed with air is **dangerous to life.** (Sec. 173.326) |
| POISON B (Poison) | **Less Dangerous Poisons** - Substances, liquids, or solids (including pastes and semi-solids), other than Class A or Irritating materials, which are known to be so toxic to man as to afford a hazard to health during transportation; or which, in the absence of adequate data on human toxicity, are presumed to be **toxic to man.** (Sec. 173.343) |
| IRRITATING MATERIAL | A liquid or solid substance which upon contact with fire or when exposed to air gives off dangerous or intensely irritating fumes, but **not including any poisonous material.** (Sec. 173.381) |
| ETIOLOGIC AGENT | An "etiologic agent" means a viable micro-organism, or its toxin which causes or may cause human disease. (Sec. 173.386) (Refer to the Department of Health, Education and Welfare Regulations, Title 42, CFR, Sec. 72.25(c) for details.) |
| RADIOACTIVE MATERIAL | Any material, or combination of materials, that spontaneously emits ionizing radiation, and having a specific activity greater than 0.002 microcuries per gram. (Sec. 173.389) **NOTE:** See Sec. 173.389(a) through (1) for details. |
| WATER REACTIVE MATERIAL (SOLID) | Means any solid substance (including sludges and pastes) which, by interaction with water, is likely to become spontaneously flammable or to give off flammable or toxic gases in dangerous quantities. |

**FLORIDA STATUTE 627.0625 REQUIRES THAT WE MAKE AVAILABLE TO YOU GUIDELINES FOR RISK MANAGEMENT PLANS FOR COMMERCIAL PROPERTIES LOCATED IN THE STATE OF FLORIDA.**

**ATTACHED IS A DESCRIPTION OF THE SCOPE OF THE PROGRAM.   PLEASE CONTACT US SHOULD YOU BE INTERESTED IN RECEIVING ADDITIONAL DETAILS.  PLEASE NOTE HOWEVER, ADDITIONAL COSTS MAY BE INVOLVED FOR THESE SERVICES.**

**Affiliated FM Insurance Company**

**Florida Risk Management Plan**

**SCOPE**

The Affiliated FM Insurance Company offers both standard and optional guidelines for risk management of commercial property.    A summary of Standard and Optional Services provided are as follows:

**Standard:**

Scheduled Inspections

Special Inspections

Project Management

FM Loss Control Materials

Loss Investigations

Loss Adjustment

**Optional:**

Customized Inspections

Consultive Services

Appraisal Services

**NOTICE TO OUR ILLINOIS POLICYHOLDERS**

We are here to serve you…..

As our policyholder, your satisfaction is very important to us.  Should you have an inquiry or complaint, please contact:

Affiliated FM Insurance Company
P O Box 7500
Johnston, RI  02919
(800) 343-7722

If you are not satisfied….

Should you feel you are not being treated fairly, we want you to know you may contact the Illinois Department of Insurance with your complaint and seek assistance from the governmental agency that regulates insurance.

To contact the Department, write or call:

State of Illinois
Department of Insurance
Consumer Affairs and Information
320 West Washington Street, 4th Floor
Springfield, IL  62767-0001
(217) 782-4515

## NOTICE CONCERNING POLICYHOLDER RIGHTS IN AN INSOLVENCY UNDER THE MINNESOTA INSURANCE GUARANTY ASSOCIATION LAW

If the insurer who issued your property and casualty or liability insurance policy (includes homeowners and automobile insurance) becomes impaired or insolvent you are entitled to compensation for your policy from the assets of the insurer. The amount you recover will depend on the financial condition of the insurer.

In addition, residents of Minnesota who purchase property and casualty or liability insurance from insurance companies authorized to do business in Minnesota are protected, SUBJECT TO LIMITS AND EXCLUSIONS, in the event the insurer becomes financially impaired or insolvent. This protection is provided by the Minnesota Insurance Guaranty Association.

Minnesota Insurance Guaranty Association
4640 West 77th Street, Suite 342
Edina, Minnesota 55435
(952) 831-1908

The <u>maximum amount</u> the guaranty association will pay in regard to a claim under all policies issued by the same insurer is <u>limited to $300,000</u>. This limit does not apply to worker's compensation insurance. Coverage by the guaranty association is subject to other substantial limitations and exclusions and requires continued residency in Minnesota. If your claim exceeds the Guaranty Association's limits you may still recover a part or all of that amount from the proceeds from the liquidation of the insolvent insurer, if any exist. Funds to pay claims may not be immediately available. The Guaranty Association assesses insurers licensed to sell property & casualty insurance in Minnesota after the insolvency occurs. Claims are paid from the assessment.

THE COVERAGE PROVIDED BY THE GUARANTY ASSOCIATION IS NOT A SUBSTITUTE FOR USING CARE IN SELECTING INSURANCE COMPANIES THAT ARE WELL MANAGED AND FINANCIALLY STABLE. IN SELECTING AN INSURANCE COMPANY OR POLICY, YOU SHOULD NOT RELY ON COVERAGE BY THE GUARANTY ASSOCIATION.

THIS NOTICE IS REQUIRED BY MINNESOTA STATE LAW TO ADVISE POLICYHOLDERS OF PROPERTY AND CASUALTY INSURANCE POLICIES OF THEIR RIGHTS IN THE EVENTTHEIR INSURANCE CARRIER BECOMES FINANCIALLY INSOLVENT THIS NOTICE IN NO WAY IMPLIES THAT THE COMPANY CURRENTLY HAS ANY TYPE OF FINANCIAL PROBLEMS. ALL PROPERTY AND CASUALTY INSURANCE POLICIES ARE REQUIRED TO PROVIDE THIS NOTICE.

## NOTICE TO TENNESSEE POLICYHOLDERS

The Provisions of Chapter 0780-1-57 requires that certain information accompany all policies issued or renewed after January 1, 1989.

**Policyholder Service Office of:** Affiliated FM Insurance Company

**Address:** 6320 Canoga Avenue, Suite 1100, Woodland Hills, CA 91367

**Telephone Number:** 818-227-2200

# TEXAS
# IMPORTANT NOTICE

To obtain information or make a complaint:

You may call AFFILIATED FM INSURANCE COMPANY's toll-free telephone number for information or to make a complaint at

1-800-926-9345

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at

1-800-578-4677

You may write the Texas Department of Insurance at

P.O. Box 149104
Austin, TX  78714-9104
FAX (512) 490-1007
Web:  http://www.tdi.state.tx.us
E-mail:  ConsumerProtection@tdi.state.tx.us

PREMIUM OR CLAIM DISPUTES:

Should you have a dispute concerning your premium or about a claim you should contact the agent or the company first.  If the dispute is not resolved, you may contact the Texas Department of Insurance.

ATTACH THIS NOTICE TO YOUR POLICY:

This notice is for information only and does not become a part or condition of this policy.

**WISCONSIN COMPLAINT NOTICE**

**KEEP THIS NOTICE WITH YOUR INSURANCE PAPERS**

**PROBLEMS WITH YOUR INSURANCE?** – If you are having problems with your insurance company or agent, do not hesitate to contact the insurance company or agent to resolve your problem:

>      Affiliated FM Insurance Company
>      P.O. Box 7500
>      Johnston, RI  02919
>
>      Tel:  1-800-343-7722
>      Fax:  1-401-275-3026

You can also contact the **OFFICE OF THE COMMISSIONER OF INSURANCE**, a state agency which enforces Wisconsin's insurance laws, and file a complaint.  You can contact the **OFFICE OF THE COMMISSIONER OF INSURANCE** by writing to:

>      Office of the Commissioner of Insurance
>      Information and Complaints Section
>      P.O. Box 7873
>      Madison, WI 53707-7873

or you can call 1-800-236-8517 outside of Madison or (608) 266-3585 in Madison, and request a complaint form.

**AFM**

Affiliated FM Insurance Company
P.O Box 7500
Johnston, RI 02919

## DECLARATIONS PAGE

| Policy No. | Previous Policy No. | DATE OF ISSUE |
|---|---|---|
| SS603 | New | 21-Feb-2019 |
| **Account No.** | | |
| 1-83371 | | |

In consideration of this Policy's Provisions, Conditions, Stipulations, Exclusions and Limits of Liability, and the premium charged, Affiliated FM Insurance Company, hereinafter referred to as the "Company", does insure:

> **INSURED:**
>
> Creative Artists Agency LLC - CAA
> Holdings LLC
> 2000 Avenue of the Stars
> Los Angeles, CA  90067
>
>
> (For Complete Title See Policy)

The term of this Policy is from the **15th day of February 2019 to the 15th day of February 2020 at 12:01a.m.**, Standard Time, at the Locations of property involved as provided in this Policy.

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as described in this Policy.

This Policy is made and accepted subject to the above provisions and those hereinafter stated, which are made a part of this Policy, together with such other provisions and agreements as may be added to this Policy.

In Witness, this Company has issued this Policy at its office in Woodland Hills, California this 21st day of February 2019.

New York Fire Fee = $72.24

**Florida Information: "THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH-OUT-OF-POCKET EXPENSES TO YOU"**

Authorized Signature                          Secretary                          President
JO/ri

# DECLARATIONS

## A.  POLICY TERM:

15-February-2019 to 15-February-2020

## B.  NAMED INSURED:

Creative Artists Agency LLC - CAA Holdings LLC, and its wholly or majority owned subsidiaries and any interest which may now exist or hereinafter be created or acquired which are owned, controlled or operated by any one or more of those named insureds.

## C.  POLICY LIMIT:

This Company's total limit of liability, including any insured Business Interruption loss, will not exceed the Policy Limit of $200,000,000 as a result of any one **occurrence** subject to the respective sub-limits of liability shown elsewhere in this Policy.

## D.  POLICY TERRITORY:

Coverage as provided under this Policy applies worldwide except in the following countries, provinces or jurisdictions:

Afghanistan; Albania; Algeria; Angola; Armenia; Azerbaijan; Bangladesh; Belarus; Belize; Benin; Bhutan; Botswana; Burkina Faso; Burundi; Cambodia; Cameroon; Central African Republic; Chad; Cote D'Ivoire; Cuba; Democratic Republic of the Congo; Djibouti; Egypt; Equatorial Guinea; Eritrea; Ethiopia; Fiji; Gabon; Gambia; Georgia; Ghana; Grenada; Guinea; Guinea-Bissau; Guyana; Haiti; Honduras; Jammu and Kashmir in India; Iran; Iraq; Israel; Kenya; Gaza Strip, West Bank and territories north of Latitude 32.80 N in Israel; Laos; Lebanon; Lesotho; Liberia; Libya; Madagascar; Malawi; Mali; Mauritania; Mauritius; Moldova; Mongolia; Montenegro; Montserrat; Mozambique; Myanmar; Namibia; Nepal; Niger; Nigeria; North Korea; Pakistan; Papua New Guinea; Aksai Chin and Trans-Karakoram Tract in People's Republic of China; Republic of the Congo; Chechen Republic of the Russian Federation; Rwanda; Senegal; Seychelles; Sierra Leone; Somalia; Sri Lanka; South Sudan; Sudan; Swaziland; Syria; Tajikistan; Tanzania; Timor-Leste; Togo; Agri, Batman, Bingol, Bitlis, Diyarbakir, Elazig, Hakkari, Igdir, Mardin, Mus, Sanliurfa, Siirt, Sirnak and Van in Turkey; Turkmenistan; Uganda; Ukraine; Crimea Region of Ukraine; Uzbekistan; Venezuela; Yemen; Zambia; and Zimbabwe.

### Cyber Coverage Territory

Coverage provided in Data, Programs or Software; Off-Premises Data Services Property Damage and Business Interruption and Computer Systems Non-Physical Damage is limited to anywhere in the world except Cuba, Iran, North Korea, Sudan, Syria or Crimea Region of Ukraine.

## E.  INSURANCE PROVIDED:

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as follows:

    a)  **Locations in the United States**

       See Attached Location Schedule I.

    b)  **Locations on the locally admitted policy in the United Kingdom**

       See Attached Location Schedule II.

## F.  SUB-LIMITS:

Unless otherwise stated below or elsewhere in this Policy, the following sub-limits of liability, including any insured Business Interruption loss, will be the maximum payable and will apply on a per **occurrence** basis.

The sub-limits stated below or elsewhere in this Policy are part of and not in addition to the Policy Limit.

When a limit of liability applies to a **location** or property, such limit of liability will be the maximum amount payable for all loss or damage.

There shall be no liability under this Policy when "NOT COVERED" is shown as a sublimit.

| | | |
|---|---|---|
| 1. | $50,000,000 | Earth Movement **annual aggregate** for all coverages provided, and is the maximum amount payable for all loss or damage caused by or resulting from Earth Movement, not to exceed: |
| | $3,748,266 | Earth Movement **annual aggregate** for all coverages provided for **location**(s) in: the United Kingdom |
| | $50,000 | Earth Movement **annual aggregate** as respects Errors and Omissions, Off-Premises Data Services, Off-Premises Service Interruption, Unnamed Property and Supply Chain combined. |
| 2. | $50,000,000 | Flood **annual aggregate** for all coverages provided, and is the maximum amount payable for all loss or damage caused by or resulting from Flood, not to exceed: |
| | $3,748,266 | Flood **annual aggregate** for all coverages provided for **location**(s) in: the United Kingdom |
| | $50,000 | Flood **annual aggregate** as respects Errors and Omissions, Off-Premises Data Services, Off-Premises Service Interruption, Unnamed Property and Supply Chain combined. |

**Additional Coverages**

| | |
|---|---|
| $25,000,000 | Accounts Receivable |
| $250,000 | Arson or Theft Reward |
| Policy Limit | Brand Protection |
| $1,000,000 | Change of Temperature |
| $100,000 | Communicable Disease - Property Damage **annual aggregate** |
| $10,000,000 | Data, Programs or Software **annual aggregate** |
| Policy Limit | Debris Removal |
| Policy Limit | Decontamination Costs |
| $100,000 | Deferred Payment |
| Policy Limit | Demolition and Increased Cost of Construction |
| $10,000,000 | Errors and Omissions |
| $5,000,000 | Expediting Expenses |
| $500,000 | **Fine Arts** not to exceed $10,000 per item for **irreplaceable Fine Arts** |
| $50,000 | Green Coverage not to exceed 25% of the amount of the property damage loss |
| $50,000 | Land and Water Clean Up Expense **annual aggregate** |
| $100,000 | Locks and Keys |
| $100,000 | Money and Securities |
| $15,000,000 | Newly Acquired Property |
| $50,000 | Off-Premises Data Services - Property Damage **annual aggregate** |
| $10,000,000 | Off-Premises Service Interruption - Property Damage |
| $500,000 | Professional Fees |
| Policy Limit | Property Removed from a Location |
| Policy Limit | Protection and Preservation of Property - Property Damage not to exceed $250,000 for security costs |
| $100,000 | Tax Treatment |
| $100,000 | Tenants Legal Liability |

|  | Terrorism Coverage and the Supplemental United States Certified Act of Terrorism Endorsement |
|---|---|
| $200,000,000 | A.  United States Certified Act of Terrorism coverage |
| $100,000 | B.  Terrorism Coverage for Locations Outside of the United States **annual aggregate** not to exceed $100,000 **annual aggregate** for Property Removed from a Location, Unnamed Property and Flood |
| $5,000,000 | Transit not to exceed $250,000 for Business Interruption |
| $1,000,000 | Unnamed Property |
| $25,000,000 | **Valuable Papers and Records** not to exceed $10,000 per item for **irreplaceable Valuable Papers and Records** |

### Business Interruption Coverage

| Policy Limit | Gross Earnings not to exceed 365 days for **ordinary payroll** |
|---|---|
| Policy Limit | Gross Profits for 12 months Period of Liability not to exceed 365 days for **ordinary payroll** |
| Policy Limit | Rental Income |
| $20,000,000 | Extra Expense |

### Business Interruption Coverage Extensions

| $500,000 | Attraction Property |
|---|---|
| 30 Days | Civil or Military Authority |
| $100,000 | Communicable Disease - Business Interruption **annual aggregate** for a 12 Month Period of Liability |
| $250,000 | Computer Systems Non-Physical Damage **annual aggregate** |
| $100,000 | Contractual Penalties |
| $250,000 | Crisis Management not to exceed 30 Days |
| 365 Days | Extended Period of Liability |
| $1,000,000 | Ingress/Egress |
| $5,000,000 | Leasehold Interest |
| $100,000 | Logistics Extra Cost |
| $50,000 | Off-Premises Data Services - Business Interruption **annual aggregate** |
| $10,000,000 | Off-Premises Service Interruption - Business Interruption |
| Policy Limit | Protection and Preservation of Property - Business Interruption |
| Policy Limit | Research and Development |
| $1,000,000 | Soft Costs |
| $5,000,000 | Supply Chain |

### Master Policy Endorsement

| Policy Limit | Master Global Insuring Policy not to exceed $100,000 for any uncontrolled policy |
|---|---|
| $2,500,000 | Coinsurance Deficiency and Currency Devaluation |
| $500,000 | Increased Tax Liability |
| $250,000 | Neighbor's Recourse and Tenant's Liability |
| $5,000,000 | Transit not to exceed $250,000 for Business Interruption |

## G.  DEDUCTIBLE AMOUNT:

This Company will not be liable for loss or damage, including any insured Business Interruption loss, in any one **occurrence** until the amount of loss or damage exceeds the deductible amount shown below and then this Company will only be liable for its share of the loss or damage in excess of the deductible amount.  If two or more deductibles apply to a single **occurrence**, then no more than the largest deductible amount will apply.  However, this Policy allows for the application of separate and distinct deductibles and deductibles for specific loss or damage as shown below.

The following deductible amounts shall apply per **occurrence**, unless otherwise stated, for insured loss or damage under this Policy:

1.      $100,000        Earthquake (per **location** for all coverages provided).


2.      $100,000        Flood (per **location** for all coverages provided).


3.      Wind and/or Hail (per **location** for all coverages provided) at the following **locations**:

A. $50,000 for any **location**(s) in Wind and/or Hail Prone Counties Virginia to Maine, per the attached Form No. S-2

B. For any **location**(s) in Wind and/or Hail Prone Areas, per the attached Form No. S-3

This Company will not be liable for loss or damage unless the amount of loss or damage exceeds 5% of the combined value of the property and annual business interruption value that would have been earned at the time such loss or damage at the **location** where loss or damage occurs plus that proportion of the 100% business interruption value at all other **locations** where business interruption loss ensues, in accordance with the valuation and business interruption sections of this policy, subject to a minimum deductible amount of $100,000 per **location**.  If coverage is provided for more than one **location**, this deductible percentage or minimum deductible amount will be applied separately to each **location**.


4.      Boiler and Machinery:

A.   Property Damage: $10,000

B.   Business Interruption Average Daily Value:

The business interruption deductible will be determined by multiplying the one hundred percent average daily value (ADV) by 1.

The ADV will be calculated by dividing the sum of the 100% actual annual business interruption values that would have been earned had no loss occurred at the **location** where the physical damage happened plus that proportion of the 100% annual business interruption value at all other **locations** where Business Interruption loss ensues by the number of annual working days.

5. Communicable Disease Property Damage and Business Interruption:

Qualifying Period: This Company will not be liable for loss or damage unless access is limited, restricted or prohibited in excess of 48 hours.

Should this time be exceeded, the insured loss or damage will be calculated beginning from the time of loss subject to a deductible of:

A.   Property Damage: $10,000

B.   Business Interruption Day Equivalent Deductible:

The business interruption deductible will be determined by multiplying the one hundred percent day equivalent (DEQ) by 2.

The day equivalent is the 100% actual annual business interruption value that would have been earned had no loss occurred at the **location** where the physical damage happened plus that proportion of the 100% annual business interruption value at all other **locations** where business interruption loss ensues, divided by the number of annual working days.

6. Computer Systems Non-Physical Damage:

Qualifying Period: This Company will not be liable for loss resulting from the failure of the Insured's electronic data processing or media to operate as a direct result of a malicious act directed at the Named Insured, unless the Period of Liability exceeds 48 hours.

The Qualifying Period for the cost to temporarily protect under Item 4. b) shall be waived.

Should this time be exceeded, the insured loss or damage will be calculated beginning from the time of loss subject to a Business Interruption Day Equivalent Deductible:

The business interruption deductible will be determined by multiplying the one hundred percent day equivalent (DEQ) by 2.

The day equivalent is the 100% actual annual business interruption value that would have been earned had no loss occurred at the **location** where the physical damage happened plus that proportion of the 100% annual business interruption value at all other **locations** where business interruption loss ensues, divided by the number of annual working days.

7. Data, Programs, or Software:

Qualifying Period: This Company will not be liable for loss or damage caused by the malicious introduction of a machine code or instruction, unless the time to recreate or restore physically damaged property exceeds 48 hours.

Should this time be exceeded, the insured loss or damage will be calculated beginning from the time of loss subject to a deductible of:

A.   Property Damage: $10,000

B.   Business Interruption Day Equivalent Deductible:

The business interruption deductible will be determined by multiplying the one hundred percent day equivalent (DEQ) by 2.

The day equivalent is the 100% actual annual business interruption value that would have been earned had no loss occurred at the **location** where the physical damage happened plus that proportion of the 100% annual business interruption value at all other **locations** where business interruption loss ensues, divided by the number of annual working days.

8.   Off-Premises Data Services Property Damage and Business Interruption:

Qualifying Period: This Company will not be liable for loss or damage unless the Period of Liability exceeds 48 hours.

Should this time be exceeded, the insured loss or damage will be calculated beginning from the time of loss subject to a deductible of:

A.   Property Damage: $10,000

B.   Business Interruption Day Equivalent Deductible:

The business interruption deductible will be determined by multiplying the one hundred percent day equivalent (DEQ) by 2.

The day equivalent is the 100% actual annual business interruption value that would have been earned had no loss occurred at the **location** where the physical damage happened plus that proportion of the 100% annual business interruption value at all other **locations** where business interruption loss ensues, divided by the number of annual working days.

9.   Off Premises Service Interruption Property Damage and Business Interruption:

Qualifying Period: This Company will not be liable for loss or damage unless the Period of Liability exceeds 24 hours.

Should this time be exceeded, the insured loss or damage will be calculated beginning from the time of loss subject to the deductible(s) that would have applied to the cause of the interruption of services, but not less than:

A.   Property Damage: $10,000

B.   Business Interruption Day Equivalent Deductible:

The business interruption deductible will be determined by multiplying the one hundred percent day equivalent (DEQ) by 1.

The day equivalent is the 100% actual annual business interruption value that would have been earned had no loss occurred at the **location** where the physical damage happened plus that proportion of the 100% annual business interruption value at all other **locations** where business interruption loss ensues, divided by the number of annual working days.

10.   $10,000      All Other Losses.

## H.  SPECIAL TERMS AND CONDITIONS:

1. **United States Certified Act of Terrorism 2015**

   As respects the United States, its territories and possessions and the Commonwealth of Puerto Rico, the definition of terrorism contained in DEFINITIONS is declared null and void and it is agreed that an event defined as a Certified Act of Terrorism under the terms of the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT attached to this Policy shall be considered terrorism within the terms of this policy.  Notwithstanding anything contained in this Policy to the contrary, this Policy provides coverage for direct physical loss or damage to insured property and any resulting Business Interruption loss, as provided in the Policy, caused by or resulting from a Certified Act of Terrorism only to the extent coverage is provided under the terms and conditions of the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT attached to this policy.  Any difference in limit between loss recoverable under the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT and this Policy is not recoverable under this Policy.

2. **Data, Programs or Software Split Sublimit for Malicious Introduction of Machine Code - PRO 726 (12/17)**

   The Data, Programs or Software SUB-LIMIT in the ADDITIONAL COVERAGES is amended to:

   | | |
   |---|---|
   | $10,000,000 | Data, Programs or Software, not to exceed: |
   | $500,000 | Data, Programs or Software for physical loss or damage caused by the malicious introduction of a machine code or instruction **annual aggregate**. |
   | $250,000 | Computer Systems Non-Physical Damage coverage **annual aggregate**. |

3. **Application of Flood and Wind and/or Hail Deductibles**

   If an occurrence involves loss or damage caused by or resulting from both:

   **a. Wind** and/or hail; and

   **b. Flood**;

   Then:

   **1)** A specific wind and/or hail deductible; and

   **2)** A specific **flood** deductible;

   Will apply separately to each location.

   Such loss or damage will be adjusted separately and will be subject to its respective deductible.

4. **Specific Earth Movement Exclusion - PRO 125 (4/15)**

   ADDITIONAL COVERAGES, **Earth Movement** does not apply to any property at the following location(s):

   for any location(s) in Inner and Outer County New Madrid Seismic Zones, per the attached Form No. S-4

5. **Specific Earth Movement Exclusion - PRO 253 (1/17)**

ADDITIONAL COVERAGES, **Earth Movement** does not apply to any property or **locations** in the following countries, provinces or jurisdictions:

Argentina; Bhutan; Bolivia; Bosnia and Herzegovina; Bulgaria; the province of British Columbia in Canada; the Caribbean Islands of Aruba, Cayman Islands, Dominican Republic, Jamaica, The Commonwealth of Puerto Rico, and Trinidad and Tobago; Chile; Colombia; Costa Rica; Croatia; Curacao; Cyprus; Ecuador; El Salvador; Greece; Guam; Guatemala; Iceland; India; Indonesia; Israel; Italy; Japan; Jordan; New Zealand; Nicaragua; Northern Pacific Islands of Federated States of Micronesia, Palau, Northern Marianas, Marshall Islands and Kiribati; Panama; People's Republic of China; Peru; Philippines; Republic of Mexico; Romania; the Republic of Dagestan and the oblasts of Kamchatka and Sakhalin in Russia; Serbia; Singapore; the provinces of Granada and Murcia in Spain; Southern Pacific Islands of American Samoa, Loyalty Islands, French Polynesia, New Caledonia, Solomon Islands, Samoa, Tonga, Tuvalu and Vanuatu; Taiwan; Turkey; Alaska, California, Hawaii, Oregon and Washington in the United States of America and Venezuela.

6. **Special Condition**

This Policy includes property in more than one jurisdiction and separate policies underlying this Policy may be issued by this company or its **representative company(ies)** in compliance with jurisdictional requirements. Such underlying policies will not be considered as additional insurance, but as duplicate insurance only.

7. **Jurisdiction**

This Policy will be governed by United States of America Law.  Any disputes arising hereunder will be exclusively subject to United States of America jurisdiction.

8. **Worldwide Unnamed Property Coverage**

Coverage provided in ADDITIONAL COVERAGE, Unnamed Property SUB-LIMITS will be amended as follows

$ 5,000,000        Unnamed Property to property while located within: the fifty (50) United States.

$ 1,000,000        Unnamed Property for all other property in the coverage territory.

## I.  INDEX OF FORMS:

The following forms are made part of this Policy:

| Title | Form No. | Edition |
|---|---|---|
| Declarations Page | PRO DEC 4100 | (04/15) |
| Declarations | PRO S-1 4100 | (01/17) |
| Wind and/or Hail Prone Counties Virginia to Maine | S-2 | (02/19) |
| Wind and/or Hail Prone Areas | S-3 | (02/19) |
| Inner and Outer County New Madrid Seismic Zones | S-4 | (02/19) |
| All Risk Coverage | PRO AR 4100 | (01/17) |
| Master Policy Endorsement | PRO WW 4100 | (01/18) |
| Supplemental United States Certified Act of Terrorism Endorsement | 7312 | (1/15) |
| California Amendatory Endorsement | AFM 6488 | (04/15) |
| Connecticut Amendatory Endorsement | AFM 6491 | (04/15) |
| Florida Amendatory Endorsement | AFM 6496 | (04/15) |
| Florida Amendatory Sinkhole Coverage Endorsement | 4739 | (10/93) |
| Georgia State Amendatory Endorsement | AFM 2376 | (01/17) |
| Illinois Amendatory Endorsement | AFM 1726 | (04/15) |
| Kansas Amendatory Endorsement | AFM 6410 | (04/15) |
| Maryland Amendatory Endorsement | AFM 6498 | (04/15) |
| Massachusetts Special Endorsement | AFM 4410 | (04/15) |
| Minnesota Amendatory Endorsement | AFM 6503 | (04/15) |
| Nevada Amendatory Endorsement | AFM 6513 | (04/15) |
| New Jersey Mandatory Endorsement | AFM 6261 | (04/15) |
| New York Amendatory Endorsement | AFM 6497 | (04/15) |
| North Carolina Amendatory Endorsement | AFM 6499 | (04/15) |
| Pennsylvania Amendatory Endorsement | AFM 6333 | (04/15) |
| Tennessee Amendatory Endorsement | AFM 6409 | (04/15) |

| Texas Special Mandatory Endorsement | AFM 6810 | (04/15) |
| Wisconsin Amendatory Endorsement | AFM 3884 | (04/15) |

**Location Schedule**
1. 2000 Avenue of the Stars, Los Angeles, CA, 90067, Index No. 076695.28
2. 14100 Park Place, Cerritos, CA, 90703
3. 2029 Century Park East, Los Angeles, CA, 90067
4. 223 Mary Alice Drive, Los Gatos, CA, 95032
5. 1219 Morningside Drive St 100, Manhattan Beach, CA, 90266
6. 1038 Princeton Drive, Marina del Rey, CA, 90292-6187
7. 660 J Street Suite 260, Sacramento, CA, 95814
8. 399 Fremont Street, San Francisco, CA, 94105-2355
9. 805 Hebron Avenue, Glastonbury, CT, 06033
10. 8215 Quail Greens Terrace, Bradenton, FL, 34212
11. 3652 South Third Street #200, Jacksonville Beach, FL, 32250
12. 77 Harbor Drive #17, Key Biscayne, FL, 33149
13. 100 North Biscayne Blvd, Miami, FL, 33132
14. 1691 Michigan Avenue Ste 530, Miami Beach, FL, 33139-2567
15. 3500 Lenox Rd NE Ste 575, Atlanta, GA, 30326-4237
16. 3560 Lenox Rd NE #1525, Atlanta, GA, 30324
17. 444 N Michigan Avenue Ste 3540, Chicago, IL, 60611
18. 887 N 1663 Rd, Lawrence, KS, 66049
19. 19 Kara Drive, North Andover, MA, 01845
20. 18524 Rushbrooke Drive, Olney, MD, 20832
21. 17457 George Moran Drive, Eden Prairie, MN, 55347-2163
22. 7300 Carmel Executive Park Suite 325, Charlotte, NC, 28226-1355
23. 308 Harper Drive Ste 210, Moorestown, NJ, 08057
24. 35 Forest Rd, Delmar, NY, 12054
25. 470 Park Ave South, New York, NY, 10016
26. 405 Lexington Avenue 18th-21th floors, New York, NY, 10174, Index No. 021366.60
27. 33 E 33rd St Rm 1107, New York, NY, 10016
28. 4354 Winterburn Avenue, Pittsburgh, PA, 15207
29. 6060 Poplar Avenue Ste 470, Memphis, TN, 38119
30. 6060 Poplar Avenue Ste 410, Memphis, TN, 38119
31. 401 Commerce Street, Nashville, TN, 37219, Index No. 084829.28
32. 9510 Ashville Drive, Houston, TX, 77051
33. 14927 Carolcrest Drive, Houston, TX, 77079
34. 133 Wiltshire Drive, Hutto, TX, 78634
35. 243 Wilbur Avenue, Waukesha, WI, 53186
36. 1421 E Sunset Rd Ste 4, Las Vegas, NV, 89119-4959
37. 1722 Routh Street Suite 900 Office 31,32,35 & 36, Dallas, TX, 75201
38. 19495 Biscayne Boulevard Ste 300 & 600, Miami, FL, 33180-2319, Index No. 088601.42
39. 4216 Glencoe Avenue Suite 100 and 4218 Glencoe Avenue Suite E,, Marina del Rey, CA, 90292
40. 520 8th Avenue Fl 11, New York, NY, 10018
41. 5551 Vanguard Street, Orlando, FL, 32819, Index No. 084340.95
42. 8517 Southpark Circle, Orlando, FL, 32819-9030, Index No. 003669.95
43. 3240 El Camino Real Ste 130, Irvine, CA, 92602

**Location Schedule**
1. 3 Shortlands, Floor 5, London, W6 8DA UK

**Connecticut, counties of:**

Fairfield, Hartford, Middlesex, New Haven, New London, Tolland, Windham

**Delaware, counties of:**

Kent, New Castle, Sussex

**Maine, counties of:**

Androscoggin, Cumberland, Hancock, Knox, Lincoln, Sagadahoc, Waldo, Washington,  York

**Maryland, counties of:**

Calvert, Charles, Dorchester, St. Mary's, Somerset, Wicomico, Worcester

**Massachusetts, counties of:**

Barnstable, Bristol, Dukes, Essex, Middlesex, Nantucket, Norfolk, Plymouth, Suffolk

**New Hampshire, counties of:**

Rockingham, Strafford

**New Jersey, counties of:**

Atlantic, Bergen, Burlington, Cape May, Cumberland, Essex, Hudson, Middlesex, Monmouth, Ocean, Salem, Union

**New York, counties of:**

Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk, Westchester

**Rhode Island, counties of:**

Bristol, Kent, Newport, Providence, Washington

**Virginia, counties and independent cities of:**

counties of:  Accomack, Gloucester, Isle of Wight, James City, Lancaster, Mathews, Middlesex, Northampton, Northumberland, Surry, York

independent cities of:  Chesapeake, Hampton, Newport News, Norfolk, Poquoson, Portsmouth, Suffolk, Virginia Beach, Williamsburg

**Alabama, counties of:**

Baldwin, Covington, Escambia, Mobile

**Florida:**

Entire State

**Georgia, counties of:**

Brantley, Bryan, Camden, Charlton, Chatham, Effingham, Glynn, Liberty, Long, McIntosh, Wayne

**Hawaii:**

All Islands

**Louisiana, parishes of:**

Acadia, Ascension, Assumption, Beauregard, Calcasieu, Cameron, East Baton Rouge, Iberia, Iberville, Jefferson, Jefferson Davis, Lafayette, Lafourche, Livingston, Orleans, Plaquemines, St. Bernard, St. Charles, St. James, St. John the Baptist, St. Martin, St. Mary, St. Tammany, Tangipahoa, Terrebonne, Vermilion, Washington, West Baton Rouge

**Mississippi, counties of:**

George, Hancock, Harrison, Jackson, Pearl River, Stone

**North Carolina, counties of:**

Beaufort, Bertie, Bladen, Brunswick, Camden, Carteret, Chowan, Columbus, Craven, Currituck, Dare, Duplin, Gates, Hertford, Hyde, Jones, Lenoir, Martin, New Hanover, Onslow, Pamlico, Pasquotank, Pender, Perquimans, Pitt, Sampson, Tyrrell, Washington

**Puerto Rico:**

Entire Territory

**South Carolina, counties of:**

Beaufort, Berkeley, Charleston, Colleton, Dorchester, Georgetown, Horry, Jasper, Marion, Williamsburg

**Texas, counties of:**

Aransas, Bee, Brazoria, Brooks, Calhoun, Cameron, Chambers, Fort Bend, Galveston, Goliad, Hardin, Harris, Hidalgo, Jackson, Jasper, Jefferson, Jim Wells, Kenedy, Kleberg, Liberty, Matagorda, Newton, Nueces, Orange, Refugio, San Patricio, Victoria, Wharton, Willacy

**U.S. Virgin Islands:**

All Islands

**Arkansas, counties of:**

Arkansas, Clay, Craighead, Crittenden, Cross, Fulton, Greene, Independence, Izard, Jackson, Lawrence, Lee, Lonoke, Mississippi, Monroe, Phillips, Poinsett, Prairie, Randolph, Sharp, St. Francis, White, Woodruff

**Illinois, counties of:**

Alexander, Bond, Clay, Clinton, Crawford,  Edwards, Effingham, Fayette, Franklin, Gallatin, Hamilton, Hardin, Jackson, Jasper, Jefferson, Johnson, Lawrence, Madison, Marion, Massac, Monroe, Perry, Pope, Pulaski, Randolph, Richland, Saline, St. Clair, Union, Wabash, Washington, Wayne, White, Williamson

**Indiana, counties of:**

 Gibson, Knox, Pike, Posey, Spencer, Vanderburgh, Warrick

**Kentucky, counties of:**

Ballard, Caldwell, Calloway, Carlisle, Christian, Crittenden, Daviess, Fulton, Graves, Henderson, Hickman, Hopkins, Livingston, Lyon, Marshall, McCracken, McLean, Muhlenberg,  Todd, Trigg, Union, Webster

**Mississippi, counties of:**

Alcorn, Benton, Coahoma, DeSoto, Lafayette, Marshall, Panola, Quitman, Tate, Tippah, Tunica

**Missouri, counties of:**

 Bollinger, Butler, Cape Girardeau, Carter, Dunklin, Iron, Jefferson, Madison, Mississippi, New Madrid, Oregon, Pemiscot, Perry, Reynolds, Ripley, Scott, Shannon, St. Francois, St. Louis, St. Louis Indep. City, Ste. Genevieve, Stoddard, Washington, Wayne

**Tennessee, counties of:**

Benton, Carroll, Chester, Crockett, Decatur, Dyer, Fayette, Gibson, Hardeman, Hardin, Haywood, Henderson, Henry,  Houston, Humphreys, Lake, Lauderdale, Madison, McNairy, Montgomery, Obion, Perry, Shelby, Stewart, Tipton, Weakley

# ALL RISK COVERAGE

## Table of Contents

**PROPERTY INSURED**................................................................................................1

  Real Property....................................................................................................................1

  Personal Property.............................................................................................................1

**PROPERTY EXCLUDED**..........................................................................................1

**EXCLUSIONS**............................................................................................................2

  Group I..............................................................................................................................2

  Group II.............................................................................................................................3

  Group III...........................................................................................................................4

**ADDITIONAL COVERAGES**...................................................................................5

  Accounts Receivable.......................................................................................................5

  Arson or Theft Reward.....................................................................................................5

  Brand Protection..............................................................................................................6

  Change of Temperature....................................................................................................6

  Communicable Disease – Property Damage....................................................................6

  Data, Programs or Software.............................................................................................7

  Debris Removal................................................................................................................8

  Decontamination Costs....................................................................................................8

  Deferred Payment.............................................................................................................8

  Demolition and Increased Cost of Construction..............................................................9

  Earth Movement.............................................................................................................10

  Errors and Omissions.....................................................................................................10

  Expediting Expenses......................................................................................................10

  Fine Arts and Valuable Papers and Records..................................................................11

  Flood..............................................................................................................................11

  Green Coverage..............................................................................................................11

  Land and Water Clean Up Expense................................................................................12

  Locks and Keys..............................................................................................................12

  Money and Securities.....................................................................................................12

  Newly Acquired Property...............................................................................................12

Off-Premises Data Services – Property Damage……………………………………………………………………13

Off-Premises Service Interruption – Property Damage ................................................................... 13

Professional Fees .............................................................................................................................. 13

Property Removed from a Location .................................................................................................. 14

Protection and Preservation of Property – Property Damage .......................................................... 14

Tax Treatment .................................................................................................................................. 14

Tenants Legal Liability .................................................................................................................... 15

Terrorism .......................................................................................................................................... 15

Transit ............................................................................................................................................... 16

Unnamed Property ............................................................................................................................ 18

**BUSINESS INTERRUPTION** ........................................................................................................ 19

Loss Insured ..................................................................................................................................... 19

Business Interruption Coverage ....................................................................................................... 20

    Gross Earnings .......................................................................................................................... 20

    Gross Profits .............................................................................................................................. 20

    Rental Income ........................................................................................................................... 21

    Extra Expense ........................................................................................................................... 22

    BI Select ................................................................................................................................... 22

Period of Liability ............................................................................................................................ 22

Business Interruption Exclusions .................................................................................................... 23

**BUSINESS INTERRUPTION COVERAGE EXTENSIONS** ....................................................... 24

Attraction Property .......................................................................................................................... 24

Civil or Military Authority ............................................................................................................... 24

Communicable Disease – Business Interruption……………………………………………………………… 24

Computer Systems Non-Physical Damage ...................................................................................... 25

Contractual Penalties ....................................................................................................................... 25

Crisis Management ........................................................................................................................... 26

Extended Period of Liability ............................................................................................................ 26

Ingress/Egress .................................................................................................................................. 27

Leasehold Interest ............................................................................................................................ 27

Logistics Extra Cost ........................................................................................................................ 27

Off-Premises Data Services – Business Interruption……………………………………………………………28

Off-Premises Service Interruption – Business Interruption ............................................................ 29

Protection and Preservation of Property – Business Interruption .................................................... 30

Research and Development ............................................................................................................... 30

Soft Costs ................................................................................................................ 30

Supply Chain ......................................................................................................... 30

**LOSS ADJUSTMENT AND SETTLEMENT** ...................................................... 32

Abandonment ......................................................................................................... 32

Appraisal ................................................................................................................ 32

Collection From Others ......................................................................................... 32

Company Option .................................................................................................... 32

Currency for Loss Payment .................................................................................... 32

Legal Action Against this Company ....................................................................... 33

Loss Adjustment and Payable ................................................................................ 33

Other Insurance ..................................................................................................... 33

Requirements in Case of Loss ................................................................................ 33

Settlement of Claims .............................................................................................. 34

Subrogation ............................................................................................................ 35

Valuation ................................................................................................................ 35

**GENERAL CONDITIONS** ................................................................................... 37

Application of Policy to Date or Time Recognition .............................................. 37

Cancellation/Non-Renewal .................................................................................... 37

Conformity to Statute ............................................................................................ 37

First Named Insured .............................................................................................. 37

Increase in Hazard ................................................................................................. 38

Inspections ............................................................................................................. 38

Liberalization Clause ............................................................................................. 38

Misrepresentation and Fraud ................................................................................ 38

Mortgagee/Lenders Loss Payable .......................................................................... 38

Policy Modification ................................................................................................ 40

Reinstatement of Limits after a Loss ..................................................................... 40

Suspension ............................................................................................................. 40

Transfer or Rights and Duties under this Policy ................................................... 40

**DEFINITIONS** ....................................................................................................... 41

# ALL RISK COVERAGE

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as described in this Policy.

## A. PROPERTY INSURED

This Policy insures the following property, unless otherwise excluded elsewhere in this Policy, at or within 1,000 feet of a **described location,** to the extent of the interest of the Insured in such property.

1. Real Property in which the Insured has an insurable interest.

2. Personal Property:

   a) Owned by the Insured.

   b) Consisting of improvements and betterments in which the Insured has an insurable interest.

   c) Of directors, officers and employees of the Insured.

   d) Of others in the Insured's custody to the extent the Insured is under obligation to keep insured for physical loss or damage insured by this Policy.

   e) Of others in the Insured's custody to the extent of the Insured's legal liability for insured physical loss or damage to such Personal Property.

   This Company may defend that portion of any suit against the Insured that alleges such liability and seeks damages for such insured physical loss or damage to such Personal Property. This Company may, without prejudice, investigate, negotiate and settle any claim or suit as this Company deems expedient.

This Policy also insures the interest of contractors and subcontractors in insured property during construction, while at or within 1,000 feet of a **described location**, to the extent that the Insured has agreed, prior to loss, to keep such interest insured for insured physical loss or damage to such property. Such interest of contractors and subcontractors is limited to the property for which they have been hired to perform work and will not extend to any Business Interruption coverage provided in this Policy.

## B. PROPERTY EXCLUDED

This Policy excludes the following except as otherwise stated in this Policy:

1. Land, water or any substance in or on land.

2. Growing crops, standing timber or animals.

3. Bridges and tunnels intended for use by motor vehicles licensed for highway use.

4. Reservoirs, canals, dikes or dams.

5. Docks, piers or wharves which are not a structural part of a building.

6. Currency, money, notes or securities, except as provided by the Money and Securities coverage in this Policy.

7. Motor vehicles licensed for highway use or owned by directors, officers or employees of the Insured.

8.  Satellites, aircraft or watercraft, except if on land, unfueled and manufactured by the Insured.

9.  Property sold by the Insured under conditional sale, trust agreement, installment payment or other deferred payment plan after delivery to the customer, except as provided by the Deferred Payment coverage in this Policy.

10. Underground mines or mine shafts or any property within such mine or shaft.

11. Property while in transit, except as otherwise provided in this Policy.

12. Electronic data, programs or software, except when they are stock in process, finished goods manufactured by the Insured, raw materials, supplies or other merchandise not manufactured by the Insured or as provided by the Data, Programs or Software coverage in this Policy.

13. Property while located **offshore**, except as provided by the Transit coverage in this Policy.

## C. <u>EXCLUSIONS</u>

In addition to the exclusions elsewhere in this Policy, the following exclusions apply unless otherwise stated:

**GROUP I:** This Policy excludes loss or damage directly or indirectly caused by or resulting from any of the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss or damage:

1.  Nuclear reaction or nuclear radiation or radioactive contamination. However:

    a)  If physical damage by fire or sprinkler leakage results, then only that resulting damage is insured; but not including any loss or damage due to nuclear reaction, radiation or radioactive contamination.

    b)  This Policy does insure physical damage directly caused by sudden and accidental radioactive contamination, including resultant radiation damage, from material used or stored or from processes conducted on the **location**, provided that on the date of loss, there is neither a nuclear reactor nor any new or used nuclear fuel on the **location**. This coverage does not apply to any act, loss or damage excluded in Group I Item 2f of this Exclusions clause.

    This exclusion Group I Item 1 and the exceptions in Group I Item 1a and Group I Item 1b above do not apply to any act, loss or damage which also comes within the terms of exclusion Group I Item 2b of this Exclusions clause.

2.  a)  Hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack by any:

        i)   Government or sovereign power (de jure or de facto);

        ii)  Military, naval or air forces; or

        iii) Agent or authority of any party specified in i) or ii) above.

    b)  Discharge, explosion or use of any nuclear device, weapon or material employing or involving nuclear fission, fusion or radioactive force, whether in time of peace or war and regardless of who commits the act.

    c)  Insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating or defending against such an event.

    d)  Seizure or destruction under quarantine or custom regulation, or confiscation by order of any governmental or public authority.

    e)  Risks of contraband, or illegal transportation or trade.

**f)** **Terrorism**, including action taken to prevent, defend against, respond to or retaliate against **terrorism** or suspected **terrorism**, except to the extent provided in the Terrorism coverage of this Policy. However, if direct loss or damage by fire results from any of these acts (unless committed by or on behalf of the Insured), then this Policy covers only to the extent of the **actual cash value** of the resulting direct loss or damage by fire to insured property. This coverage exception for such resulting fire loss or damage does not apply to:

  **i)** Direct loss or damage by fire which results from any other applicable exclusion in the Policy, including the discharge, explosion or use of any nuclear device, weapon or material employing or involving nuclear fission, fusion or radioactive force, whether in time of peace or war and regardless of who commits the act.

  **ii)** Any coverage provided in the Business Interruption section of this Policy or to any other coverages provided by this Policy.

  Any act which satisfies the definition of **terrorism** shall not be considered to be vandalism, malicious mischief, riot, civil commotion or any other risk of physical loss or damage covered elsewhere in this Policy.

  If any act which satisfies the definition of **terrorism** also comes within the terms of Group I Item 2a of this Exclusions clause then Group I Item 2a applies in place of this Group I Item 2f exclusion.

  If any act which satisfies the definition of **terrorism** also comes within the terms of Group I Item 2b of this Exclusions clause then Group I Item 2b applies in place of this Group I Item 2f exclusion.

  If any act which satisfies the definition of **terrorism** also comes within the terms of Group I Item 2c of this Exclusions clause then Group I Item 2c applies in place of this Group I Item 2f exclusion.

  If any act excluded herein involves nuclear reaction, nuclear radiation or radioactive contamination, this Group I Item 2f exclusion applies in place of Group I Item 1 of this Exclusions clause.

**3.** Any dishonest act, including but not limited to theft, committed alone or in collusion with others, at any time by:

  **a)** An Insured or any proprietor, partner, director, trustee, officer or employee of an Insured; or

  **b)** Any proprietor, partner, director, trustee, or officer of any business or entity (other than a common carrier) engaged by an Insured to do anything in connection with property insured under this Policy.

  This Policy does insure acts of direct insured physical damage intentionally caused by an employee of an Insured or any individual specified in b above, and done without the knowledge of the Insured. This coverage does not apply to any act excluded in Group I Item 2f of this Exclusions clause. In no event does this Policy cover loss by theft by any individual specified in a or b above.

**4.** Lack of incoming electricity, fuel, water, gas, steam or refrigerant; outgoing sewerage; or incoming or outgoing voice, data or video; all when caused by an event off the **location**, except as provided by the Off-Premises Data Services and Off-Premises Service Interruption coverages in this Policy. If the lack of such a service directly causes insured physical damage at the **location**, then only that resulting damage is insured.

**5.** **Earth movement**, except as otherwise provided in this Policy.

**6.** **Flood,** except as otherwise provided in this Policy.

**7.** Seepage or influx of water from natural underground sources.

**GROUP II:** This Policy excludes the following, however, if physical damage not excluded by this Policy results, then only that resulting damage is insured:

1. Wear and tear, deterioration, depletion, rust, corrosion, erosion, inherent vice or latent defect.

2. Faulty workmanship, material, construction or design.

3. Loss or damage to stock or material attributable to manufacturing or processing operations while such stock or material is being processed, manufactured, tested or otherwise worked on.

4. Loss or damage caused by or resulting from:

   a) Changes of temperature, except damage to machinery or equipment including fire protective equipment;

   b) Changes in relative humidity,

   All whether atmospheric or not, except as provided by the Change of Temperature and Off-Premises Service Interruption coverages in this Policy.

5. Settling, cracking, shrinking, bulging or expansion of:

   a) Foundations.

   b) Walls.

   c) Floors.

   d) Pavements or roadways.

   e) Roofs.

   f) Ceilings.

6. Loss or damage to personal property in the open from rain, sleet, snow, sand or dust.

7. Theft of precious metal or stones, except when such property is used by the Insured for industrial purposes.

8. Insect, animal or vermin damage.

**GROUP III:** This Policy excludes:

1. Indirect or remote loss or damage.

2. Interruption of business, except to the extent provided in this Policy.

3. Loss of market or loss of use.

4. Loss or damage or deterioration arising from any delay.

5. Mysterious disappearance, loss or shortage disclosed on taking inventory, or any unexplained loss.

6. Loss from enforcement of any law or ordinance:

   a) Regulating the construction, repair, replacement, use or removal, including debris removal, of any property; or

   b) Requiring the demolition of any property, including the cost in removing its debris;

Except as provided by the Decontamination Costs and Demolition and Increased Cost of Construction coverages in this Policy.

7. Loss or damage resulting from the voluntary parting with title or possession of property if induced by any fraudulent act or by false pretense.

8. **Contamination**, and any cost due to **contamination** including the inability to use or occupy property or any cost of making property safe or suitable for use or occupancy. If **contamination** due only to the actual not suspected presence of **contaminant(s)** directly results from other physical damage not excluded by this Policy, then only physical damage caused by such **contamination** may be insured. This exclusion does not apply to radioactive contamination which is excluded elsewhere in this Policy.

9. Shrinkage, evaporation or loss of weight, unless directly resulting from other physical damage not excluded by this Policy.

10. Changes in color, flavor, texture or finish, unless directly resulting from other physical damage not excluded by this Policy.

## D. **ADDITIONAL COVERAGES**

The Additional Coverages below are subject to all the terms and conditions of this Policy including, but not limited to, the limits of liability, deductibles and exclusions shown in the Declarations section.

### 1. **Accounts Receivable**

This Policy covers amounts which the Insured is unable to collect as a direct result of insured physical loss or damage to accounts receivable records at a **location**.

Coverage includes:

a) Interest charges on any loan to offset impaired collections pending repayment of sums that cannot be collected. Unearned interest charges and service charges on deferred payment accounts and normal credit losses on bad debts will be deducted.

b) Collection expenses in excess of normal collection costs.

c) Other reasonable expenses incurred by the Insured in recreating records of accounts receivable.

After payment of loss by this Company, all amounts recovered by the Insured on accounts receivable for which the Insured has been indemnified will belong to and be paid to this Company by the Insured up to the total amount of loss paid by this Company. All recoveries in excess of such amounts will belong to the Insured.

Accounts Receivable Exclusions: As respects Accounts Receivable, the following additional exclusions apply:

This Policy does not cover shortage resulting from:

a) Bookkeeping, accounting, or billing error or omission.

b) Alteration, falsification, manipulation, concealment, destruction or disposal of records of accounts receivable committed to conceal the wrongful giving, taking, obtaining or withholding of money, securities or other property.

**2.   Arson or Theft Reward**

This Policy covers payment of any reward offered by the Insured or on the Insured's behalf for information that leads to conviction of the perpetrator(s) of insured:

**a)**   Arson to; or

**b)**   Theft of;

Insured property.

**3.   Brand Protection**

This Policy gives control of physically damaged property consisting of finished goods or merchandise manufactured by or for the Insured as follows:

**a)**   The Insured will have full rights to the possession and control of damaged property in the event of insured physical loss or damage to such property provided proper testing is done to show which property is physically damaged.

**b)**   The Insured using reasonable judgment will decide if the physically damaged property can be reprocessed or sold.

Physically damaged property judged by the Insured to be:

**i)**   Unfit for reprocessing or selling will not be sold or disposed of except by the Insured, or with the Insured's consent.

**ii)**   Fit for reprocessing or selling and this Company elects to take all or any part of physically damaged branded and labeled property, the Insured may at this Company's expense:

(a)      Stamp "salvage" on the property or its containers; or

(b)      Remove or obliterate the brands or labels,

If doing so will not damage the property.

The Insured must relabel the property or containers in compliance with the applicable requirements of law.

**c)**   Any salvage proceeds received will go to the:

**i)**   Company at the time of loss settlement; or

**ii)**   Insured if received prior to loss settlement and such proceeds will reduce the amount of loss payable accordingly.

**4.   Change of Temperature**

This Policy covers spoilage of insured stock and supplies due to:

**a)**   Changes of temperature or changes in relative humidity,

Directly resulting from the interruption, in whole or part, of services consisting of electricity, gas, fuel, steam, water or refrigeration by reason of any accidental event, other than insured physical loss or damage, at a **location**.

## 5.  Communicable Disease – Property Damage

If a **described location** owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease** and access to such **described location** is limited, restricted or prohibited by:

**a)**   An order of an authorized governmental agency regulating or as result of such presence of **communicable disease**; or

**b)**   A decision of an Officer of the Insured as a result of such presence of **communicable disease**,

This Policy covers the reasonable and necessary costs incurred by the Insured at such **described location** for the:

**a)**   Cleanup, removal and disposal of such presence of **communicable disease** from insured property; and

**b)**   Actual costs or fees payable to public relations services or actual costs of using the Insured's employees for reputation management resulting from such presence of **communicable disease** on insured property.

This Additional Coverage does not cover any costs incurred due to any law or ordinance with which the Insured was legally obligated to comply prior to such presence of **communicable disease**.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

Communicable Disease - Property Damage Exclusions: As respects Communicable Disease – Property Damage, the following additional exclusion applies:

This Policy excludes loss or damage directly or indirectly caused by or resulting from **terrorism** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

## 6.  Data, Programs or Software

This Policy covers insured **physical loss or damage to electronic data, programs or software**, including physical loss or damage caused by the malicious introduction of a machine code or instruction, while anywhere within this Policy's Territory, including while in transit.

This coverage includes:

**a)**   The cost of the following reasonable and necessary actions taken by the Insured due to actual insured **physical loss or damage to electronic data, programs or software:**

    **i)**   To temporarily protect and preserve insured electronic data, programs or software.

    **ii)**   For the temporary repair of insured **physical loss or damage to electronic data, programs or software**.

    **iii)**   To expedite the permanent repair or replacement of such damaged property.

**b)**   The reasonable and necessary costs incurred by the Insured to temporarily protect or preserve insured electronic data, programs or software against immediately impending insured **physical loss or damage to electronic data, programs or software**. In the event that there is no physical loss or damage, the costs covered under this item will be subject to the deductible that would have applied had there been such physical loss or damage.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

This Additional Coverage excludes loss or damage to data, programs or software when they are **stock in process**, finished goods manufactured by the Insured, **raw materials**, supplies or other merchandise not manufactured by the Insured.

Data, Programs or Software Exclusions: As respects Data, Programs or Software, the following additional exclusion applies:

This Policy excludes the following but, if physical damage not excluded by this Policy results, then only that resulting damage is insured:

**a)** Errors or omissions in processing or copying.

**b)** Loss or damage to data, programs or software from errors or omissions in programming or machine instructions.

Data, Programs or Software Valuation: On property insured under this coverage, the loss amount will not exceed:

**a)** The cost to repair, replace or restore data, programs or software including the costs to recreate, research and engineer; or

**b)** The blank value of the media if not repaired, replaced or restored within two years from the date of loss.

## 7. Debris Removal

This Policy covers the reasonable and necessary costs incurred to remove debris from a **location** that remains as the direct result of insured physical loss or damage.

This coverage does not cover the costs of removing:

**a)** Contaminated uninsured property; or

**b)** The **contaminant** in or on uninsured property;

Whether or not the **contamination** results from insured physical loss or damage.

This coverage includes the costs of removal of contaminated insured property or the **contaminant** in or on insured property only if the **contamination**, due to the actual not suspected presence of **contaminant(s)**, of the debris resulted directly from other physical damage not excluded by the Policy.

## 8. Decontamination Costs

If insured property is contaminated as a direct result of insured physical damage and there is in force at the time of the loss any law or ordinance regulating **contamination** due to the actual not suspected presence of **contaminant(s)**, then this Policy covers, as a direct result of enforcement of such law or ordinance, the increased cost of decontamination and/or removal of such contaminated insured property in a manner to satisfy such law or ordinance. This coverage applies only to that part of insured property so contaminated due to such presence of **contaminant(s)** as a direct result of insured physical damage.

The Company is not liable for the costs required for removing:

**a)** Contaminated uninsured property; or

**b)** The **contaminant** in or on uninsured property;

Whether or not the **contamination** results from insured physical loss or damage.

9.  **Deferred Payment**

This Policy covers the Insured's interest in personal property of the type insured that has been sold by the Insured under a conditional sale or trust agreement or any installment or deferred payment plan, if such property sustains physical loss or damage insured by this Policy and only to the extent the Insured is unable to collect the unpaid balance of such interest.

This coverage applies from the time the property is delivered to the buyer until the Insured's interest in it has ceased or the policy terminates or expires, whichever is first.

Deferred Payment Exclusion: As respects Deferred Payment, the following additional exclusion applies:

This Policy excludes:

**a)**   Theft or conversion by the buyer of the property after the buyer has taken possession of such property.

**b)**   Property not within this Policy's Territory.

Deferred Payment Valuation: On property insured under this coverage, the loss amount will not exceed the lesser of the following:

**a)**   The total amount of unpaid installments less finance charges.

**b)**   The **actual cash value** of the property on the date of loss or damage.

**c)**   The cost to repair or replace with material of like size, kind and quality.

10. **Demolition and Increased Cost of Construction**

This Policy covers the costs as described herein resulting from the Insured's obligation to comply with a law or ordinance, provided that:

**a)**   Such law or ordinance is enforced as a direct result of insured physical loss or damage at a **location**;

**b)**   Such law or ordinance is in force at the time of such loss or damage; and

**c)**   Such **location** was not required to be in compliance with such law or ordinance prior to the happening of the insured physical loss or damage.

Coverage A:

The reasonable and necessary costs incurred by the Insured to comply with the enforcement of the minimum requirements of any law or ordinance that Regulates the demolition, construction, repair, replacement or use of buildings, structures, machinery or equipment.

As respects insured property, this Coverage A covers the reasonable and necessary costs to:

**a)**   Demolish any physically damaged and undamaged portions of the insured buildings, structures, machinery or equipment.

**b)**   Repair or rebuild the physically damaged and undamaged portions, whether or not demolition is required, of such insured buildings, structures, machinery or equipment.

The Company's maximum liability for this Coverage A at each location in any occurrence will not exceed the actual costs incurred in demolishing the physically damaged and undamaged portions of the insured property plus the lesser of:

**a)**  The reasonable and necessary cost, excluding the cost of land, to rebuild on another site; or

**b)**  The cost to rebuild on the same site.

Coverage B:

The reasonable estimated cost to repair, replace or rebuild insured property consisting of buildings, structures, machinery or equipment that the Insured is legally prohibited from repairing, replacing or rebuilding to the same height, floor area, number of units, configuration, occupancy or operating capacity, because of the enforcement of any law or ordinance that regulates the construction, repair, replacement or use of buildings, structures, machinery or equipment.

Demolition and Increased Cost of Construction Coverage B Valuation: On property covered under this Coverage B that cannot legally be repaired or replaced, the loss amount will be the difference between:

**a)**  The **actual cash value**; and

**b)**  The cost that would have been incurred to repair, replace or rebuild such lost or damaged property had such law or ordinance not been enforced at the time of loss.

Demolition and Increased Cost of Construction Exclusions: As respects Demolition and Increased Cost of Construction, the following additional exclusions apply:

This Policy does not cover:

**a)**  Any cost incurred as a direct or indirect result of enforcement of any law or ordinance regulating any form of **contamination**.

**b)**  Any machinery or equipment manufactured by or for the Insured, unless used by the Insured in its operation at the **location** suffering the physical loss or damage.

## 11. Earth Movement

This Policy covers physical loss or damage caused by or resulting from **earth movement**.

## 12. Errors and Omissions

If physical loss or damage is not payable under this Policy solely due to an error or unintentional omission:

**a)**  In the address of a property insured by this Policy which existed at the inception date of this Policy or in any subsequent amendments to this Policy;

**b)**  That fails to include any **location**:

  **i)**  Owned; or

  **ii)**  Occupied by the Insured; or

**c)**  That results in cancellation of insured property under this Policy;

Then coverage applies to the extent this Policy would have provided coverage had the error or unintentional omission not been made.

It is a condition of this Additional Coverage that any error or unintentional omission be reported by the Insured to the Company when discovered and corrected.

## 13. Expediting Expenses

This Policy covers the reasonable and necessary costs incurred to:

**a)** Temporarily repair or replace; and

**b)** Expedite the permanent repair or replacement of;

Insured property that has sustained insured physical loss or damage.

This coverage does not include expenses payable elsewhere in this Policy including the cost of permanent repair or replacement of damaged property.

## 14. Fine Arts and Valuable Papers and Records

This Policy covers **fine arts** and **valuable papers and records** while anywhere within this Policy's Territory including while in transit.

Fine Arts and Valuable Papers and Records Exclusion: As respects Fine Arts and Valuable Papers and Records, the following additional exclusion applies:

This Policy excludes:

**a)** Loss or damage to any **fine arts** as a result of restoring, repairing or retouching processes.

**b)** Errors or omissions in the processing or copying of **valuable papers and records.**

Fine Arts and Valuable Papers and Records Valuation: On property insured under this coverage, the loss amount will not exceed the lesser of the following:

**a)** The cost to repair or restore the article to the condition that existed immediately prior to the loss;

**b)** The cost to replace the article; or

**c)** The value designated for the article as shown in the Declarations section of this Policy or on a schedule on file with this Company.

In case of physical loss or damage to a **fine arts** or **valuable papers and records** article that is part of a pair or a set, this Company will pay the lesser of the full value or the amount scheduled, if any, of the value of such pair or set only if the damaged article cannot be repaired or restored to its condition before the loss and the Insured surrenders the remaining article or articles of the pair or set to this Company.

## 15. Flood

This Policy covers physical loss or damage caused by or resulting from **flood**.

## 16. Green Coverage

This Policy covers the reasonable and necessary additional costs incurred by the Insured, as a direct result of insured physical loss or damage:

**a)** To repair or replace physically damaged insured property with material of like kind and quality which qualifies as **Green**.

**b)** To replace the insured physically damaged portions of insured roofing systems with vegetative roof(s), including but not limited to the addition of trees, shrubs, plants and lawns to those roof(s), which qualify as **Green,** if this Policy covers Real Property.

**c)** As part of **Green** reconstruction, to flush out the air in the area of the physically damaged insured property with 100 percent outside air and to provide replacement filtration media for the building's ventilation system that controls the damaged area.

**d)** For an accredited professional certified by a **Green Authority** to participate in the design and construction for repairing or rebuilding the physically damaged insured property as **Green**.

**e)** For the process of certification or recertification of the repaired or replaced insured property as **Green.**

**f)** For **Green** removal, disposal or recycling of the damaged insured property.

Notwithstanding any other provision in this Policy, the Insured must repair or replace the insured real and/or personal property lost, damaged or destroyed as a condition of this coverage.

Green Coverage Exclusions: As respects Green Coverage, the following additional exclusions apply:

This Policy excludes:

**a)** Stock, **raw materials**, work in process, finished goods, merchandise, **production machinery and equipment**, electronic data processing equipment not used in the functional support of the real property, molds and dies, property in the open, property of others for which the insured is legally liable, personal property of directors, officers or employees of the Insured.

**b)** Any property adjusted on other than repair or replacement per the Valuation clauses of this Policy.

**c)** Any loss recoverable elsewhere in this Policy.

## 17. Land and Water Clean Up Expense

This Policy covers the reasonable and necessary costs to remove, dispose of or clean up the actual but not the suspected presence of **contaminant(s)** from uninsured land or water or any substance in or on land, at a **location**, when such property is contaminated as a direct result of insured physical loss or damage to insured property.

This Policy does not cover the cost to clean up, remove and dispose of **contamination** from such property:

**a)** At any **location** insured for Personal Property only.

**b)** When the Insured fails to give written notice of loss to this Company within 180 days after the inception of the loss.

## 18. Locks and Keys

This Policy covers the reasonable and necessary cost incurred by the Insured to replace undamaged keys and to replace, adjust or reprogram undamaged locks to accept new keys or entry codes as a result of insured physical loss or damage.

### 19. Money and Securities

This Policy covers physical loss or damage to money and securities at a **location** resulting from:

**a)**   Fire, explosion or sprinkler leakage.

### 20. Newly Acquired Property

This Policy covers property of the type insured that is newly acquired while located anywhere within this Policy's Territory, excluding while in transit.

This coverage terminates:

**a)**   When the newly acquired property is bound by this Company; or

**b)**   When agreement is reached that the property will not be insured under this Policy; or

**c)**   120 days after the date of acquisition of the property; or

**d)**   At the termination or expiration of this Policy;

Whichever occurs first.

### 21. Off-Premises Data Services - Property Damage

This Policy covers insured physical loss or damage to insured property at a **location** when such physical loss or damage results from the interruption of **off-premises data processing or data transmission services** by reason of any accidental event at the facilities of the provider of such services, while anywhere within this Policy's Territory, that immediately prevents in whole or in part the delivery of such provided services.
For the purposes of this Additional Coverage an accidental event to satellites will be considered an accidental event at the facilities of the provider.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

Additional General Conditions:

**1)**   The Insured will immediately notify the company providing **off-premises data processing or data transmission services** of any interruption of such services.

**2)**   The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has entered into for such specified services.

Off Premises Data Services - Property Damage Exclusions: As respects Off-Premises Data Services - Property Damage , the following additional exclusion applies:

This Policy excludes loss or damage directly or indirectly caused by or resulting from **terrorism** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

### 22. Off-Premises Service Interruption - Property Damage

This Policy covers insured physical loss or damage at a **location** caused by or resulting from the interruption, in whole or part, of incoming electric, gas, fuel, steam, water, refrigeration, or outgoing sewerage.

The interruption of such services must be by reason of an accidental event, not otherwise excluded by this Policy, at the facilities of the service provider(s) while anywhere within this Policy's Territory.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

Additional Conditions:

This Company will not be liable for deliberate act(s) by the service provider to shed load to maintain system integrity.

Off-Premises Service Interruption - Property Damage Exclusion: As respects Off-Premises Service Interruption - Property Damage the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from **terrorism** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

## 23. Professional Fees

This Policy covers the reasonable and necessary expenses incurred by the Insured of:

**a)**   Auditors;

**b)**   Accountants;

**c)**   Architects;

**d)**   Engineers; or

**e)**   Other professionals; and

**f)**   The Insured's own employees,

For producing and certifying particulars or details to determine the amount of loss payable under this Policy for which this Company has accepted liability.

This coverage does not include the fees and expenses of attorneys, public adjusters, loss appraisers, loss consultants or any of their subsidiaries or related or associated entities.

## 24. Property Removed from a Location

This Policy covers insured property when removed from a **location** to avoid or prevent immediately impending insured physical loss or damage to such property. This Policy covers such property for physical loss or damage as provided at the **location** from which the property was removed.

This coverage applies for a period:

**a)**   Of 120 days from the date of removal; but

**b)**   Not beyond the termination or expiration date of this Policy.

## 25. Protection and Preservation of Property - Property Damage

This Policy covers the reasonable and necessary costs incurred for:

**a)** Actions to temporarily protect or preserve insured property; provided such actions are necessary due to actual, or to prevent immediately impending, insured physical loss or damage to such insured property.

**b)** Fire department firefighting charges imposed as a result of responding to a fire in, on or exposing the insured property.

**c)** Restoring and recharging fire protection systems following an insured loss.

**d)** The water used for fighting a fire in, on or exposing the insured property.

**e)** Temporary security for a period of time not to exceed 30 consecutive days due to actual, or to prevent immediately impending, insured physical loss or damage to such insured property.

This coverage does not cover costs incurred for actions to temporarily protect or preserve insured property from actual, or to prevent immediately impending, physical loss or damage covered by the Terrorism coverage of this Policy.

This coverage is subject to the deductible provisions that would have applied had the physical loss or damage happened.

## 26. Tax Treatment

This Policy covers the increased tax liability as a direct result of insured physical loss or damage to insured property. When such tax liability is greater than the tax liability that would have been incurred had there been no such loss or damage, then this Policy will cover only the increased tax liability for the profit portion of a loss payment under this Policy involving finished stock manufactured by the Insured and/or the profit portion of the Business Interruption loss payment.

## 27. Tenants Legal Liability

This Policy covers direct physical loss or damage, caused by or resulting from **named perils**, to that part of buildings of others, including permanently attached building fixtures, leased to and occupied by the Insured at a **described location** to the extent of the Insured's legal liability for such loss or damage.

This coverage also includes the following:

**a)** The reasonable expenses of defending the Insured against only that part of any suit alleging the Insured's legal liability for such physical loss or damage;

**b)** The reasonable expenses incurred by this Company, this Company's proportionate share of costs taxed against the Insured in any such suit, and this Company's proportionate share of interest accruing after entry of judgment until this Company has paid, tendered or deposited into court its proportionate share of such judgment; and

**c)** The reasonable expenses, other than loss of earnings, incurred at this Company's request.

This coverage does not include:

**a)** That part of any settlement by the Insured to which this Company has not given its prior written consent; or

**b)** Any legal liability for loss or damage assumed by the Insured under any contract or agreement, whether oral or written, expressed or implied.

Additional Provisions: This Company may:

**a)** Investigate, negotiate and settle any claim or suit as this Company deems expedient and will not be prejudiced under this coverage for failure to settle for any amount within the Company's applicable limit of liability.

**b)**  Pay, tender or deposit into court the Company's applicable limit of liability, less any expenses incurred by the Company, in full satisfaction of its liability under this coverage, and thereby terminate any further liability for any expense amount described in paragraphs a, b or c above.

Tenants Legal Liability Exclusion: As respects Tenants Legal Liability, the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from **terrorism** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

## 28. Terrorism

This Policy covers physical loss or damage caused by or resulting from **terrorism** only at a **described location**.

Any act which satisfies the definition of **terrorism** shall not be considered to be vandalism, malicious mischief, riot, civil commotion or any other risk of physical loss or damage covered elsewhere in this Policy.

Amounts recoverable under this coverage are excluded from coverage elsewhere in this Policy.

This coverage does not cover loss or damage which also comes within the terms of either Group I Item 2a or Group I Item 2c of the Exclusions clause of this Policy.

This coverage does not in any event cover loss or damage directly or indirectly caused by or resulting from any of the following, regardless of any other cause or event, whether or not insured under this Policy contributing concurrently or in any other sequence to the loss:

**a)**  That involves the use, release or escape of nuclear materials or that directly or indirectly results in nuclear reaction or radiation or radioactive contamination or that involves the discharge, explosion or use of any nuclear device, weapon or material employing or involving nuclear fission, fusion or radioactive force, whether in time of peace or war and regardless of who commits the act; or

**b)**  That is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**c)**  In which pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials; or

**d)**  That involves action taken to prevent, defend against, respond to or retaliate against **terrorism** or suspected **terrorism**.

## 29. Transit

This Policy covers the following insured personal property:

**a)**  Owned by the Insured;

**b)**  Of others to the extent of the Insured's interest or legal liability while in the actual or constructive custody of the Insured;

**c)**  Shipped to others on Free on Board (FOB), Cost and Freight (C&F) or similar terms. The Insured's contingent interest in such shipments is admitted,

**d)**  Of others sold by the Insured, that the Insured has agreed prior to the loss to insure during course of delivery including:

**i)**   When shipped by the Insured's direct contract service provider or by the Insured's direct contract manufacturer to the Insured or to the Insured's customer;

**ii)**   When shipped by the Insured's customer to the Insured or to the Insured's contract service provider or to the Insured's contract manufacturer,

While in transit within the Policy's Territory:

**a)**   From the time the property leaves the original point of shipment for transit; and

**b)**   Continuously in the due course of transit until delivered at the destination.

**c)**   Coverage on export shipments not insured under ocean cargo policies does not extend beyond the time when the property is loaded on board overseas vessels or aircraft. Coverage on import shipments not insured under ocean cargo policies does not attach until after discharge from overseas vessels or aircraft.

This coverage:

**a)**   Insures physical loss or damage caused by or resulting from:

**i)**   Unintentional acceptance of fraudulent bills of lading, shipping or messenger receipts by the Insured or the Insured's agent, customer or consignee.

**ii)**   Any unauthorized person(s) representing themselves to be the proper party(ies) to receive the property for shipment or to accept it for delivery.

**b)**   Covers general average and salvage charges on shipments covered while waterborne.

Additional Conditions:

**a)**   Permission is granted to the Insured, without prejudice to this insurance, to accept ordinary bills of lading used by carriers, including:

**i)**   Released and/or undervalued bills of lading; or

**ii)**   Shipping or messenger receipts.

**b)**   The Insured may waive subrogation against railroads under sidetrack agreements.

**c)**   The Insured may not enter into any special agreement with carriers releasing them from their common law or statutory liability.

**d)**   This coverage shall not inure directly or indirectly to the benefit of any carrier or bailee.

Transit Exclusions: As respects Transit, the following additional exclusions apply:

This Policy excludes:

**a)**   Property shipped by mail.

**b)**   Shipments by air unless made by regularly scheduled airlines.

**c)**   Waterborne shipments via the Panama Canal or waterborne shipments to and from:

**i)**   Alaska.

  **ii)** Hawaii.

  **iii)** Commonwealth of Puerto Rico.

  **iv)** Virgin Islands.

**d)** Any transporting vehicle.

**e)** Property of others, including the Insured's legal liability, hauled on vehicles owned, leased or operated by the Insured when acting as a common or contract carrier.

**f)** Property insured under any import or export ocean marine insurance.

Transit Valuation: On property insured under this coverage, the loss amount will not exceed the following:

**a)** For property shipped to or for the account of the Insured: the actual invoice to the Insured, including such costs and charges (including the commission of the Insured as selling agent) as may have accrued and become legally due on such property.

**b)** For property that has been sold by the Insured and shipped to or for the account of the purchaser (if covered by this Policy), the amount of the Insured's selling invoice, including prepaid or advanced freight.

**c)** For property not under invoice:

  **i)** For property of the Insured, at the valuation provisions of the Policy applying at the place from which the property is being transported; or

  **ii)** For other property, the **actual cash value** at point of destination on the date of loss,

Less any charges saved which would have become due and payable upon arrival at destination.

## 30. Unnamed Property

This Policy covers insured property anywhere within this Policy's Territory, excluding property while in transit.

Unnamed Property Exclusion: As respects Unnamed Property, the following additional exclusion applies:

This Policy excludes:

**a)** **Transmission and distribution systems**, except at a premises owned, leased or rented by the Insured**.**

# BUSINESS INTERRUPTION

The Business Interruption loss, as provided in the Business Interruption Coverage and Business Interruption Coverage Extensions of this section, is subject to all the terms and conditions of this Policy including, but not limited to, the limits of liability, deductibles and exclusions shown in the Declarations section.

## A. LOSS INSURED

This Policy insures Business Interruption loss, as provided in the Business Interruption Coverage, as a direct result of physical loss or damage of the type insured:

1. To property as described elsewhere in this Policy and not otherwise excluded by this Policy;

2. Used by the Insured;

3. While at a **location** or while in transit as provided by this Policy; and

4. During the Period of Liability as described elsewhere in this Policy.

This Policy insures Business Interruption loss only to the extent it cannot be reduced through:

1. The use of any property or service owned or controlled by the Insured;

2. The use of any property or service obtainable from other sources;

3. Working extra time or overtime; or

4. The use of inventory;

All whether at a **location** or at any other premises. This Company reserves the right to take into consideration the combined operating results of all associated, affiliated or subsidiary companies of the Insured in determining the amount of loss.

In determining the amount of loss payable, this Company will consider:

1. Any amount recovered elsewhere under this Policy for loss or damage to finished goods or merchandise at selling price as having been sold to the Insured's regular customers and credited against net sales.

2. The experience of the business before and after and the probable experience during the Period of Liability. The probable experience will also consider any increase or decrease in demand for the Insured's goods or services during the Period of Liability, even if such increase or decrease is from the same event that caused physical loss or damage starting the Period of Liability.

3. The continuation of only those normal charges and expenses that would have been earned had there been no interruption of production or business operations or services.

This Policy also covers expenses reasonably and necessarily incurred by the Insured to reduce the loss otherwise payable under this Policy. The amount of such recoverable expenses will not exceed the amount by which the loss is reduced.

## B. BUSINESS INTERRUPTION COVERAGE

### 1. Gross Earnings

The recoverable Gross Earnings loss is the actual loss sustained by the Insured of **Gross Earnings**, less all charges and expenses that do not necessarily continue, plus all other earnings derived from the operations of the business, excluding loss covered under Rental Income, during the Period of Liability.

**Gross Earnings** means:

The net sales value of production or business operations or services less the cost of:

**a)**   Raw stock;

**b)**   Materials and supplies; and

**c)**   Merchandise sold;

Used in production or business operations or services rendered by the Insured

The recoverable Gross Earnings loss payable is limited to the extent the Insured is:

**a)**   Wholly or partially prevented from producing goods or continuing business operations or services;

**b)**   Unable to make up lost production within a reasonable amount of time, not limited to the period during which production is interrupted;

**c)**   Unable to continue such operations or services during the Period of Liability; and

**d)**   Able to demonstrate a loss of sales for the production or business operations or services prevented.

### 2. Gross Profits

The recoverable Gross Profits loss is the actual loss sustained by the Insured of the:

**a)**   **Reduction in Sales;** and the

**b)**   **Increased Cost of Doing Business,**

Resulting from the necessary interruption of business during the Period of Liability.

As respects Gross Profits, Business Interruption Exclusion Items 2a, 2c and 3 do not apply.

For purposes of measuring the loss:

**Gross Profits** means:

The sum produced by adding the **Net Profit** to the **Insured Fixed Charges**. If there is no **Net Profit** the amount of all **Insured Fixed Charges** less that proportion of any loss from business operations as the amount of the **Insured Fixed Charges** bears to all fixed charges.

**Increased Cost of Doing Business** means:

The reasonable and necessary costs incurred to avoid or diminish a reduction in sales but not to exceed the sum produced by applying the **Rate of Gross Profit** to the amount of the reduction avoided; all less any sums saved as may cease or be reduced during the Period of Liability.

**Insured Fixed Charges** means:

All fixed charges unless specifically excluded in the Declarations section.

**Net Profit** means:

The net operating profit excluding:

**a)**   Capital receipts and accruals; and

**b)**   Outlay properly chargeable to capital;

Resulting from the business of the Insured after due provision has been made for all fixed charges and any other expenses, including depreciation, but before deduction of any taxes on profits.

**Rate of Gross Profit** means:

The rate of **Gross Profit** earned on **Sales** during the twelve (12) full months immediately before the date of the loss or damage to the insured property.

**Reduction in Sales** means:

The amount produced by applying the **Rate of Gross Profit** to the amount by which the **Sales** during the Period of Liability fall short of the **Standard Sales**.

**Sales** means:

The money, excluding loss covered under Rental Income, paid or payable to the Insured for:

**a)**   Goods sold and delivered; and

**b)**   Services rendered;

In the conduct of the Insured's business**.**

**Standard Sales** means:

The **Sales** during the period of the twelve (12) months immediately before the date of the loss or damage to the insured property which corresponds with the Period of Liability.

## 3.  Rental Income

The recoverable Rental Income loss is the actual loss sustained by the Insured of the following during the Period of Liability:

**a)**   The fair rental value of any portion of the property occupied by the Insured;

**b)**   Income reasonably expected from the rentals of unoccupied or unrented portions of such property;

**c)**   The rental income from the rented portions of such property, according to bona fide leases, contracts or agreements, in force at the time of loss;

All less charges and expenses that do not continue.

Rental Income Exclusion: As respects Rental Income, the following additional exclusion applies:

This Policy does not insure:

**a)**   Any loss of rental income during any period in which the insured property would not have been rented for any reason other than an insured loss.

## 4. Extra Expense

The recoverable Extra Expense loss is the reasonable and necessary extra expense incurred by the Insured of the following during the Period of Liability to:

**a)**   Temporarily continue as close to normal the conduct of the Insured's business; and

**b)**   Temporarily use the property or facilities of the Insured or others;

All less any value remaining at the end of the Period of Liability for property obtained in connection with the above.

If the Insured makes claim in accordance with the terms and conditions of the BI Select clause, the Period of Liability for Extra Expense coverage will be the Period of Liability applicable to the Business Interruption Coverage option selected.

Extra Expense Exclusions: As respects Extra Expense, the following additional exclusions apply:

This Policy does not insure:

**a)**   Any loss of income.

**b)**   Expenses that usually would have been incurred in conducting the business during the same period had no physical loss or damage happened.

**c)**   The cost of permanent repair or replacement of property that has been damaged or destroyed.

**d)**   Any expense recoverable elsewhere in this Policy.

## 5. BI Select™

If this Policy insures Gross Earnings and Gross Profit the Insured has the option to make claim based on either:

**a)**   Gross Earnings; or

**b)**   Gross Profit.

If such claim involves more than one **location**, including interdependency at one or more **locations**, all such claims will be adjusted using the coverage option chosen above.

This option may be exercised any time prior to meeting the conditions set forth in the Settlement of Claims provisions in the Loss Adjustment and Settlement section of this Policy.

## C.  <u>PERIOD OF LIABILITY</u>

The Period of Liability for Business Interruption Coverage and Business Interruption Coverage Extensions, unless otherwise stated elsewhere in this Policy, is as follows:

The Gross Earnings, Rental Income or Extra Expense Period of Liability is:

**1.**  The period starting from the time of physical loss or damage of the type insured; and

**2.**  Ending when, with due diligence and dispatch,

  **a)**  The lost or damaged property could be repaired or replaced and made ready for production or business operations or services under the same or equivalent physical operating conditions that existed prior to the loss or damage; or

  **b)**  The lost or damaged property under the course of construction or renovation could be repaired or replaced to the same or equivalent degree of completion that existed prior to the loss or damage. This period of time will be applied to the level of business that would have been reasonably achieved after construction and startup would have been completed had no physical damage happened.

**3.**  For **raw materials** or supplies, the period of time:

  **a)**  Resulting from the inability to procure suitable **raw materials** or supplies to replace those physically lost or damaged, but

  **b)**  For no more than the period of time for which such physically lost or damaged **raw materials** or supplies would have supplied production or business operating or servicing needs.

The Gross Profit Period of Liability is:

The period starting from the time of physical loss or damage of the type insured and ending no later than the period of time shown in the Declarations section during which the results of the business shall be directly affected by such damage.

Period of Liability Conditions:

The Period of Liability will not include any additional time:

**1.**  Due to the Insured's inability to resume production or business operations or services regardless of the reason, including but not limited to:

  **a)**  Making change(s) to the buildings, structures or equipment, for any reason except as provided by the Demolition and Increased Cost of Construction coverage in this Policy; or

  **b)**  Restaffing or retraining employees. However, this item does not apply to additional time needed to train staff to use new machinery or equipment which replaces machinery or equipment that suffered insured physical loss or damage, provided that such training is completed within 90 days after the new machinery or equipment has been installed.

If two or more Periods of Liability apply such periods will not be cumulative and will not be limited by the expiration of this Policy.

## D.  <u>BUSINESS INTERRUPTION EXCLUSIONS</u>

In addition to the exclusions elsewhere in this Policy, the following exclusions apply to Business Interruption loss:

This Policy does not insure:

1. Any loss during any idle period, including but not limited to when production, operations or services or delivery or receipt of goods would cease, or would not have taken place or would have been prevented due to:

   a)   Physical loss or damage not insured by this Policy.

   b)   Planned or rescheduled shutdown.

   c)   Strike or other work stoppage.

   d)   Any other reason other than physical loss or damage insured under this Policy.

2. Any increase in loss due to:

   a)   The suspension, cancellation, or lapse of any lease, contract, license or order.

   b)   Damages for breach of contract, or for late or non-completion of orders.

   c)   Fines or penalties of any nature, except as provided by the Contractual Penalties coverage in this Policy.

   d)   Any other consequential or remote loss.

3. Any loss resulting from physical loss or damage to merchandise or finished goods valued at the regular cash selling price or the time required for their reproduction.

4. Any loss resulting from the actual cash value portion of direct physical loss or damage by fire caused by or resulting from terrorism.

# E. BUSINESS INTERRUPTION COVERAGE EXTENSIONS

## 1. Attraction Property

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability directly resulting from physical loss or damage of the type insured to property of the type insured that attracts business to a **described location** and is within one (1) statute mile of the **described location**.

Attraction Property Exclusion: As respects Attraction Property, the following additional exclusion applies:

This Policy does not insure loss resulting from:

a)   Physical loss or damage caused by or resulting from **terrorism,** regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to loss.

## 2. Civil or Military Authority

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability if an order of civil or military authority prohibits access to a **location** provided such order is the direct result of physical damage of the type insured at a **location** or within five (5) statute miles of it.

Item B. 3. of Property Excluded does not apply to this Business Interruption Coverage Extension.

The Period of Liability for this Business Interruption Coverage Extension will be:

a)   The period of time starting at the time of such order of civil or military authority, but not to exceed the number of consecutive days shown in the Declarations section of this Policy.

## 3.   Communicable Disease - Business Interruption

If a **described location** owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease** and access to such **described location** is limited, restricted or prohibited by:

a)   An order of an authorized governmental agency regulating such presence of **communicable disease**; or

b)   A decision of an Officer of the Insured as a result of such presence of **communicable disease**,

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability at such **described location** with such presence of **communicable disease**.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

Communicable Disease - Business Interruption Exclusions: As respects Communicable Disease - Business Interruption, the following additional exclusions apply:

This Policy does not insure loss resulting from:

a)   The enforcement of any law or ordinance with which the Insured was legally obligated to comply prior to the time of the actual spread of **communicable disease**.

b)   Loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any sequence of loss.

The Period of Liability for this Business Interruption Coverage Extension will be:

The period of time:

a)   Starting at the time of the order of the authorized governmental agency or the Officer of the Insured; but

b)   Not to exceed the time limit shown in the Limits of Liability clause in the Declarations section,

This period of time is part of and not in addition to any Period of Liability applying to any coverage provided in the Business Interruption section.

## 4.   Computer Systems Non-Physical Damage

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability directly resulting from:

a)   The failure of the Insured's **electronic data processing equipment or media** to operate provided that such failure is the direct result of a malicious act directed at the Named Insured; or

b)   The Insured's reasonable action to temporarily protect the Insured's **electronic data processing equipment or media** against an actual or immediately impending malicious act directed at the Named Insured, provided such action is necessary to prevent failure of the Insured's **electronic data processing equipment or media** to operate.

While anywhere within this Policy's Territory.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

The Period of Liability for this Business Interruption Coverage Extension will be:

**a)** The period of time starting when the Insured's **electronic data processing equipment or media** fails to operate and ending when, with due diligence and dispatch, the Insured's **electronic data processing equipment or media** could be restored to the same or equivalent operating condition that existed prior to the failure; and

**b)** Does not include the additional time to make changes to the Insured's **electronic data processing equipment or media**.

## 5. Contractual Penalties

This Policy covers contractual penalties incurred by the Insured during the Period of Liability due to late or non-completion of orders as a direct result of insured physical loss or damage to property of the type insured.

This extension of coverage applies provided that such contractual penalties:

**a)** Are written in the provisions of a contract prior to the time of such direct physical loss or damage, and

**b)** Will be limited to the contractual sales value of such late or non-completed orders.

## 6. Crisis Management

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability if an order of civil or military authority prohibits access to a **described location,** provided such order is a direct result of:

**a)** A violent crime, suicide, attempted suicide or armed robbery; or

**b)** A death or bodily injury caused by a **workplace accident;**

At that **described location.**

For the purpose of this Business Interruption Coverage Extension only, a violent crime, suicide, attempted suicide or armed robbery at a **described location** will be considered direct physical loss or damage insured by this Policy.

Crisis Management Exclusion: As respects Crisis Management, the following additional exclusion applies:

This Policy does not insure loss resulting from:

**a)** Physical loss or damage caused by or resulting from **terrorism,** regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to the loss.

The Period of Liability for this Business Interruption Coverage Extension will be:

**a)** The period of time starting at the time of such order of civil or military authority, but not to exceed the number of consecutive days shown in the Declarations section of this Policy.

## 7. Extended Period of Liability

The Gross Earnings and Rental Income coverage is extended to cover the reduction in sales resulting from:

**a)** The interruption of business as covered by Gross Earnings or Rental Income;

**b)** For such additional length of time as would be required with the exercise of due diligence and dispatch to restore the Insured's business to the condition that would have existed had no loss happened; and

c)   Commencing with the date on which the liability of the Company for loss resulting from interruption of business would terminate if this Business Interruption Coverage Extension had not been included in this Policy.

However, this Business Interruption Coverage Extension does not apply to Gross Earnings or Rental Income loss resulting from physical loss or damage caused by or resulting from **terrorism**.

As respects Extended Period of Liability, Business Interruption Exclusion Item 2a does not apply.

Coverage under this Business Interruption Coverage Extension for the reduction in sales due to contract cancellation will include only those sales that would have been earned under the contract during the extended period of liability.

Coverage under this Business Interruption Coverage Extension does not apply for more than the number of consecutive days shown in the Limits of Liability clause of the Declarations section of this Policy.

## 8.   Ingress/Egress

This Policy covers the Business Interruption Coverage loss incurred by the Insured due to the necessary interruption of the Insured's business when ingress to or egress from a **described location(s)** is physically prevented, either partially or totally, as a direct result of physical loss or damage of the type insured to property of the type insured whether or not at a **described location**.

Item B. 3. of Property Excluded does not apply to this Business Interruption Coverage Extension.

Ingress/Egress Exclusion: As respects Ingress/Egress, the following additional exclusion applies:

This Policy does not insure loss resulting from:

a)   Physical loss or damage caused by or resulting from **terrorism,** regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to the loss.

## 9.   Leasehold Interest

This Policy covers the loss incurred by the Insured of Leasehold Interest as follows:

If the lease agreement requires continuation of rent; and if the property is wholly untenantable or unusable, the actual rent payable for the unexpired term of the lease; or if the property is partially untenantable or unusable, the proportion of the rent payable for the unexpired term of the lease.

If the lease is cancelled by the lessor pursuant to the lease agreement or by the operation of law; the **Lease Interest** for the first three months following the loss; and the **Net Lease Interest** for the remaining unexpired term of the lease. Leasehold Interests Exclusions: As respects Leasehold Interest, the following applies:

a)   Business Interruption Exclusions 1, 2 and 3 do not apply and the following applies instead:

This Policy does not insure any increase in loss resulting from the suspension, lapse or cancellation of any license, or from the Insured exercising an option to cancel the lease; or from any act or omission of the Insured that constitutes a default under the lease.

b)   This Policy does not insure loss directly resulting from physical loss or damage to Personal Property.

As used above, the following terms mean:

**Net Lease Interest:**

That sum which placed at 6 percent interest rate compounded annually would equal the Lease Interest (less any amounts otherwise payable hereunder).

**Lease Interest:**

The excess rent paid for the same or similar replacement property over actual rent payable plus cash bonuses or advance rent paid (including maintenance or operating charges) for each month during the unexpired term of the Insured's lease.

## 10. Logistics Extra Cost

This Policy covers the extra cost incurred by the Insured during the Period of Liability due to disruption of the normal movement of goods or materials:

**a)** Directly between **described locations**; or

**b)** Directly between a **location** and the premises of a direct supplier, direct customer or direct contract service provider to the Insured;

Provided that such disruption is a direct result of physical loss or damage of the type insured to property of the type insured within the Policy's Territory.

Item B. 3. of Property Excluded does not apply to this Business Interruption Coverage Extension.

The recoverable extra cost loss will be the reasonable and necessary extra costs incurred by the Insured of the following:

**a)** Extra costs to temporarily continue as close to normal the movement of goods or materials.

Logistics Extra Cost Exclusions: As respects Logistics Extra Cost, the following shall apply:

This Policy does not insure any loss resulting from:

**a)** Disruption of incoming or outgoing services consisting of electricity, gas, fuel, steam, water, refrigeration, sewerage and voice, data or video.

**b)** Disruption caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

**c)** Disruption caused by physical loss or damage to personal property of the Insured while in transit.

**d)** Disruption in the movement of goods or materials between the premises of a supplier, customer or contract service provider to the Insured and the premises of another supplier, customer or contract service provider to the Insured.

**e)** Costs that usually would have been incurred in conducting the business during the same period had there been no disruption of normal movement of goods or materials; or

**f)** Loss of income

**g)** Costs of permanent repair or replacement of property that has been damaged or destroyed.

The Period of Liability for this Business Interruption Coverage Extension will be:

The period of time:

**a)** Starting at the time of physical loss or damage causing the disruption of the normal movement of goods or materials; and

b)   Ending not later than when with due diligence and dispatch the normal movement of goods or materials could be resumed.

## 11. Off-Premises Data Services - Business Interruption

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability at a **location** of **off-premises data processing or data transmission services**, when the interruption is caused by any accidental event at the facilities of the provider of such services, while anywhere within this Policy's Territory, that immediately prevents in whole or in part the delivery of such provided services. For the purposes of this Additional Coverage an accidental event to satellites will be considered an accidental event at the facilities of the provider.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

Additional General Conditions:

a)   The Insured will immediately notify the company providing **off-premises data processing or data transmission services** of any interruption of such services.

b)   The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has entered into for such specified services.

Coverage provided in this Extension is excluded from coverage elsewhere in this Policy.

This Extension does not cover the Business Interruption Coverage loss incurred by the Insured covered by Computer Systems Non-Physical Damage coverage as provided in this section of this Policy.

Off-Premises Data Services - Business Interruption Exclusions: As respects Off- Premises Data Services - Business Interruption, the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from **terrorism** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

As used above, Period of Liability of **off-premises data processing or data transmission services**:

a)   Is the period starting with the time when an interruption of provided services happens; and ending when with due diligence and dispatch the service could be wholly restored and the **location** receiving the service could or would have resumed normal operations following the restorations of service under the same or equivalent physical and operating conditions as provided by the Period of Liability clause in this section.

b)   Is limited to only those hours during which the Insured would or could have used service(s) if it had been available.

c)   Does not extend to include the interruption of operations caused by any reason other than interruption of the provided service(s).

## 12. Off-Premises Service Interruption - Business Interruption

This Policy covers Business Interruption Coverage loss incurred by the Insured during the Period of Liability caused by the interruption, in whole or part, of incoming electric, gas, fuel, steam, water, refrigeration, and outgoing sewerage services at a **location**.

The interruption of such services must be by reason of any accidental event, not otherwise excluded by this Policy, at the facilities of the service provider(s) while anywhere within this Policy's Territory.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

Additional Conditions:

This Company will not be liable for deliberate act(s) by the supplying utility to shed load to maintain system integrity.

Off-Premises Service Interruption - Business Interruption Exclusion: As respects Off-Premises Service Interruption - Business Interruption the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from **terrorism** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

The Period of Liability for this Business Interruption Coverage Extension will be:

**a)** The period starting with the time when an interruption of specified services happens; and

**b)** Ending when with due diligence and dispatch the service could be wholly restored and the **location** receiving the service could or would have resumed normal operations under the same or equivalent physical and operating conditions. Resultant and concurrent interruptions are considered as one event.

## 13. Protection and Preservation of Property - Business Interruption

This Policy covers the Business Interruption Coverage loss incurred by the Insured for a period of time not to exceed 48 hours prior to and 48 hours after the Insured first taking reasonable action for the temporary protection and preservation of property insured by this Policy provided such action is necessary to prevent immediately impending insured physical loss or damage to such insured property.

This Business Interruption Coverage Extension does not cover loss sustained by the Insured to temporarily protect or preserve insured property from actual, or to prevent immediately impending, physical loss or damage covered by Terrorism coverage as provided in this Policy.

This Business Interruption Coverage Extension is subject to the deductible provisions that would have applied had the physical loss or damage happened.

## 14. Research and Development

Gross Earnings and Gross Profits coverages are extended to cover the actual loss sustained by the Insured of continuing fixed charges and **ordinary payroll** directly attributable to the interruption of research and development activities that in themselves would not have produced income during the Period of Liability.

The Period of Liability for this Business Interruption Coverage Extension will be:

The period of time:

**a)** Starting at the time of physical loss or damage of the type insured; and

**b)** Ending when the property could be repaired or replaced and made ready for operations.

## 15. Soft Costs

This Policy covers **soft costs** incurred by the Insured during the Period of Liability arising out of the delay in the completion of buildings and additions under construction directly resulting from physical loss or damage of the type insured to insured property under construction at **locations**.

## 16. Supply Chain

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability directly resulting from physical loss or damage of the type insured to property of the type insured at the premises of any of the following within the Policy's Territory:

**a)**   Direct suppliers, direct customers or direct contract service providers to the Insured;

**b)**   Any company under any royalty, licensing fee or commission agreement with the Insured; or

**c)**   Any company that is a direct or indirect supplier, customer or contract service provider of those described in **a)** above,

But not at the premises of entities directly or indirectly supplying to or receiving from a **location** electricity, fuel, water, steam, refrigeration, sewerage, voice, data or video.

Business Interruption Coverage loss recoverable under this Business Interruption Coverage Extension is extended to include the following Business Interruption Coverage Extensions:

**a)**   Civil or Military Authority

**b)**   Crisis Management

**c)**   Extended Period of Liability

**d)**   Ingress/Egress

**e)**   Off-Premises Service Interruption - Business Interruption

**f)**   Supply Chain

Supply Chain Exclusions: As respects Supply Chain coverage, the following additional exclusion applies:

This Policy does not insure loss resulting from:

**a)**   Physical loss or damage caused by or resulting from **terrorism,** regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to the loss.

# LOSS ADJUSTMENT AND SETTLEMENT

## A. ABANDONMENT

There shall be no abandonment to this Company of any property.

## B. APPRAISAL

If the Insured and this Company fail to agree on the amount of loss, each will, on the written demand of either, select a competent and disinterested appraiser after:

**1.**   The Insured has fully complied with all provisions of this Policy.

**2.**   This Company has received a signed and sworn Proof of Loss from the Insured.

Each will notify the other of the appraiser selected within 20 days of such demand.

The appraisers will first select a competent and disinterested umpire. If the appraisers fail to agree upon an umpire within 30 days then, on the request of the Insured or this Company, the umpire will be selected by a judge of a court of record in the jurisdiction in which the appraisal is pending. The appraisers will then appraise the amount of loss, stating separately the **actual cash value** and replacement cost value as of the date of loss and the amount of loss, for each item of physical loss or damage or if, for Business Interruption loss, the amount of loss for each Business Interruption coverage of this Policy.

If the appraisers fail to agree, they will submit their differences to the umpire. An award agreed to in writing by any two will determine the amount of loss.

The Insured and this Company will each:

**1.**   Pay its chosen appraiser; and

**2.**   Bear equally the other expenses of the appraisal and umpire.

A demand for Appraisal shall not relieve the Insured of its continuing obligation to comply with the terms and conditions of this Policy, including as provided under Requirements in Case of Loss.

This Company will not be held to have waived any of its rights by any act relating to appraisal.

## C. COLLECTION FROM OTHERS

This Company will not be liable for any loss to the extent that the Insured has collected for such loss from others.

## D. COMPANY OPTION

This Company has the option to take all or any part of damaged property at the agreed or appraised value. This Company must give notice to the Insured of its intention to do so within 30 days after receipt of Proof of Loss.

## E. CURRENCY FOR LOSS PAYMENT

Losses will be adjusted and paid in the currency of the United States of America, except in Canada where losses will be paid in Canadian currency, unless directed otherwise by the First Named Insured.

## F.  LEGAL ACTION AGAINST THIS COMPANY

No suit, action or proceeding for the recovery of any claim will be sustained in any court of law or equity unless:

1.  The Insured has fully complied with all the provisions of this Policy; and

2.  Legal action is started within two years after inception of the loss.

If under the insurance laws of the jurisdiction in which the property is located, such two-year limitation is invalid, then any such legal action must be started within the shortest limit of time permitted by such laws.

## G. LOSS ADJUSTMENT AND PAYABLE

Loss or damage will be adjusted with the First Named Insured and payable to or as the First Named Insured directs subject to the Mortgagee/Lenders Loss Payable clause in the General Conditions section of this Policy.

Additional insured interests will also be included in loss payment as their interests may appear when named as additional named insured, lender, mortgagee and/or loss payee on a Certificate of Insurance issued by this Company prior to the loss.

When named on a Certificate of Insurance issued by the Insured's broker with this Company's permission, such additional interests are added to this Policy as their interests may appear when such Certificate of Insurance is issued prior to the loss and on file with this Company. The effective date of any such interest will be the issue date of the certificate unless a later date is specified on the Certificate of Insurance. The Certificate of Insurance will not amend, extend or alter the terms, conditions, provisions and limits of this Policy.

## H. OTHER INSURANCE

1.  If there is any other insurance that would apply in the absence of this Policy, this Policy will apply only after such insurance whether collectible or not.

2.  In no event will this Policy apply as contributing insurance.

3.  The Insured is permitted to have other insurance over any limits or sublimits of liability specified elsewhere in this Policy without prejudice to this Policy. The existence of any such insurance will not reduce any limit or sublimit of liability in this Policy. Any other insurance that would have provided primary coverage in the absence of this Policy will not be considered excess.

4.  The Insured is permitted to have other insurance for all, or any part, of any deductible in this Policy. The existence of such other insurance will not prejudice recovery under this Policy. If the limits of liability of such other insurance are greater than this Policy's applicable deductible, this Policy's insurance will apply only after such other insurance has been exhausted.

5.  If this Policy is deemed to contribute with other insurance, the limit of liability applicable at each **location**, for the purposes of such contribution with other insurers, will be the latest amount described in this Policy or the latest **location** value on file with this Company.

## I.  REQUIREMENTS IN CASE OF LOSS

The Insured will:

1.  Give immediate written notice to this Company of any loss.

2.  Protect the property from further loss or damage.

3.  Promptly separate the damaged and undamaged property; put it in the best possible order; and furnish a complete inventory of the lost, destroyed, damaged and undamaged property showing in detail the quantities, costs, **actual cash value**, replacement value and amount of loss claimed.

4.  Give a signed and sworn proof of loss to the Company within 90 days after the loss, unless that time is extended in writing by this Company. The proof of loss must state the knowledge and belief of the Insured as to:

    a)  The time and origin of the loss.

    b)  The Insured's interest and that of all others in the property.

    c)  The **actual cash value** and replacement value of each item and the amount of loss to each item; all encumbrances; and all other contracts of insurance, whether valid or not, covering any of the property.

    d)  Any changes in the title, use, occupation, location, possession or exposures of the property since the effective date of this Policy.

    e)  By whom and for what purpose any **location** insured by this Policy was occupied on the date of loss, and whether or not it then stood on leased ground.

5.  Include a copy of all the descriptions and schedules in all policies and, if required, provide verified plans and specifications of any buildings, fixtures, machinery or equipment destroyed or damaged.

6.  Further, the Insured, will as often as may be reasonably required:

    a)  Exhibit to any person designated by the Company all that remains of any property;

    b)  Submit to examination under oath by any person designated by the Company and sign the written records of examinations; and

    c)  Produce for examination at the request of the Company:

        i)   All books of accounts, business records, bills, invoices and other vouchers; or

        ii)  Certified copies if originals are lost,

    At such reasonable times and places that may be designated by the Company or its representative and permit extracts and machine copies to be made.

## J. <u>SETTLEMENT OF CLAIMS</u>

The amount of loss for which this Company may be liable will be paid within 30 days after:

1.  Proof of loss as described in this Policy is received by this Company; and

2.  When a resolution of the amount of loss is made either by:

    a)  Written agreement between the Insured and this Company; or

    b)  The filing with this Company of an award as provided in the Appraisal clause of this section.

In the event of insured physical loss or damage determined by this Company's representatives to be in excess of the applicable policy deductible, this Company will advance mutually agreed-upon partial payment(s), subject to the Policy's

provisions. To obtain such partial payments, the Insured will submit a signed and sworn proof of loss as described in this Policy, with adequate supporting documentation.

# K. <u>SUBROGATION</u>

The Insured shall cooperate in any subrogation proceedings. This Company may require from the Insured an assignment or other transfer of all rights of recovery against any party for loss to the extent of this Company's payment.

This Company will not acquire any rights of recovery that the Insured has expressly waived prior to a loss. No such waiver will affect the Insured's rights under this Policy.

Any recovery from subrogation proceedings, less costs incurred by this Company in such proceedings, will be payable to the Insured in the proportion that the amount of:

1. Any applicable deductible; and/or

2. Any provable uninsured loss,

Bears to the entire provable loss amount.

# L. <u>VALUATION</u>

Adjustment of the physical loss amount(s) under this Policy will be as of the date of loss at the place of loss, and for no more than the interest of the Insured.

1. Adjustment of physical loss to property will be determined based on the lesser of the following unless stated otherwise below or elsewhere in this Policy:

   a) The cost to repair.

   b) The cost to rebuild or replace on the same site with new materials of like size, kind and quality.

   c) The cost to rebuild, repair or replace on the same or another site, but not to exceed the size and operating capacity that existed on the date of loss.

   d) On real property or machinery and equipment, other than stock, offered for sale on the date of the loss, the selling price.

2. On **raw materials**, supplies and merchandise not manufactured by the Insured, the replacement cost.

3. On **stock in process**, the value of **raw materials** and labor expended plus the proper proportion of overhead charges.

4. On finished goods manufactured by the Insured, the regular cash selling price, less all discounts and charges to which such finished goods would have been subject had no loss happened.

5. On exposed films, records, manuscripts and drawings that are not **valuable papers and records**, the value blank plus the cost of copying information from backup or from originals of a previous generation. These costs will not include research, engineering or any costs of restoring or recreating lost information.

6. On property that is damaged by fire and such fire is the result of **terrorism**, the **actual cash value** of the fire damage loss. Any remaining fire damage loss shall be adjusted according to the terms and conditions of the Valuation clause(s) of the Policy and shall be subject to the limit(s) of liability for Terrorism, and if stated the limit of liability for SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT(S), as shown in the Limits of Liability clause in the Declarations section.

7.  On personal property that is part of a pair or set, and the physically damaged personal property cannot be replaced or repaired, the reduction in value of the undamaged portion of insured personal property. If settlement is based on a constructive total loss, the Insured will surrender the undamaged parts of such property to this Company.

8.  On unrepairable electrical or mechanical equipment, including computer equipment, the cost to replace such equipment with equipment that is the most functionally equivalent to that damaged or destroyed, even if such equipment has technological advantages and/or represents an improvement in function and/or forms part of a program of system enhancement.

9.  On property scheduled for demolition, the increased cost of demolition, if any, directly resulting from insured loss.

10. On improvements and betterments, the unamortized value of improvements and betterments, if such property is not repaired or replaced at the Insured's expense.

11. On property that is useless to the Insured, the **actual cash value.**

12. On property if not repaired, replaced or rebuilt on the same or another site within two years from the date of loss, unless such time is extended by the Company, the **actual cash value**.

The Insured may elect not to repair or replace the insured real or personal property under Item 1 above that is lost, damaged or destroyed. Loss settlement may be elected on the lesser of repair or replacement cost basis if the proceeds of such loss settlement are expended on other capital expenditures related to the Insured's operations within two years from the date of loss. As a condition of collecting under this item, such expenditure must be unplanned as of the date of loss and be made at a **described location** under this Policy. This item does not extend to Demolition and Increased Cost of Construction.

# GENERAL CONDITIONS

## A. APPLICATION OF POLICY TO DATE OR TIME RECOGNITION

With respect to situations caused by any **date or time recognition** problem by **electronic data processing equipment or media** (such as the so-called Year 2000 problem), this Policy applies as follows:

1. This Policy does not pay for remediation, change, correction, repair or assessment of any **date or time recognition** problem, including the Year 2000 problem, in any **electronic data processing equipment or media**, whether preventative or remedial, and whether before or after a loss, including temporary protection and preservation of property. This Policy does not pay for any business interruption loss resulting from the foregoing remediation, change, correction, repair or assessment.

2. Failure of **electronic data processing equipment or media** to correctly recognize, interpret, calculate, compare, differentiate, sequence, access or process data involving one or more dates or times, including the Year 2000, is not insured physical loss or damage. This Policy does not pay for any such incident or for any business interruption loss resulting from any such incident.

Subject to all of its terms and conditions, this Policy does pay for physical loss or damage not excluded by this Policy that results from a failure of **electronic data processing equipment or media** to correctly recognize, interpret, calculate, compare, differentiate, sequence, access or process data involving one or more dates or times, including the Year 2000. Such covered resulting physical loss or damage does not include any loss, cost or expense described in a) or b) above. If such covered resulting physical loss or damage happens, and if this Policy provides business interruption coverage, then, subject to all of its terms and conditions, this Policy also covers any insured business interruption loss directly resulting therefrom.

## B. CANCELLATION/NON-RENEWAL

This Policy may be:

1. Cancelled at any time at the request of the First Named Insured by surrendering this Policy to this Company or by giving written notice to this Company stating when such cancellation will take effect; or

2. Cancelled by this Company by giving the First Named Insured not less than:

   a) 60 days written notice of cancellation; or

   b) 10 days written notice of cancellation if the First Named Insured fails to remit, when due, payment of premium for this Policy; or

3. Non-renewed by this Company by giving the First Named Insured not less than 60 days written notice of non-renewal.

Return of any unearned premium will be calculated on the customary short rate basis if the First Named Insured cancels and on a pro-rata basis if the Company cancels this Policy. Return of any unearned premium will be made by the Company as soon as practicable.

## C. CONFORMITY TO STATUTE

Terms of this Policy that conflict with the statutes of the jurisdiction where the insured property is located, are amended to conform to such statutes.

## D. FIRST NAMED INSURED

The First Named Insured shown in the Declarations section:

1. Is responsible for the payment of all premiums.

2. Will be the payee for any return premiums.

3. May authorize changes in the terms and conditions of this Policy with the consent of this Company.

## E. <u>INCREASE IN HAZARD</u>

This Policy will not apply to any **location** where there is an increase in hazard over which the Insured has control and knowledge. Any increase in hazard at one or more **locations** will not affect coverage at other **locations** where, at the time of loss or damage, the increase in hazard does not exist.

## F. <u>INSPECTIONS</u>

This Company, at all reasonable times, will be permitted, but will not have the duty, to inspect insured property. This Company does not address life, safety or health issues.

This Company's:

1. Right to make inspections; or

2. Making of inspections; or

3. Providing recommendations or other information in connection with any inspections,

Will not constitute an undertaking, on behalf of or for the benefit of the Insured or others.

This Company will have no liability to the Insured or any other person because of any inspection or failure to inspect.

When this Company is not providing jurisdictional inspections, the Owner/Operator has the responsibility to assure that jurisdictional inspections are performed as required, and to assure that required jurisdictional Operating Certificates are current for their pressure equipment.

## G. <u>LIBERALIZATION CLAUSE</u>

If during the period that insurance is in force under this Policy, any filed rules or regulations affecting the same are revised by statute so as to broaden the insurance without additional premium charge, such extended or broadened insurance will inure to the benefit of the Insured within such jurisdiction, effective the date of the change specified in such statute.

## H. <u>MISREPRESENTATION AND FRAUD</u>

This entire Policy will be void if, whether before or after a loss, an Insured has:

1. Willfully concealed or misrepresented any material fact or circumstance concerning this insurance, the subject thereof, any insurance claim, or the interest of an Insured.

2. Made any attempt to defraud this Company.

3. Made any false swearing.

# I. <u>MORTGAGEE/LENDERS LOSS PAYABLE</u>

Loss or damage, if any, to specified property insured under this Policy shall be payable to each specified Lenders Loss Payable (hereinafter referred to as Lender) and specified Mortgagee as its interest may appear.

This insurance as to the interest of the Lender or Mortgagee shall not be invalidated by:

**1.**   Any act or neglect of the debtor, mortgagor or owner (as the case may be) of the property.

**2.**   Foreclosure, notice of sale or similar proceedings with respect to the property.

**3.**   Change in the title or ownership of the property.

**4.**   Change to a more hazardous occupancy.

The Lender or Mortgagee will notify this Company of any known change in ownership, occupancy or hazard and, within 10 days of written request by this Company, may pay the increased premium associated with such known change. If the Lender or Mortgagee fails to pay the increased premium, all coverage under this Policy will cease.

If the Insured fails to render proof of loss within the time provided in this Policy, the Lender or Mortgagee shall render proof of loss within sixty days after having knowledge of the Insured's failure in the form and manner provided by this Policy, and, further, shall be subject to the provisions of this Policy relating to Appraisal, Legal Action Against this Company, and Settlement of Claims.

If this Policy is cancelled at the request of the First Named Insured or its agent, the coverage for the interest of the Lender or Mortgagee will terminate 10 days after the Company sends to the Lender or Mortgagee written notice of cancellation, unless:

**1.**   Sooner terminated by authorization, consent, approval, acceptance or ratification of the Insured's action by the Lender or Mortgagee, or its agent.

**2.**   This Policy is replaced by the Insured, with a policy providing coverage for the interest of the Lender or Mortgagee, in which event coverage under this Policy with respect to such interest will terminate as of the effective date of the replacement policy, notwithstanding any other provision of this Policy.

This Company may cancel this Policy and/or the interest of the Lender or Mortgagee under this Policy, by giving the Lender or Mortgagee written notice 60 days prior to the effective date of cancellation, if cancellation is for any reason other than non-payment. If the debtor, mortgagor or owner has failed to pay any premium due under this Policy, this Company may cancel this Policy for such non-payment, but will give the Lender or Mortgagee written notice 10 days prior to the effective date of cancellation. If the Lender or Mortgagee fails to pay the premium due by the specified cancellation date, all coverage under this Policy will cease.

Whenever this Company shall pay the Lender or Mortgagee for loss or damage under this Policy and shall deny payment to the debtor, mortgagor or owner, this Company shall, to the extent of such payment, be subrogated to the rights of the Lender or Mortgagee under all collateral held to secure the debt or mortgage. No subrogation shall impair the right of the Lender or Mortgagee to recover the full amount due. At its option, this Company may pay to the Lender or Mortgagee the whole principal due on the debt or mortgage plus any accrued interest. In this event, all rights and securities will be assigned and transferred from the Lender or Mortgagee to this Company, and the remaining debt or mortgage will be paid to this Company.

This Company may invoke this Policy's Suspension clause. The suspension of insurance will apply to the interest of the Lender or Mortgagee in any machine, vessel, or part of any machine or vessel subject to the suspension. This Company will provide the Lender or Mortgagee at the last reported address a copy of the suspension notice.

All notices sent to the Lender shall be sent to its last reported address.

Other provision relating to the interests and obligations of the Lender or Mortgagee may be added to this Policy by agreement in writing.

## J. <u>POLICY MODIFICATION</u>

This Policy contains all of the agreements between the Insured and the Company concerning this insurance. The Insured and the Company may request changes to this Policy. This Policy can be changed only by endorsements issued by the Company and made a part of this Policy.

Notice to any agent or knowledge possessed by any agent or by any other person will not:

1. Create a waiver, or change any part of this Policy; or

2. Prevent the Company from asserting any rights under the provisions of this Policy.

## K. <u>REINSTATEMENT OF LIMITS AFTER A LOSS</u>

Except for an **annual aggregate** limit of liability, any loss or payment of any claim will not reduce the amount payable under this Policy.

## L. <u>SUSPENSION</u>

Upon discovery of a dangerous condition, this Company may immediately suspend the **boiler and machinery** insurance with respect to any machine, vessel or part thereof by giving written notice to the Insured. The insurance that is suspended may be reinstated by this Company. The Insured will be allowed the return of the unearned portion of the premium resulting from the suspension of insurance.

## M. <u>TRANSFER OF RIGHTS AND DUTIES UNDER THIS POLICY</u>

The Insured's rights, interests and duties under this Policy may not be transferred or assigned without this Company's written consent.

# DEFINITIONS

**actual cash value** means the cost to repair or replace the property, on the date of the loss or damage, with material of like kind and quality, less proper deduction for obsolescence and physical depreciation.

**annual aggregate** means the Company's maximum amount payable during any policy year.

**boiler and machinery** means:

1.  Direct physical loss or damage originating within:

    **a)** Boilers, fired or unfired pressure vessels, vacuum vessels and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:

        **i)** Waste disposal piping;

        **ii)** Any piping forming part of a fire protective system;

        **iii)** Furnaces; and

        **iv)** Any water piping other than:

            **(a)** Boiler feed water piping between the feed pump or injector and the boiler;

            **(b)** Boiler condensate return piping; or

            **(c)** Water piping forming part of a refrigerating or air conditioning system used for cooling, humidifying or space heating purposes.

    **b)** All mechanical, electrical, electronic or fiber optic equipment;

2.  And caused by, resulting from or consisting of:

    **a)** Mechanical breakdown; or

    **b)** Electrical or electronic breakdown; or

    **c)** Extremes or changes of temperature; or

    **d)** Rupture, bursting, bulging, implosion or steam explosion.

3.  **boiler and machinery** as used in this Policy does not mean:

    Physical loss or damage caused by or resulting from any of the following regardless of any other cause or event contributing concurrently or in any other sequence to the loss:

    **a)** Combustion explosions, except from within combustion gas turbines; or

    **b)** Explosions from liquids coming in contact with molten materials; or

    **c)** Accidental discharge, escape, leakage, backup or overflow to the open of any material from confinement within piping, plumbing systems or tanks except from property described in Item 1a above; or

    **d)** Fire, or from the use of water or other means to extinguish a fire.

**communicable disease** means disease which is:

1. Transmissible from human to human by direct or indirect contact with an affected individual or the individual's discharges, or

2. Legionellosis.

**contaminant** means anything that causes **contamination.**

**contamination** means any condition of property due to the actual or suspected presence of any foreign substance, impurity, pollutant, hazardous material, poison, toxin, pathogen or pathogenic organism, bacteria, virus, disease causing or illness causing agent, fungus, mold or mildew.

**date or time recognition** means the recognition, interpretation, calculation, comparison, differentiation, sequencing, accessing or processing of data involving one or more dates or times, including the Year 2000.

**described location(s)** means the locations described in the Insurance Provided clause of the Declarations section of this Policy.

**earth movement** means any natural or man-made earth movement, including but not limited to earthquake or landslide regardless of any other cause or event contributing concurrently or in any other sequence of loss. However, physical loss or damage by fire, explosion, sprinkler leakage or **flood** resulting from **earth movement** will not be considered to be loss by **earth movement** within the terms and conditions of this Policy.

**electronic data processing equipment or media** means any computer, computer system or component, hardware, network, microprocessor, microchip, integrated circuit or similar devices or components in computer or non-computer equipment, operating systems, data, programs or other software stored on electronic, electro-mechanical, electro-magnetic data processing or production equipment, whether the property of the Insured or not.

**fine arts** means paintings; etchings; pictures; tapestries; rare or art glass windows; valuable rugs; statuary; sculptures; antique furniture; antique jewelry; bric-a-brac; porcelains; and similar property of rarity, historical value, or artistic merit, excluding automobiles, coins, stamps, furs, jewelry, precious stones, precious metals, watercraft, aircraft, money and securities.

**flood** means flood; surface waters; rising waters; storm surge, sea surge, wave wash; waves; tsunami; tide or tidal water; the release of water, the rising, overflowing or breaking of boundaries of natural or man-made bodies of water; or the spray therefrom; all whether driven by wind or not; or sewer backup resulting from any of the foregoing; regardless of any other cause or event, whether natural or man-made, contributing concurrently or in any other sequence of loss. Physical loss or damage from **flood** associated with a storm or weather disturbance whether or not identified by name by any meteorological authority, is considered to be **flood** within the terms of this Policy. However, physical loss or damage by fire, explosion or sprinkler leakage resulting from **flood** is not considered to be loss by **flood** within the terms and conditions of this Policy.

**Green** means products, materials, methods and processes certified by a **Green Authority** that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize environmental impact.

**Green Authority** means an authority on **Green** buildings, products, materials, methods or processes that are certified and accepted by Leadership in Energy and Environmental Design (LEED®), Green Building Initiative Green Globes®, Energy Star Rating System or any other recognized **Green** rating system.

**irreplaceable** means an item which cannot be replaced with other of like kind and quality.

**location** means a location described in the Insurance Provided clause of the Declarations section or included as Newly Acquired Property or Unnamed Property coverages.

**named perils** means: fire, lightning, **wind**, hail, explosion, smoke, impact from aircraft and vehicles, objects falling from aircraft, strike, riot, civil commotion, vandalism, theft, attempted theft, sprinkler leakage or collapse of buildings.

**occurrence** means the sum total of all loss or damage of the type insured, including any insured Business Interruption loss, arising out of or caused by one discrete event of physical loss or damage, except as respects the following:

1. **terrorism: occurrence** will mean the sum total of all loss or damage of the type insured, including any insured Business Interruption loss, arising out of or caused by all acts of **terrorism** during a continuous period of seventy-two (72) hours.

2. **earth movement: occurrence** will mean the sum total of all loss or damage of the type insured, including any insured Business Interruption loss, arising out of or caused by all **earth movement(s)** during a continuous period of seventy-two (72) hours.

**off-premises data processing or data transmission services** means the storage or processing of data performed off-premises of the Insured's property, including the transmission of voice, data or video over a single, or combination of, computer or communication networks.

**offshore** means away from the shore but not connected to the shore by docks, piers or any other physical connection other than pipelines.

**ordinary payroll** means:

1. Wages of all employees except officers, executives, department managers, and employees under contract or similar key employees; and

2. Includes taxes and charges dependent on the payment of those wages.

**physical loss or damage to electronic data, programs or software** means the destruction, distortion or corruption of electronic data, programs or software.

**production machinery and equipment** means any production or process machine(s) or apparatus that processes, forms, cuts, shapes, grinds or conveys **raw materials**, materials in process or finished goods and any associated equipment utilized in production including but not limited to electrical cabling, transformers, HVAC and any equipment or apparatus that is mounted upon or used exclusively with any one or more production or process machine(s) or apparatus.

**raw materials** mean materials and supplies in the state in which the Insured receives them for conversion by the Insured into finished goods.

**soft costs** means the expenses over and above normal expenses at **locations** undergoing alterations or additions to existing property and property in the course of construction limited to the following:

1. Construction loan fees - the additional cost incurred to rearrange loans necessary for the completion of construction, repairs or reconstruction including the cost to arrange refinancing, accounting work necessary to restructure financing, legal work necessary to prepare new documents, and charges by the lenders for the extension or renewal of loans necessary.

2. Commitment fees, leasing and marketing expenses - the cost of returning any commitment fees received from prospective tenant(s) or purchaser(s), the cost of releasing and marketing of the Insured Project due to loss of tenant(s) or purchaser(s).

3. Additional fees - for architects, engineers, consultants, attorneys and accountants needed for the completion of construction, repairs or reconstruction.

4. Carrying costs - building permits, additional interest on loans, insurance premiums and property and realty taxes.

**stock in process** means **raw materials** or stock, which has undergone any aging, seasoning, mechanical or other process or manufacture, but which is not finished goods.

**terrorism** means:

1.  Any act, involving the use or threat of: force, violence, dangerous conduct, interference with the operations of any business, government or other organization or institution, or any similar act,

2.  When the effect or apparent purpose is:

    To influence or instill fear in any government (de jure or de facto) or the public, or any segment of either; or to further, or to express support for, or opposition to, any political, religious, social, ideological or similar type of objective or position.

**transmission and distribution systems** means transmission and distribution systems including but not limited to electricity, gas, fuel, steam, water, refrigeration, sewerage, voice, data and video. Such systems shall include poles, towers and fixtures, overhead conductors and devices, underground and underwater conduit, underground and underwater conductors and devices, line transformers, service meters, street lighting and signal systems.

**valuable papers and records** means inscribed, printed or written: documents; manuscripts or records including abstracts; and, books, deeds, drawings, films, maps or mortgages, all of which must be of value to the Insured. **Valuable papers and records** are not: money, securities and stamps; converted data programs or instructions used in the Insured's data processing operations; or, materials on which data is recorded.

**wind** means direct action of wind including substance driven by wind. **Wind** does not mean or include anything defined as **flood** in this Policy.

**workplace accident** means a sudden, fortuitous event that happens during working hours and arises out of work performed in the course and the scope of employment.

# Master Policy Endorsement

This Endorsement is a part of this Policy and the terms and conditions of this Policy are amended as described herein. All other terms and conditions of the Policy remain unchanged.

## 1. Master Global Insuring Policy

This Policy is designated the Master Global Insuring Policy. Coverage under this Policy shall apply only after the coverage provided under the local policy issued by this Company, its **representative company(ies)** or any other insurance company has been exhausted. Such local policy will be the first policy to respond in the event of loss or damage. Only upon exhaustion of coverage under the local policy, this Policy covers:

**a)**  The difference in definitions, perils, conditions or coverages between the local policy and this Policy; and

**b)**  The difference between the limit(s) of liability stated in the local policy and this Policy;

Provided that:

    **i)**  The coverage is provided under this Policy;

    **ii)**  The limit(s) of liability has been exhausted under the local policy; and

    **iii)**  The deductible(s) applicable to such claim for loss or damage under the local policy has been applied. If the deductible applied in the local policy is different from the deductible that would have been applied for such loss under this Policy, then this Policy will provide for such difference in deductible.

Any coverage provided under the local policy that is not provided under this Policy does not extend to this Policy. As respects **representative company(ies)** only, any insolvency or bankruptcy of the local insurance company shall be considered exhaustion of coverage under the local policy.

As respects local policies issued by companies other than this Company or its **representative company(ies)**, the following also applies:

**a)**  This Policy will not cover:

    **i)**  Any financial loss due to insolvency or bankruptcy of the insurance company issuing the local policy.

    **ii)**  Any financial loss due to the application of deductibles, coinsurance or average clauses under the local policy.

**b)**  It is agreed that during the term of this Policy the Insured will not cancel or restrict any insurance in force at the time coverage hereunder attaches, which covers the same risk(s) as covered hereunder, without the knowledge and consent of the Company.

**c)**  If the local policy is cancelled, restricted or allowed to expire and not renewed without the knowledge and consent of the Company, this coverage will continue to apply as though such local policy had been maintained in full force and effect.

For purposes of this coverage, **representative company(ies)** means FM Insurance Company Limited; Factory Mutual Insurance Company; FM Insurance Europe S.A., FM Global de Mexico; Affiliated FM Insurance Company; Appalachian Insurance Company or any other company issuing a local policy at the direction of this Company.

**Uncontrolled policy** means any local policy issued by companies other than this by this Company or its **representative company(ies)**

Uncontrolled Policy Exclusions: As respects any **uncontrolled policy,** the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

**a)** Terrorism;

**b)** Earth Movement; and

**c)** Flood.

## 2.  Coinsurance Deficiency and Currency Devaluation

This Policy covers the deficiency in the amount of loss payable under the Insured's locally written policy(ies), if any, and its renewals issued by this Company or its **representative company(ies)**, solely as the result of:

**a)** The application of a coinsurance (or average) clause; or

**b)** Official government devaluation of the currency in which the local policy is written,

For physical loss or damage of the type insured under such local policy(ies) to property of the type insured under this Policy.

The Insured agrees to adjust the Policy values as a result of such devaluation within 30 days after the date of the currency's devaluation.

There is no liability if the Insured is unable to recover any loss under such local policy(ies) due to intentional underinsurance by the Insured.

## 3.  Increased Tax Liability

If loss payment under this Policy cannot be made in the country where the loss happened, such loss is to be paid in the currency of this Policy in a country designated by the Insured where such payment is legally permissible. The Insured will cooperate with the Company in making every reasonable effort to pay the loss or portion of it in the country in which the loss happened.

The Company will pay the net amount required to offset local taxes on income with due consideration to any tax relief/credit that accrues because of such payment using the Formula described below. Such Formula will not apply if the calculation of additional payment results in an amount less than zero.

The actual payment under this coverage will be adjusted and reduced by all appropriate tax credits and/or tax relief entitled and/or received by the Insured and/or the local entity where the loss happened provided that an income tax liability is incurred.

Any payment under this coverage will be made only after completion and acceptance by the Company of audited tax returns for the period in question for both the country where a payment under this coverage is made and the country where the loss happened.

Formula:

Additional Payment = [a (1 - c) / (1 - b)] - a

Where:

a = loss otherwise payable under this Policy except for operation of this coverage, after due consideration for any applicable deductible(s).

b = the net effective rate of the sum of: any taxation (a positive number) plus any tax relief/credit (a negative number) that accrues in the country where loss payments are received.

c = the net effective rate of the sum of: any taxation (a positive number) plus any tax relief/credit (a negative number) that accrues in the country where the loss happened.

The rates referred to will be the respective corporate income tax rates in effect on the date of the loss.

## 4. Neighbor's Recourse and Tenant's Liability

Coverage under this provision is limited to **locations** within the following countries: France, the French Territories, Spain, Italy, Belgium, Greece, Portugal and Luxembourg.

This Policy covers the Insured's liability:

**a)** As a tenant or occupant under the articles of any civil or commercial code toward the owner for direct physical damage of the type insured to real or personal property of the type insured of the owner of the premises.

**b)** Under articles of any civil or commercial code toward neighbours, co-tenants and other third parties for direct physical damage of the type insured to the real or personal property of the type insured of neighbours, co-tenants and other third parties.

**c)** As landlord under articles of any civil or commercial code for direct physical damage of the type insured to the personal property of the type insured of tenants as a result of construction defects or lack of maintenance.

**d)** As tenant or occupant under the articles of any civil or commercial code for total or partial loss of use by the owner of the premises resulting from direct physical damage of the type insured.

## 5. Transit

Transit coverage under ADDITIONAL COVERAGES is replaced by:

This Policy covers the following insured personal property:

**a)** Owned by the Insured;

**b)** Of others to the extent of the Insured's interest or legal liability while in the actual or constructive custody of the Insured;

**c)**    Shipped to others on Free on Board (FOB), Cost and Freight (C&F) or similar terms. The Insured's contingent interest in such shipments is admitted,

**d)**    Of others sold by the Insured, that the Insured has agreed prior to the loss to insure during course of delivery including:

    **i)**    When shipped by the Insured's direct contract service provider or by the Insured's direct contract manufacturer to the Insured or to the Insured's customer;

    **ii)**    When shipped by the Insured's customer to the Insured or to the Insured's contract service provider or to the Insured's contract manufacturer,

While in transit within the Policy's Territory:

**a)**    From the time the property leaves the original point of shipment for transit; and

**b)**    While in transit:

    **i)**    Within the continent in which the shipment commences; or

    **ii)**    Between Europe and Asia for land or air shipments only,

    Until delivered at the destination.

**c)**    Coverage on export shipments not insured under ocean cargo policies does not extend beyond the time when the property is loaded on board overseas vessels or aircraft. Coverage on import shipments not insured under ocean cargo policies does not attach until after discharge from overseas vessels or aircraft.

This coverage:

**a)**    Insures physical loss or damage caused by or resulting from:

    **i)**    Unintentional acceptance of fraudulent bills of lading, shipping or messenger receipts by the Insured or the Insured's agent, customer or consignee.

    **ii)**    Any unauthorized person(s) representing themselves to be the proper party(ies) to receive the property for shipment or to accept it for delivery.

**b)**    Covers general average and salvage charges on shipments covered while waterborne.

Additional Conditions:

**a)**    Permission is granted to the Insured, without prejudice to this insurance, to accept ordinary bills of lading used by carriers, including:

    **i)**    Released and/or undervalued bills of lading; or

    **ii)**    Shipping or messenger receipts.

**a)**    The Insured may waive subrogation against railroads under sidetrack agreements.

**b)**    The Insured may not enter into any special agreement with carriers releasing them from their common law or statutory liability.

**c)**   This coverage shall not inure directly or indirectly to the benefit of any carrier or bailee.

Transit Exclusions: As respects Transit, the following additional exclusions apply:

This Policy excludes:

**a)**   Waterborne shipments unless by inland waters; or by roll-on/roll-off ferries operating between European ports; or by coastal shipments.

**b)**   Property shipped between continents, except by land or air between Europe and Asia.

**c)**   Property shipped by mail.

**d)**   Shipments by air unless made by regularly scheduled airlines.

**e)**   Any transporting vehicle.

**f)**   Property of others, including the Insured's legal liability, hauled on vehicles owned, leased or operated by the Insured when acting as a common or contract carrier.

**g)**   Property insured under any import or export ocean marine insurance.

Transit Valuation: On property insured under this coverage, the loss amount will not exceed the following:

**a)**   For property shipped to or for the account of the Insured: the actual invoice to the Insured, including such costs and charges (including the commission of the Insured as selling agent) as may have accrued and become legally due on such property.

**b)**   For property that has been sold by the Insured and shipped to or for the account of the purchaser (if covered by this Policy), the amount of the Insured's selling invoice, including prepaid or advanced freight.

**c)**   For property not under invoice:

**i)**   For property of the Insured, at the valuation provisions of the Policy applying at the place from which the property is being transported; or

**ii)**   For other property, the **actual cash value** at point of destination on the date of loss,

Less any charges saved which would have become due and payable upon arrival at destination.

## 6.   Conditions Applicable to Specific Jurisdictions

In the event that local policies contain locations in any of the following countries or territories then the follow terms and conditions will apply:

## A.   Australia Terrorism

For any insured property located in Australia, the definition of **terrorism** is declared null and void and it is agreed that a Declared Terrorist Incident under the Terrorism Insurance Act 2003 shall be considered an act of Terrorism within the terms of this Policy. Coverage recoverable under the Terrorism Insurance Act 2003 is excluded from coverage under this Policy. Any difference in limit between loss recoverable under the Terrorism Insurance Act 2003 and this Policy is not recoverable under this Policy.

### B. Belgium Terrorism

As respects any insured property located in Belgium, the definition of **terrorism** is declared null and void and it is agreed that any event defined as terrorism in accordance with the Law of 1 April 2007 shall be considered an act of **terrorism** within the terms of this Policy. Coverage provided, in accordance with the terms and conditions of the Terrorism Reinsurance and Insurance Pool Statute, under the European Policy issued by FM Insurance Europe S.A. is excluded from coverage under this Policy. Any difference in limit between loss recoverable from Terrorism Reinsurance and Insurance Pool and this Policy is not recoverable under this Policy.

### C. France Terrorism

For any insured property located in France or in French territories, the definition of **terrorism** is declared null and void and it is agreed that any event certified to be an act of terrorism in accordance with articles L126-2, R126-1 and R126-2 of the Insurance Code and decree 2001-1337 dated 28 December 2001 shall be considered an act of **terrorism** within the terms of this Policy. Terrorism coverage is mandatory and is provided to the Insured under the European/local Policy issued by FM Insurance Europe S.A.. Coverage provided under this Policy shall not extend the coverage for terrorism provided under such European/local Policy. Any difference in limit between loss recoverable for terrorism under the European/local Policy and this Policy is not recoverable under this Policy.

### D. Great Britain Terrorism

As respects of any property in **Great Britain**, there is no coverage for loss or damage and any resulting Business Interruption loss as may be provided in this Policy, caused by or resulting from the following regardless of any other cause or event contributing concurrently or in any other sequence to the loss:

**a)**   Terrorism

Terrorism coverage is optional and, if selected, would be provided to the Insured under the underlyer Policy issued by FM Insurance Company Limited.

**Great Britain** means:

England and Wales and Scotland but not the territorial seas adjacent thereto as defined by the Territorial Sea Act 1987 nor the Isle of Man nor the Channel Islands.

For any insured property located in **Great Britain**, the definition of **terrorism** is declared null and void and it is agreed that an act of **terrorism** shall mean an **e**vent certified by Her Majesty's Treasury to be an act of terrorism or determined to be such by an appropriately designated tribunal.

### E. Netherlands Terrorism

As respects any insured property located in the Netherlands, the definition of **terrorism** contained in Section I., Definitions section of this Policy is declared null and void and it is agreed that any event defined as terrorism in accordance with Dutch Terrorism Risk Reinsurance Company's terms and conditions shall be considered an act of **terrorism** within the terms of this Policy. Coverage provided in accordance with the Dutch Terrorism Risk Reinsurance Company's terms and conditions under the European Policy issued by FM Insurance Europe S.A. is excluded from coverage under this Policy. Any difference in limit between loss recoverable from Dutch Terrorism Risk Reinsurance Company (NHT) and this Policy is not recoverable under this Policy.

## F.  Northern Ireland Terrorism

Coverage is provided for physical loss or damage and any resulting Business Interruption loss, as may be provided in this Policy, to insured property in Northern Ireland occasioned by or happening through or in consequence directly or indirectly of:

**a)**   Riot, civil commotion and (except in respect of loss or damage and resulting Business Interruption loss by fire or explosion) strikers, locked-out workers or persons taking part in labor disturbances or malicious persons; and

**b)**   **Terrorism,**

Subject to liability of the Company only to be for the extent of the loss not recoverable by the Insured under the "Criminal Damage (Compensation) (Northern Ireland) Order 1977" or subsequent legislation; and to all other terms, conditions and limits of this Policy.

## G.  Spain Consorcio

For any insured property located in Spain and as applies to Physical Damage coverage and any resulting Business Interruption loss, as may be provided in this Policy, this Policy does not insure against physical loss or damage caused by:

**a)**   Events separately insured by the Consorcio de Compensacion de Seguros, or events classified by the Public Authorities in Spain as an "extraordinary circumstance."

**b)**   All losses where, despite being of an extraordinary and catastrophic nature, the Consorcio de Compensacion de Seguros does not acknowledge the rights of the Insured on account of the Insured's failure to comply with any of the conditions and stipulations contained in the Reglamento y Disposiciones Complementarias in force at the time of the loss as well as those occurring within the payment free period specified by the aforementioned authority. The Consorcio de Compensacion de Seguros will indemnify claims of an extraordinary nature, within the terms of the various laws and/or Royal Decrees and/or Regulations of Spain which govern Consorcio de Seguros.

For any insured property in Spain, the definition of **terrorism** is declared null and void and it is agreed that any event defined as terrorism by Consorcio de Compensacion de Seguros shall be considered an act of **terrorism** within the terms of this Policy.

## H.  South Africa Coverage

For any insured property in South Africa, the following conditions additionally apply:

Notwithstanding anything contained herein to the contrary:

**a)**   This Policy does not cover loss of or damage directly or indirectly to property related to or caused by:

    **i)**   civil commotion, labor disturbances, riot, strike, lockout or public disorder or any act or activity which is calculated or directed to bring about any of the above;

    **ii)**   war, invasion, act of foreign enemy, hostilities or warlike operations (whether war be declared or not) or civil war;

    **iii)**   mutiny, military rising, military or usurped power, martial law or state of siege, or any other event or cause which determines the proclamation or maintenance of martial law or siege;

**iv)** insurrection, rebellion or revolution.

**v)** any act (whether on behalf of any organization, body or person, or group of persons) calculated or directed to overthrow or influence any state or government, or any provincial, local or tribal authority with force, or by means of fear, terrorism or violence;

**vi)** any act which is calculated or directed to bring about loss or damage in order to further any political aim, objective or cause or to bring about any social or economic change, or in protest against any state or government, or any provincial, local or tribal authority, or for the purpose of inspiring fear in the public, or any section thereof;

**vii)** any attempt to perform any act referred to in clause d or e above;

**viii)** The act of any lawfully established authority in controlling, preventing, suppressing or in any other way dealing with any event referred to in clause i, ii, iii, iv, v, vi or vii above.

If the Insurers allege that by reason of clauses i, ii, iii, iv, v, vi, vii or viii of this exclusion, loss or damage is not covered by this Policy, the burden of proving the contrary will rest on the Insured.

**b)** This Policy does not cover loss or damage caused directly or indirectly by or through or in consequence of any event for which a fund has been established in terms of the War Damage Insurance and Compensation Act 1976 (No. 85 of 1976) or any similar Act operative in any of the territories to which this Policy applies.

## I.   India Terrorism

For any insured property located in India, the definition of **terrorism** is declared null and void and it is agreed that any event defined as terrorism by the Indian Market Terrorism Risk Insurance Pool shall be considered an act of **terrorism** within the terms of this Policy. Coverage provided by the Indian Market Terrorism Risk Insurance Pool is excluded from coverage under this Policy. Any difference in limit between loss recoverable for terrorism from Indian Market Terrorism Risk Insurance Pool and this Policy is not recoverable under this Policy.

## J.   United States Terrorism

For any insured property located in the United States of America, its territories and possessions and the Commonwealth of Puerto Rico, the definition of **terrorism** is declared null and void and it is agreed that an event defined as Certified Act of Terrorism under the terms of the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT attached to this Policy shall be considered an act of **terrorism** within the terms of this Policy. Coverage recoverable under the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT is excluded from any other coverage under this Policy.  Any difference in limit between loss recoverable under the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT and this Policy is not recoverable under this Policy.

# SUPPLEMENTAL UNITED STATES
# CERTIFIED ACT OF TERRORISM ENDORSEMENT

**This Endorsement is applicable to all insured locations in the United States, its territories and possessions and the Commonwealth of Puerto Rico.**

**Coverage for "Certified Act of Terrorism" Under The Terrorism Risk Insurance Act of 2002, as amended.**

In consideration of a premium charged of $15,000, this Policy, subject to the terms and conditions therein and in this Endorsement, covers direct physical loss or damage to insured property and any resulting Business Interruption loss, as provided in the Policy, caused by or resulting from a Certified Act of Terrorism as defined herein.

Notwithstanding anything contained elsewhere in this Policy, any exclusion or limitation of terrorism in this Policy and any endorsement attached to and made a part of this Policy, is hereby amended to the effect that such exclusion or limitation does not apply to a "Certified Act of Terrorism" as defined herein.
This amendment does not apply to any limit of liability for a Certified Act of Terrorism, if any, stated under any Sub-Limits clause in the Declarations section of this Policy.

With respect to any one or more Certified Act(s) of Terrorism, this Company will not pay any amounts for which the Company is not responsible under the terms of the Terrorism Risk Insurance Act of 2002 (including subsequent action of Congress pursuant to the Act) which includes a provision stating that if the aggregate insured losses exceed $100,000,000,000 during any calendar year, neither the United States Government nor any insurer that has met its insurer deductible shall be liable for the payment of any portion of the amount of such losses that exceed $100,000,000,000. If the aggregate insured losses for all insurers exceed $100,000,000,000, your coverage may be reduced.

The coverage provided under this Endorsement for "Certified" losses caused by acts of terrorism will be partially reimbursed by the United States Government under a formula established by Federal Law.  Under this formula, the United States pays 85% (and beginning on January 1, 2016, shall then decrease by 1 percentage point per calendar year until equal to 80 percent) of covered terrorism losses exceeding a statutorily established retention by the insurer referenced in this Policy.  The premium charged for this coverage is provided above.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Endorsement or the Policy.

The coverage provided by this Endorsement only applies to a Certified Act of Terrorism.

Reference and Application:  The following term(s) means:

Certified Act of Terrorism:

A "Certified Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of Homeland Security, and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002 as amended and extended in 2005, 2007 and in 2015.  The criteria contained in that Act for a "Certified Act of Terrorism" include the following:

    a.   The act resulted in aggregate losses in excess of $5,000,000; and

    b.   The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

# CALIFORNIA

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of California this policy is amended:

**CANCELLATION -** The Insured may cancel this policy by returning it to the Company or by giving it written notice and stating at what future date coverage is to cease.

During the first 60 days this policy is in effect, the Company may cancel it or one or more of its parts for any reason. The Company will give the Insured notice at least 30 days before the cancellation takes effect.

After this policy has been in effect 60 days, or if it is a renewal of a policy issued by the Company it may cancel only for one or more of the following reasons:

1. The premium has not been paid when due;

2. Discovery of fraud or material misrepresentation in obtaining this insurance, or in pursuing a claim under this policy;

3. A judgment by a court or an administrative tribunal that the Insured has violated a law of this state or the United States involving an act that materially increases a hazard insured against;

4. Discovery of willful or grossly negligent acts or omissions or of violations of state laws are regulations establishing safety standards, that materially increase a hazard insured against;

5. Failure to implement reasonable loss control requirements which the Insured agreed to as a condition of the issue of this policy, or which were required in order to qualify for a particular rate or rating plan, if the failure materially increases a hazard insured against;

6. A determination by the Insurance Commissioner that the loss of, or changes in, the Company reinsurance would threaten its financial integrity or solvency;

7. A determination by the Insurance Commissioner that a continuation of this policy would place the Company in violation of the law or that continuation of coverage would threaten its solvency; or

8. A change in the Insured's activities or property which results in a materially added, increased or changed hazard that is not included in the policy.

If the premium has not been paid when due or if fraud is discovered, the Company will give the Insured notice at least 10 days before the cancellation takes effect.  If the Company cancels for one of the reasons described under items 3 through 8 of this condition, the Company will give the insured notice at lease 30 days before the cancellation takes effect.

The Company may cancel this policy by delivering or mailing written notice to the producer of record and to the Insured's mailing address last known to it.  The notice will state the time that the cancellation is to take effect and include the reason for cancellation.

The Insured's return premium, if any, will be calculated according to the Company rules.  It will be refunded to the Insured with the cancellation notice or within a reasonable time.  Payment or tender of the unearned premium is not a condition of cancellation.

**NONRENEWAL AND RENEWAL WITH ALTERED TERMS –** The Company may elect not to renew or continue this policy by delivering or mailing written notice to the producer of record and to the Insured's mailing address last known to it.  The notice will include the reason for the company action.

The Company will give the Insured notice at lease 60 days, but not more than 120 days, before the expiration or anniversary date.

The Company will give the Insured the same number of days notice if it offers to renew this policy subject to a reduction of limits, elimination of coverages, an increase in deductibles, or an increase of more than 25 percent in the rate upon which the premium is based.

The Company is not required to send a notice of nonrenewal if:

1.  This policy is transferred to or renewed by another insurer in its insurance group without changing policy "terms" or the rate on which the premium is based;

2.  The policy has been extended for 90 days or less after notice was given in accordance with the requirements of this condition;

3.  The Insured has obtained replacement coverage or have agreed in writing to obtain replacement coverage within 60 days of the termination of this policy;

4.  This policy was issued for a term of 60 days or less and the Insured were notified when the policy was issued that it would not be renewed;

5.  The Insured requests a change in "terms" or hazards covered within 60 days of the end of the policy period; or

6.  In accordance with the requirements of this condition, the Company has made a written offer to renew the policy with changed "terms" or at a change to the rate on which the premium is based.

**REQUIREMENTS IN CASE LOSS OCCURS –** After a covered loss, the Company shall provide, free of charge, a complete, current copy of this policy within 30 calendar days of receipt of a request from the Insured.  The time period for providing this policy may be extended by the Insurance Commissioner.  An Insured who does not experience a covered loss shall, upon request, be entitled to one free copy of this policy annually.  The policy provided to the Insured shall include, where applicable, the policy declarations page.

# CONNECTICUT

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Connecticut this policy is amended:

**CANCELLATION**

1.  If the policy has been in effect 60 days or less and it is not a renewal of a policy issued by the Company, it may cancel the policy for any reason by giving the Insured written notice of cancellation:

    a.  At least 10 days before the effective date of cancellation if the Company cancels for nonpayment of premium;

    b.  At least 30 days before the effective date of cancellation if the Company cancels for any other reason.

2.  If the policy has been in effect more than 60 days or if it is a renewal of a policy issued by the Company, it may cancel the policy only if the cancellation is based on one or more of the following conditions:

    a.  Nonpayment of premium;

    b.  Conviction of a crime arising out of acts increasing the hazard insured against;

    c.  Discovery of fraud or material misrepresentation by the Insured in obtaining the policy or perfecting any claim thereunder;

    d.  Discovery of any willful or reckless act or omission by the Insured increasing the hazard insured against;

    e.  A determination by the Commissioner that continuation of the policy would violate or place the insurer in violation of the law;

    As long as the event happens after the effective date or renewal of the policy.

    The Company will give the Named Insured notice of cancellation at least 10 days before the cancellation is to become effective if cancellation is due to conditions a. – e. above.

    f.  Physical changes in the property which increase the hazard insured against;

    g.  A material increase in hazard insured against; or

    h.  A substantial loss of reinsurance by the insurer affecting this particular line of insurance.

    The Company will give the Named Insured notice of cancellation at least 60 days before the cancellation is to become effective if cancellation is due to conditions f. – h. above.

**NONRENEWAL -** If the Company elects not to renew or continue this policy, for a reason other than nonpayment of premium, it will give the Insured a written notice of its intent at least 60 days before the date of expiration or the anniversary date.

**NOTICE OF CANCELLATION OR NONRENEWAL -** Notice of cancellation or nonrenewal will be sent by registered or certified mail, or by mail evidenced by a United States Post Office Certificate of Mailing, or delivered to the Named Insured at the mailing address shown in the policy by the date required.

The notice of nonrenewal or cancellation will state or be accompanied by the reasons for the nonrenewal or cancellation.

The notice of cancellation will state excess premium (if not tendered) will be refunded on demand.

**PAYMENT OF MUNICIPAL LIENS PRIOR TO LOSS PAYMENT -** The Company shall, before paying any claim for loss or damage by fire to real property, other than single or two family dwellings, where the amount of the proceeds for the loss payable under this policy is $5,000 or more, shall notify and demand by registered or certified mail of the town clerk of the town wherein the loss or damage occurred, a statement of the amount of any tax liens filed on such property following loss or damage to such property.  If the town clerk fails to notify the company within 20 days of the existence of any such liens, the right of the municipality to claim against the proceeds of this policy shall terminate and any liens thereon shall be dissolved.

**UNIT OWNER'S INSURANCE -** If this policy insures a condominium association, the following shall apply:

A unit-owner may have other insurance covering the same property as this insurance.  This insurance is intended to be primary, and not to contribute with such other insurance.

An insurer that has issued an insurance policy under management of common interest communities shall issue certificates or memoranda of insurance to the association and, on written request, to any unit owner or holder of a security interest. The insurer issuing the policy may not cancel or refuse to renew it until 60 days after notice of the proposed cancellation or nonrenewal has been mailed to the association, each unit owner and each holder of a security interest to whom a certificate or memorandum of insurance has been issued at their respective last known addresses.

**ADVANCE PAYMENT OF LOSS SETTLEMENT –** The Company and the Insured may agree in writing, in the event of a loss occurring which has been ascertained to be insured loss or damage under this policy and determined by company representatives to be excess of the applicable policy deductible, that the Company will advance mutually agreed upon advance payment(s) on the insured loss or damage, subject to the policy provisions. Any advance payment will be credited against the total amount of loss due the Insured. An advance payment shall not affect the requirement of this company to pay the total amount of loss not later than 30 days after submission of a signed and sworn Proof of Loss.  The Insured will submit a signed and sworn Proof of Loss as described in this policy, prior to receipt of the advance payment, with adequate supporting documentation.

# FLORIDA

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Florida this policy is amended:

**CANCELLATION**

If this policy has been in effect less than 90 days, the Company may cancel this policy by giving the Insured written notice of cancellation at least 20 days before the cancellation is to be effective.  If the cancellation is for nonpayment of premium, material misstatement or misrepresentation, or failure to comply with the underwriting requirements that the Company has established, the notice of cancellation must be given at least 10 days before the cancellation is to be effective.  The notice of cancellation shall be accompanied by the reasons therefore.

If the policy has been in effect for 90 days or more, the Company may cancel this policy only if one or more of the following reasons apply:

1.  Nonpayment of premium;

2.  Material misstatement;

3.  Failure to comply with underwriting requirements that the Company established within 90 days of the policy effective date;

4.  A substantial change in the risk covered; or

5.  Cancellation for all insureds for a given class of insureds.

The Company will give the Insured written notice of cancellation at least 45 days (90 days if residential property) before the cancellation is to be effective, except that for nonpayment of premium the Company will give the notice at least 10 days before the cancellation is to be effective.  The notice of cancellation shall be accompanied by the reason or reasons for cancellation.

**NONRENEWAL** - If the Company decides not to renew this policy, it will give the Insured its written notice of nonrenewal at least 45 days (90 days if residential property) prior to the policy expiration date.  The notice of nonrenewal shall state the reason or reasons as to why the policy is not being renewed.

**RENEWAL PREMIUM** - If the Company decides to renew this policy, it will give the Insured written notice of the renewal premium at least 45 days prior to the renewal date.

**INSPECTIONS –** The Company has the right, but is not obligated, to inspect the Insured's property and operations at any time.  This inspection may be made by the Company or may be made on its behalf.  An inspection or its resulting advice or report is not an agreement that the Insured's property or operations are safe, healthful or in compliance with laws, rules or regulations.  Inspections or reports are for the Company benefit only.

**LOSS PAYABLE** - The amount of loss for which the Company may be liable shall be payable twenty (20) days after proof of loss, as herein provided, is received by the Company and ascertainment of the amount of loss is made either by agreement between the Insured and the Company expressed in writing or by the filing with the Company of an award as herein provided.

**COMMENCEMENT OF LEGAL ACTION** - Legal action against this Company as provided in the policy to which this endorsement is attached, shall commence within five years after the date on which the direct physical loss or damage occurred.

**CATASTROPHIC GROUND COVER COLLAPSE**

The policy to which this endorsement is attached is extended to cover at locations in the State of Florida, direct physical loss or damage from catastrophic ground cover collapse for the limit of liability of $100,000.  There is no coverage provided hereunder for earth movement if earth movement coverage is provided elsewhere in this policy.

"Catastrophic ground cover collapse" means geological activity that results in all the following:

1.  The abrupt collapse of the ground cover;
2.  A depression in the ground cover clearly visible to the naked eye;
3.  Structural damage to the building, including the foundation; and
4.  The insured structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that structure.

Contents coverage applies if there is a loss resulting from a catastrophic ground cover collapse.  Structural damage consisting merely of the settling or cracking of a foundation, structure, or building does not constitute a loss resulting from a catastrophic ground cover collapse.

**FLORIDA AMENDATORY SINKHOLE COVERAGE ENDORSEMENT**

This Policy is extended to insure property covered in Florida against direct physical loss resulting from the sudden sinking or collapse of the land into underground empty spaces created by action of water on limestone or similar rock formations.

There is no coverage under this Endorsement for:

**1.** The value of land;

**2.** The cost of filling sinkholes;

**3.** Indirect or consequential loss; or

**4.** Loss of use.

Any provision of this Policy which excludes loss due to earth movement or earth sinking is amended to be inapplicable to loss covered by this Endorsement.

# GEORGIA

# STATE AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Georgia this policy is amended:

**CANCELLATION** - This policy shall be cancelled at any time at the request of the Insured in which case this Company shall upon demand and surrender of this policy, refund the excess of paid premium above the customary short rates for expired time.

This policy is subject to cancellation by this Company as follows:  This Company will give not less than forty-five (45) days' written notice of cancellation or nonrenewal.  In the event this Company shall fail to give to the Insured not less than forty-five (45) days' written notice of cancellation or nonrenewal, the Insured may require this Company to continue coverage under the same premium rate and policy terms and conditions for not more than thirty (30) days from the expiration date stated in this policy.  The Insured must tender the premium amount, computed on a pro rata basis, to this company on or before the expiration date stated in this policy.

However, this policy may be cancelled by this Company if the Insured fails to remit, when due, the payment of premium for such policy, by giving the Insured not less than ten (10) days' written notice of cancellation.

If this Company decides to increase the premium rates more than 15% of the expiring policy premium or to restrict the coverage, this company will give the Named Insured written notice of the changes at least forty-five (45) days prior to the effective date of the changes.  When the increase in premium exceeds 15% of the expiring policy premium, the notice will indicate the dollar amount of the increase.  This provision does not apply to an increase due to change in risk, exposure, experience modification or audit.

**NOTICE -** The laws of the State of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family violence.

**SUIT –** No suit or action on this policy for the recovery of any claim shall be sustainable in any court of law or equity unless all the requirements of this policy shall have been complied with, and unless commenced within four (4) years next after inception of the loss.

**OTHER INSURANCE** is deleted and replaced with the following:

If there is other insurance covering the same loss or damage that is covered:

a)   Under this policy; or

b)   Any other policy;

Then this insurance will apply only as pro rata so that this Company shall not be liable for a greater proportion of any loss than the amount hereby insured shall bear to the whole insurance covering the property against the peril involved, whether collectible or not.

In **REQUIREMENTS IN CASE OF LOSS** clause, the word "immediate" is replaced with the word "prompt".

In **MISREPRESENTATION AND FRAUD**, the lead-in sentence is replaced with:

The Company may cancel this Policy, whether before or after a loss, and may deny coverage if an Insured has:

**MOLD AND MILDEW REMEDIATION**: This Policy covers the cost to remediate mold directly resulting from other physical damage not excluded by this Policy, including:

    a)   the cost to:

        i)   remove the mold from covered property or to repair, restore or replace that property;

        ii)   contain, treat, detoxify, neutralize or dispose of or in any way respond to or assess the effect of the mold;

    b)   the cost of any necessary testing or monitoring of air or property to confirm the type, absence, presence or level of mold, whether performed prior to, during or after removal, repair, restoration or replacement of covered property.

The **INCREASE IN HAZARD** provision is hereby deleted from the policy.

# ILLINOIS

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Illinois this policy is amended:

**CANCELLATION -** This policy shall be cancelled at any time at the request of the Insured in which case this Company shall upon demand and surrender of this policy, refund the excess of paid premium above the customary short rates for the expired time.

This policy is subject to cancellation by this company as follows:

This Company will give not less than thirty (30) days' written notice of cancellation if this policy has been in effect for sixty (60) days or less, or not less than sixty (60) days' written notice of cancellation if this policy has been in effect for sixty-one (61) days or more, or not less than sixty (60) days' written notice of intention not to renew.  All such notices shall include a specific explanation of the reason or reasons for cancellation or nonrenewal.  Such notices shall be sent to the Named Insured by certified mail and copies thereof shall be sent to the agent of record and/or the Insured's broker, if known, and to the mortgagee or lienholder as named in this policy at the Insured's last known address.  However, this policy may be cancelled by this Company if the Insured fails to remit, when due, the payment of premium for such policy, by giving the Insured not less than ten (10) days' written notice of cancellation.

After this policy has been in effect for sixty (60) days, it may be cancelled only for one of the following reasons:

1. Nonpayment of premium;

2. This policy was obtained through a material misrepresentation;

3. Any Insured violated any of the terms and conditions of this policy;

4. The risk originally accepted has measurably increased;

5. Certification to the Director of the loss of reinsurance by the insurer which provided coverage to the insurer for all or a substantial part of the underlying risk insured; or

6. A determination by the Director that the continuation of this policy could place the insurer in violation of the insurance laws of this State.

Should this Company fail to comply with the foregoing provisions concerning notice of intention not to renew, this policy shall terminate only on the effective date of any similar insurance procured by the Insured with respect to the same subject or location designated in both policies.

Return of any unearned premium will be calculated on a pro-rata basis if the Company cancels this Policy.

**NONRENEWAL**

Should the Company fail to give at least 60 days' notice prior to expiration of intention not to renew, but:

   a) Give at least 31 days notice, this Policy shall be extended for a period of 60 days or until the effective date of any similar insurance procured by the Insured, whichever is less, on the same terms and conditions as the policy sought to be terminated; or

   b)   Give less than 31 days notice, this Policy shall be extended for a period of one year or until the effective date of any similar insurance procured by the Insured, whichever is less, on the same terms and conditions as the policy sought to be terminated unless the Company has manifested its willingness to renew at a premium which represents an increase not exceeding 30%.

   c)   The Company shall provide a specific explanation of the reasons for nonrenewal.

Renewal of this Policy does not constitute a waiver or estoppel with respect to grounds for cancellation which existed before the effective date of such renewal.

**PREMIUM OR COVERAGE CHANGES** - If the Company intends to renew this policy with a premium increase of thirty percent (30 %) or more, the Company will mail a written notice of the change to the Named Insured at the mailing address shown on the policy at least 60 days prior to the expiration date.  In case of notice to the agent of record, the notice will be mailed at least 60 days prior to the expiration date.  Failure to do so will result in the policy being extended for an additional year under the same terms, conditions and premium.

**ADDITIONAL PROVISIONS APPLICABLE ONLY TO RESIDENTIAL PROPERTY - (UP TO FOUR FAMILY DWELLING) AND PERSONAL OR HOUSEHOLD PROPERTY INCIDENTAL THERETO**

1.   If this policy has been in effect for one year, or is a renewal policy, this company may exercise its right of cancellation for only one or more of the following reasons: (a) nonpayment of premium; (b) misrepresentation or fraud; (c) an act that measurably increases the risk originally accepted.

2.   If this policy has been effective or renewed for five (5) or more years, this company may not exercise its right of nonrenewal unless: (a) this policy was obtained by misrepresentation or fraud; (b) the risk originally accepted has measurably increased, or (c) the Insured has received sixty (60) days' notice of this company's intention not to renew.

**OTHER INSURANCE –** When there is other insurance with like terms, conditions and coverages this coverage will share proportionately with other similar coverages.

**SUSPENSION -** The Suspension clause in the policy to which this is attached shall apply to Boiler and Machinery Insurance by which the Chief Inspector or his authorized representative may at any time suspend an Inspection Certificate when, in his opinion, the boiler or pressure vessel for which it was issued cannot be operated without menace to public safety, when the boiler or pressure vessel is found not to comply with the rules and regulations herein provided, or when an owner or operator has failed to pay any required fees or refused to allow inspection.  In that event, the Chief Inspector or his representative shall issue a Notice of Suspension, which shall be posted in a conspicuous location on or near the posted Inspection Certificate.  Each suspension of an Inspection Certificate shall continue in effect until the boiler or pressure vessel has been made to conform to the rules and regulations of the Board, and until the Inspection Certificate has been reinstated.

**LEGAL ACTION AGAINST THIS COMPANY –** No suit, action, or proceeding for the recovery of any claim under this policy, will be sustainable in any court of law or equity unless:

1.   The Insured has fully complied with all terms and conditions of the policy;

2.   It is Initiated within two years after the date on which the direct physical loss or damage first commenced or occurred, extended by the number of days between the date the proof of loss was filed until the date the claim is denied in whole or in part.

**APPRAISAL –** The appraisal agreement as found in the Appraisal clause in this policy is voluntary between the Named Insured and the Company. Neither party shall be deprived of the right to trial by jury on any question of fact arising under this policy.

**MISREPRESENTATION AND FRAUD -** The provision MISREPRESENTATION AND FRAUD is replaced by:

1.   This entire Policy will be void if an Insured has:

a)   Willfully concealed or misrepresented any material fact or circumstance concerning this insurance, the subject thereof, or the interest of an Insured;

b)   Such fact or circumstance is stated in the policy, endorsement or rider attached thereto, or in the written application therefore; and

c)   The concealment or misrepresentation is made with the intent to deceive, or materially affected either the acceptance of the risk or the hazard assumed by the Company.

2.   This Company will not pay for any loss or damage if an Insured has:

a)   Willfully concealed or misrepresented any material fact or circumstance concerning the loss or damage, or the interest of an Insured; and

b)   The concealment or misrepresentation is made with the intent to deceive or materially affected the claim.

# KANSAS

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Kansas this policy is amended:

**CANCELLATION -** This policy may be cancelled at any time at the request of the Insured in which case this Company shall upon surrender of this policy, refund the excess of paid premium above the customary short rates for the expired time.

This policy is subject to cancellation by this Company as follows:

No policy that has been in effect for ninety (90) days or more may be cancelled except for one of the following reasons:

1. Nonpayment of premium;

2. The policy was issued because of a material misrepresentation;

3. Any insured violated any of the material terms and conditions of the policy;

4. Unfavorable underwriting factors, specific to the Insured, exist that were not present at the inception of the policy;

5. A determination by the Commissioner that continuation of coverage could place this Company in a hazardous financial condition or in violation of the laws of this State; or

6. A determination by the Commissioner that this Company no longer has adequate reinsurance to meet this Company's needs.

This Company shall give at least sixty (60) days written notice to the Insured, at that Insured's last known address, of this Company's intention not to renew such policy.  This Company may satisfy this obligation by causing such notice to be given by a licensed agent.

**COMMENCEMENT OF LEGAL ACTION -** Legal action against this Company as provided in the policy to which this Endorsement is attached, shall commence within five (5) years or sixty (60) months after the date on which the direct physical loss or damage occurred.

**ACTUAL CASH VALUE –actual cash value** means:

The amount which it would cost to repair or replace damaged property with material of like kind and quality, less allowance for physical deterioration and depreciation.

# MARYLAND

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Maryland this policy is amended:

**CANCELLATION** – The Company may cancel this policy by sending the Insured a written notice by certificate of mail or by commercial mail delivery at least 45 days prior to the date of cancellation. When cancellation is because of nonpayment of premium, the Company will send written notice by certificate of mail to the Insured at least 10 days prior to the date of cancellation.

**NONRENEWAL -** If the Company decides not to renew this policy, it will send the Insured a written notice at least 45 days prior to the expiration date.

**PREMIUM INCREASE -** If the Company increases the policy premium by 20 percent or more, it will give notice to the Insured and the agent at least 45 days prior to the expiration date.

**SUIT AGAINST THE COMPANY -** A civil action at law shall be filed within 3 years from the date it accrues.

**CONCEALMENT, FRAUD** - This Company will not pay for any loss or damage if, whether before or after a loss, an Insured has willfully concealed or misrepresented any material fact or circumstance concerning this insurance or the subject thereof, or the interest of the insured therein, or in case of any fraud or false swearing by the insured relating thereto.

# MASSACHUSETTS

# SPECIAL ENDORSEMENT

With respect to any location or interest in the Commonwealth of Massachusetts the Policy to which this Endorsement is attached is hereby amended by the addition of the following provisions:

**Municipal Liens Against Insurance Proceeds -** Notwithstanding any provision to the contrary of any general or special law, this Company shall, before paying any claim for loss or damage to real property, other than owner-occupied one, two, three, or four family dwellings, from any hazard, where the amount of the loss payable under the Policy equals or exceeds five thousand dollars, first require the claimant to submit to the Company a certificate of municipal liens from the collector of taxes of the city or town wherein such property is located.

This Company shall pay to the city or town any amount shown as outstanding, including any interest currently accruing, on the certificate of municipal liens arising from the provisions of chapters forty, fifty-nine, sixty, eighty, eighty-three and section fifty-eight B to fifty-eight F, inclusive, of chapter one hundred and sixty-four to the extent of the amount of loss payable under the Policy and a copy of said transaction shall be sent to the insured and mortgagees named on the policy.

The claim of the city or town for such amounts shall have priority over the claim of any insured owner, mortgagee, assignee, or other interested party except where otherwise provided by the laws of the United States.

This Company shall not be liable to any insured owner, mortgagee, assignee, city or town, or other interested party for amounts disbursed to a city or town or for amounts not disbursed to said city or town based upon a certificate indicating the nonexistence of any municipal liens.

This Company shall not pay any claim (1) covering any loss, damage, or destruction to a building or other structure, amounting to one thousand dollars or more, or (2) covering any loss, damage or destruction of any amount, which causes the condition of a building or other structure to render section six of chapter one hundred and forty-three applicable, without having at least ten days previously, given written notice to the building commissioner or inspector of buildings appointed pursuant to the state building code, and to the board of health or the board of selectmen of the city or town in which the same is located.  If at any time prior to payment the said city or town notifies the Company by certified mail of its intent to initiate proceedings designed to perfect a lien pursuant to section three A, or to section nine of chapter one hundred and forty-three, or section one hundred and twenty-seven B of chapter one hundred and eleven, the said payment shall not be made while the said proceedings are pending; provided, however, that said proceedings are initiated within thirty days of receipt of such notification.

Any lien perfected pursuant to section three A, or to section nine of chapter one hundred and forty-three or section one hundred and twenty-seven B of chapter one hundred and eleven, shall extend to and may be enforced by the city or town against any casualty insurance Policy or Policies covering any loss, damage, or destruction pursuant to which the proceedings to perfect the lien were initiated.

This Company shall not be liable to any insured owner, mortgagee, assignee, city or town, or other interested party for amounts disbursed to a city or town, or for amounts not disbursed to a city or town under the provisions of this section.

All statutory citations contained herein refer to Massachusetts General Laws as they may from time to time be amended.

**Cancellation Clause** - It is agreed with respect to any location or interest in the Commonwealth of Massachusetts that the Cancellation Clause appearing in any form attached to this Policy is declared null and void and is replaced by the Cancellation provisions of the Massachusetts Standard Fire Insurance Policy as follows:

This Policy shall be cancelled at any time at the request of the Insured, in which case this Company shall, upon demand and surrender of this Policy, refund the excess of paid premium above the customary short rates for the

expired time.  This Policy may be cancelled at any time by this Company by giving to the Insured a five days written notice of cancellation, and to the mortgagee to whom this Policy is payable twenty days written notice of cancellation except where the stated reason for cancellation is nonpayment of premium where, in such instance, this Policy may be cancelled at any time by this Company by giving to the Insured a ten days written notice of cancellation, and the mortgagee a twenty days written notice of cancellation, with or without tender of the excess of paid premium above the pro rata premium for the expired time, which excess, if not tendered, shall be refunded on demand.  Notice of cancellation shall state that said excess premium, if not tendered, will be refunded on demand and shall state or be accompanied by a statement of the specific reason or reasons for such cancellation.  After this Policy has been in effect for sixty days, or after sixty days from any anniversary date, no notice of cancellation shall be effective unless it is based on one or more of the following: (1) nonpayment of premium; (2) conviction of a crime arising out of acts increasing the hazard insured against; (3) discovery of fraud or material misrepresentation by the Insured in obtaining the Policy; (4) discovery of willful or reckless acts or omissions by the Insured increasing the hazard insured against; (5) physical changes in the property insured which result in the property becoming uninsurable; or (6) a determination by the Commissioner that continuation of the Policy would violate or place the Insurer in violation of the law; all after the effective date of the policy.  Where the stated reason is nonpayment of premium, the Insured may continue the coverage and avoid the effect of the cancellation by payment at any time prior to the effective date of cancellation.

**Costs to Remediate Fuel Oil Spills –** If the policy to which this form is attached insures residential property, consisting of a 1-to-4 unit dwelling used for living or sleeping, and there is on the **location** a **tank** serving the residential property only, whether located within a dwelling or other structure, including a **tank** installed at or below grade level, or located outdoors but excluding an underground **tank** wherever located, the following shall apply:

1. This policy covers direct physical loss or damage to insured property from the release of heating oil from a **tank** or any piping, fuel supply lines, equipment or systems connected thereto.

2. Coverage is provided subject to a limit of liability of $50,000 per occurrence for property insured by this endorsement subject to a $1,000 deductible per occurrence.

3. Coverage shall include response action costs incurred to assess and remediate a heating oil release impacting soil, indoor air or other environmental media on the insured's property and the reimbursement of any associated physical loss or damage to insured personal property.

**DEFINITIONS:**

**Tank:**

A residential liquid fuel tank (excluding underground tanks) in which heating oil is stored and from which heating oil is delivered or pumped through a fuel supply line to an oil burner.

# MINNESOTA

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Minnesota this policy is amended:

**CANCELLATION -** The Insured may cancel this policy by returning it to the Company or by giving it a written notice and stating at what future time coverage is to cease.

During the first 89 days this policy is in effect, the Company may cancel the policy, or one or more of its parts, for any reason by giving the Insured a written notice at least 10 days before the cancellation is to take effect.

The Insured may return premium, and if any, it will be calculated according to the Company rules. It will be refunded to the Insured with the cancellation notice or within a reasonable time. Payment or tender of the unearned premium is not a condition of cancellation.

If this policy has been in effect for 90 days or more, or if it is a renewal of a policy issued by the Company effective immediately, it may cancel this policy only if one or more of the following reasons apply:

1.  Nonpayment of premium;

2.  Misrepresentation or fraud made by or with the Insured's knowledge in obtaining the policy or in pursuing a claim under the policy;

3.  Actions by the Insured that have substantially increased or substantially changed the risk insured;

4.  The Insured's refusal to eliminate known conditions that increase the potential for loss after notification by the Company that the condition must be removed;

5.  Substantial change in the risk assumed, except to the extent that the Company should reasonably have foreseen the change or contemplated the risk in writing the contract;

6.  Loss of reinsurance by the Company which provided coverage to it for a significant amount of the underlying risk insured;

    A notice of cancellation under this clause shall advise the Insured that they have ten days from the date of receipt of the notice to appeal the cancellation to the Commissioner of Commerce and that the Commissioner will render a decision as to whether the cancellation is justified because of the loss of reinsurance within five business days after receipt of the appeal; or

7.  A determination by the Commissioner that the continuation of the policy could place the Company in violation of the insurance laws of this state.

The Company will give the Insured written notice of cancellation at least 60 days before the cancellation is to take effect if the cancellation is for reasons other than nonpayment of premium. For nonpayment of premium, the Company will give the Insured at least 10 days notice.

**RESIDENTIAL -** If this policy covers buildings used for residential purposes (other than a hotel or motel) and has either been in effect 60 days or is a renewal policy, the Company may cancel that coverage only if one or more of the following reasons apply:

1.  Nonpayment of premium;

**2.** Misrepresentation of fraud made by the Insured or with their knowledge in obtaining the policy or in pursuing a claim thereunder;

**3.** An act or omission by the Insured which materially increases the risk originally accepted;

**4.** Physical changes in the insured property which are not corrected or restored within a reasonable time after they occur and which results in the property becoming uninsurable.

The Company will give the Insured written notice of cancellation at least 30 days before the cancellation is to take effect.  If the Company cancels the policy, unearned premium shall be calculated on a pro rata basis.

**NONRENEWAL -** If the Company decides not to renew this policy, it will give the Insured notice of nonrenewal at least 60 days before the end of the policy period.  Notice of nonrenewal is not required if the Insured has insured elsewhere, have accepted replacement coverage, or have requested or agreed to nonrenewal.

**NOTICE –** The company notice of cancellation or nonrenewal will be by first class mail or by delivery to the Insured's last known address and to any agent of record.  The notice of cancellation must include a statement of the reasons for cancellation.

**RENEWAL -** If the company offers to renew this policy with less favorable terms as to amount of coverage or deductible or with higher rates, it will notify the Insured at least 60 days prior to the expiration date.

**LOSS PAYMENT PREMIUM -** The loss payment provision is amended as follows:

The company will pay an Insured loss within five business days after an acceptable proof of loss has been received by it and the amount of loss has been agreed to in writing or an appraisal award has been filed with it.

**REPAIR OR REPLACEMENT -** For property covered on a Repair or Replacement basis, the following paragraphs shall replace any wording in conflict herewith:

**1.** The cost to repair the damaged portion in accordance with the minimum code as required by State or local authorities, but not less than necessary to satisfy minimum code as required by State or local authorities; or

**2.** The cost to rebuild or replace on the same or another site, with new materials of equivalent size, kind and quality but not less than necessary to satisfy minimum code as required by State or local authorities.

**DEED VENDOR TREATED AS MORTGAGEE -** The Mortgage Clause provisions are extended to Deed Vendors defined as a seller of residential property valued as less than $100,000 in which the seller agrees to finance some or all of the mortgage.

**VALUED POLICY -** The Company agrees that in the event of a total loss, the Limit of Insurance for a described building represents its value.  However, the valued policy provisions of the laws of Minnesota do not apply to property insured under this policy on a builder's risk basis.

# NEVADA

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Nevada this policy is amended:

**CANCELLATION -** If this policy has been in effect for at least 70 days or is a renewal of a policy issued by this Company, it may cancel this policy only on any anniversary date or if one or more of the following reasons apply:

1. Failure to pay a premium when due;

2. Conviction of the insured of a crime arising out of acts increasing the hazard insured against;

3. Discovery of fraud or material misrepresentation in the obtaining of this policy or in the presentation of a claim thereunder;

4. Discovery of:

   a. An act or omission; or

   b. A violation of any condition of the policy, which occurred after the first effective date of the current policy and substantially and materially increases the hazard insured against;

5. A material change in the nature or extent of the risk, occurring after the first effective date of the current policy, which causes the risk of loss to be substantially and materially increased beyond that contemplated at the time the policy was issued or last renewed;

6. A determination by the Commissioner that continuation of the Insurer's present volume of premiums would jeopardize the insurer's solvency or be hazardous to the interests of policyholders of the insurer, its creditors or the public; or

7. A determination by the Commissioner that the continuation of this policy would violate or place the Company in violation of any provision of the code.

This Company will deliver or mail the written notice of cancellation at least 10 days before the cancellation is to take effect when the reason for cancellation is nonpayment of premium. It will deliver or mail to the Named Insured written notice of cancellation at least 30 days before the cancellation is to take effect, except when the reason for cancellation is nonpayment of premium. This Company may cancel the policy on any anniversary date by delivering or mailing written notice of cancellation at least 60 days before the policy anniversary date.

The notice must be accompanied by the written explanation of the specific reasons for the cancellation. Return of any unearned premium will be calculated: on a pro-rata basis if the Policy is cancelled.  Return of unearned premium will be made by this Company as soon as practicable.

**NONRENEWAL -** If this Company decides not to renew this policy, it will deliver or mail to the Named Insured written notice of nonrenewal at least 60 days before the policy expiration date. The notice must be accompanied by a written explanation of the specific reasons for nonrenewal. Notice of nonrenewal is not required if the Insured has accepted replacement coverage of has requested or agreed to nonrenewal.

**APPRAISAL** – The appraisal agreement as found in the Appraisal clause in this policy is voluntary between the insured and this Company.

# NEW JERSEY

# MANDATORY ENDORSEMENT

With respect to any insured location in the State of New Jersey this policy is amended:

**CANCELLATION – NON-RENEWAL STATEMENT -** Pursuant to New Jersey law, this policy cannot be cancelled or nonrenewed for any underwriting reason or guideline which is arbitrary, capricious or unfairly discriminatory or without adequate prior notice to the Insured.  The underwriting reasons or guidelines that an insurer can use to cancel or nonrenew this policy are maintained by the insurer in writing and will be furnished to the Insured and/or the Insured's lawful representative upon written request.

This provision shall not apply to any policy which has been in effect for less than 60 days at the time notice of cancellation is mailed or delivered, unless the policy is a renewal policy.

**CANCELLATION -** The Company may cancel this policy by mailing or delivering to the Named Insured notice 10 days before the effective date of cancellation if the cancellation is for nonpayment of premium or moral hazard as defined in the New Jersey Insurance Regulations.  If cancellation is for other reasons, notice will be given not more than 120 days, nor less than 30 days prior to the effective date of the cancellation.  The Company notice will state the reason for cancellation.

**NONRENEWAL -** If the Company decides not to renew this policy, it will mail or deliver to the Named Insured its notice of nonrenewal not more than 120 days but at least 30 days before the end of the policy period.  The notice will state the reason for nonrenewal.

**RENEWAL PREMIUM - CHANGE IN CONTRACT TERMS –** The Company will mail or deliver to the Named Insured notice of the amount of the renewal premium and any change in contract terms not more than 120 days but at least 30 days prior to the due date of the premium.

**NOTICES -** Notices are not required if the Insured has replaced coverage or has otherwise specifically requested termination.

# NEW YORK

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of New York this policy is amended:

**CANCELLATION OF POLICIES IN EFFECT FOR 60 DAYS OR LESS –** During the first 60 days the policy is initially in effect, except for the basis of cancellation set forth in the next paragraph, no cancellation shall become effective until 20 days after written notice is mailed to the first Named Insured at the mailing address shown in the policy and to such Insured's authorized agent or broker.  If the policy is cancelled for non payment of premium, the cancellation notice shall inform the first Named Insured of the amount due.  The policy may be cancelled by the Company by mailing or delivering to the first Named Insured written notice of cancellation, stating the reason for cancellation, at the address shown in this policy, and the authorized agent or broker, if any, at least:

1.  30 days before the effective date of cancellation if the policy is cancelled for any reason not included in paragraph 2 below;

2.  15 days before the effective date of cancellation if the policy is cancelled for any of the following reasons:

    a)  Nonpayment of premium - requires an inclusion of a statement that clearly informs the Insured of the amount due; (This statement shall also apply if the policy is in effect greater than 60 days.)

    b)  Conviction of a crime arising out of acts increasing the hazards insured against;

    c)  Discovery of fraud or material misrepresentation in the obtaining of the policy or in the presentation of a claim thereunder;

    d)  After issuance of the policy or after the last renewal date, discovery of an act or omission, or a violation of any policy condition, that substantially and materially increases the hazard insured against, and which occurred subsequent to inception of the current policy period;

    e)  Material physical change in the property insured, occurring after issuance or last annual renewal anniversary date of the policy, which results in the property becoming uninsurable in accordance with the Company objective, uniformly applied underwriting standards in effect at the time the policy was issued or last renewed; or material change in the nature or extent of the risk, occurring after issuance or last annual renewal anniversary date of the policy, which causes the risk of loss to be substantially and materially increased beyond that contemplated at the time the policy was issued or last renewed;

    f)  Required pursuant to a determination by the Superintendent that continuation of the present premium volume of the Company would jeopardize the company's solvency or be hazardous to the interest of the company's policyholders, creditors or the public;

    g)  A determination by the Superintendent that the continuation of the policy would violate, or would place the company in violation of, any provision of the Insurance Code; or

    h)  Where the Company has reason to believe, in good faith and with sufficient cause, that there is a probable risk or danger that the Insured will destroy, or permit to be destroyed the insured property for the purpose of collecting the insurance proceeds, provided, however, that:

        i)   A notice of cancellation on this ground shall inform the insured in plain language that the insured must act within ten days if review by the department of the ground for cancellation is desired pursuant to item (iii) of this subparagraph (h);

        ii)  Notice of cancellation on this ground shall be provided simultaneously by the insurer to the department; and

iii) Upon written request of the insured made to the department within ten days from the insured's receipt of notice of cancellation on this ground, the department shall undertake a review of the ground for cancellation to determine whether or not the insurer has satisfied the criteria for cancellation specified in this subparagraph; if after such review the department finds no sufficient cause for cancellation on this ground, the notice of cancellation on this ground shall be deemed null and void.

**CANCELLATION OF POLICIES IN EFFECT FOR MORE THAN 60 DAYS -** If this policy has been in effect for more than 60 days, or if this policy is a renewal or continuation of a policy issued by the Company, the policy may be cancelled by the Company only for any reasons listed in paragraph 2 above provided a written notice stating the reason for cancellation is mailed or delivered to the first Named Insured at the address shown in this policy, and the authorized agent or broker, if any, at least 15 days before the effective date of cancellation.  After the policy has been in effect for 60 days, or upon the effective date if the policy is a renewal, no notice of cancellation shall become effective until 15 days after notice is mailed or delivered to the first Named Insured and to such Insured's authorized agent or broker stating the reason, and such cancellation is based on one or more of the following:

1. Nonpayment of premium - requires an inclusion of a statement that clearly informs the Insured of the amount due; (This statement shall also apply if the policy is in effect greater than 60 days.)

2. Conviction of a crime arising out of acts increasing the hazards insured against;

3. Discovery of fraud or material misrepresentation in the obtaining of the policy or in the presentation of a claim thereunder;

4. After issuance of the policy or after the last renewal date, discovery of an act or omission, or a violation of any policy condition, that substantially and materially increases the hazard insured against, and which occurred subsequent to inception of the current policy period;

5. Material physical change in the property insured, occurring after issuance or last annual renewal anniversary date of the policy, which results in the property becoming uninsurable in accordance with the Company objective, uniformly applied underwriting standards in effect at the time the policy was issued or last renewed; or material change in the nature or extent of the risk, occurring after issuance or last annual renewal anniversary date of the policy, which causes the risk of loss to be substantially and materially increased beyond that contemplated at the time the policy was issued or last renewed;

6. Required pursuant to a determination by the Superintendent that continuation of the present premium volume of the Company would jeopardize the Company's solvency or be hazardous to the interest of the Company's policyholders, creditors or the public;

7. A determination by the Superintendent that the continuation of the policy would violate, or would place the Company in violation of, any provision of the Insurance Code; or

8. Where the Company has reason to believe, in good faith and with sufficient cause, that there is a probable risk or danger that the Insured will destroy, or permit to be destroyed the insured property for the purpose of collecting the insurance proceeds, provided, however, that:

   a) A notice of cancellation on this ground shall inform the insured in plain language that the insured must act within ten days if review by the department of the ground for cancellation is desired pursuant to item (c) of this subparagraph (8);

   b) Notice of cancellation on this ground shall be provided simultaneously by the insurer to the department; and

   c) Upon written request of the insured made to the department within ten days from the insured's receipt of notice of cancellation on this ground, the department shall undertake a review of the ground for cancellation to determine whether or not the insurer has satisfied the criteria for cancellation specified in this subparagraph; if after such review the department finds no sufficient cause for cancellation on this ground, the notice of cancellation on this ground shall be deemed null and void.

If this policy is cancelled, the Company will send the first Named Insured any premium refund due. If the Company cancels, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata.

However, when the premium is advanced under a premium finance agreement, the Company will be entitled to retain a minimum earned premium of 10% of the total policy premium or $60, whichever is greater. The cancellation will be effective even if we have not made or offered a refund.

**NONRENEWAL -** If the Company elects not to renew this policy the Company will send notice as provided in Notices of Nonrenewal and Conditional Renewal below, along with the reason for nonrenewal.

**CONDITIONAL RENEWAL - If the company conditions renewal of this policy upon:**

**1.** Change of limits;

**2.** Change in type of coverage;

**3.** Reduction of coverage;

**4.** Increased deductible;

**5.** Addition of exclusion;

**6.** Increased premiums in excess of 10%, exclusive of any premium increase due to and commensurate with insured value added; or increased exposure units; or as a result of experience rating, loss rating, retrospective rating or audit; the Company will send notice as provided in paragraph Notices of Nonrenewal and Conditional Renewal below.

**NOTICES OF NONRENEWAL AND CONDITIONAL RENEWAL**

**1.** If the Company elects not to renew this policy or to conditionally renew this policy as provided in Nonrenewal and Conditional Renewal above, the Company will mail or deliver written notice to the first Named Insured shown in the Declarations, at least 60 but not more than 120 days before:

    **a)** The expiration date; or

    **b)** The anniversary date if this is a continuous policy.

**2.** Notice, which shall contain the specific reason or reasons for nonrenewal or conditional renewal**,** will be mailed or delivered to the first Named Insured at the address shown in the policy and the authorized agent or broker.  If notice is mailed, proof of mailing will be sufficient proof of notice.

The Company will not send notice of nonrenewal or conditional renewal if the Named Insured, or the authorized agent or broker or another insurer authorized by the Named Insured mails or delivers notice that the policy has been replaced or is no longer desired.

**PAYMENT OF LIENS** - The following provision pertaining to payment of liens on proceeds of fire insurance shall be included in a policy providing coverage for peril of fire and insuring the interest of an owner in any residential, commercial or industrial building or structure except a one or two family residential structure:

Prior to the payment of any proceeds under this insurance otherwise payable to the Insured for damages resulting to the premises from a loss occasioned by fire, this Company will deduct there from an pay the claim of any tax district which renders a certificate of lien pursuant to the Insurance law.  Upon the payment of such claim this Company shall, to the extent of such payment, be released from any obligation to pay the same to the Insured and that the payment of any such claim within 30 days of receipt by this Company of the certificate of lien shall, as between the insured and this Company, operate as a conclusive presumption that such claim was valid and properly paid.

**EXAMINATION OF BOOKS AND RECORDS**

1. This Company or its duly appointed representative will be permitted to inspect the covered property, examine and audit books and records as they relate to covered property any time during the policy period up to one hundred-eighty (180) days after expiration of the policy.  The audit may not be waived except in the following circumstances:

   a) The total annual premium attributable to the auditable exposure base is not reasonably expected to exceed $1,500;

   b) The policy requires notification to the company with the specific identification of any additional exposure units for which coverage is requested; or

   c) The policy is a commercial umbrella for which the rate of premium is determined by the application of a factor to the rate or premium of an auditable underlying policy.

2. This Company shall, as soon as practicable following such audit, refund or credit the Insured's account for any return premium due the Insured, or bill and make a good faith effort to collect any additional premium due the Company as a result of the audit.

3. In an Insured fails to cooperate with the Company in its attempt to conduct such audit, including failure to return any questionnaires or self-audit worksheets, the Company shall non-renew such Insured upon completion of the current policy period, in accordance with the provisions of Section 3426 of the Insurance Law, due to the Company's inability to establish a proper premium for such Insured.

**SERVICE OF SUIT –** Legal action against this Company as provided in the policy to which this endorsement is attached, shall commence within two years after the date on which the direct physical loss or damage occurred.

**ARSON REWARD COVERAGE –** Arson reward coverage as provided in any policy to which this endorsement is attached is declared to be null and void.

**AMENDED CONDITIONS FOR TERRORISM –**

The following sentence in the first paragraph of Exclusions Group I, Item 2f:

   However, if direct loss or damage by fire results from any of these acts (unless committed by or on behalf of the Insured), then this Policy covers only to the extent of the **actual cash value** of the resulting direct loss or damage by fire to insured property.

Is replaced by:

   However, if direct loss or damage by fire results from any of these acts (unless committed by or on behalf of the Insured), then this Policy covers the resulting direct loss or damage by fire to insured property.

The following paragraph 6 is deleted from the Valuation provision:

   6. On property that is damaged by fire and such fire is the result of terrorism, the **actual cash value** of the fire damage loss.  Any remaining fire damage loss shall be adjusted according to the terms and conditions of the Valuation clause(s) of the Policy and shall be subject to the limit(s) of liability for Terrorism, and if stated the limit of liability for SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT(S), as shown in the Limits of Liability clause in the Declarations section.

Business Interruption Exclusions 4 is replaced by:

   Any loss resulting from fire caused by or resulting from **terrorism** except as provided in the Terrorism coverage of this policy.

# NORTH CAROLINA

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of North Carolina this policy is amended:

**CANCELLATION**

1.  The Company may cancel this policy or one or more of its parts by mailing or delivering to the Insured a written notice at least 15 days before the cancellation is to take effect. It will also send a notice to any mortgagee, loss payee and agent or broker of record. The notices will be sent to the addresses shown in the policy or, if not indicated in the policy, to the last addresses known to the company. The notice must state the precise reason for cancellation.

2.  If the policy has been in effect for 60 days or more, or if it is a renewal policy issued by the Company effective immediately, it may cancel this policy only on the anniversary date, or if one or more of the following reasons apply:

    a.  Nonpayment of premium in accordance with the policy terms;

    b.  An act or omission by the Insured or his representative that constitutes material misrepresentation or nondisclosure of a material fact in obtaining the policy, continuing the policy, or presenting a claim under the policy;

    c.  Increased hazard or material change in the risk assumed that could not have been reasonably contemplated by the parties at the time of assumption of risk;

    d.  Substantial breach of contractual duties, conditions or warranties that materially affect the insurability of the risk;

    e.  A fraudulent act against the Company by the Insured or his representative that materially affects the insurability of the risk;

    f.  Willful failure by the Insured or his representative to institute reasonable loss control measures that materially affect the insurability of the risk after written notice by the insurer;

    g.  Loss of facultative reinsurance, or loss of or substantial changes in applicable reinsurance as provided in the North Carolina statutes;

    h.  Conviction of the Insured of a crime arising out of acts that materially affect the insurability of the risk; or

    i.  A determination by the Commissioner that the continuation of the policy would place the insurer in violation of the laws of this state.

**NONRENEWAL -** If the Company decides not to renew this policy, it will mail or give you written notice of nonrenewal at least 45 days prior to the expiration date or anniversary date of the policy. The notice of nonrenewal must state the precise reason for nonrenewal. Notice is not required if you have insured elsewhere, accepted replacement coverage, or have requested or agreed to nonrenewal.

**RENEWAL WITH PREMIUM OR COVERAGE CHANGES -** If the Company intends to renew the policy with premium or coverage changes, it will mail or give you the renewal terms and a statement of the premium due at least 45 days prior to the expiration date or anniversary date of the policy.

**NOTICES - NONRENEWAL AND RENEWAL WITH PREMIUM OR COVERAGE CHANGES -** Notices of nonrenewal and renewal with premium or coverage changes will be sent to the Insured and to any mortgagee, loss payee and agent or broker of record at the addresses shown in the policy or, if not indicated in the policy, to the last addresses known to the Company.

**COMMENCEMENT OF LEGAL ACTION -** Legal action against this Company as provided in the policy to which this endorsement is attached, shall commence within three years after the date on which the direct physical loss or damage occurred.

# PENNSYLVANIA

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Pennsylvania this policy is amended:

**CANCELLATION -** If this policy has been in effect for 60 days or more, or if it is a renewal of a policy issued by the Company effective immediately, it may cancel this policy only if one or more of the following reasons apply.

1.  A condition, factor or loss experience material to insurability has changed substantially, or a substantial condition, factor or loss experience material to insurability has become known during the policy term;

2.  Loss of reinsurance or a substantial decrease in reinsurance has occurred, which loss or decrease shall, at the time of cancellation, be certified to the Insurance Commissioner as directly affecting in-force policies;

3.  An Insured has made a material misrepresentation which affects the insurability of the risk;

4.  The policy was obtained through fraudulent statements, omissions, or concealment of fact material to the acceptance of the risk or to the hazard assumed by the company;

5.  You have failed to pay a premium when due, whether the premium is payable directly to the company or its agents or indirectly under a premium finance plan or extension of credit;

6.  Material failure to comply with policy terms, conditions or contractual duties; or

7.  Other reasons that the Insurance Commissioner may approve.

We will give the Named Insured notice of cancellation at least 60 days before the cancellation is effective, except that notice, at least 15 days before the cancellation is effective, is required for nonpayment of premium, or where an insured has made a material misrepresentation which affects the insurability of the risk.

If this policy has been in effect less than 60 days, we may cancel for any reason by giving the Named Insured notice at least 30 days before cancellation is to be effective.

The policy may also be cancelled from inception upon discovery that the policy was obtained through fraudulent statements, omissions or concealment of fact material to the acceptance of the risk or to the hazard assumed by the company.

**NONRENEWAL -** If the Company decides not to renew this policy, it will give the Named Insured written notice at least 60 days before the end of the policy period or anniversary date.

**NOTICE –** The Company notice will include the specific reason for cancellation or nonrenewal. The notice will be mailed or delivered to the last address known to the company.  Proof of mailing will be sufficient proof of notice.

**RETURN PREMIUM -** The return premium, if any, will be refunded to the Named Insured not later than 10 business days after the effective date of the termination if we cancel this policy, or not later than 30 days after the effective date of the termination if the Named Insured cancels this policy.

**NOTICE OF INCREASED PREMIUM –** The Company will give the Named Insured notice at least 60 days before the renewal date if we intend to increase the renewal premium. It will give notice of an estimate of the renewal premium at least 30 days before the renewal date.

**CONSULTATION SERVICES EXEMPTION ACT -** This Company and its' agents, employees and service contractors may, for insurance purposes, make inspections or surveys or perform other consultation services to assist in reducing the possibility of loss to insured property.

This Notice is provided to the Insured pursuant to the Law of the Commonwealth of Pennsylvania, Effective January 1, 1981 and known as the "Insurance Consultation Services Exemption Act", which generally provides that "the furnishing of, or failure to furnish, insurance consultation services related to, in connection with or incidental to a policy of insurance shall not subject the insurer, its' agents, employees or service contractors to liability for damages from injury, death or loss occurring as a result of any act or omission by any person in the course of such services"

This Act does not apply:

1.  Where the injury occurred during the actual performance of consultation services and was caused by the negligence of this Company, its' agents, employees or service contractors;

2.  With respect to consultation services performed pursuant to a written service contract not incidental to a policy of insurance; and

3.  In any action against this Company, its' agents, employees or service contractors in which it is judicially determined that any act or omission by this Company, its' agents, employees or service contractors resulting in damages constituted a crime, actual malice or gross negligence.

This Notice shall be attached to and becomes a part of the Insured's policy.

# TENNESSEE

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State Tennessee of this policy is amended:

**CANCELLATION**– The Insured may cancel this policy by returning the policy to the Company or by giving the Company written notice stating at what future date the coverage is to cease.  If the policy has been in effect less than 60 days the company may cancel for any reason and must give the Named Insured at least 10 days written notice at the address shown in the policy before cancellation is effective and state the reason for cancellation.

If this policy has been in effect 60 days or more or if it is a renewal of a policy issued by the Company effective immediately, it may cancel this policy only on its annual anniversary date unless one or more of the following reasons apply:

1.  Nonpayment of premium, including nonpayment of any additional premiums, calculated in accordance with the current rating manual of the insurer, justified by a physical change in the insured property or a change in its occupancy or use.

2.  Conviction of the Named Insured by a crime having as one of its necessary elements an act increasing any hazard insured against.

3.  Discovery of fraud or material misrepresentation on the part of either of the following:

    a.  The Named Insured or his representative in obtaining the insurance; or

    b.  The Named Insured in pursuing a claim under the policy.

4.  Failure to comply with written loss control recommendations.

5.  Material change in the risk which increases the risk of loss after insurance coverage has been issued or renewed.

6.  Determination by the commissioner that the continuation of the policy would jeopardize the company solvency or would place it in violation of the insurance laws of this state or any other state.

7.  Violation or breach by the insured of any policy terms or conditions.

8.  Such other reasons that are approved by the commissioner.

The Company will give the Named Insured at the address shown in the policy, written notice of cancellation at least 10 days before cancellation is to take effect. The Company notice will state the reason for cancellation.

**NONRENEWAL** - If the Company decides not to renew this policy, it will mail or deliver to the Named Insured at the address shown in the policy, and their agent, its notice of nonrenewal at least 60 days before the end of the policy period or anniversary date. Notice of nonrenewal is not required if the Company has offered to issue a renewal policy, or the Named Insured has obtained replacement coverage or have agreed in writing to obtain replacement coverage.

If the Company decides to renew this policy subject to:

1.  An increase in premium rates or factors in excess of 25%; OR

2.  Reduction of limits or elimination of coverages;

The Company will give notice stating the new terms at least 60 days prior to the expiration date.  The notice will be mailed or delivered to the Named Insured at the address on the policy and to the agent.

# TEXAS

# SPECIAL MANDATORY ENDORSEMENT

With respect to any insured location in the State of Texas this policy is amended:

**REQUIREMENTS IN CASE LOSS OCCURS**

1. The Insured shall give immediate written notice to the Company of any loss, notify the police in case of loss by theft, protect the property from further damage, immediately separate the damaged and undamaged personal property, and put it in the best possible order.

2. The Insured shall make reasonable and necessary repairs to protect the property, and keep an accurate record of repair expenses.

3. The Insured shall furnish a complete inventory of the destroyed, damaged and undamaged property showing in detail the quantity, cost, actual cash value and loss amount claimed. All bills, receipts and related documents shall be attached to the inventory.

4. Within 90 days unless such time is extended in writing by the Company, the Insured shall send to the Company a signed, sworn proof of loss.

5. This proof of loss shall state to the best knowledge and belief of the Insured:

   a) The time and origin of loss;

   b) The interest of the Insured and all others in the property involved including all liens on the property;

   c) All other contracts of insurance whether valid or not, covering any of the said property;

   d) The actual cash value of each item of property and the amount of loss to each item;

   e) The name of the occupancy and the occupancy of the building at the time of the loss; and

   f) Any changes in the title, use, occupation, location, possession or exposures of said property since the issuing of this policy.

6. The Insured shall furnish a copy of all the descriptions and schedules in all policies and, if required, a copy of all verified plans and specifications of any building, fixtures or machinery destroyed or damaged.

7. If this policy provides replacement cost coverage and the Insured elects to make claim under the replacement cost coverage of this policy, this proof of loss shall also state, to the best knowledge and belief of the Insured, the replacement cost of the described property and the full cost of repair or replacement of loss without deduction for depreciation.

8. The Insured, as often as may be reasonably required, shall:

   a) Exhibit to any person designated by the Company all that remains of any property described in this policy;

   b) Produce for examination all books of account, business records, bills, invoices and other vouchers or certified copies if originals are lost, and permit copies to be made; and

   c) Submit to examinations under oath and sign and swear to them.

9.  Within fifteen (15) days after the company receives written notice of claim, the Company shall:

    a)  Acknowledge receipt of the claim; but, if the acknowledgement of the claim is not in writing, the Company will keep a record of the date, method and content of the acknowledgement;

    b)  Begin any investigation of the claim; and

    c)  Specify the information that the Insured shall provide in accordance with the above item a.

    The Company may request more information, if during the investigation of the claim such additional information is necessary.

10. After the Company receives the requested information, the Company shall notify the Insured in writing within fifteen (15) business days, or within thirty (30) days if the Company has reason to believe the loss resulted from arson, whether the claim will be paid or has been denied or whether more information is necessary.

11. If the Company does not approve payment of the claim or requires more time for processing the claim, the Company shall give the reasons for denying the claim, or give the reasons for requiring more time to process the claim.

12. But, the Company shall either approve or deny the claim within forty-five (45) days after requesting more time.

13. In the event of a weather related catastrophe as determined by the State Board of Insurance or major natural disaster as declared under the Texas Disaster Act of 1975, the claim handling deadlines imposed in this policy provision are extended for an additional fifteen (15) days.

14. "Business day" means a day other than Saturday, Sunday or holiday recognized by the State of Texas.

## LOSS PAYMENT

**1.**  If the Company notifies the Insured that payment of the claim or part of the claim will be made, the company shall make payment within five (5) business days after notification to the Insured.

**2.**  If payment of the claim or part of the claim requires the performance of an act by the Insured, the Company shall make payment within five (5) business days after the date the Insured performs the act.

**3.**  In the event of a weather related catastrophe as determined by the State Board of Insurance or major natural disaster as declared under the Texas Disaster Act of 1975, the claim handling deadlines imposed in this policy provision are extended for an additional fifteen (15) days.

**4.**  "Business day" means a day other than Saturday, Sunday or holiday recognized by the State of Texas.

**SUIT AGAINST COMPANY -** No suit, action or proceeding for the recovery of any claim under this policy shall be sustainable in any court of law or equity unless the Insured shall have fully complied with all the requirements of this policy, and unless the same be commenced within two (2) years and one (1) day next after the cause of action accrues.

## CANCELLATION

**1.**  The Insured may cancel this policy by notice to this Company. Upon demand and surrender of this policy, the Company will refund the unearned premium determined by the customary short rate procedures.

**2.**  Except as provided in 3 below, this company may not cancel this policy after the 60th day following the effective date of this policy.

**3.**  This Company may cancel this policy at any time during the term of this policy for the following reasons:

    a.   Fraud in obtaining coverage;

    b.   Failure to pay premiums when due;

    c.   An increase in hazard within the control of the Insured which would produce an increase in rate;

    d.   Loss of this Company's reinsurance covering all or part of the risk covered by this policy, or;

    e.   This Company being placed in supervision, conservatorship or receivership, if the cancellation or nonrenewal is approved or directed by the supervisor, conservator or receiver.

**4.** This Company must deliver or mail to the First Named Insured under this policy, at the address shown on this policy, written notice of cancellation of this policy not less than the 10th day before the date on which the cancellation takes effect.

**5.** At the option of the Insured, this policy must be renewed at expiration, unless this Company delivers or mails to the First-Named Insured written notice of the nonrenewal of this policy at the address shown on this policy. The notice must be delivered or mailed not later than the 60th day before the date on which this policy expires. If notice is delivered or mailed later than the 60th day before the date on which this policy expires, the coverage shall remain in effect until the 61st day after the date on which the notice is delivered or mailed.

    **a.**   Earned premium for any period of coverage that extends beyond the expiration date of this policy shall be computed pro rata based on the rate charged for this expired policy.

    **b.**   The transfer of a policyholder between admitted companies within the same insurance group is not considered a refusal to renew.

**6.** In notice to the Insured relating to cancellation or refusal to renew this Company must state the reason for the cancellation or nonrenewal.

**7.** This Company may not cancel or refuse to renew this policy solely because the Insured is an elected official.

## MORTGAGE INTERESTS AND OBLIGATIONS

**1.** This policy, as to the interest of the mortgagee only therein, shall not be invalidated by any act or neglect of the mortgagor or owner of the within described property, nor by any foreclosure or other proceedings or notice of sale relating to the property, nor by any change in the title or ownership of the property, nor by the occupation of the premises for purposes more hazardous than are permitted by this policy; PROVIDED that the mortgagee shall notify the Company of any change of ownership or increase of hazard which shall come to the knowledge of said mortgagee, and unless permitted by this policy, it shall be noted hereon.

**2.** If the Insured fails to render proof of loss, such mortgagee, upon notice, shall render proof of loss in the form herein specified within ninety one (91) days thereafter and shall be subject to the provisions hereof relating to appraisal and time of payment and of bringing suit. If the Company shall claim that no liability existed as to the mortgagor or owner, it shall, to the extent of payment of loss to the mortgage, be subrogated to all the mortgagee's rights of recovery, but without impairing mortgagee's right to sue, or it may pay off the mortgage debt and require an assignment thereof and of the mortgage. Other provisions relating to the interests and obligations of such mortgagee may be added hereto by agreement in writing.

**3.** Failure upon the part of the mortgagee to comply with any of the foregoing obligations shall render the insurance under this policy null and void as to the interest of the mortgagee.

**4.** If this policy is cancelled, the Company will give the mortgagee specifically named in this policy a written notice of cancellation.

**5.** If the Company cancels this policy, the mortgagee will be given the same number of days' notice of cancellation as the Insured.

6.  If the Insured cancels this policy, the mortgagee will be given notice of cancellation to be effective on the date stated in the notice; however, the effective date of cancellation cannot be before the 10th day after notice is mailed.

7.  The Company will not give notice of cancellation to any successor or assignee of the mortgagee named in this policy.

8.  In the event of a foreclosure under a deed of trust, the lender may cancel this policy of insurance covering the property foreclosed upon and shall be entitled to any unearned premiums from this policy, provided the lender credits the amount of such unearned premiums against any deficiency owed by the borrower. Unearned premiums shall be determined by the customary short rate procedures.

**ADDITIONAL GENERAL CONDITION, A LIQUIDATED DEMAND -** A fire insurance policy, in case of a total loss by fire of property insured, shall be held and considered to be a liquidated demand against the Company for the full amount of such policy. The provisions of this Article shall not apply to personal property.

# WISCONSIN

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Wisconsin this policy is amended:

**MISREPRESENTATION AND FRAUD -** No oral or written statement, representation or warranty made by the Insured in his behalf in the negotiation of this policy shall be deemed material or defeat or avoid this policy, unless such statement, representation or warranty was false and made with intent to deceive, or unless the matter misrepresented or made a warranty, increased the risk or contributed to the loss. No breach of a warranty in this policy shall defeat or avoid this policy unless the breach of such warranty existed at the time of the loss and either increased the risk at the time of loss or contributed to the loss.

**CHANGES -** The term of this policy shall not be changed, except by endorsement issued to form a part of this policy. Knowledge of an agent of the Company of any fact which breaches a condition of the policy shall be knowledge of the Company if such fact is known to the agent at the time the policy is issued or an application made or thereafter becomes known to the agent in the course of his dealings as an agent with the Named Insured. Any fact which breaches a condition of the policy and is known to the agent prior to loss shall not void the policy or defeat a recovery thereon in the event of loss.

**NOTICE OF LOSS -** If proof of loss is filed as soon as reasonably possible and within one year after the time it is required by the policy, failure to file proof of loss within the time required by the policy shall not invalidate or reduce any claim by the Insured unless the Company is prejudiced thereby and it was reasonably possible to meet the time limit.

**SETTLEMENT OF LOSS: SETTLEMENT OF CLAIMS –** Thirty (30) days limitation for payment of insurance claims shall replace any time limitation presently appearing in the policy.

**NOTICE TO POLICYHOLDERS -** Section Ins. 6.10, Wisconsin Administrative Code requires that certain information accompany all policies issued or renewed after October 1, 1989.

The Wisconsin Code permits the company to return premium on a short rate basis when you initiate cancellation, and on a pro rata basis when it initiates cancellation.

In the event the Insured cancels their policy prior to its expiration date, they will be subject to a substantial penalty.

Should the Company fail to notify the Insured of this penalty in writing at least 10 days prior to cancellation, it cannot refund a premium of less than the pro rata unearned premium.

**COMPANY'S RIGHT OF RECOVERY/ SUBROGATION -** This Company may require from the Insured an assignment of all right of recovery against any party for loss to the extent that payment therefor is made by this Company. This Company shall acquire no right of recovery:

1.   Which the Insured has expressly waived prior to loss nor shall such waiver affect the Insured's rights under this policy, or;

2.   Unless the Insured has been made whole for all damages sustained.

Any recovery as a result of subrogation arising out of a loss occurrence shall accrue to the Insured in the amount of the deductible and/or the amount of any provable uninsured loss.

**CANCELLATION -** This policy is subject to cancellation by the Company as follows:

1.   CANCELLATION OF NEW POLICIES IN FORCE FOR LESS THAN 60 DAYS. Insurance under this policy which has been in force for less than 60 days and if this is not a renewal policy, may be cancelled by the Company by mailing or delivering to the Named Insured written notice stating when, not less than 10 days thereafter, such

cancellation shall be effective.

2. CANCELLATION FOR NON-PAYMENT OF PREMIUM. Insurance under this policy may be cancelled by the Company if the Named Insured fails to discharge when due, any of his obligations in connection with the payment of premium for such policy or any installment thereof by mailing to the Named Insured written notice stating when, not less than 10 days thereafter, such cancellation shall be effective.

3. MID-TERM CANCELLATION OF POLICIES IN FORCE FOR 60 DAYS OR MORE AND RENEWAL POLICIES. Other than for non-payment of premium as provided for in the paragraph (b) above, insurance under this policy which has been in effect for 60 days or more or if this is a renewal policy, may be cancelled by the Company prior to the expiration of the policy term only for one of the following specified reasons:

   a. Material misrepresentation;

   b. Substantial change in the risk assumed, except to the extent that the Company should reasonably have foreseen the change or contemplated the risk in writing the contract;

   c. Substantial breaches of contractual duties, conditions or warranties. Such cancellation may be made by mailing or delivering to the Named Insured written notice stating when, not less than 10 days thereafter, such cancellation shall be effective.

4. CANCELLATION OF POLICIES WITH A TERM OF MORE THAN ONE YEAR. In addition to the right of the Company to cancel as provided for in paragraph (b) and (c) above and provided that if this policy is written without a fixed expiration date or for a policy term longer than one year, this policy may be cancelled by the Company effective on the expiration of any annual period, commencing with its original effective date, by mailing or delivering to the Named Insured written notice of such cancellation not less than 60 days prior to the expiration of such annual period.

5. NON-RENEWAL OF POLICY. The Named Insured shall have a right to renewal of this policy on the terms then being applied by the Company to similar risks for an additional period of time equivalent to the expiring term if the agreed term is a year or less, or for one year if the agreed term is longer than one year, unless at least 60 days prior to the date of expiration of the policy term a notice of intention not to renew the policy beyond such agreed expiration date is mailed or delivered to the Named Insured.

If the Named Insured has insured elsewhere, has accepted replacement coverage or has requested or agreed to non-renewal, the provisions of this Non-Renewal of policy condition do not apply.

All other terms and conditions of this policy not in conflict herewith shall remain unchanged.

# EXHIBIT 2



*Member of the FM Global Group*

270 Central Ave
Johnston, RI  02919
www.affiliatedfm.com

Thank you for placing your property insurance with AFM. We believe insurance should be straightforward and certain. That is why our proVision® 4100 policy is easy to read and navigate, while providing you broad coverage.

In addition to providing property insurance, AFM would like to help you protect your business and achieve your goals. In partnering with AFM, you have the strength of FM Global Group behind you, including a strong balance sheet and access to our market-leading loss prevention engineering products and services that are based on more than 180 years of experience as a property specialist. We are eager to work with you and your broker to choose how to best identify, prioritize and reduce future loss in a way that makes practical and affordable sense.

Our engineering services, combined with the comprehensive coverage of our proVision 4100, will give you peace of mind and allow you to focus on what matters most—making your business thrive. We are committed to maintaining a long-term, mutually beneficial relationship with you. And, it is our hope that you will take advantage of the many tools and resources we offer our clients, such as online training, onsite policy workshops and access to AFM Online, our powerful extranet that includes policy documents and data-driven risk management tools.

If you have any questions or concerns, please do not hesitate to contact your local account team.

Respectfully,

Gerardo L. Alonso
Senior Vice President, AFM

# Loss Reporting and Contact Information
# Los Angeles Operations



**Claims Manager:**    Jeffrey C. Casillas

Affiliated FM Insurance Company

6320 Canoga Avenue, Ste. 1100

Woodland Hills, CA 91367

Tel: 818 227-2250

Jeffrey.casillas@fmglobal.com

## Property Loss Reporting Procedure:

To ensure that you receive prompt claims service, be sure to report a loss immediately. This enables us to provide you a professional property adjuster to examine your loss. Your loss may give rise to a claim under your Affiliated FM Insurance Company policy.

### Notice of Loss:

The notice and report of any loss under an Affiliated FM Insurance Company policy should be communicated by calling the 24-hour claims hotline: **1-877-NEW-LOSS (1) 877 639 5677**

If this first notice and report is made orally, it should be confirmed in writing including at least the same information as was provided in the oral first notice and report.

### Leaving a Message:

When leaving a message, please include the following information:

- Name and phone number of person to contact
- A brief description of the loss

A claims adjuster will return your call promptly.

**Account Engineer:**    **Kathryn Rosenfeld**

Affiliated FM Insurance Company

6320 Canoga Avenue, Ste. 1100

Woodland Hills, CA 91367

Tel: 818 227-2230

Kathryn.rosenfeld@affiliatedfm.com

**Jurisdictional Services:**    For more information on our jurisdictional inspections services, please contact the Account Engineer as listed above.



February 15, 2020


Cecil Varghese
Aon Risk Insurance Services West, Inc.
707 Wilshire Boulevard, Suite 2600
Los Angeles, CA 90017

**RE:**   **Creative Artists Agency LLC - CAA Holdings LLC**
          **SS980**
          **New York Hazardous Materials Report Form**

Dear Cecil:

In accordance with section 3409 of the New York Insurance Code, Affiliated FM Insurance Company is required to annually issue you, our broker, the enclosed Hazardous Material Report form for reporting the presence of hazardous materials. You are required to provide this form to the insured to be completed by them.

As someone doing business in New York, you should be familiar with the requirements of New York General Municipal Law section 209-u.  The Insured may be required to complete and file the enclosed form with the Fire Chief of the fire department having responsibility for fire protection of each New York location at which any hazardous material may be found.

Please direct any questions or requests for additional information to your local Fire Chief.

Sincerely,


Randi Israelow
Senior Account Administrator


Attachment:  New York Hazardous Materials Report Form

Exhibit A, Page 186



NEW YORK STATE DEPARTMENT OF STATE
**OFFICE OF FIRE PREVENTION AND CONTROL**

## HAZARDOUS MATERIALS REPORT FORM
### (General Municipal Law, § 209-u)

The information entered herein is essential to your local fire chief for the protection of your employees, the firefighters and citizens in the immediate area, and to reduce damage to your property in the event of a fire or an emergency.

Every fire insurance policyholder, engaged in commerce in this state, is required by law to report the presence of hazardous materials at their business address.

Failure to file in accordance with the provisions of section 209-u of the General Municipal Law could result in a fine.

A separate report is required annually for each business address.

### WHEN COMPLETED, THIS FORM MUST BE SENT TO YOUR LOCAL FIRE DEPARTMENT.

**Hazardous Materials Location***

Firm Name _____    Street Add. Only _____

Bus. Add. _____    Bldg. Name or No. _____

City, State, Zip _____    City, State, Zip _____

Tel. No. _____    Policy Anniv. Date _____

Name
Emergency Contact _____    Bus. Tel. _____ Home Tel. _____

_____
(Signature and Title of Person Completing Form)

*It is suggested that a separate form be filled out for each building that contains hazardous materials.

## EXEMPTIONS

Requests for exemptions from this law must be made in writing, attached to this form, and filed annually with your local fire department not later than the anniversary date of your policy.

All exemptions approved shall expire on the next policy anniversary date.

Exemptions denied shall require that the insured file a completed hazardous materials report form within 15 days of denial.

## FOR FIRE DEPARTMENT USE ONLY

Exemptions:   Approved _____    Denied _____    Additional Information Needed _____

_____    _____
(Date)                                        (Signature of Fire Chief)

_____    _____
(Fire Department Name and Address)                (Print Name of Fire Chief)

New York State Department of State, Office of Fire Prevention and Control
DOS-0347 (12/02)

**V Hazardous Material Listing (attach additional sheets if necessary)**

Note: Definitions of symbols are on the second page of the instruction sheet.

| Identifying Symbol | Material Description & Proper Shipping Name | Total Amount | Identifying Symbol | Material Description & Proper Shipping Name | Total Amount |
|---|---|---|---|---|---|
| EXPLOSIVE / BLASTING AGENTS | | | NON-FLAMMABLE GAS | | |
| POISON GAS | | | OXIDIZER | | |
| POISON / IRRITANT | | | ORGANIC PEROXIDE | | |
| FLAMMABLE LIQUID | | | RADIOACTIVE | | |
| COMBUSTIBLE LIQUID | | | CORROSIVE | | |
| FLAMMABLE SOLID | | | DANGEROUS WHEN WET | | |
| FLAMMABLE GAS | | | ETIOLOGIC AGENTS BIOMEDICAL MATERIAL IN CASE OF DAMAGE OR LEAKAGE NOTIFY DIRECTOR CDC ATLANTA, GEORGIA 404/633-5313 | | |
| | | | | | |

**VI Special Considerations/Remarks:**

**Identifying Symbol:** This area identifies different classes of hazardous material. Most material will fall within one of these classes. If a particular material falls within two or more classes, it should be listed in each applicable class.

Two additional boxes are provided for material that does not fall within any class. These boxes may also be used if additional space is needed to further identify previously listed categories.

Amounts to be reported are shown in Table 1 below.

NOTE:  SHIPPING AND PACKAGING LABELS MAY BE OF ASSISTANCE IN IDENTIFYING THE CLASS OF MATERIAL.

## Hazardous Material Description and Proper Shipping Name

This area is reserved for the description and name of any hazardous material within a given class. If there is more than one material within a certain class, at a given location, then the most prevalent or most common should be used (indicate "most common").

## Total Amount

List the total amount of reportable material within the given class. If the amounts vary from day to day, then the average amount should be listed.

| Identifying Symbol | Hazardous Material Description and Proper Shipping Name | Total Amount |
|---|---|---|
| FLAMMABLE LIQUID | Ethyl Chloride | 60 gals. |
| | (most common) | |
| | | |
| | | |

## Special Considerations/Remarks

This area is reserved for the policyholder and the fire chief for making any notes or comments they feel are pertinent. Several examples are listed below:

1. Building has a sprinkler system.
2. Adjacent building is a school.
3. Guard dogs are on the premises from 6:00 p.m. to 6:00 a.m.
4. Hazardous material amounts may vary greatly from day to day.
5. Poor water supply.
6. Access to the building is poor.
7. Flammable liquid is stored in the same building as oxidizer.

## Table 1

**Amounts to be Reported**

1. Explosives and Blasting Agents - any amount
2. Poison Gas - any amount
3. Poison and Irritant - any amount
4. Flammable Liquid - over 5 gallons inside a building and over 10 gallons outside a building
5. Flammable Solid - any amount
6. Flammable Gas - over 2,000 cubic feet at normal temperature
7. Nonflammable Gas -  over 6,000 cubic feet at normal temperature

8. Oxidizer - over 50 pounds
9. Organic Peroxide - over 10 pounds
10. Combustible Liquid -  over 25 gallons inside a building and over 60 gallons outside a building
11. Radioactive Material - any amount
12. Corrosive Material - over 55 gallons
13. Dangerous When Wet Material - any amount
14. Etiologic Material - any amount

(OVER)

## Hazardous Material Definitions

The following definitions have been abstracted from the Code of Federal Regulations, Title 49- Transportation, Parts 100 to 199. Refer to the referenced sections for complete details.

NOTE: Rulemaking proposals are outstanding or are contemplated concerning some of these definitions.

**Hazardous Material** - Means a substance or material which has been determined by the Secretary of Transportation to be capable of posing an unreasonable risk to health, safety and property, when transported in commerce, and which has been so designated. (Sec. 171.8)

**Multiple Hazards** - A material meeting the definitions of more than one hazard class is classed according to the sequence given in Sec. 173.2.

| HAZARD CLASS | DEFINITIONS |
|---|---|
| EXPLOSIVES | **An Explosive** - Any chemical compound, mixture or device, the primary or common purpose of which is to function by explosion, i.e., with substantially instantaneous release of gas and heat, unless such compound, mixture or device is otherwise specifically classified in Parts 170-189. (Sec. 173.50) |
| **CLASS A EXPLOSIVE** | Detonating or otherwise of maximum hazard. The nine types of Class A explosives are defined in Sec. 173.53. |
| **CLASS B EXPLOSIVE** | In general, function by rapid combustion rather than detonation and include some explosive devices such as special fireworks, flash powders, etc. **Flammable hazard.** (Sec. 173.88) |
| **CLASS C EXPLOSIVE** | Certain types of manufactured articles containing Class A or Class B explosives, or both, as components but in restricted quantities, and certain types of fireworks. **Minimum hazard.** (Sec. 173.100) |
| **BLASTING AGENTS** | A material designed for blasting which has been tested in accordance with Sec. 173.114a(b) and found to be so insensitive that there is very little probability of accidental initiation to explosion or of transition from deflagration to detonation (Sec. 173.114a(a) |
| COMBUSTIBLE LIQUID | Any liquid having a flash point above 100°F. and below 200°F. as determined by tests listed in Sec. 173.115(d). Exceptions to this are found in Sec. 173.115(b). |
| CORROSIVE MATERIAL | Any liquid or solid that causes visible destruction of human skin tissue or a liquid that has a severe corrosion rate on steel. See Sec. 173.240(a) and (b) for details. |
| FLAMMABLE LIQUID | Any liquid having a flash point below 100°F. as determined by tests listed in Sec. 173.115(d). Exceptions are listed in Sec. 173.115(a). |
| COMPRESSED GAS | **Compressed Gas** - Any material or mixture having in the container a pressure exceeding 40 psia at 70°F., or a pressure exceeding 104 psia at 130°F.; or any liquid flammable material having a vapor pressure exceeding 40 psia at 100°F. (Sec. 173.300(a)) |
| **FLAMMABLE GAS** | Any compressed gas meeting the requirements for lower flammability limit, flammability limit range, flame projection, or flame propagation criteria as specified in Sec. 173.300(b). |
| **NONFLAMMABLE GAS** | Any compressed gas other than a flammable compressed gas. |
| FLAMMABLE SOLID | Any solid material, other than an explosive, which is liable to cause fires through friction, retained heat from manufacturing or processing, or which can be ignited readily and when ignited burns so vigorously and persistently as to create a serious transportation hazard. (Sec. 173.150) |
| ORGANIC PEROXIDE | An organic compound containing the bivalent -0-0 structure and which may be considered a derivative of hydrogen peroxide where one or more of the hydrogen atoms have been replaced by organic radicals must be classed as an organic peroxide unless... (See Sec. 173.151(a) for details) |
| OXIDIZER | A substance such as chlorate, permanganate, inorganic peroxide, or a nitrate, that yields oxygen readily to stimulate the combustion of organic matter. (See Sec. 173.151) |
| POISON A (Poison Gas) | **Extremely Dangerous Poisons** - Poisonous gases or liquids of such nature that a very small amount of the gas, or vapor of the liquid, mixed with air is **dangerous to life.** (Sec. 173.326) |
| POISON B (Poison) | **Less Dangerous Poisons** - Substances, liquids, or solids (including pastes and semi-solids), other than Class A or Irritating materials, which are known to be so toxic to man as to afford a hazard to health during transportation; or which, in the absence of adequate data on human toxicity, are presumed to be **toxic to man.** (Sec. 173.343) |
| IRRITATING MATERIAL | A liquid or solid substance which upon contact with fire or when exposed to air gives off dangerous or intensely irritating fumes, but **not including any poisonous material.** (Sec. 173.381) |
| ETIOLOGIC AGENT | An "etiologic agent" means a viable micro-organism, or its toxin which causes or may cause human disease. (Sec. 173.386) (Refer to the Department of Health, Education and Welfare Regulations, Title 42, CFR, Sec. 72.25(c) for details.) |
| RADIOACTIVE MATERIAL | Any material, or combination of materials, that spontaneously emits ionizing radiation, and having a specific activity greater than 0.002 microcuries per gram. (Sec. 173.389) **NOTE:** See Sec. 173.389(a) through (1) for details. |
| WATER REACTIVE MATERIAL (SOLID) | Means any solid substance (including sludges and pastes) which, by interaction with water, is likely to become spontaneously flammable or to give off flammable or toxic gases in dangerous quantities. |

**FLORIDA STATUTE 627.0625 REQUIRES THAT WE MAKE AVAILABLE TO YOU GUIDELINES FOR RISK MANAGEMENT PLANS FOR COMMERCIAL PROPERTIES LOCATED IN THE STATE OF FLORIDA.**

**ATTACHED IS A DESCRIPTION OF THE SCOPE OF THE PROGRAM.   PLEASE CONTACT US SHOULD YOU BE INTERESTED IN RECEIVING ADDITIONAL DETAILS.  PLEASE NOTE HOWEVER, ADDITIONAL COSTS MAY BE INVOLVED FOR THESE SERVICES.**

**Affiliated FM Insurance Company**

**Florida Risk Management Plan**

**SCOPE**

The Affiliated FM Insurance Company offers both standard and optional guidelines for risk management of commercial property.   A summary of Standard and Optional Services provided are as follows:

**Standard:**

Scheduled Inspections

Special Inspections

Project Management

FM Loss Control Materials

Loss Investigations

Loss Adjustment

**Optional:**

Customized Inspections

Consultive Services

Appraisal Services

## NOTICE TO OUR ILLINOIS POLICYHOLDERS

We are here to serve you…..

As our policyholder, your satisfaction is very important to us.  Should you have an inquiry or complaint, please contact:

Affiliated FM Insurance Company
P O Box 7500
Johnston, RI  02919
(800) 343-7722

If you are not satisfied….

Should you feel you are not being treated fairly, we want you to know you may contact the Illinois Department of Insurance with your complaint and seek assistance from the governmental agency that regulates insurance.

To contact the Department, write or call:

State of Illinois
Department of Insurance
Consumer Affairs and Information
320 West Washington Street, 4th Floor
Springfield, IL  62767-0001
(217) 782-4515

## NOTICE CONCERNING POLICYHOLDER RIGHTS IN AN INSOLVENCY UNDER THE MINNESOTA INSURANCE GUARANTY ASSOCIATION LAW

If the insurer who issued your property and casualty or liability insurance policy (includes homeowners and automobile insurance) becomes impaired or insolvent you are entitled to compensation for your policy from the assets of the insurer. The amount you recover will depend on the financial condition of the insurer.

In addition, residents of Minnesota who purchase property and casualty or liability insurance from insurance companies authorized to do business in Minnesota are protected, SUBJECT TO LIMITS AND EXCLUSIONS, in the event the insurer becomes financially impaired or insolvent. This protection is provided by the Minnesota Insurance Guaranty Association.

Minnesota Insurance Guaranty Association
4640 West 77th Street, Suite 342
Edina, Minnesota 55435
(952) 831-1908

The maximum amount the guaranty association will pay in regard to a claim under all policies issued by the same insurer is limited to $300,000. This limit does not apply to worker's compensation insurance. Coverage by the guaranty association is subject to other substantial limitations and exclusions and requires continued residency in Minnesota. If your claim exceeds the Guaranty Association's limits you may still recover a part or all of that amount from the proceeds from the liquidation of the insolvent insurer, if any exist. Funds to pay claims may not be immediately available. The Guaranty Association assesses insurers licensed to sell property & casualty insurance in Minnesota after the insolvency occurs. Claims are paid from the assessment.

THE COVERAGE PROVIDED BY THE GUARANTY ASSOCIATION IS NOT A SUBSTITUTE FOR USING CARE IN SELECTING INSURANCE COMPANIES THAT ARE WELL MANAGED AND FINANCIALLY STABLE. IN SELECTING AN INSURANCE COMPANY OR POLICY, YOU SHOULD NOT RELY ON COVERAGE BY THE GUARANTY ASSOCIATION.

THIS NOTICE IS REQUIRED BY MINNESOTA STATE LAW TO ADVISE POLICYHOLDERS OF PROPERTY AND CASUALTY INSURANCE POLICIES OF THEIR RIGHTS IN THE EVENTTHEIR INSURANCE CARRIER BECOMES FINANCIALLY INSOLVENT THIS NOTICE IN NO WAY IMPLIES THAT THE COMPANY CURRENTLY HAS ANY TYPE OF FINANCIAL PROBLEMS. ALL PROPERTY AND CASUALTY INSURANCE POLICIES ARE REQUIRED TO PROVIDE THIS NOTICE.

**FILING EXEMPTION NOTICE**

Various states have enacted laws which suspend the requirement for the filing of rates and forms used for commercial and large commercial risks. This notice is being sent to you in accordance with the following states' requirement for the insurance company to notify clients affected by this law. If you have any questions or concerns, please contact your local office.

<u>Applicable States:</u>
Kentucky
Michigan
Missouri
Pennsylvania
South Dakota

Exhibit A, Page 198

## NOTICE TO TENNESSEE POLICYHOLDERS

The Provisions of Chapter 0780-1-57 requires that certain information accompany all policies issued or renewed after January 1, 1989.

**Policyholder Service Office of:** Affiliated FM Insurance Company

**Address:** 6320 Canoga Avenue, Suite 1100, Woodland Hills, CA 91367

**Telephone Number:** 818-227-2200

# TEXAS
# IMPORTANT NOTICE

To obtain information or make a complaint:

You may call AFFILIATED FM INSURANCE COMPANY's toll-free telephone number for information or to make a complaint at

1-800-926-9345

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at

1-800-578-4677

You may write the Texas Department of Insurance at

P.O. Box 149104
Austin, TX  78714-9104
FAX (512) 490-1007
Web:  http://www.tdi.state.tx.us
E-mail:  ConsumerProtection@tdi.state.tx.us

PREMIUM OR CLAIM DISPUTES:

Should you have a dispute concerning your premium or about a claim you should contact the agent or the company first.  If the dispute is not resolved, you may contact the Texas Department of Insurance.

ATTACH THIS NOTICE TO YOUR POLICY:

This notice is for information only and does not become a part or condition of this policy.

VIRGINIA NOTICE


IMPORTANT INFORMATION REGARDING YOUR INSURANCE

In the event you need to contact someone about this insurance for any reason please contact your agent. If no agent was involved in the sale of this insurance, or if you have additional questions you may contact the insurance company issuing this insurance at the following address and telephone number:

FM Global
P.O. Box 7500 Johnston, RI 02919
Fax: (401) 275-3029
1-800-343-7722

If you have been unable to contact or obtain satisfaction from the company or the agent, you may contact the Virginia State Corporation Commission's Bureau of Insurance at: Property and Casualty Division, Bureau of Insurance, P.O. Box 1157, Richmond, VA 23218. In-state toll-free calls: 1-800-552-7945, Out-of-state calls: (804) 371-9741.


Written correspondence is preferable so that a record of your inquiry is maintained. When contacting your agent, company or the Bureau of Insurance, have your policy number available


FUNCTIONAL REPLACEMENT COST COVERAGE

Following state requirements, we are advising you that the coverage under this policy for certain property as specified in the policy's Valuation clause applies on a functional replacement cost basis which means that, under certain conditions, claims may be settled for less than the actual cash value of the property insured.

**WISCONSIN COMPLAINT NOTICE**

**<u>KEEP THIS NOTICE WITH YOUR INSURANCE PAPERS</u>**

**PROBLEMS WITH YOUR INSURANCE?** – If you are having problems with your insurance company or agent, do not hesitate to contact the insurance company or agent to resolve your problem:

> Affiliated FM Insurance Company
> P.O. Box 7500
> Johnston, RI  02919
>
> Tel:  1-800-343-7722
> Fax:  1-401-275-3026

You can also contact the **OFFICE OF THE COMMISSIONER OF INSURANCE**, a state agency which enforces Wisconsin's insurance laws, and file a complaint.  You can contact the **OFFICE OF THE COMMISSIONER OF INSURANCE** by writing to:

> Office of the Commissioner of Insurance
> Information and Complaints Section
> P.O. Box 7873
> Madison, WI 53707-7873

or you can call 1-800-236-8517 outside of Madison or (608) 266-3585 in Madison, and request a complaint form.

**AFM**

Affiliated FM Insurance Company
P.O Box 7500
Johnston, RI 02919

## DECLARATIONS PAGE

| Policy No. | Previous Policy No. | DATE OF ISSUE |
|---|---|---|
| SS980 | SS603 | 17-Feb-2020 |
| **Account No.** | | |
| 1-83371 | | |

In consideration of this Policy's Provisions, Conditions, Stipulations, Exclusions and Limits of Liability, and the premium charged, Affiliated FM Insurance Company, hereinafter referred to as the "Company", does insure:

> **INSURED:**
>
> Creative Artists Agency LLC - CAA
> Holdings LLC
> 2000 Avenue of the Stars
> Los Angeles, CA  90067
>
> (For Complete Title See Policy)

The term of this Policy is from the **15th day of February 2020 to the 15th day of February 2021 at 12:01a.m.**, Standard Time, at the Locations of property involved as provided in this Policy.

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as described in this Policy.

This Policy is made and accepted subject to the above provisions and those hereinafter stated, which are made a part of this Policy, together with such other provisions and agreements as may be added to this Policy.

In Witness, this Company has issued this Policy at its office in Woodland Hills, California this 17th day of February 2020.

New York Fire Fee = $128.99

Florida Information: "THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH-OUT-OF-POCKET EXPENSES TO YOU"

Authorized Signature
BSL/RI

Secretary

President

Exhibit A, Page 208

# DECLARATIONS

## A.  POLICY TERM:

15-February-2020 to 15-February-2021

## B.  NAMED INSURED:

Creative Artists Agency LLC - CAA Holdings LLC, and its wholly or majority owned subsidiaries and any interest which may now exist or hereinafter be created or acquired which are owned, controlled or operated by any one or more of those named insureds.

## C.  POLICY LIMIT:

This Company's total limit of liability, including any insured Business Interruption loss, will not exceed the Policy Limit of $200,000,000 as a result of any one **occurrence** subject to the respective sub-limits of liability shown elsewhere in this Policy.

## D.  POLICY TERRITORY:

Coverage as provided under this Policy applies worldwide except in the following countries, provinces or jurisdictions:

Afghanistan; Albania; Algeria; Angola; Armenia; Azerbaijan; Bangladesh; Belarus; Belize; Benin; Bhutan; Botswana; Burkina Faso; Burundi; Cambodia; Cameroon; Central African Republic; Chad; Cote D'Ivoire; Cuba; Democratic Republic of the Congo; Djibouti; Egypt; Equatorial Guinea; Eritrea; Ethiopia; Fiji; Gabon; Gambia; Georgia; Ghana; Grenada; Guinea; Guinea-Bissau; Guyana; Haiti; Honduras; Jammu and Kashmir in India; Iran; Iraq; Israel; Gaza Strip, West Bank and territories north of Latitude 32.80 N in Israel; Kenya; Laos; Lebanon; Lesotho; Liberia; Libya; Madagascar; Malawi; Mali; Mauritania; Mauritius; Moldova; Mongolia; Montenegro; Montserrat; Mozambique; Myanmar; Namibia; Nepal; Niger; Nigeria; North Korea; Pakistan; Papua New Guinea; Aksai Chin and Trans-Karakoram Tract in People's Republic of China; Republic of the Congo; Chechen Republic of the Russian Federation; Rwanda; Senegal; Seychelles; Sierra Leone; Somalia; Sri Lanka; South Sudan; Sudan; Swaziland; Syria; Tajikistan; Tanzania; Timor-Leste; Togo; Agri, Batman, Bingol, Bitlis, Diyarbakir, Elazig, Hakkari, Igdir, Mardin, Mus, Sanliurfa, Siirt, Sirnak and Van in Turkey; Turkmenistan; Uganda; Ukraine; Crimea Region of Ukraine; Uzbekistan; Venezuela; Yemen; Zambia; and Zimbabwe.

### Cyber Coverage Territory

Coverage provided in Data Restoration; Data Service Provider Property Damage and Business Interruption and Owned Network Interruption is limited to anywhere in the world except Cuba, Iran, North Korea, Sudan, Syria or Crimea Region of Ukraine.

## E.  INSURANCE PROVIDED:

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as follows:

    **a)  Locations in the United States**

       See Attached Location Schedule I.

    **b)  Locations on the locally admitted policy in the United Kingdom**

       See Attached Location Schedule II.

**F.  SUB-LIMITS:**

Unless otherwise stated below or elsewhere in this Policy, the following sub-limits of liability, including any insured Business Interruption loss, will be the maximum payable and will apply on a per **occurrence** basis.

The sub-limits stated below or elsewhere in this Policy are part of and not in addition to the Policy Limit.

When a limit of liability applies to a **location** or property, such limit of liability will be the maximum amount payable for all loss or damage.

There shall be no liability under this Policy when "NOT COVERED" is shown as a sublimit.

| | | |
|---|---|---|
| 1. | $50,000,000 | Earth Movement **annual aggregate** for all coverages provided, and is the maximum amount payable for all loss or damage caused by or resulting from Earth Movement, not to exceed: |
| | $3,748,265 | Earth Movement **annual aggregate** for all coverages provided for **location**(s) in: the United Kingdom |
| | $50,000 | Earth Movement **annual aggregate** as respects Data Service Provider, Errors and Omissions, Off-Premises Service Interruption, Unnamed Property and Supply Chain combined. |
| 2. | $50,000,000 | Flood **annual aggregate** for all coverages provided, and is the maximum amount payable for all loss or damage caused by or resulting from Flood, not to exceed: |
| | $3,748,265 | Flood **annual aggregate** for all coverages provided for **location**(s) in: the United Kingdom |
| | $50,000 | Flood **annual aggregate** as respects Data Service Provider, Errors and Omissions, Off-Premises Service Interruption, Unnamed Property and Supply Chain combined. |
| 3. | $50,000 | **Cyber event annual aggregate** as respects Data Restoration and Owned Network Interruption combined. |
| 4. | $50,000 | **Cyber event annual aggregate** for loss or damage to **stock in process** or finished goods manufactured by or for the Insured caused by or resulting from **cyber event** that impacts the processing, manufacturing, or testing of such property or while it is otherwise being worked on. |
| 5. | $17,614,017 | Business Interruption **annual aggregate** for all coverages provided for **location**(s) in: Florida |

**Additional Coverages**

| | |
|---|---|
| $25,000,000 | Accounts Receivable |
| $250,000 | Arson or Theft Reward |
| Policy Limit | Brand Protection |
| $1,000,000 | Change of Temperature |
| $100,000 | Communicable Disease - Property Damage **annual aggregate** |
| $500,000 | Data Restoration **annual aggregate** |
| $50,000 | Data Service Provider - Property Damage **annual aggregate** |
| Policy Limit | Debris Removal |
| Policy Limit | Decontamination Costs |
| $100,000 | Deferred Payment |
| Policy Limit | Demolition and Increased Cost of Construction |
| $10,000,000 | Errors and Omissions |
| $5,000,000 | Expediting Expenses |
| $500,000 | **Fine Arts** not to exceed $10,000 per item for **irreplaceable Fine Arts** |
| $50,000 | Green Coverage not to exceed 25% of the amount of the property damage loss |
| $50,000 | Land and Water Clean Up Expense **annual aggregate** |
| $100,000 | Locks and Keys |
| $100,000 | Money and Securities |
| $15,000,000 | Newly Acquired Property |
| $10,000,000 | Off-Premises Service Interruption - Property Damage |

| | |
|---|---|
| $500,000 | Professional Fees |
| Policy Limit | Property Removed from a Location |
| Policy Limit | Protection and Preservation of Property - Property Damage not to exceed $250,000 for security costs |
| $100,000 | Tax Treatment |
| $100,000 | Tenants Legal Liability |
| | Terrorism Coverage and the Supplemental United States Certified Act of Terrorism Endorsement |
| $200,000,000 | A.  United States Certified Act of Terrorism coverage |
| $100,000 | B.  Terrorism Coverage for Locations Outside of the United States **annual aggregate** not to exceed $100,000 **annual aggregate** for Property Removed from a Location, Unnamed Property and Flood |
| $5,000,000 | Transit not to exceed $250,000 for Business Interruption |
| $1,000,000 | Unnamed Property |
| $25,000,000 | **Valuable Papers and Records** not to exceed $10,000 per item for **irreplaceable Valuable Papers and Records** |

### Business Interruption Coverage

| | |
|---|---|
| Policy Limit | Gross Earnings not to exceed 365 days for **ordinary payroll** |
| Policy Limit | Gross Profits for 12 months Period of Liability not to exceed 365 days for **ordinary payroll** |
| Policy Limit | Rental Income |
| $20,000,000 | Extra Expense |

### Business Interruption Coverage Extensions

| | |
|---|---|
| $500,000 | Attraction Property |
| 30 Days | Civil or Military Authority |
| $100,000 | Communicable Disease - Business Interruption **annual aggregate** for a 12 Month Period of Liability |
| $100,000 | Contractual Penalties |
| $250,000 | Crisis Management not to exceed 30 Days |
| Included in DSP-PD Limit | Data Service Provider - Business Interruption **annual aggregate** |
| 365 Days | Extended Period of Liability |
| $1,000,000 | Ingress/Egress |
| $5,000,000 | Leasehold Interest |
| $100,000 | Logistics Extra Cost |
| $10,000,000 | Off-Premises Service Interruption - Business Interruption |
| Included in **Cyber Event** Limit | Owned Network Interruption **annual aggregate** |
| Policy Limit | Protection and Preservation of Property - Business Interruption |
| Policy Limit | Research and Development |
| $1,000,000 | Soft Costs |
| $5,000,000 | Supply Chain |

### Master Policy Endorsement

| | |
|---|---|
| Policy Limit | Master Global Insuring Policy not to exceed $100,000 for any uncontrolled policy |
| $2,500,000 | Coinsurance Deficiency and Currency Devaluation |
| $500,000 | Increased Tax Liability |
| $250,000 | Neighbor's Recourse and Tenant's Liability |
| $5,000,000 | Transit not to exceed $250,000 for Business Interruption |

## G.  **DEDUCTIBLE AMOUNT:**

This Company will not be liable for loss or damage, including any insured Business Interruption loss, in any one **occurrence** until the amount of loss or damage exceeds the deductible amount shown below and then this Company will only be liable for its share of the loss or damage in excess of the deductible amount.  If two or more deductibles apply to a single **occurrence**, then no more than the largest deductible amount will apply.  However, this Policy allows for the application of separate and distinct deductibles and deductibles for specific loss or damage as shown below.

The following deductible amounts shall apply per **occurrence**, unless otherwise stated, for insured loss or damage under this Policy:

1.  $100,000      Earthquake (per **location** for all coverages provided).

2.  $100,000      Flood (per **location** for all coverages provided).

3.  Wind and/or Hail (per **location** for all coverages provided) at the following **locations**:

    A. $50,000 for any **location**(s) in Wind Northeast USA Zone

    B. For any **location**(s) in the Wind USA Tiers 1 & 2 Zone:

    This Company will not be liable for loss or damage unless the amount of loss or damage exceeds 5% of the combined value of the property and annual business interruption value that would have been earned at the time such loss or damage at the **location** where loss or damage occurs plus that proportion of the 100% business interruption value at all other **locations** where business interruption loss ensues, in accordance with the valuation and business interruption sections of this policy, subject to a minimum deductible amount of $100,000 per **location**.  If coverage is provided for more than one **location**, this deductible percentage or minimum deductible amount will be applied separately to each **location**.

4.  Boiler and Machinery:

    A.  Property Damage: $10,000

    B.  Business Interruption Average Daily Value:

    The business interruption deductible will be determined by multiplying the one hundred percent average daily value (ADV) by 1.

    The ADV will be calculated by dividing the sum of the 100% actual annual business interruption values that would have been earned had no loss occurred at the **location** where the physical damage happened plus that proportion of the 100% annual business interruption value at all other **locations** where Business Interruption loss ensues by the number of annual working days.

5.  Communicable Disease Property Damage and Business Interruption:

    Qualifying Period: This Company will not be liable for loss or damage unless access is limited, restricted or prohibited in excess of 48 hours.

    Should this time be exceeded, the insured loss or damage will be calculated beginning from the time of loss subject to a deductible of:

    A.  Property Damage: $10,000

    B.  Business Interruption Day Equivalent Deductible:

The business interruption deductible will be determined by multiplying the one hundred percent day equivalent (DEQ) by 2.

The day equivalent is the 100% actual annual business interruption value that would have been earned had no loss occurred at the **location** where the physical damage happened plus that proportion of the 100% annual business interruption value at all other **locations** where business interruption loss ensues, divided by the number of annual working days.

6. Data Restoration:

   Qualifying Period: 48 hours.

   Should this time be exceeded, the insured loss or damage will be calculated beginning from the time of loss subject to a deductible of:

   A.  Property Damage: $10,000

   B.  Business Interruption Day Equivalent Deductible:

   The business interruption deductible will be determined by multiplying the one hundred percent day equivalent (DEQ) by 2.

   The day equivalent is the 100% actual annual business interruption value that would have been earned had no loss occurred at the **location** where the physical damage happened plus that proportion of the 100% annual business interruption value at all other **locations** where business interruption loss ensues, divided by the number of annual working days.

7. Data Service Provider - Property Damage and Business Interruption:

   Qualifying Period: 48 hours.

   Should this time be exceeded, the insured loss or damage will be calculated beginning from the time of loss subject to a deductible of:

   A.  Property Damage: $10,000

   B.  Business Interruption Day Equivalent Deductible:

   The business interruption deductible will be determined by multiplying the one hundred percent day equivalent (DEQ) by 2.

   The day equivalent is the 100% actual annual business interruption value that would have been earned had no loss occurred at the **location** where the physical damage happened plus that proportion of the 100% annual business interruption value at all other **locations** where business interruption loss ensues, divided by the number of annual working days.

8.  Off Premises Service Interruption Property Damage and Business Interruption:

Qualifying Period: This Company will not be liable for loss or damage unless the Period of Liability exceeds 24 hours.

Should this time be exceeded, the insured loss or damage will be calculated beginning from the time of loss subject to the deductible(s) that would have applied to the cause of the interruption of services, but not less than:

A.  Property Damage: $10,000

B.  Business Interruption Day Equivalent Deductible:

The business interruption deductible will be determined by multiplying the one hundred percent day equivalent (DEQ) by 1.

The day equivalent is the 100% actual annual business interruption value that would have been earned had no loss occurred at the **location** where the physical damage happened plus that proportion of the 100% annual business interruption value at all other **locations** where business interruption loss ensues, divided by the number of annual working days.

9.  Owned Network Interruption:

Qualifying Period: 48 hours.

The Qualifying Period for the cost to temporarily protect under Item 4. b) shall be waived.

Should this time be exceeded, the insured loss will be calculated beginning from the time of loss subject to a Business Interruption Day Equivalent Deductible:

The business interruption deductible will be determined by multiplying the one hundred percent day equivalent (DEQ) by 2.

The day equivalent is the 100% actual annual business interruption value that would have been earned had no loss occurred at the **location** where the loss happened plus that proportion of the 100% annual business interruption value at all other **locations** where business interruption loss ensues, divided by the number of annual working days.

10.     $10,000      All Other Losses.


## H.  **SPECIAL TERMS AND CONDITIONS:**

### 1.  **United States Certified Act of Terrorism - PRO 207 (01/20)**

As respects the United States, its territories and possessions and the Commonwealth of Puerto Rico, the definition of **terrorism** is declared null and void and it is agreed that a **Certified Act of Terrorism** under the terms of the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT attached to this Policy shall be considered **terrorism** within the terms of this Policy. Notwithstanding anything contained in this Policy to the contrary, this Policy provides coverage for direct physical loss or damage to insured property and any resulting BUSINESS INTERRUPTION loss, as provided in the Policy, caused by or resulting from a **Certified Act of Terrorism** only to the extent coverage is provided under the terms and conditions of the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT attached to this Policy. Any difference in limit between loss recoverable under the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT and this Policy is not recoverable under this Policy.

2. **Application of Flood and Wind and/or Hail Deductibles**

If an occurrence involves loss or damage caused by or resulting from both:

**a. Wind** and/or hail; and

**b. Flood**;

Then:

**1)** A specific wind and/or hail deductible; and

**2)** A specific **flood** deductible;

 Will apply separately to each location.

Such loss or damage will be adjusted separately and will be subject to its respective deductible.

3. **Specific Earth Movement Exclusion - PRO 125 (4/15)**

ADDITIONAL COVERAGES, **Earth Movement** does not apply to any property at the following location(s):

for any location(s) in the New Madrid Inner Zone and the New Madrid Outer Zone

4. **Specific Earth Movement Exclusion - PRO 253 (1/17)**

ADDITIONAL COVERAGES, **Earth Movement** does not apply to any property or **locations** in the following countries, provinces or jurisdictions:

Argentina; Bhutan; Bolivia; Bosnia and Herzegovina; Bulgaria; the province of British Columbia in Canada; the Caribbean Islands of Aruba, Cayman Islands, Dominican Republic, Jamaica, The Commonwealth of Puerto Rico, and Trinidad and Tobago; Chile; Colombia; Costa Rica; Croatia; Curacao; Cyprus; Ecuador; El Salvador; Greece; Guam; Guatemala; Iceland; India; Indonesia; Israel; Italy; Japan; Jordan; New Zealand; Nicaragua; Northern Pacific Islands of Federated States of Micronesia, Palau, Northern Marianas, Marshall Islands and Kiribati; Panama; People's Republic of China; Peru; Philippines; Republic of Mexico; Romania; the Republic of Dagestan and the oblasts of Kamchatka and Sakhalin in Russia; Serbia; Singapore; the provinces of Granada and Murcia in Spain; Southern Pacific Islands of American Samoa, Loyalty Islands, French Polynesia, New Caledonia, Solomon Islands, Samoa, Tonga, Tuvalu and Vanuatu; Taiwan; Turkey; Alaska, California, Hawaii, Oregon and Washington in the United States of America and Venezuela.

5. **Special Condition**

This Policy includes property in more than one jurisdiction and separate policies underlying this Policy may be issued by this company or its **representative company(ies)** in compliance with jurisdictional requirements. Such underlying policies will not be considered as additional insurance, but as duplicate insurance only.

6. **Jurisdiction**

This Policy will be governed by United States of America Law.  Any disputes arising hereunder will be exclusively subject to United States of America jurisdiction.

7.  **Worldwide Unnamed Property Coverage**

Coverage provided in ADDITIONAL COVERAGE, Unnamed Property SUB-LIMITS will be amended as follows

$ 5,000,000        Unnamed Property to property while located within: the fifty (50) United States.

$ 1,000,000        Unnamed Property for all other property in the coverage territory.

8.  **Combined Data Service Provider Limit - PRO 746 (6/19)**

The Company's total liability for Data Service Provider - Property Damage and Data Service Provider - Business Interruption combined will not exceed $50,000 **annual aggregate** as a result of one occurrence and replaces the corresponding limits of liability shown in the sublimit section.

## I.   <u>INDEX OF FORMS:</u>

The following forms are made part of this Policy:

| <u>Title</u> | <u>Form</u> <u>No.</u> | <u>Edition</u> |
|---|---|---|
| Declarations Page | PRO DEC 4100 | (04/15) |
| Declarations | PRO S-1 4100 | (01/17) |
| All Risk Coverage | PRO AR 4100 | (01/17) |
| Master Policy Endorsement | PRO WW 4100 | (01/18) |
| Cyber Event Endorsement | PRO CYBER EVENT 4100 | (06/19) |
| Wind USA Tiers 1 & 2 Zone | Wind USA 1&2 | (01/20) |
| Wind Northeast USA Zone | Wind NE USA | (01/20) |
| New Madrid Outer Zone | NMSZ Outer | (01/20) |
| New Madrid Inner Zone | NMSZ Inner | (01/20) |
| Supplemental United States Certified Act of Terrorism Endorsement | 7312 | (01/20) |
| Alabama Amendatory Endorsement | AFM 7291 | (04/15) |
| California Amendatory Endorsement | AFM 6488 | (04/15) |
| Colorado Amendatory Endorsement | AFM 6489 | (04/15) |
| Connecticut Amendatory Endorsement | AFM 6491 | (04/15) |
| Florida Amendatory Endorsement | AFM 6496 | (04/15) |
| Florida Amendatory Sinkhole Coverage Endorsement | 4739 | (10/93) |
| Georgia State Amendatory Endorsement | AFM 2376 | (11/19) |
| Illinois Amendatory Endorsement | AFM 1726 | (04/15) |
| Kansas Amendatory Endorsement | AFM 6410 | (04/15) |
| Maryland Amendatory Endorsement | AFM 6498 | (04/15) |
| Massachusetts Special Endorsement | AFM 4410 | (04/15) |
| Minnesota Amendatory Endorsement | AFM 6503 | (04/15) |
| Nevada Amendatory Endorsement | AFM 6513 | (04/15) |
| New Jersey Mandatory Endorsement | AFM 6261 | (04/15) |

| | | |
|---|---|---|
| New York Amendatory Endorsement | AFM 6497 | (04/15) |
| North Carolina Amendatory Endorsement | AFM 6499 | (04/15) |
| Pennsylvania Amendatory Endorsement | AFM 6333 | (04/15) |
| Tennessee Amendatory Endorsement | AFM 6409 | (04/15) |
| Texas Special Mandatory Endorsement | AFM 6810 | (04/15) |
| Virginia Amendatory Endorsement | AFM 6512 | (04/15) |
| Wisconsin Amendatory Endorsement | AFM 3884 | (04/15) |

**Location Schedule**

1. 2000 Avenue of the Stars, Los Angeles, CA, 90067, Index No. 076695.28
2. 14100 Park Place, Cerritos, CA, 90703
3. 2029 Century Park East, Los Angeles, CA, 90067
4. 223 Mary Alice Drive, Los Gatos, CA, 95032
5. 1219 Morningside Drive St 100, Manhattan Beach, CA, 90266
6. 1038 Princeton Drive, Marina del Rey, CA, 90292-6187
7. 660 J Street Suite 260, Sacramento, CA, 95814
8. 399 Fremont Street, San Francisco, CA, 94105-2355
9. 805 Hebron Avenue, Glastonbury, CT, 06033
10. 8215 Quail Greens Terrace, Bradenton, AL, 34212
11. 3652 South Third Street #200, Jacksonville Beach, FL, 32250
12. 100 North Biscayne Blvd, Miami, FL, 33132
13. 420 Lincoln Road Suite 347, Miami Beach, FL, 33139
14. 3560 Lenox Rd NE #1525, Atlanta, GA, 30324
15. 444 N Michigan Avenue Ste 3540, Chicago, IL, 60611
16. 19 Kara Drive, North Andover, MA, 01845
17. 18524 Rushbrooke Drive, Olney, MD, 20832
18. 17457 George Moran Drive, Eden Prairie, MN, 55347-2163
19. 7300 Carmel Executive Park Suite 325, Charlotte, NC, 28226-1355
20. 308 Harper Drive Ste 210, Moorestown, NJ, 08057
21. 35 Forest Rd, Delmar, NY, 12054
22. 470 Park Ave South, New York, NY, 10016
23. 405 Lexington Avenue 18th-21st floors, New York, NY, 10174, Index No. 021366.60
24. 33 E 33rd St Rm 1107, New York, NY, 10016
25. 4354 Winterburn Avenue, Pittsburgh, PA, 15207
26. 6060 Poplar Avenue Ste 470, Memphis, TN, 38119
27. 6060 Poplar Avenue Ste 410, Memphis, TN, 38119
28. 401 Commerce Street, Nashville, TN, 37219, Index No. 084829.28
29. 14927 Carolcrest Drive, Houston, TX, 77079
30. 133 Wiltshire Drive, Hutto, TX, 78634
31. 243 Wilbur Avenue, Waukesha, WI, 53186
32. 1421 E Sunset Rd Ste 4, Las Vegas, NV, 89119-4959
33. 1722 Routh Street Suite 900 Office 31,32,35 & 36, Dallas, TX, 75201
34. 19495 Biscayne Boulevard Ste 300 & 600, Miami, FL, 33180-2319, Index No. 088601.42
35. 5551 Vanguard Street, Orlando, FL, 32819, Index No. 084340.95
36. 8517 Southpark Circle, Orlando, FL, 32819-9030, Index No. 003669.95
37. 3240 El Camino Real Ste 130, Irvine, CA, 92602
38. 2855 Michelle Drive, Suite 100, Irvine, CA, 92606
39. 5075 South Syracuse Street, Suite 700, Denver, CO, 80237
40. 1660 International Drive Ste 600, McLean, VA, 22102
41. 520 Eighth Avenue, 11th Floor, New York, NY, 10018
42. 9510 Ashville Drive, Houston, TX, 77051
43. 444 N Michigan Avenue Ste 3550, Chicago, IL, 60611
44. 887 N 1663 Rd, Lawrence, KS, 66049
46. 9420 Research Blvd, Echelon III, Ste 100, Austin, TX, 78759

**<u>Location Schedule</u>**

1. 12 Hammersmith Grove, 7th and 8th Floor, London, W6 7AP UK

# ALL RISK COVERAGE

## Table of Contents

**PROPERTY INSURED**...........................................................................................................1

   Real Property.......................................................................................................................1

   Personal Property ................................................................................................................1

**PROPERTY EXCLUDED** ...................................................................................................1

**EXCLUSIONS**.......................................................................................................................2

   Group I ................................................................................................................................2

   Group II ...............................................................................................................................3

   Group III..............................................................................................................................4

**ADDITIONAL COVERAGES** .............................................................................................5

   Accounts Receivable ..........................................................................................................5

   Arson or Theft Reward .......................................................................................................5

   Brand Protection.................................................................................................................6

   Change of Temperature ......................................................................................................6

   Communicable Disease – Property Damage ......................................................................6

   Data, Programs or Software ...............................................................................................7

   Debris Removal ..................................................................................................................8

   Decontamination Costs.......................................................................................................8

   Deferred Payment ..............................................................................................................8

   Demolition and Increased Cost of Construction................................................................9

   Earth Movement ...............................................................................................................10

   Errors and Omissions .......................................................................................................10

   Expediting Expenses ........................................................................................................10

   Fine Arts and Valuable Papers and Records ...................................................................11

   Flood .................................................................................................................................11

   Green Coverage ................................................................................................................11

   Land and Water Clean Up Expense..................................................................................12

   Locks and Keys ................................................................................................................12

   Money and Securities .......................................................................................................12

   Newly Acquired Property.................................................................................................12

Off-Premises Data Services – Property Damage………………………………………………………13

Off-Premises Service Interruption – Property Damage .................................................................. 13

Professional Fees .............................................................................................................................. 13

Property Removed from a Location .................................................................................................. 14

Protection and Preservation of Property – Property Damage .......................................................... 14

Tax Treatment ................................................................................................................................... 14

Tenants Legal Liability ..................................................................................................................... 15

Terrorism ........................................................................................................................................... 15

Transit ................................................................................................................................................ 16

Unnamed Property ............................................................................................................................. 18

**BUSINESS INTERRUPTION** ........................................................................................................ 19

Loss Insured ...................................................................................................................................... 19

Business Interruption Coverage ........................................................................................................ 20

    Gross Earnings .................................................................................................................... 20

    Gross Profits ........................................................................................................................ 20

    Rental Income ..................................................................................................................... 21

    Extra Expense ..................................................................................................................... 22

    BI Select .............................................................................................................................. 22

Period of Liability ............................................................................................................................. 22

Business Interruption Exclusions ...................................................................................................... 23

**BUSINESS INTERRUPTION COVERAGE EXTENSIONS** ....................................................... 24

Attraction Property ............................................................................................................................ 24

Civil or Military Authority ................................................................................................................ 24

Communicable Disease – Business Interruption………………………………………………… 24

Computer Systems Non-Physical Damage ........................................................................................ 25

Contractual Penalties ......................................................................................................................... 25

Crisis Management ............................................................................................................................. 26

Extended Period of Liability .............................................................................................................. 26

Ingress/Egress .................................................................................................................................... 27

Leasehold Interest .............................................................................................................................. 27

Logistics Extra Cost .......................................................................................................................... 27

Off-Premises Data Services – Business Interruption………………………………………………28

Off-Premises Service Interruption – Business Interruption .............................................................. 29

Protection and Preservation of Property – Business Interruption ...................................................... 30

Research and Development ................................................................................................................. 30

Soft Costs .......................................................................................................................... 30

Supply Chain .................................................................................................................... 30

**LOSS ADJUSTMENT AND SETTLEMENT** ...................................................... 32

Abandonment .................................................................................................................. 32

Appraisal ......................................................................................................................... 32

Collection From Others ................................................................................................... 32

Company Option .............................................................................................................. 32

Currency for Loss Payment ............................................................................................. 32

Legal Action Against this Company ................................................................................ 33

Loss Adjustment and Payable ......................................................................................... 33

Other Insurance ............................................................................................................... 33

Requirements in Case of Loss ......................................................................................... 33

Settlement of Claims ....................................................................................................... 34

Subrogation ..................................................................................................................... 35

Valuation ......................................................................................................................... 35

**GENERAL CONDITIONS** .................................................................................... 37

Application of Policy to Date or Time Recognition ......................................................... 37

Cancellation/Non-Renewal ............................................................................................. 37

Conformity to Statute ...................................................................................................... 37

First Named Insured ........................................................................................................ 37

Increase in Hazard .......................................................................................................... 38

Inspections ...................................................................................................................... 38

Liberalization Clause ...................................................................................................... 38

Misrepresentation and Fraud .......................................................................................... 38

Mortgagee/Lenders Loss Payable ................................................................................... 38

Policy Modification ......................................................................................................... 40

Reinstatement of Limits after a Loss .............................................................................. 40

Suspension ...................................................................................................................... 40

Transfer or Rights and Duties under this Policy ............................................................. 40

**DEFINITIONS** ....................................................................................................... 41

# <u>ALL RISK COVERAGE</u>

This Policy covers property, as described in this Policy, against ALL RISKS OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as described in this Policy.

## A. <u>PROPERTY INSURED</u>

This Policy insures the following property, unless otherwise excluded elsewhere in this Policy, at or within 1,000 feet of a **described location,** to the extent of the interest of the Insured in such property.

**1.** Real Property in which the Insured has an insurable interest.

**2.** Personal Property:

    **a)** Owned by the Insured.

    **b)** Consisting of improvements and betterments in which the Insured has an insurable interest.

    **c)** Of directors, officers and employees of the Insured.

    **d)** Of others in the Insured's custody to the extent the Insured is under obligation to keep insured for physical loss or damage insured by this Policy.

    **e)** Of others in the Insured's custody to the extent of the Insured's legal liability for insured physical loss or damage to such Personal Property.

    This Company may defend that portion of any suit against the Insured that alleges such liability and seeks damages for such insured physical loss or damage to such Personal Property. This Company may, without prejudice, investigate, negotiate and settle any claim or suit as this Company deems expedient.

This Policy also insures the interest of contractors and subcontractors in insured property during construction, while at or within 1,000 feet of a **described location**, to the extent that the Insured has agreed, prior to loss, to keep such interest insured for insured physical loss or damage to such property. Such interest of contractors and subcontractors is limited to the property for which they have been hired to perform work and will not extend to any Business Interruption coverage provided in this Policy.

## B. <u>PROPERTY EXCLUDED</u>

This Policy excludes the following except as otherwise stated in this Policy:

**1.** Land, water or any substance in or on land.

**2.** Growing crops, standing timber or animals.

**3.** Bridges and tunnels intended for use by motor vehicles licensed for highway use.

**4.** Reservoirs, canals, dikes or dams.

**5.** Docks, piers or wharves which are not a structural part of a building.

**6.** Currency, money, notes or securities, except as provided by the Money and Securities coverage in this Policy.

**7.** Motor vehicles licensed for highway use or owned by directors, officers or employees of the Insured.

8. Satellites, aircraft or watercraft, except if on land, unfueled and manufactured by the Insured.

9. Property sold by the Insured under conditional sale, trust agreement, installment payment or other deferred payment plan after delivery to the customer, except as provided by the Deferred Payment coverage in this Policy.

10. Underground mines or mine shafts or any property within such mine or shaft.

11. Property while in transit, except as otherwise provided in this Policy.

12. Electronic data, programs or software, except when they are stock in process, finished goods manufactured by the Insured, raw materials, supplies or other merchandise not manufactured by the Insured or as provided by the Data, Programs or Software coverage in this Policy.

13. Property while located **offshore**, except as provided by the Transit coverage in this Policy.

# C. <u>EXCLUSIONS</u>

In addition to the exclusions elsewhere in this Policy, the following exclusions apply unless otherwise stated:

**GROUP I:** This Policy excludes loss or damage directly or indirectly caused by or resulting from any of the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss or damage:

1. Nuclear reaction or nuclear radiation or radioactive contamination. However:

   a) If physical damage by fire or sprinkler leakage results, then only that resulting damage is insured; but not including any loss or damage due to nuclear reaction, radiation or radioactive contamination**.**

   b) This Policy does insure physical damage directly caused by sudden and accidental radioactive contamination, including resultant radiation damage, from material used or stored or from processes conducted on the **location**, provided that on the date of loss, there is neither a nuclear reactor nor any new or used nuclear fuel on the **location**. This coverage does not apply to any act, loss or damage excluded in Group I Item 2f of this Exclusions clause.

   This exclusion Group I Item 1 and the exceptions in Group I Item 1a and Group I Item 1b above do not apply to any act, loss or damage which also comes within the terms of exclusion Group I Item 2b of this Exclusions clause.

2. a) Hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack by any:

   i) Government or sovereign power (de jure or de facto);

   ii) Military, naval or air forces; or

   iii) Agent or authority of any party specified in i) or ii) above.

   b) Discharge, explosion or use of any nuclear device, weapon or material employing or involving nuclear fission, fusion or radioactive force, whether in time of peace or war and regardless of who commits the act.

   c) Insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating or defending against such an event.

   d) Seizure or destruction under quarantine or custom regulation, or confiscation by order of any governmental or public authority.

   e) Risks of contraband, or illegal transportation or trade.

**f)** **Terrorism**, including action taken to prevent, defend against, respond to or retaliate against **terrorism** or suspected **terrorism**, except to the extent provided in the Terrorism coverage of this Policy. However, if direct loss or damage by fire results from any of these acts (unless committed by or on behalf of the Insured), then this Policy covers only to the extent of the **actual cash value** of the resulting direct loss or damage by fire to insured property. This coverage exception for such resulting fire loss or damage does not apply to:

**i)** Direct loss or damage by fire which results from any other applicable exclusion in the Policy, including the discharge, explosion or use of any nuclear device, weapon or material employing or involving nuclear fission, fusion or radioactive force, whether in time of peace or war and regardless of who commits the act.

**ii)** Any coverage provided in the Business Interruption section of this Policy or to any other coverages provided by this Policy.

Any act which satisfies the definition of **terrorism** shall not be considered to be vandalism, malicious mischief, riot, civil commotion or any other risk of physical loss or damage covered elsewhere in this Policy.

If any act which satisfies the definition of **terrorism** also comes within the terms of Group I Item 2a of this Exclusions clause then Group I Item 2a applies in place of this Group I Item 2f exclusion.

If any act which satisfies the definition of **terrorism** also comes within the terms of Group I Item 2b of this Exclusions clause then Group I Item 2b applies in place of this Group I Item 2f exclusion.

If any act which satisfies the definition of **terrorism** also comes within the terms of Group I Item 2c of this Exclusions clause then Group I Item 2c applies in place of this Group I Item 2f exclusion.

If any act excluded herein involves nuclear reaction, nuclear radiation or radioactive contamination, this Group I Item 2f exclusion applies in place of Group I Item 1 of this Exclusions clause.

**3.** Any dishonest act, including but not limited to theft, committed alone or in collusion with others, at any time by:

**a)** An Insured or any proprietor, partner, director, trustee, officer or employee of an Insured; or

**b)** Any proprietor, partner, director, trustee, or officer of any business or entity (other than a common carrier) engaged by an Insured to do anything in connection with property insured under this Policy.

This Policy does insure acts of direct insured physical damage intentionally caused by an employee of an Insured or any individual specified in b above, and done without the knowledge of the Insured. This coverage does not apply to any act excluded in Group I Item 2f of this Exclusions clause. In no event does this Policy cover loss by theft by any individual specified in a or b above.

**4.** Lack of incoming electricity, fuel, water, gas, steam or refrigerant; outgoing sewerage; or incoming or outgoing voice, data or video; all when caused by an event off the **location**, except as provided by the Off-Premises Data Services and Off-Premises Service Interruption coverages in this Policy. If the lack of such a service directly causes insured physical damage at the **location**, then only that resulting damage is insured.

**5.** **Earth movement**, except as otherwise provided in this Policy.

**6.** **Flood,** except as otherwise provided in this Policy.

**7.** Seepage or influx of water from natural underground sources.

**GROUP II:** This Policy excludes the following, however, if physical damage not excluded by this Policy results, then only that resulting damage is insured:

1.  Wear and tear, deterioration, depletion, rust, corrosion, erosion, inherent vice or latent defect.

2.  Faulty workmanship, material, construction or design.

3.  Loss or damage to stock or material attributable to manufacturing or processing operations while such stock or material is being processed, manufactured, tested or otherwise worked on.

4.  Loss or damage caused by or resulting from:

    a)  Changes of temperature, except damage to machinery or equipment including fire protective equipment;

    b)  Changes in relative humidity,

    All whether atmospheric or not, except as provided by the Change of Temperature and Off-Premises Service Interruption coverages in this Policy.

5.  Settling, cracking, shrinking, bulging or expansion of:

    a)  Foundations.

    b)  Walls.

    c)  Floors.

    d)  Pavements or roadways.

    e)  Roofs.

    f)  Ceilings.

6.  Loss or damage to personal property in the open from rain, sleet, snow, sand or dust.

7.  Theft of precious metal or stones, except when such property is used by the Insured for industrial purposes.

8.  Insect, animal or vermin damage.

**GROUP III:** This Policy excludes:

1.  Indirect or remote loss or damage.

2.  Interruption of business, except to the extent provided in this Policy.

3.  Loss of market or loss of use.

4.  Loss or damage or deterioration arising from any delay.

5.  Mysterious disappearance, loss or shortage disclosed on taking inventory, or any unexplained loss.

6.  Loss from enforcement of any law or ordinance:

    a)  Regulating the construction, repair, replacement, use or removal, including debris removal, of any property; or

    b)  Requiring the demolition of any property, including the cost in removing its debris;

Except as provided by the Decontamination Costs and Demolition and Increased Cost of Construction coverages in this Policy.

**7.** Loss or damage resulting from the voluntary parting with title or possession of property if induced by any fraudulent act or by false pretense.

**8.** **Contamination**, and any cost due to **contamination** including the inability to use or occupy property or any cost of making property safe or suitable for use or occupancy. If **contamination** due only to the actual not suspected presence of **contaminant(s)** directly results from other physical damage not excluded by this Policy, then only physical damage caused by such **contamination** may be insured. This exclusion does not apply to radioactive contamination which is excluded elsewhere in this Policy.

**9.** Shrinkage, evaporation or loss of weight, unless directly resulting from other physical damage not excluded by this Policy.

**10.** Changes in color, flavor, texture or finish, unless directly resulting from other physical damage not excluded by this Policy.

## D. **ADDITIONAL COVERAGES**

The Additional Coverages below are subject to all the terms and conditions of this Policy including, but not limited to, the limits of liability, deductibles and exclusions shown in the Declarations section.

### 1. **Accounts Receivable**

This Policy covers amounts which the Insured is unable to collect as a direct result of insured physical loss or damage to accounts receivable records at a **location**.

Coverage includes:

**a)** Interest charges on any loan to offset impaired collections pending repayment of sums that cannot be collected. Unearned interest charges and service charges on deferred payment accounts and normal credit losses on bad debts will be deducted.

**b)** Collection expenses in excess of normal collection costs.

**c)** Other reasonable expenses incurred by the Insured in recreating records of accounts receivable.

After payment of loss by this Company, all amounts recovered by the Insured on accounts receivable for which the Insured has been indemnified will belong to and be paid to this Company by the Insured up to the total amount of loss paid by this Company. All recoveries in excess of such amounts will belong to the Insured.

Accounts Receivable Exclusions: As respects Accounts Receivable, the following additional exclusions apply:

This Policy does not cover shortage resulting from:

**a)** Bookkeeping, accounting, or billing error or omission.

**b)** Alteration, falsification, manipulation, concealment, destruction or disposal of records of accounts receivable committed to conceal the wrongful giving, taking, obtaining or withholding of money, securities or other property.

## 2.   Arson or Theft Reward

This Policy covers payment of any reward offered by the Insured or on the Insured's behalf for information that leads to conviction of the perpetrator(s) of insured:

**a)**   Arson to; or

**b)**   Theft of;

Insured property.

## 3.   Brand Protection

This Policy gives control of physically damaged property consisting of finished goods or merchandise manufactured by or for the Insured as follows:

**a)**   The Insured will have full rights to the possession and control of damaged property in the event of insured physical loss or damage to such property provided proper testing is done to show which property is physically damaged.

**b)**   The Insured using reasonable judgment will decide if the physically damaged property can be reprocessed or sold.

Physically damaged property judged by the Insured to be:

**i)**   Unfit for reprocessing or selling will not be sold or disposed of except by the Insured, or with the Insured's consent.

**ii)**   Fit for reprocessing or selling and this Company elects to take all or any part of physically damaged branded and labeled property, the Insured may at this Company's expense:

(a)      Stamp "salvage" on the property or its containers; or

(b)      Remove or obliterate the brands or labels,

If doing so will not damage the property.

The Insured must relabel the property or containers in compliance with the applicable requirements of law.

**c)**   Any salvage proceeds received will go to the:

**i)**   Company at the time of loss settlement; or

**ii)**   Insured if received prior to loss settlement and such proceeds will reduce the amount of loss payable accordingly.

## 4.   Change of Temperature

This Policy covers spoilage of insured stock and supplies due to:

**a)**   Changes of temperature or changes in relative humidity,

Directly resulting from the interruption, in whole or part, of services consisting of electricity, gas, fuel, steam, water or refrigeration by reason of any accidental event, other than insured physical loss or damage, at a **location**.

## 5.  Communicable Disease – Property Damage

If a **described location** owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease** and access to such **described location** is limited, restricted or prohibited by:

**a)**   An order of an authorized governmental agency regulating or as result of such presence of **communicable disease**; or

**b)**   A decision of an Officer of the Insured as a result of such presence of **communicable disease**,

This Policy covers the reasonable and necessary costs incurred by the Insured at such **described location** for the:

**a)**   Cleanup, removal and disposal of such presence of **communicable disease** from insured property; and

**b)**   Actual costs or fees payable to public relations services or actual costs of using the Insured's employees for reputation management resulting from such presence of **communicable disease** on insured property.

This Additional Coverage does not cover any costs incurred due to any law or ordinance with which the Insured was legally obligated to comply prior to such presence of **communicable disease**.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

Communicable Disease - Property Damage Exclusions: As respects Communicable Disease – Property Damage, the following additional exclusion applies:

This Policy excludes loss or damage directly or indirectly caused by or resulting from **terrorism** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

## 6.  Data, Programs or Software

This Policy covers insured **physical loss or damage to electronic data, programs or software**, including physical loss or damage caused by the malicious introduction of a machine code or instruction, while anywhere within this Policy's Territory, including while in transit.

This coverage includes:

**a)**   The cost of the following reasonable and necessary actions taken by the Insured due to actual insured **physical loss or damage to electronic data, programs or software:**

　　**i)**   To temporarily protect and preserve insured electronic data, programs or software.

　　**ii)**   For the temporary repair of insured **physical loss or damage to electronic data, programs or software**.

　　**iii)**   To expedite the permanent repair or replacement of such damaged property.

**b)**   The reasonable and necessary costs incurred by the Insured to temporarily protect or preserve insured electronic data, programs or software against immediately impending insured **physical loss or damage to electronic data, programs or software**. In the event that there is no physical loss or damage, the costs covered under this item will be subject to the deductible that would have applied had there been such physical loss or damage.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

This Additional Coverage excludes loss or damage to data, programs or software when they are **stock in process**, finished goods manufactured by the Insured, **raw materials**, supplies or other merchandise not manufactured by the Insured.

Data, Programs or Software Exclusions: As respects Data, Programs or Software, the following additional exclusion applies:

This Policy excludes the following but, if physical damage not excluded by this Policy results, then only that resulting damage is insured:

**a)**   Errors or omissions in processing or copying.

**b)**   Loss or damage to data, programs or software from errors or omissions in programming or machine instructions.

Data, Programs or Software Valuation: On property insured under this coverage, the loss amount will not exceed:

**a)**   The cost to repair, replace or restore data, programs or software including the costs to recreate, research and engineer; or

**b)**   The blank value of the media if not repaired, replaced or restored within two years from the date of loss.

## 7.   Debris Removal

This Policy covers the reasonable and necessary costs incurred to remove debris from a **location** that remains as the direct result of insured physical loss or damage.

This coverage does not cover the costs of removing:

**a)**   Contaminated uninsured property; or

**b)**   The **contaminant** in or on uninsured property;

Whether or not the **contamination** results from insured physical loss or damage.

This coverage includes the costs of removal of contaminated insured property or the **contaminant** in or on insured property only if the **contamination**, due to the actual not suspected presence of **contaminant(s)**, of the debris resulted directly from other physical damage not excluded by the Policy.

## 8.   Decontamination Costs

If insured property is contaminated as a direct result of insured physical damage and there is in force at the time of the loss any law or ordinance regulating **contamination** due to the actual not suspected presence of **contaminant(s)**, then this Policy covers, as a direct result of enforcement of such law or ordinance, the increased cost of decontamination and/or removal of such contaminated insured property in a manner to satisfy such law or ordinance. This coverage applies only to that part of insured property so contaminated due to such presence of **contaminant(s)** as a direct result of insured physical damage.

The Company is not liable for the costs required for removing:

**a)**   Contaminated uninsured property; or

**b)**   The **contaminant** in or on uninsured property;

Whether or not the **contamination** results from insured physical loss or damage.

## 9. Deferred Payment

This Policy covers the Insured's interest in personal property of the type insured that has been sold by the Insured under a conditional sale or trust agreement or any installment or deferred payment plan, if such property sustains physical loss or damage insured by this Policy and only to the extent the Insured is unable to collect the unpaid balance of such interest.

This coverage applies from the time the property is delivered to the buyer until the Insured's interest in it has ceased or the policy terminates or expires, whichever is first.

Deferred Payment Exclusion: As respects Deferred Payment, the following additional exclusion applies:

This Policy excludes:

**a)**   Theft or conversion by the buyer of the property after the buyer has taken possession of such property.

**b)**   Property not within this Policy's Territory.

Deferred Payment Valuation: On property insured under this coverage, the loss amount will not exceed the lesser of the following:

**a)**   The total amount of unpaid installments less finance charges.

**b)**   The **actual cash value** of the property on the date of loss or damage.

**c)**   The cost to repair or replace with material of like size, kind and quality.

## 10. Demolition and Increased Cost of Construction

This Policy covers the costs as described herein resulting from the Insured's obligation to comply with a law or ordinance, provided that:

**a)**   Such law or ordinance is enforced as a direct result of insured physical loss or damage at a **location**;

**b)**   Such law or ordinance is in force at the time of such loss or damage; and

**c)**   Such **location** was not required to be in compliance with such law or ordinance prior to the happening of the insured physical loss or damage.

Coverage A:

The reasonable and necessary costs incurred by the Insured to comply with the enforcement of the minimum requirements of any law or ordinance that Regulates the demolition, construction, repair, replacement or use of buildings, structures, machinery or equipment.

As respects insured property, this Coverage A covers the reasonable and necessary costs to:

**a)**   Demolish any physically damaged and undamaged portions of the insured buildings, structures, machinery or equipment.

**b)**   Repair or rebuild the physically damaged and undamaged portions, whether or not demolition is required, of such insured buildings, structures, machinery or equipment.

The Company's maximum liability for this Coverage A at each location in any occurrence will not exceed the actual costs incurred in demolishing the physically damaged and undamaged portions of the insured property plus the lesser of:

**a)**   The reasonable and necessary cost, excluding the cost of land, to rebuild on another site; or

**b)**   The cost to rebuild on the same site.

Coverage B:

The reasonable estimated cost to repair, replace or rebuild insured property consisting of buildings, structures, machinery or equipment that the Insured is legally prohibited from repairing, replacing or rebuilding to the same height, floor area, number of units, configuration, occupancy or operating capacity, because of the enforcement of any law or ordinance that regulates the construction, repair, replacement or use of buildings, structures, machinery or equipment.

Demolition and Increased Cost of Construction Coverage B Valuation: On property covered under this Coverage B that cannot legally be repaired or replaced, the loss amount will be the difference between:

**a)**   The **actual cash value**; and

**b)**   The cost that would have been incurred to repair, replace or rebuild such lost or damaged property had such law or ordinance not been enforced at the time of loss.

Demolition and Increased Cost of Construction Exclusions: As respects Demolition and Increased Cost of Construction, the following additional exclusions apply:

This Policy does not cover:

**a)**   Any cost incurred as a direct or indirect result of enforcement of any law or ordinance regulating any form of **contamination**.

**b)**   Any machinery or equipment manufactured by or for the Insured, unless used by the Insured in its operation at the **location** suffering the physical loss or damage.

## 11. Earth Movement

This Policy covers physical loss or damage caused by or resulting from **earth movement**.

## 12. Errors and Omissions

If physical loss or damage is not payable under this Policy solely due to an error or unintentional omission:

**a)**   In the address of a property insured by this Policy which existed at the inception date of this Policy or in any subsequent amendments to this Policy;

**b)**   That fails to include any **location**:

    **i)**   Owned; or

    **ii)**   Occupied by the Insured; or

**c)**   That results in cancellation of insured property under this Policy;

Then coverage applies to the extent this Policy would have provided coverage had the error or unintentional omission not been made.

It is a condition of this Additional Coverage that any error or unintentional omission be reported by the Insured to the Company when discovered and corrected.

## 13. Expediting Expenses

This Policy covers the reasonable and necessary costs incurred to:

**a)**   Temporarily repair or replace; and

**b)**   Expedite the permanent repair or replacement of;

Insured property that has sustained insured physical loss or damage.

This coverage does not include expenses payable elsewhere in this Policy including the cost of permanent repair or replacement of damaged property.

## 14. Fine Arts and Valuable Papers and Records

This Policy covers **fine arts** and **valuable papers and records** while anywhere within this Policy's Territory including while in transit.

Fine Arts and Valuable Papers and Records Exclusion: As respects Fine Arts and Valuable Papers and Records, the following additional exclusion applies:

This Policy excludes:

**a)**   Loss or damage to any **fine arts** as a result of restoring, repairing or retouching processes.

**b)**   Errors or omissions in the processing or copying of **valuable papers and records.**

Fine Arts and Valuable Papers and Records Valuation: On property insured under this coverage, the loss amount will not exceed the lesser of the following:

**a)**   The cost to repair or restore the article to the condition that existed immediately prior to the loss;

**b)**   The cost to replace the article; or

**c)**   The value designated for the article as shown in the Declarations section of this Policy or on a schedule on file with this Company.

In case of physical loss or damage to a **fine arts** or **valuable papers and records** article that is part of a pair or a set, this Company will pay the lesser of the full value or the amount scheduled, if any, of the value of such pair or set only if the damaged article cannot be repaired or restored to its condition before the loss and the Insured surrenders the remaining article or articles of the pair or set to this Company.

## 15. Flood

This Policy covers physical loss or damage caused by or resulting from **flood**.

## 16. Green Coverage

This Policy covers the reasonable and necessary additional costs incurred by the Insured, as a direct result of insured physical loss or damage:

**a)**   To repair or replace physically damaged insured property with material of like kind and quality which qualifies as **Green**.

**b)**   To replace the insured physically damaged portions of insured roofing systems with vegetative roof(s), including but not limited to the addition of trees, shrubs, plants and lawns to those roof(s), which qualify as **Green,** if this Policy covers Real Property.

**c)**   As part of **Green** reconstruction, to flush out the air in the area of the physically damaged insured property with 100 percent outside air and to provide replacement filtration media for the building's ventilation system that controls the damaged area.

**d)**   For an accredited professional certified by a **Green Authority** to participate in the design and construction for repairing or rebuilding the physically damaged insured property as **Green**.

**e)**   For the process of certification or recertification of the repaired or replaced insured property as **Green.**

**f)**   For **Green** removal, disposal or recycling of the damaged insured property.

Notwithstanding any other provision in this Policy, the Insured must repair or replace the insured real and/or personal property lost, damaged or destroyed as a condition of this coverage.

Green Coverage Exclusions: As respects Green Coverage, the following additional exclusions apply:

This Policy excludes:

**a)**   Stock, **raw materials**, work in process, finished goods, merchandise, **production machinery and equipment**, electronic data processing equipment not used in the functional support of the real property, molds and dies, property in the open, property of others for which the insured is legally liable, personal property of directors, officers or employees of the Insured.

**b)**   Any property adjusted on other than repair or replacement per the Valuation clauses of this Policy.

**c)**   Any loss recoverable elsewhere in this Policy.

## 17. Land and Water Clean Up Expense

This Policy covers the reasonable and necessary costs to remove, dispose of or clean up the actual but not the suspected presence of **contaminant(s)** from uninsured land or water or any substance in or on land, at a **location**, when such property is contaminated as a direct result of insured physical loss or damage to insured property.

This Policy does not cover the cost to clean up, remove and dispose of **contamination** from such property:

**a)**   At any **location** insured for Personal Property only.

**b)**   When the Insured fails to give written notice of loss to this Company within 180 days after the inception of the loss.

## 18. Locks and Keys

This Policy covers the reasonable and necessary cost incurred by the Insured to replace undamaged keys and to replace, adjust or reprogram undamaged locks to accept new keys or entry codes as a result of insured physical loss or damage.

### 19. Money and Securities

This Policy covers physical loss or damage to money and securities at a **location** resulting from:

**a)**   Fire, explosion or sprinkler leakage.

### 20. Newly Acquired Property

This Policy covers property of the type insured that is newly acquired while located anywhere within this Policy's Territory, excluding while in transit.

This coverage terminates:

**a)**   When the newly acquired property is bound by this Company; or

**b)**   When agreement is reached that the property will not be insured under this Policy; or

**c)**   120 days after the date of acquisition of the property; or

**d)**   At the termination or expiration of this Policy;

Whichever occurs first.

### 21. Off-Premises Data Services - Property Damage

This Policy covers insured physical loss or damage to insured property at a **location** when such physical loss or damage results from the interruption of **off-premises data processing or data transmission services** by reason of any accidental event at the facilities of the provider of such services, while anywhere within this Policy's Territory, that immediately prevents in whole or in part the delivery of such provided services.
For the purposes of this Additional Coverage an accidental event to satellites will be considered an accidental event at the facilities of the provider.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

Additional General Conditions:

**1)**   The Insured will immediately notify the company providing **off-premises data processing or data transmission services** of any interruption of such services.

**2)**   The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has entered into for such specified services.

Off Premises Data Services - Property Damage Exclusions: As respects Off-Premises Data Services - Property Damage , the following additional exclusion applies:

This Policy excludes loss or damage directly or indirectly caused by or resulting from **terrorism** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

### 22. Off-Premises Service Interruption - Property Damage

This Policy covers insured physical loss or damage at a **location** caused by or resulting from the interruption, in whole or part, of incoming electric, gas, fuel, steam, water, refrigeration, or outgoing sewerage.

The interruption of such services must be by reason of an accidental event, not otherwise excluded by this Policy, at the facilities of the service provider(s) while anywhere within this Policy's Territory.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

Additional Conditions:

This Company will not be liable for deliberate act(s) by the service provider to shed load to maintain system integrity.

Off-Premises Service Interruption - Property Damage Exclusion: As respects Off-Premises Service Interruption - Property Damage the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from **terrorism** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

## 23. Professional Fees

This Policy covers the reasonable and necessary expenses incurred by the Insured of:

**a)**   Auditors;

**b)**   Accountants;

**c)**   Architects;

**d)**   Engineers; or

**e)**   Other professionals; and

**f)**   The Insured's own employees,

For producing and certifying particulars or details to determine the amount of loss payable under this Policy for which this Company has accepted liability.

This coverage does not include the fees and expenses of attorneys, public adjusters, loss appraisers, loss consultants or any of their subsidiaries or related or associated entities.

## 24. Property Removed from a Location

This Policy covers insured property when removed from a **location** to avoid or prevent immediately impending insured physical loss or damage to such property. This Policy covers such property for physical loss or damage as provided at the **location** from which the property was removed.

This coverage applies for a period:

**a)**   Of 120 days from the date of removal; but

**b)**   Not beyond the termination or expiration date of this Policy.

## 25. Protection and Preservation of Property - Property Damage

This Policy covers the reasonable and necessary costs incurred for:

**a)**  Actions to temporarily protect or preserve insured property; provided such actions are necessary due to actual, or to prevent immediately impending, insured physical loss or damage to such insured property.

**b)**  Fire department firefighting charges imposed as a result of responding to a fire in, on or exposing the insured property.

**c)**  Restoring and recharging fire protection systems following an insured loss.

**d)**  The water used for fighting a fire in, on or exposing the insured property.

**e)**  Temporary security for a period of time not to exceed 30 consecutive days due to actual, or to prevent immediately impending, insured physical loss or damage to such insured property.

This coverage does not cover costs incurred for actions to temporarily protect or preserve insured property from actual, or to prevent immediately impending, physical loss or damage covered by the Terrorism coverage of this Policy.

This coverage is subject to the deductible provisions that would have applied had the physical loss or damage happened.

## 26. Tax Treatment

This Policy covers the increased tax liability as a direct result of insured physical loss or damage to insured property. When such tax liability is greater than the tax liability that would have been incurred had there been no such loss or damage, then this Policy will cover only the increased tax liability for the profit portion of a loss payment under this Policy involving finished stock manufactured by the Insured and/or the profit portion of the Business Interruption loss payment.

## 27. Tenants Legal Liability

This Policy covers direct physical loss or damage, caused by or resulting from **named perils**, to that part of buildings of others, including permanently attached building fixtures, leased to and occupied by the Insured at a **described location** to the extent of the Insured's legal liability for such loss or damage.

This coverage also includes the following:

**a)**  The reasonable expenses of defending the Insured against only that part of any suit alleging the Insured's legal liability for such physical loss or damage;

**b)**  The reasonable expenses incurred by this Company, this Company's proportionate share of costs taxed against the Insured in any such suit, and this Company's proportionate share of interest accruing after entry of judgment until this Company has paid, tendered or deposited into court its proportionate share of such judgment; and

**c)**  The reasonable expenses, other than loss of earnings, incurred at this Company's request.

This coverage does not include:

**a)**  That part of any settlement by the Insured to which this Company has not given its prior written consent; or

**b)**  Any legal liability for loss or damage assumed by the Insured under any contract or agreement, whether oral or written, expressed or implied.

Additional Provisions: This Company may:

**a)**  Investigate, negotiate and settle any claim or suit as this Company deems expedient and will not be prejudiced under this coverage for failure to settle for any amount within the Company's applicable limit of liability.

**b)** Pay, tender or deposit into court the Company's applicable limit of liability, less any expenses incurred by the Company, in full satisfaction of its liability under this coverage, and thereby terminate any further liability for any expense amount described in paragraphs a, b or c above.

Tenants Legal Liability Exclusion: As respects Tenants Legal Liability, the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from **terrorism** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

## 28. Terrorism

This Policy covers physical loss or damage caused by or resulting from **terrorism** only at a **described location**.

Any act which satisfies the definition of **terrorism** shall not be considered to be vandalism, malicious mischief, riot, civil commotion or any other risk of physical loss or damage covered elsewhere in this Policy.

Amounts recoverable under this coverage are excluded from coverage elsewhere in this Policy.

This coverage does not cover loss or damage which also comes within the terms of either Group I Item 2a or Group I Item 2c of the Exclusions clause of this Policy.

This coverage does not in any event cover loss or damage directly or indirectly caused by or resulting from any of the following, regardless of any other cause or event, whether or not insured under this Policy contributing concurrently or in any other sequence to the loss:

**a)** That involves the use, release or escape of nuclear materials or that directly or indirectly results in nuclear reaction or radiation or radioactive contamination or that involves the discharge, explosion or use of any nuclear device, weapon or material employing or involving nuclear fission, fusion or radioactive force, whether in time of peace or war and regardless of who commits the act; or

**b)** That is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**c)** In which pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials; or

**d)** That involves action taken to prevent, defend against, respond to or retaliate against **terrorism** or suspected **terrorism**.

## 29. Transit

This Policy covers the following insured personal property:

**a)** Owned by the Insured;

**b)** Of others to the extent of the Insured's interest or legal liability while in the actual or constructive custody of the Insured;

**c)** Shipped to others on Free on Board (FOB), Cost and Freight (C&F) or similar terms. The Insured's contingent interest in such shipments is admitted,

**d)** Of others sold by the Insured, that the Insured has agreed prior to the loss to insure during course of delivery including:

    **i)**    When shipped by the Insured's direct contract service provider or by the Insured's direct contract manufacturer to the Insured or to the Insured's customer;

    **ii)**    When shipped by the Insured's customer to the Insured or to the Insured's contract service provider or to the Insured's contract manufacturer,

While in transit within the Policy's Territory:

**a)**    From the time the property leaves the original point of shipment for transit; and

**b)**    Continuously in the due course of transit until delivered at the destination.

**c)**    Coverage on export shipments not insured under ocean cargo policies does not extend beyond the time when the property is loaded on board overseas vessels or aircraft. Coverage on import shipments not insured under ocean cargo policies does not attach until after discharge from overseas vessels or aircraft.

This coverage:

**a)**    Insures physical loss or damage caused by or resulting from:

    **i)**    Unintentional acceptance of fraudulent bills of lading, shipping or messenger receipts by the Insured or the Insured's agent, customer or consignee.

    **ii)**    Any unauthorized person(s) representing themselves to be the proper party(ies) to receive the property for shipment or to accept it for delivery.

**b)**    Covers general average and salvage charges on shipments covered while waterborne.

Additional Conditions:

**a)**    Permission is granted to the Insured, without prejudice to this insurance, to accept ordinary bills of lading used by carriers, including:

    **i)**    Released and/or undervalued bills of lading; or

    **ii)**    Shipping or messenger receipts.

**b)**    The Insured may waive subrogation against railroads under sidetrack agreements.

**c)**    The Insured may not enter into any special agreement with carriers releasing them from their common law or statutory liability.

**d)**    This coverage shall not inure directly or indirectly to the benefit of any carrier or bailee.

Transit Exclusions: As respects Transit, the following additional exclusions apply:

This Policy excludes:

**a)**    Property shipped by mail.

**b)**    Shipments by air unless made by regularly scheduled airlines.

**c)**    Waterborne shipments via the Panama Canal or waterborne shipments to and from:

    **i)**    Alaska.

      **ii)**  Hawaii.

      **iii)**  Commonwealth of Puerto Rico.

      **iv)**  Virgin Islands.

**d)**  Any transporting vehicle.

**e)**  Property of others, including the Insured's legal liability, hauled on vehicles owned, leased or operated by the Insured when acting as a common or contract carrier.

**f)**  Property insured under any import or export ocean marine insurance.

Transit Valuation: On property insured under this coverage, the loss amount will not exceed the following:

**a)**  For property shipped to or for the account of the Insured: the actual invoice to the Insured, including such costs and charges (including the commission of the Insured as selling agent) as may have accrued and become legally due on such property.

**b)**  For property that has been sold by the Insured and shipped to or for the account of the purchaser (if covered by this Policy), the amount of the Insured's selling invoice, including prepaid or advanced freight.

**c)**  For property not under invoice:

      **i)**  For property of the Insured, at the valuation provisions of the Policy applying at the place from which the property is being transported; or

      **ii)**  For other property, the **actual cash value** at point of destination on the date of loss,

Less any charges saved which would have become due and payable upon arrival at destination.

## 30. Unnamed Property

This Policy covers insured property anywhere within this Policy's Territory, excluding property while in transit.

Unnamed Property Exclusion: As respects Unnamed Property, the following additional exclusion applies:

This Policy excludes:

**a)**  **Transmission and distribution systems**, except at a premises owned, leased or rented by the Insured**.**

# BUSINESS INTERRUPTION

The Business Interruption loss, as provided in the Business Interruption Coverage and Business Interruption Coverage Extensions of this section, is subject to all the terms and conditions of this Policy including, but not limited to, the limits of liability, deductibles and exclusions shown in the Declarations section.

## A. LOSS INSURED

This Policy insures Business Interruption loss, as provided in the Business Interruption Coverage, as a direct result of physical loss or damage of the type insured:

1. To property as described elsewhere in this Policy and not otherwise excluded by this Policy;

2. Used by the Insured;

3. While at a **location** or while in transit as provided by this Policy; and

4. During the Period of Liability as described elsewhere in this Policy.

This Policy insures Business Interruption loss only to the extent it cannot be reduced through:

1. The use of any property or service owned or controlled by the Insured;

2. The use of any property or service obtainable from other sources;

3. Working extra time or overtime; or

4. The use of inventory;

All whether at a **location** or at any other premises. This Company reserves the right to take into consideration the combined operating results of all associated, affiliated or subsidiary companies of the Insured in determining the amount of loss.

In determining the amount of loss payable, this Company will consider:

1. Any amount recovered elsewhere under this Policy for loss or damage to finished goods or merchandise at selling price as having been sold to the Insured's regular customers and credited against net sales.

2. The experience of the business before and after and the probable experience during the Period of Liability. The probable experience will also consider any increase or decrease in demand for the Insured's goods or services during the Period of Liability, even if such increase or decrease is from the same event that caused physical loss or damage starting the Period of Liability.

3. The continuation of only those normal charges and expenses that would have been earned had there been no interruption of production or business operations or services.

This Policy also covers expenses reasonably and necessarily incurred by the Insured to reduce the loss otherwise payable under this Policy. The amount of such recoverable expenses will not exceed the amount by which the loss is reduced.

## B. <u>BUSINESS INTERRUPTION COVERAGE</u>

### 1. Gross Earnings

The recoverable Gross Earnings loss is the actual loss sustained by the Insured of **Gross Earnings**, less all charges and expenses that do not necessarily continue, plus all other earnings derived from the operations of the business, excluding loss covered under Rental Income, during the Period of Liability.

**Gross Earnings** means:

The net sales value of production or business operations or services less the cost of:

**a)**   Raw stock;

**b)**   Materials and supplies; and

**c)**   Merchandise sold;

Used in production or business operations or services rendered by the Insured

The recoverable Gross Earnings loss payable is limited to the extent the Insured is:

**a)**   Wholly or partially prevented from producing goods or continuing business operations or services;

**b)**   Unable to make up lost production within a reasonable amount of time, not limited to the period during which production is interrupted;

**c)**   Unable to continue such operations or services during the Period of Liability; and

**d)**   Able to demonstrate a loss of sales for the production or business operations or services prevented.

### 2. Gross Profits

The recoverable Gross Profits loss is the actual loss sustained by the Insured of the:

**a)**   **Reduction in Sales;** and the

**b)**   **Increased Cost of Doing Business,**

Resulting from the necessary interruption of business during the Period of Liability.

As respects Gross Profits, Business Interruption Exclusion Items 2a, 2c and 3 do not apply.

For purposes of measuring the loss:

**Gross Profits** means:

The sum produced by adding the **Net Profit** to the **Insured Fixed Charges**. If there is no **Net Profit** the amount of all **Insured Fixed Charges** less that proportion of any loss from business operations as the amount of the **Insured Fixed Charges** bears to all fixed charges.

**Increased Cost of Doing Business** means:

The reasonable and necessary costs incurred to avoid or diminish a reduction in sales but not to exceed the sum produced by applying the **Rate of Gross Profit** to the amount of the reduction avoided; all less any sums saved as may cease or be reduced during the Period of Liability.

**Insured Fixed Charges** means:

All fixed charges unless specifically excluded in the Declarations section.

**Net Profit** means:

The net operating profit excluding:

**a)**   Capital receipts and accruals; and

**b)**   Outlay properly chargeable to capital;

Resulting from the business of the Insured after due provision has been made for all fixed charges and any other expenses, including depreciation, but before deduction of any taxes on profits.

**Rate of Gross Profit** means:

The rate of **Gross Profit** earned on **Sales** during the twelve (12) full months immediately before the date of the loss or damage to the insured property.

**Reduction in Sales** means:

The amount produced by applying the **Rate of Gross Profit** to the amount by which the **Sales** during the Period of Liability fall short of the **Standard Sales**.

**Sales** means:

The money, excluding loss covered under Rental Income, paid or payable to the Insured for:

**a)**   Goods sold and delivered; and

**b)**   Services rendered;

In the conduct of the Insured's business**.**

**Standard Sales** means:

The **Sales** during the period of the twelve (12) months immediately before the date of the loss or damage to the insured property which corresponds with the Period of Liability.

## 3.   Rental Income

The recoverable Rental Income loss is the actual loss sustained by the Insured of the following during the Period of Liability:

**a)**   The fair rental value of any portion of the property occupied by the Insured;

**b)**   Income reasonably expected from the rentals of unoccupied or unrented portions of such property;

**c)**   The rental income from the rented portions of such property, according to bona fide leases, contracts or agreements, in force at the time of loss;

All less charges and expenses that do not continue.

Rental Income Exclusion: As respects Rental Income, the following additional exclusion applies:

This Policy does not insure:

**a)**   Any loss of rental income during any period in which the insured property would not have been rented for any reason other than an insured loss.

## 4.   Extra Expense

The recoverable Extra Expense loss is the reasonable and necessary extra expense incurred by the Insured of the following during the Period of Liability to:

**a)**   Temporarily continue as close to normal the conduct of the Insured's business; and

**b)**   Temporarily use the property or facilities of the Insured or others;

All less any value remaining at the end of the Period of Liability for property obtained in connection with the above.

If the Insured makes claim in accordance with the terms and conditions of the BI Select clause, the Period of Liability for Extra Expense coverage will be the Period of Liability applicable to the Business Interruption Coverage option selected.

Extra Expense Exclusions: As respects Extra Expense, the following additional exclusions apply:

This Policy does not insure:

**a)**   Any loss of income.

**b)**   Expenses that usually would have been incurred in conducting the business during the same period had no physical loss or damage happened.

**c)**   The cost of permanent repair or replacement of property that has been damaged or destroyed.

**d)**   Any expense recoverable elsewhere in this Policy.

## 5.   BI Select™

If this Policy insures Gross Earnings and Gross Profit the Insured has the option to make claim based on either:

**a)**   Gross Earnings; or

**b)**   Gross Profit.

If such claim involves more than one **location**, including interdependency at one or more **locations**, all such claims will be adjusted using the coverage option chosen above.

This option may be exercised any time prior to meeting the conditions set forth in the Settlement of Claims provisions in the Loss Adjustment and Settlement section of this Policy.

## C.  PERIOD OF LIABILITY

The Period of Liability for Business Interruption Coverage and Business Interruption Coverage Extensions, unless otherwise stated elsewhere in this Policy, is as follows:

The Gross Earnings, Rental Income or Extra Expense Period of Liability is:

1.  The period starting from the time of physical loss or damage of the type insured; and

2.  Ending when, with due diligence and dispatch,

    a)  The lost or damaged property could be repaired or replaced and made ready for production or business operations or services under the same or equivalent physical operating conditions that existed prior to the loss or damage; or

    b)  The lost or damaged property under the course of construction or renovation could be repaired or replaced to the same or equivalent degree of completion that existed prior to the loss or damage. This period of time will be applied to the level of business that would have been reasonably achieved after construction and startup would have been completed had no physical damage happened.

3.  For **raw materials** or supplies, the period of time:

    a)  Resulting from the inability to procure suitable **raw materials** or supplies to replace those physically lost or damaged, but

    b)  For no more than the period of time for which such physically lost or damaged **raw materials** or supplies would have supplied production or business operating or servicing needs.

The Gross Profit Period of Liability is:

The period starting from the time of physical loss or damage of the type insured and ending no later than the period of time shown in the Declarations section during which the results of the business shall be directly affected by such damage.

Period of Liability Conditions:

The Period of Liability will not include any additional time:

1.  Due to the Insured's inability to resume production or business operations or services regardless of the reason, including but not limited to:

    a)  Making change(s) to the buildings, structures or equipment, for any reason except as provided by the Demolition and Increased Cost of Construction coverage in this Policy; or

    b)  Restaffing or retraining employees. However, this item does not apply to additional time needed to train staff to use new machinery or equipment which replaces machinery or equipment that suffered insured physical loss or damage, provided that such training is completed within 90 days after the new machinery or equipment has been installed.

If two or more Periods of Liability apply such periods will not be cumulative and will not be limited by the expiration of this Policy.

## D.  BUSINESS INTERRUPTION EXCLUSIONS

In addition to the exclusions elsewhere in this Policy, the following exclusions apply to Business Interruption loss:

This Policy does not insure:

1. Any loss during any idle period, including but not limited to when production, operations or services or delivery or receipt of goods would cease, or would not have taken place or would have been prevented due to:

    a) Physical loss or damage not insured by this Policy.

    b) Planned or rescheduled shutdown.

    c) Strike or other work stoppage.

    d) Any other reason other than physical loss or damage insured under this Policy.

2. Any increase in loss due to:

    a) The suspension, cancellation, or lapse of any lease, contract, license or order.

    b) Damages for breach of contract, or for late or non-completion of orders.

    c) Fines or penalties of any nature, except as provided by the Contractual Penalties coverage in this Policy.

    d) Any other consequential or remote loss.

3. Any loss resulting from physical loss or damage to merchandise or finished goods valued at the regular cash selling price or the time required for their reproduction.

4. Any loss resulting from the actual cash value portion of direct physical loss or damage by fire caused by or resulting from terrorism.

# E. BUSINESS INTERRUPTION COVERAGE EXTENSIONS

## 1. Attraction Property

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability directly resulting from physical loss or damage of the type insured to property of the type insured that attracts business to a **described location** and is within one (1) statute mile of the **described location**.

Attraction Property Exclusion: As respects Attraction Property, the following additional exclusion applies:

This Policy does not insure loss resulting from:

a) Physical loss or damage caused by or resulting from **terrorism,** regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to loss.

## 2. Civil or Military Authority

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability if an order of civil or military authority prohibits access to a **location** provided such order is the direct result of physical damage of the type insured at a **location** or within five (5) statute miles of it.

Item B. 3. of Property Excluded does not apply to this Business Interruption Coverage Extension.

The Period of Liability for this Business Interruption Coverage Extension will be:

a)   The period of time starting at the time of such order of civil or military authority, but not to exceed the number of consecutive days shown in the Declarations section of this Policy.

## 3.   Communicable Disease - Business Interruption

If a **described location** owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease** and access to such **described location** is limited, restricted or prohibited by:

a)   An order of an authorized governmental agency regulating such presence of **communicable disease**; or

b)   A decision of an Officer of the Insured as a result of such presence of **communicable disease**,

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability at such **described location** with such presence of **communicable disease**.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

Communicable Disease - Business Interruption Exclusions: As respects Communicable Disease - Business Interruption, the following additional exclusions apply:

This Policy does not insure loss resulting from:

a)   The enforcement of any law or ordinance with which the Insured was legally obligated to comply prior to the time of the actual spread of **communicable disease**.

b)   Loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any sequence of loss.

The Period of Liability for this Business Interruption Coverage Extension will be:

The period of time:

a)   Starting at the time of the order of the authorized governmental agency or the Officer of the Insured; but

b)   Not to exceed the time limit shown in the Limits of Liability clause in the Declarations section,

This period of time is part of and not in addition to any Period of Liability applying to any coverage provided in the Business Interruption section.

## 4.   Computer Systems Non-Physical Damage

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability directly resulting from:

a)   The failure of the Insured's **electronic data processing equipment or media** to operate provided that such failure is the direct result of a malicious act directed at the Named Insured; or

b)   The Insured's reasonable action to temporarily protect the Insured's **electronic data processing equipment or media** against an actual or immediately impending malicious act directed at the Named Insured, provided such action is necessary to prevent failure of the Insured's **electronic data processing equipment or media** to operate.

While anywhere within this Policy's Territory.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

The Period of Liability for this Business Interruption Coverage Extension will be:

**a)**  The period of time starting when the Insured's **electronic data processing equipment or media** fails to operate and ending when, with due diligence and dispatch, the Insured's **electronic data processing equipment or media** could be restored to the same or equivalent operating condition that existed prior to the failure; and

**b)**  Does not include the additional time to make changes to the Insured's **electronic data processing equipment or media**.

## 5.  Contractual Penalties

This Policy covers contractual penalties incurred by the Insured during the Period of Liability due to late or non-completion of orders as a direct result of insured physical loss or damage to property of the type insured**.**

This extension of coverage applies provided that such contractual penalties:

**a)**  Are written in the provisions of a contract prior to the time of such direct physical loss or damage, and

**b)**  Will be limited to the contractual sales value of such late or non-completed orders.

## 6.  Crisis Management

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability if an order of civil or military authority prohibits access to a **described location,** provided such order is a direct result of:

**a)**  A violent crime, suicide, attempted suicide or armed robbery; or

**b)**  A death or bodily injury caused by a **workplace accident**;

At that **described location.**

For the purpose of this Business Interruption Coverage Extension only, a violent crime, suicide, attempted suicide or armed robbery at a **described location** will be considered direct physical loss or damage insured by this Policy.

Crisis Management Exclusion: As respects Crisis Management, the following additional exclusion applies:

This Policy does not insure loss resulting from:

**a)**  Physical loss or damage caused by or resulting from **terrorism,** regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to the loss.

The Period of Liability for this Business Interruption Coverage Extension will be:

**a)**  The period of time starting at the time of such order of civil or military authority, but not to exceed the number of consecutive days shown in the Declarations section of this Policy.

## 7.  Extended Period of Liability

The Gross Earnings and Rental Income coverage is extended to cover the reduction in sales resulting from:

**a)**  The interruption of business as covered by Gross Earnings or Rental Income;

**b)**  For such additional length of time as would be required with the exercise of due diligence and dispatch to restore the Insured's business to the condition that would have existed had no loss happened; and

c)   Commencing with the date on which the liability of the Company for loss resulting from interruption of business would terminate if this Business Interruption Coverage Extension had not been included in this Policy.

However, this Business Interruption Coverage Extension does not apply to Gross Earnings or Rental Income loss resulting from physical loss or damage caused by or resulting from **terrorism**.

As respects Extended Period of Liability, Business Interruption Exclusion Item 2a does not apply.

Coverage under this Business Interruption Coverage Extension for the reduction in sales due to contract cancellation will include only those sales that would have been earned under the contract during the extended period of liability.

Coverage under this Business Interruption Coverage Extension does not apply for more than the number of consecutive days shown in the Limits of Liability clause of the Declarations section of this Policy.

## 8.   Ingress/Egress

This Policy covers the Business Interruption Coverage loss incurred by the Insured due to the necessary interruption of the Insured's business when ingress to or egress from a **described location(s)** is physically prevented, either partially or totally, as a direct result of physical loss or damage of the type insured to property of the type insured whether or not at a **described location**.

Item B. 3. of Property Excluded does not apply to this Business Interruption Coverage Extension.

Ingress/Egress Exclusion: As respects Ingress/Egress, the following additional exclusion applies:

This Policy does not insure loss resulting from:

a)   Physical loss or damage caused by or resulting from **terrorism,** regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to the loss.

## 9.   Leasehold Interest

This Policy covers the loss incurred by the Insured of Leasehold Interest as follows:

If the lease agreement requires continuation of rent; and if the property is wholly untenantable or unusable, the actual rent payable for the unexpired term of the lease; or if the property is partially untenantable or unusable, the proportion of the rent payable for the unexpired term of the lease.

If the lease is cancelled by the lessor pursuant to the lease agreement or by the operation of law; the **Lease Interest** for the first three months following the loss; and the **Net Lease Interest** for the remaining unexpired term of the lease. Leasehold Interests Exclusions: As respects Leasehold Interest, the following applies:

a)   Business Interruption Exclusions 1, 2 and 3 do not apply and the following applies instead:

This Policy does not insure any increase in loss resulting from the suspension, lapse or cancellation of any license, or from the Insured exercising an option to cancel the lease; or from any act or omission of the Insured that constitutes a default under the lease.

b)   This Policy does not insure loss directly resulting from physical loss or damage to Personal Property.

As used above, the following terms mean:

**Net Lease Interest:**

That sum which placed at 6 percent interest rate compounded annually would equal the Lease Interest (less any amounts otherwise payable hereunder).

**Lease Interest:**

The excess rent paid for the same or similar replacement property over actual rent payable plus cash bonuses or advance rent paid (including maintenance or operating charges) for each month during the unexpired term of the Insured's lease.

## 10. Logistics Extra Cost

This Policy covers the extra cost incurred by the Insured during the Period of Liability due to disruption of the normal movement of goods or materials:

**a)** Directly between **described locations**; or

**b)** Directly between a **location** and the premises of a direct supplier, direct customer or direct contract service provider to the Insured;

Provided that such disruption is a direct result of physical loss or damage of the type insured to property of the type insured within the Policy's Territory.

Item B. 3. of Property Excluded does not apply to this Business Interruption Coverage Extension.

The recoverable extra cost loss will be the reasonable and necessary extra costs incurred by the Insured of the following:

**a)** Extra costs to temporarily continue as close to normal the movement of goods or materials.

Logistics Extra Cost Exclusions: As respects Logistics Extra Cost, the following shall apply:

This Policy does not insure any loss resulting from:

**a)** Disruption of incoming or outgoing services consisting of electricity, gas, fuel, steam, water, refrigeration, sewerage and voice, data or video.

**b)** Disruption caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

**c)** Disruption caused by physical loss or damage to personal property of the Insured while in transit.

**d)** Disruption in the movement of goods or materials between the premises of a supplier, customer or contract service provider to the Insured and the premises of another supplier, customer or contract service provider to the Insured.

**e)** Costs that usually would have been incurred in conducting the business during the same period had there been no disruption of normal movement of goods or materials; or

**f)** Loss of income

**g)** Costs of permanent repair or replacement of property that has been damaged or destroyed.

The Period of Liability for this Business Interruption Coverage Extension will be:

The period of time:

**a)** Starting at the time of physical loss or damage causing the disruption of the normal movement of goods or materials; and

b) Ending not later than when with due diligence and dispatch the normal movement of goods or materials could be resumed.

## 11. Off-Premises Data Services - Business Interruption

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability at a **location** of **off-premises data processing or data transmission services**, when the interruption is caused by any accidental event at the facilities of the provider of such services, while anywhere within this Policy's Territory, that immediately prevents in whole or in part the delivery of such provided services. For the purposes of this Additional Coverage an accidental event to satellites will be considered an accidental event at the facilities of the provider.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

Additional General Conditions:

a) The Insured will immediately notify the company providing **off-premises data processing or data transmission services** of any interruption of such services.

b) The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has entered into for such specified services.

Coverage provided in this Extension is excluded from coverage elsewhere in this Policy.

This Extension does not cover the Business Interruption Coverage loss incurred by the Insured covered by Computer Systems Non-Physical Damage coverage as provided in this section of this Policy.

Off-Premises Data Services - Business Interruption Exclusions: As respects Off- Premises Data Services - Business Interruption, the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from **terrorism** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

As used above, Period of Liability of **off-premises data processing or data transmission services**:

a) Is the period starting with the time when an interruption of provided services happens; and ending when with due diligence and dispatch the service could be wholly restored and the **location** receiving the service could or would have resumed normal operations following the restorations of service under the same or equivalent physical and operating conditions as provided by the Period of Liability clause in this section.

b) Is limited to only those hours during which the Insured would or could have used service(s) if it had been available.

c) Does not extend to include the interruption of operations caused by any reason other than interruption of the provided service(s).

## 12. Off-Premises Service Interruption - Business Interruption

This Policy covers Business Interruption Coverage loss incurred by the Insured during the Period of Liability caused by the interruption, in whole or part, of incoming electric, gas, fuel, steam, water, refrigeration, and outgoing sewerage services at a **location**.

The interruption of such services must be by reason of any accidental event, not otherwise excluded by this Policy, at the facilities of the service provider(s) while anywhere within this Policy's Territory.

This coverage is subject to the Qualifying Period in the Declarations section of this Policy.

Additional Conditions:

This Company will not be liable for deliberate act(s) by the supplying utility to shed load to maintain system integrity.

Off-Premises Service Interruption - Business Interruption Exclusion: As respects Off-Premises Service Interruption - Business Interruption the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from **terrorism** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

The Period of Liability for this Business Interruption Coverage Extension will be:

**a)**   The period starting with the time when an interruption of specified services happens; and

**b)**   Ending when with due diligence and dispatch the service could be wholly restored and the **location** receiving the service could or would have resumed normal operations under the same or equivalent physical and operating conditions. Resultant and concurrent interruptions are considered as one event.

## 13.  Protection and Preservation of Property - Business Interruption

This Policy covers the Business Interruption Coverage loss incurred by the Insured for a period of time not to exceed 48 hours prior to and 48 hours after the Insured first taking reasonable action for the temporary protection and preservation of property insured by this Policy provided such action is necessary to prevent immediately impending insured physical loss or damage to such insured property.

This Business Interruption Coverage Extension does not cover loss sustained by the Insured to temporarily protect or preserve insured property from actual, or to prevent immediately impending, physical loss or damage covered by Terrorism coverage as provided in this Policy.

This Business Interruption Coverage Extension is subject to the deductible provisions that would have applied had the physical loss or damage happened.

## 14.  Research and Development

Gross Earnings and Gross Profits coverages are extended to cover the actual loss sustained by the Insured of continuing fixed charges and **ordinary payroll** directly attributable to the interruption of research and development activities that in themselves would not have produced income during the Period of Liability.

The Period of Liability for this Business Interruption Coverage Extension will be:

The period of time:

**a)**   Starting at the time of physical loss or damage of the type insured; and

**b)**   Ending when the property could be repaired or replaced and made ready for operations.

## 15.  Soft Costs

This Policy covers **soft costs** incurred by the Insured during the Period of Liability arising out of the delay in the completion of buildings and additions under construction directly resulting from physical loss or damage of the type insured to insured property under construction at **locations**.

## 16. Supply Chain

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability directly resulting from physical loss or damage of the type insured to property of the type insured at the premises of any of the following within the Policy's Territory:

**a)**   Direct suppliers, direct customers or direct contract service providers to the Insured;

**b)**   Any company under any royalty, licensing fee or commission agreement with the Insured; or

**c)**   Any company that is a direct or indirect supplier, customer or contract service provider of those described in **a)** above,

But not at the premises of entities directly or indirectly supplying to or receiving from a **location** electricity, fuel, water, steam, refrigeration, sewerage, voice, data or video.

Business Interruption Coverage loss recoverable under this Business Interruption Coverage Extension is extended to include the following Business Interruption Coverage Extensions:

**a)**   Civil or Military Authority

**b)**   Crisis Management

**c)**   Extended Period of Liability

**d)**   Ingress/Egress

**e)**   Off-Premises Service Interruption - Business Interruption

**f)**   Supply Chain

Supply Chain Exclusions: As respects Supply Chain coverage, the following additional exclusion applies:

This Policy does not insure loss resulting from:

**a)**   Physical loss or damage caused by or resulting from **terrorism,** regardless of any other cause or event, whether or not insured by this Policy, contributing concurrently or in any other sequence to the loss.

# LOSS ADJUSTMENT AND SETTLEMENT

## A. ABANDONMENT

There shall be no abandonment to this Company of any property.

## B. APPRAISAL

If the Insured and this Company fail to agree on the amount of loss, each will, on the written demand of either, select a competent and disinterested appraiser after:

**1.** The Insured has fully complied with all provisions of this Policy.

**2.** This Company has received a signed and sworn Proof of Loss from the Insured.

Each will notify the other of the appraiser selected within 20 days of such demand.

The appraisers will first select a competent and disinterested umpire. If the appraisers fail to agree upon an umpire within 30 days then, on the request of the Insured or this Company, the umpire will be selected by a judge of a court of record in the jurisdiction in which the appraisal is pending. The appraisers will then appraise the amount of loss, stating separately the **actual cash value** and replacement cost value as of the date of loss and the amount of loss, for each item of physical loss or damage or if, for Business Interruption loss, the amount of loss for each Business Interruption coverage of this Policy.

If the appraisers fail to agree, they will submit their differences to the umpire. An award agreed to in writing by any two will determine the amount of loss.

The Insured and this Company will each:

**1.** Pay its chosen appraiser; and

**2.** Bear equally the other expenses of the appraisal and umpire.

A demand for Appraisal shall not relieve the Insured of its continuing obligation to comply with the terms and conditions of this Policy, including as provided under Requirements in Case of Loss.

This Company will not be held to have waived any of its rights by any act relating to appraisal.

## C. COLLECTION FROM OTHERS

This Company will not be liable for any loss to the extent that the Insured has collected for such loss from others.

## D. COMPANY OPTION

This Company has the option to take all or any part of damaged property at the agreed or appraised value. This Company must give notice to the Insured of its intention to do so within 30 days after receipt of Proof of Loss.

## E. CURRENCY FOR LOSS PAYMENT

Losses will be adjusted and paid in the currency of the United States of America, except in Canada where losses will be paid in Canadian currency, unless directed otherwise by the First Named Insured.

# F.  LEGAL ACTION AGAINST THIS COMPANY

No suit, action or proceeding for the recovery of any claim will be sustained in any court of law or equity unless:

**1.**   The Insured has fully complied with all the provisions of this Policy; and

**2.**   Legal action is started within two years after inception of the loss.

If under the insurance laws of the jurisdiction in which the property is located, such two-year limitation is invalid, then any such legal action must be started within the shortest limit of time permitted by such laws.

# G. LOSS ADJUSTMENT AND PAYABLE

Loss or damage will be adjusted with the First Named Insured and payable to or as the First Named Insured directs subject to the Mortgagee/Lenders Loss Payable clause in the General Conditions section of this Policy.

Additional insured interests will also be included in loss payment as their interests may appear when named as additional named insured, lender, mortgagee and/or loss payee on a Certificate of Insurance issued by this Company prior to the loss.

When named on a Certificate of Insurance issued by the Insured's broker with this Company's permission, such additional interests are added to this Policy as their interests may appear when such Certificate of Insurance is issued prior to the loss and on file with this Company. The effective date of any such interest will be the issue date of the certificate unless a later date is specified on the Certificate of Insurance. The Certificate of Insurance will not amend, extend or alter the terms, conditions, provisions and limits of this Policy.

# H. OTHER INSURANCE

**1.**   If there is any other insurance that would apply in the absence of this Policy, this Policy will apply only after such insurance whether collectible or not.

**2.**   In no event will this Policy apply as contributing insurance.

**3.**   The Insured is permitted to have other insurance over any limits or sublimits of liability specified elsewhere in this Policy without prejudice to this Policy. The existence of any such insurance will not reduce any limit or sublimit of liability in this Policy. Any other insurance that would have provided primary coverage in the absence of this Policy will not be considered excess.

**4.**   The Insured is permitted to have other insurance for all, or any part, of any deductible in this Policy. The existence of such other insurance will not prejudice recovery under this Policy. If the limits of liability of such other insurance are greater than this Policy's applicable deductible, this Policy's insurance will apply only after such other insurance has been exhausted.

**5.**   If this Policy is deemed to contribute with other insurance, the limit of liability applicable at each **location**, for the purposes of such contribution with other insurers, will be the latest amount described in this Policy or the latest **location** value on file with this Company.

# I.  REQUIREMENTS IN CASE OF LOSS

The Insured will:

**1.**   Give immediate written notice to this Company of any loss.

**2.**   Protect the property from further loss or damage.

3.  Promptly separate the damaged and undamaged property; put it in the best possible order; and furnish a complete inventory of the lost, destroyed, damaged and undamaged property showing in detail the quantities, costs, **actual cash value**, replacement value and amount of loss claimed.

4.  Give a signed and sworn proof of loss to the Company within 90 days after the loss, unless that time is extended in writing by this Company. The proof of loss must state the knowledge and belief of the Insured as to:

    a)  The time and origin of the loss.

    b)  The Insured's interest and that of all others in the property.

    c)  The **actual cash value** and replacement value of each item and the amount of loss to each item; all encumbrances; and all other contracts of insurance, whether valid or not, covering any of the property.

    d)  Any changes in the title, use, occupation, location, possession or exposures of the property since the effective date of this Policy.

    e)  By whom and for what purpose any **location** insured by this Policy was occupied on the date of loss, and whether or not it then stood on leased ground.

5.  Include a copy of all the descriptions and schedules in all policies and, if required, provide verified plans and specifications of any buildings, fixtures, machinery or equipment destroyed or damaged.

6.  Further, the Insured, will as often as may be reasonably required:

    a)  Exhibit to any person designated by the Company all that remains of any property;

    b)  Submit to examination under oath by any person designated by the Company and sign the written records of examinations; and

    c)  Produce for examination at the request of the Company:

        i)   All books of accounts, business records, bills, invoices and other vouchers; or

        ii)  Certified copies if originals are lost,

    At such reasonable times and places that may be designated by the Company or its representative and permit extracts and machine copies to be made.

## J. <u>SETTLEMENT OF CLAIMS</u>

The amount of loss for which this Company may be liable will be paid within 30 days after:

1.  Proof of loss as described in this Policy is received by this Company; and

2.  When a resolution of the amount of loss is made either by:

    a)  Written agreement between the Insured and this Company; or

    b)  The filing with this Company of an award as provided in the Appraisal clause of this section.

In the event of insured physical loss or damage determined by this Company's representatives to be in excess of the applicable policy deductible, this Company will advance mutually agreed-upon partial payment(s), subject to the Policy's

provisions. To obtain such partial payments, the Insured will submit a signed and sworn proof of loss as described in this Policy, with adequate supporting documentation.

## K. <u>SUBROGATION</u>

The Insured shall cooperate in any subrogation proceedings. This Company may require from the Insured an assignment or other transfer of all rights of recovery against any party for loss to the extent of this Company's payment.

This Company will not acquire any rights of recovery that the Insured has expressly waived prior to a loss. No such waiver will affect the Insured's rights under this Policy.

Any recovery from subrogation proceedings, less costs incurred by this Company in such proceedings, will be payable to the Insured in the proportion that the amount of:

1. Any applicable deductible; and/or

2. Any provable uninsured loss,

Bears to the entire provable loss amount.

## L. <u>VALUATION</u>

Adjustment of the physical loss amount(s) under this Policy will be as of the date of loss at the place of loss, and for no more than the interest of the Insured.

1. Adjustment of physical loss to property will be determined based on the lesser of the following unless stated otherwise below or elsewhere in this Policy:

   a) The cost to repair.

   b) The cost to rebuild or replace on the same site with new materials of like size, kind and quality.

   c) The cost to rebuild, repair or replace on the same or another site, but not to exceed the size and operating capacity that existed on the date of loss.

   d) On real property or machinery and equipment, other than stock, offered for sale on the date of the loss, the selling price.

2. On **raw materials**, supplies and merchandise not manufactured by the Insured, the replacement cost.

3. On **stock in process**, the value of **raw materials** and labor expended plus the proper proportion of overhead charges.

4. On finished goods manufactured by the Insured, the regular cash selling price, less all discounts and charges to which such finished goods would have been subject had no loss happened.

5. On exposed films, records, manuscripts and drawings that are not **valuable papers and records**, the value blank plus the cost of copying information from backup or from originals of a previous generation. These costs will not include research, engineering or any costs of restoring or recreating lost information.

6. On property that is damaged by fire and such fire is the result of **terrorism**, the **actual cash value** of the fire damage loss. Any remaining fire damage loss shall be adjusted according to the terms and conditions of the Valuation clause(s) of the Policy and shall be subject to the limit(s) of liability for Terrorism, and if stated the limit of liability for SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT(S), as shown in the Limits of Liability clause in the Declarations section.

7.  On personal property that is part of a pair or set, and the physically damaged personal property cannot be replaced or repaired, the reduction in value of the undamaged portion of insured personal property. If settlement is based on a constructive total loss, the Insured will surrender the undamaged parts of such property to this Company.

8.  On unrepairable electrical or mechanical equipment, including computer equipment, the cost to replace such equipment with equipment that is the most functionally equivalent to that damaged or destroyed, even if such equipment has technological advantages and/or represents an improvement in function and/or forms part of a program of system enhancement.

9.  On property scheduled for demolition, the increased cost of demolition, if any, directly resulting from insured loss.

10.  On improvements and betterments, the unamortized value of improvements and betterments, if such property is not repaired or replaced at the Insured's expense.

11.  On property that is useless to the Insured, the **actual cash value.**

12.  On property if not repaired, replaced or rebuilt on the same or another site within two years from the date of loss, unless such time is extended by the Company, the **actual cash value**.

The Insured may elect not to repair or replace the insured real or personal property under Item 1 above that is lost, damaged or destroyed. Loss settlement may be elected on the lesser of repair or replacement cost basis if the proceeds of such loss settlement are expended on other capital expenditures related to the Insured's operations within two years from the date of loss. As a condition of collecting under this item, such expenditure must be unplanned as of the date of loss and be made at a **described location** under this Policy. This item does not extend to Demolition and Increased Cost of Construction.

# GENERAL CONDITIONS

## A. APPLICATION OF POLICY TO DATE OR TIME RECOGNITION

With respect to situations caused by any **date or time recognition** problem by **electronic data processing equipment or media** (such as the so-called Year 2000 problem), this Policy applies as follows:

1. This Policy does not pay for remediation, change, correction, repair or assessment of any **date or time recognition** problem, including the Year 2000 problem, in any **electronic data processing equipment or media**, whether preventative or remedial, and whether before or after a loss, including temporary protection and preservation of property. This Policy does not pay for any business interruption loss resulting from the foregoing remediation, change, correction, repair or assessment.

2. Failure of **electronic data processing equipment or media** to correctly recognize, interpret, calculate, compare, differentiate, sequence, access or process data involving one or more dates or times, including the Year 2000, is not insured physical loss or damage. This Policy does not pay for any such incident or for any business interruption loss resulting from any such incident.

Subject to all of its terms and conditions, this Policy does pay for physical loss or damage not excluded by this Policy that results from a failure of **electronic data processing equipment or media** to correctly recognize, interpret, calculate, compare, differentiate, sequence, access or process data involving one or more dates or times, including the Year 2000. Such covered resulting physical loss or damage does not include any loss, cost or expense described in a) or b) above. If such covered resulting physical loss or damage happens, and if this Policy provides business interruption coverage, then, subject to all of its terms and conditions, this Policy also covers any insured business interruption loss directly resulting therefrom.

## B. CANCELLATION/NON-RENEWAL

This Policy may be:

1. Cancelled at any time at the request of the First Named Insured by surrendering this Policy to this Company or by giving written notice to this Company stating when such cancellation will take effect; or

2. Cancelled by this Company by giving the First Named Insured not less than:

   a) 60 days written notice of cancellation; or

   b) 10 days written notice of cancellation if the First Named Insured fails to remit, when due, payment of premium for this Policy; or

3. Non-renewed by this Company by giving the First Named Insured not less than 60 days written notice of non-renewal.

Return of any unearned premium will be calculated on the customary short rate basis if the First Named Insured cancels and on a pro-rata basis if the Company cancels this Policy. Return of any unearned premium will be made by the Company as soon as practicable.

## C. CONFORMITY TO STATUTE

Terms of this Policy that conflict with the statutes of the jurisdiction where the insured property is located, are amended to conform to such statutes.

## D. FIRST NAMED INSURED

The First Named Insured shown in the Declarations section:

1. Is responsible for the payment of all premiums.

2. Will be the payee for any return premiums.

3. May authorize changes in the terms and conditions of this Policy with the consent of this Company.

## E. <u>INCREASE IN HAZARD</u>

This Policy will not apply to any **location** where there is an increase in hazard over which the Insured has control and knowledge. Any increase in hazard at one or more **locations** will not affect coverage at other **locations** where, at the time of loss or damage, the increase in hazard does not exist.

## F. <u>INSPECTIONS</u>

This Company, at all reasonable times, will be permitted, but will not have the duty, to inspect insured property. This Company does not address life, safety or health issues.

This Company's:

1. Right to make inspections; or

2. Making of inspections; or

3. Providing recommendations or other information in connection with any inspections,

Will not constitute an undertaking, on behalf of or for the benefit of the Insured or others.

This Company will have no liability to the Insured or any other person because of any inspection or failure to inspect.

When this Company is not providing jurisdictional inspections, the Owner/Operator has the responsibility to assure that jurisdictional inspections are performed as required, and to assure that required jurisdictional Operating Certificates are current for their pressure equipment.

## G. <u>LIBERALIZATION CLAUSE</u>

If during the period that insurance is in force under this Policy, any filed rules or regulations affecting the same are revised by statute so as to broaden the insurance without additional premium charge, such extended or broadened insurance will inure to the benefit of the Insured within such jurisdiction, effective the date of the change specified in such statute.

## H. <u>MISREPRESENTATION AND FRAUD</u>

This entire Policy will be void if, whether before or after a loss, an Insured has:

1. Willfully concealed or misrepresented any material fact or circumstance concerning this insurance, the subject thereof, any insurance claim, or the interest of an Insured.

2. Made any attempt to defraud this Company.

3. Made any false swearing.

# I. <u>MORTGAGEE/LENDERS LOSS PAYABLE</u>

Loss or damage, if any, to specified property insured under this Policy shall be payable to each specified Lenders Loss Payable (hereinafter referred to as Lender) and specified Mortgagee as its interest may appear.

This insurance as to the interest of the Lender or Mortgagee shall not be invalidated by:

**1.** Any act or neglect of the debtor, mortgagor or owner (as the case may be) of the property.

**2.** Foreclosure, notice of sale or similar proceedings with respect to the property.

**3.** Change in the title or ownership of the property.

**4.** Change to a more hazardous occupancy.

The Lender or Mortgagee will notify this Company of any known change in ownership, occupancy or hazard and, within 10 days of written request by this Company, may pay the increased premium associated with such known change. If the Lender or Mortgagee fails to pay the increased premium, all coverage under this Policy will cease.

If the Insured fails to render proof of loss within the time provided in this Policy, the Lender or Mortgagee shall render proof of loss within sixty days after having knowledge of the Insured's failure in the form and manner provided by this Policy, and, further, shall be subject to the provisions of this Policy relating to Appraisal, Legal Action Against this Company, and Settlement of Claims.

If this Policy is cancelled at the request of the First Named Insured or its agent, the coverage for the interest of the Lender or Mortgagee will terminate 10 days after the Company sends to the Lender or Mortgagee written notice of cancellation, unless:

**1.** Sooner terminated by authorization, consent, approval, acceptance or ratification of the Insured's action by the Lender or Mortgagee, or its agent.

**2.** This Policy is replaced by the Insured, with a policy providing coverage for the interest of the Lender or Mortgagee, in which event coverage under this Policy with respect to such interest will terminate as of the effective date of the replacement policy, notwithstanding any other provision of this Policy.

This Company may cancel this Policy and/or the interest of the Lender or Mortgagee under this Policy, by giving the Lender or Mortgagee written notice 60 days prior to the effective date of cancellation, if cancellation is for any reason other than non-payment. If the debtor, mortgagor or owner has failed to pay any premium due under this Policy, this Company may cancel this Policy for such non-payment, but will give the Lender or Mortgagee written notice 10 days prior to the effective date of cancellation. If the Lender or Mortgagee fails to pay the premium due by the specified cancellation date, all coverage under this Policy will cease.

Whenever this Company shall pay the Lender or Mortgagee for loss or damage under this Policy and shall deny payment to the debtor, mortgagor or owner, this Company shall, to the extent of such payment, be subrogated to the rights of the Lender or Mortgagee under all collateral held to secure the debt or mortgage. No subrogation shall impair the right of the Lender or Mortgagee to recover the full amount due. At its option, this Company may pay to the Lender or Mortgagee the whole principal due on the debt or mortgage plus any accrued interest. In this event, all rights and securities will be assigned and transferred from the Lender or Mortgagee to this Company, and the remaining debt or mortgage will be paid to this Company.

This Company may invoke this Policy's Suspension clause. The suspension of insurance will apply to the interest of the Lender or Mortgagee in any machine, vessel, or part of any machine or vessel subject to the suspension. This Company will provide the Lender or Mortgagee at the last reported address a copy of the suspension notice.

All notices sent to the Lender shall be sent to its last reported address.

Other provision relating to the interests and obligations of the Lender or Mortgagee may be added to this Policy by agreement in writing.

## J. <u>POLICY MODIFICATION</u>

This Policy contains all of the agreements between the Insured and the Company concerning this insurance. The Insured and the Company may request changes to this Policy. This Policy can be changed only by endorsements issued by the Company and made a part of this Policy.

Notice to any agent or knowledge possessed by any agent or by any other person will not:

1.  Create a waiver, or change any part of this Policy; or

2.  Prevent the Company from asserting any rights under the provisions of this Policy.

## K. <u>REINSTATEMENT OF LIMITS AFTER A LOSS</u>

Except for an **annual aggregate** limit of liability, any loss or payment of any claim will not reduce the amount payable under this Policy.

## L. <u>SUSPENSION</u>

Upon discovery of a dangerous condition, this Company may immediately suspend the **boiler and machinery** insurance with respect to any machine, vessel or part thereof by giving written notice to the Insured. The insurance that is suspended may be reinstated by this Company. The Insured will be allowed the return of the unearned portion of the premium resulting from the suspension of insurance.

## M. <u>TRANSFER OF RIGHTS AND DUTIES UNDER THIS POLICY</u>

The Insured's rights, interests and duties under this Policy may not be transferred or assigned without this Company's written consent.

# DEFINITIONS

**actual cash value** means the cost to repair or replace the property, on the date of the loss or damage, with material of like kind and quality, less proper deduction for obsolescence and physical depreciation.

**annual aggregate** means the Company's maximum amount payable during any policy year.

**boiler and machinery** means:

1. Direct physical loss or damage originating within:

   **a)** Boilers, fired or unfired pressure vessels, vacuum vessels and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:

      **i)** Waste disposal piping;

      **ii)** Any piping forming part of a fire protective system;

      **iii)** Furnaces; and

      **iv)** Any water piping other than:

         **(a)** Boiler feed water piping between the feed pump or injector and the boiler;

         **(b)** Boiler condensate return piping; or

         **(c)** Water piping forming part of a refrigerating or air conditioning system used for cooling, humidifying or space heating purposes.

   **b)** All mechanical, electrical, electronic or fiber optic equipment;

2. And caused by, resulting from or consisting of:

   **a)** Mechanical breakdown; or

   **b)** Electrical or electronic breakdown; or

   **c)** Extremes or changes of temperature; or

   **d)** Rupture, bursting, bulging, implosion or steam explosion.

3. **boiler and machinery** as used in this Policy does not mean:

   Physical loss or damage caused by or resulting from any of the following regardless of any other cause or event contributing concurrently or in any other sequence to the loss:

   **a)** Combustion explosions, except from within combustion gas turbines; or

   **b)** Explosions from liquids coming in contact with molten materials; or

   **c)** Accidental discharge, escape, leakage, backup or overflow to the open of any material from confinement within piping, plumbing systems or tanks except from property described in Item 1a above; or

   **d)** Fire, or from the use of water or other means to extinguish a fire.

**communicable disease** means disease which is:

1. Transmissible from human to human by direct or indirect contact with an affected individual or the individual's discharges, or

2. Legionellosis.

**contaminant** means anything that causes **contamination.**

**contamination** means any condition of property due to the actual or suspected presence of any foreign substance, impurity, pollutant, hazardous material, poison, toxin, pathogen or pathogenic organism, bacteria, virus, disease causing or illness causing agent, fungus, mold or mildew.

**date or time recognition** means the recognition, interpretation, calculation, comparison, differentiation, sequencing, accessing or processing of data involving one or more dates or times, including the Year 2000.

**described location(s)** means the locations described in the Insurance Provided clause of the Declarations section of this Policy.

**earth movement** means any natural or man-made earth movement, including but not limited to earthquake or landslide regardless of any other cause or event contributing concurrently or in any other sequence of loss. However, physical loss or damage by fire, explosion, sprinkler leakage or **flood** resulting from **earth movement** will not be considered to be loss by **earth movement** within the terms and conditions of this Policy.

**electronic data processing equipment or media** means any computer, computer system or component, hardware, network, microprocessor, microchip, integrated circuit or similar devices or components in computer or non-computer equipment, operating systems, data, programs or other software stored on electronic, electro-mechanical, electro-magnetic data processing or production equipment, whether the property of the Insured or not.

**fine arts** means paintings; etchings; pictures; tapestries; rare or art glass windows; valuable rugs; statuary; sculptures; antique furniture; antique jewelry; bric-a-brac; porcelains; and similar property of rarity, historical value, or artistic merit, excluding automobiles, coins, stamps, furs, jewelry, precious stones, precious metals, watercraft, aircraft, money and securities.

**flood** means flood; surface waters; rising waters; storm surge, sea surge, wave wash; waves; tsunami; tide or tidal water; the release of water, the rising, overflowing or breaking of boundaries of natural or man-made bodies of water; or the spray therefrom; all whether driven by wind or not; or sewer backup resulting from any of the foregoing; regardless of any other cause or event, whether natural or man-made, contributing concurrently or in any other sequence of loss. Physical loss or damage from **flood** associated with a storm or weather disturbance whether or not identified by name by any meteorological authority, is considered to be **flood** within the terms of this Policy. However, physical loss or damage by fire, explosion or sprinkler leakage resulting from **flood** is not considered to be loss by **flood** within the terms and conditions of this Policy.

**Green** means products, materials, methods and processes certified by a **Green Authority** that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize environmental impact.

**Green Authority** means an authority on **Green** buildings, products, materials, methods or processes that are certified and accepted by Leadership in Energy and Environmental Design (LEED®), Green Building Initiative Green Globes®, Energy Star Rating System or any other recognized **Green** rating system.

**irreplaceable** means an item which cannot be replaced with other of like kind and quality.

**location** means a location described in the Insurance Provided clause of the Declarations section or included as Newly Acquired Property or Unnamed Property coverages.

**named perils** means: fire, lightning, **wind**, hail, explosion, smoke, impact from aircraft and vehicles, objects falling from aircraft, strike, riot, civil commotion, vandalism, theft, attempted theft, sprinkler leakage or collapse of buildings.

**occurrence** means the sum total of all loss or damage of the type insured, including any insured Business Interruption loss, arising out of or caused by one discrete event of physical loss or damage, except as respects the following:

1.  **terrorism: occurrence** will mean the sum total of all loss or damage of the type insured, including any insured Business Interruption loss, arising out of or caused by all acts of **terrorism** during a continuous period of seventy-two (72) hours.

2.  **earth movement: occurrence** will mean the sum total of all loss or damage of the type insured, including any insured Business Interruption loss, arising out of or caused by all **earth movement(s)** during a continuous period of seventy-two (72) hours.

**off-premises data processing or data transmission services** means the storage or processing of data performed off-premises of the Insured's property, including the transmission of voice, data or video over a single, or combination of, computer or communication networks.

**offshore** means away from the shore but not connected to the shore by docks, piers or any other physical connection other than pipelines.

**ordinary payroll** means:

1.  Wages of all employees except officers, executives, department managers, and employees under contract or similar key employees; and

2.  Includes taxes and charges dependent on the payment of those wages.

**physical loss or damage to electronic data, programs or software** means the destruction, distortion or corruption of electronic data, programs or software.

**production machinery and equipment** means any production or process machine(s) or apparatus that processes, forms, cuts, shapes, grinds or conveys **raw materials**, materials in process or finished goods and any associated equipment utilized in production including but not limited to electrical cabling, transformers, HVAC and any equipment or apparatus that is mounted upon or used exclusively with any one or more production or process machine(s) or apparatus.

**raw materials** mean materials and supplies in the state in which the Insured receives them for conversion by the Insured into finished goods.

**soft costs** means the expenses over and above normal expenses at **locations** undergoing alterations or additions to existing property and property in the course of construction limited to the following:

1.  Construction loan fees - the additional cost incurred to rearrange loans necessary for the completion of construction, repairs or reconstruction including the cost to arrange refinancing, accounting work necessary to restructure financing, legal work necessary to prepare new documents, and charges by the lenders for the extension or renewal of loans necessary.

2.  Commitment fees, leasing and marketing expenses - the cost of returning any commitment fees received from prospective tenant(s) or purchaser(s), the cost of releasing and marketing of the Insured Project due to loss of tenant(s) or purchaser(s).

3.  Additional fees - for architects, engineers, consultants, attorneys and accountants needed for the completion of construction, repairs or reconstruction.

4.  Carrying costs - building permits, additional interest on loans, insurance premiums and property and realty taxes.

**stock in process** means **raw materials** or stock, which has undergone any aging, seasoning, mechanical or other process or manufacture, but which is not finished goods.

**terrorism** means:

1.  Any act, involving the use or threat of: force, violence, dangerous conduct, interference with the operations of any business, government or other organization or institution, or any similar act,

2.  When the effect or apparent purpose is:

    To influence or instill fear in any government (de jure or de facto) or the public, or any segment of either; or to further, or to express support for, or opposition to, any political, religious, social, ideological or similar type of objective or position.

**transmission and distribution systems** means transmission and distribution systems including but not limited to electricity, gas, fuel, steam, water, refrigeration, sewerage, voice, data and video. Such systems shall include poles, towers and fixtures, overhead conductors and devices, underground and underwater conduit, underground and underwater conductors and devices, line transformers, service meters, street lighting and signal systems.

**valuable papers and records** means inscribed, printed or written: documents; manuscripts or records including abstracts; and, books, deeds, drawings, films, maps or mortgages, all of which must be of value to the Insured. **Valuable papers and records** are not: money, securities and stamps; converted data programs or instructions used in the Insured's data processing operations; or, materials on which data is recorded.

**wind** means direct action of wind including substance driven by wind. **Wind** does not mean or include anything defined as **flood** in this Policy.

**workplace accident** means a sudden, fortuitous event that happens during working hours and arises out of work performed in the course and the scope of employment.

# Master Policy Endorsement

This Endorsement is a part of this Policy and the terms and conditions of this Policy are amended as described herein. All other terms and conditions of the Policy remain unchanged.

## 1. Master Global Insuring Policy

This Policy is designated the Master Global Insuring Policy. Coverage under this Policy shall apply only after the coverage provided under the local policy issued by this Company, its **representative company(ies)** or any other insurance company has been exhausted. Such local policy will be the first policy to respond in the event of loss or damage. Only upon exhaustion of coverage under the local policy, this Policy covers:

**a)**   The difference in definitions, perils, conditions or coverages between the local policy and this Policy; and

**b)**   The difference between the limit(s) of liability stated in the local policy and this Policy;

Provided that:

    **i)**   The coverage is provided under this Policy;

    **ii)**   The limit(s) of liability has been exhausted under the local policy; and

    **iii)**   The deductible(s) applicable to such claim for loss or damage under the local policy has been applied. If the deductible applied in the local policy is different from the deductible that would have been applied for such loss under this Policy, then this Policy will provide for such difference in deductible.

Any coverage provided under the local policy that is not provided under this Policy does not extend to this Policy. As respects **representative company(ies)** only, any insolvency or bankruptcy of the local insurance company shall be considered exhaustion of coverage under the local policy.

As respects local policies issued by companies other than this Company or its **representative company(ies)**, the following also applies:

**a)**   This Policy will not cover:

    **i)**   Any financial loss due to insolvency or bankruptcy of the insurance company issuing the local policy.

    **ii)**   Any financial loss due to the application of deductibles, coinsurance or average clauses under the local policy.

**b)**   It is agreed that during the term of this Policy the Insured will not cancel or restrict any insurance in force at the time coverage hereunder attaches, which covers the same risk(s) as covered hereunder, without the knowledge and consent of the Company.

**c)**   If the local policy is cancelled, restricted or allowed to expire and not renewed without the knowledge and consent of the Company, this coverage will continue to apply as though such local policy had been maintained in full force and effect.

For purposes of this coverage, **representative company(ies)** means FM Insurance Company Limited; Factory Mutual Insurance Company; FM Insurance Europe S.A., FM Global de Mexico; Affiliated FM Insurance Company; Appalachian Insurance Company or any other company issuing a local policy at the direction of this Company.

**Uncontrolled policy** means any local policy issued by companies other than this by this Company or its **representative company(ies)**

Uncontrolled Policy Exclusions: As respects any **uncontrolled policy,** the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

**a)**  Terrorism;

**b)**  Earth Movement; and

**c)**  Flood.

## 2.  Coinsurance Deficiency and Currency Devaluation

This Policy covers the deficiency in the amount of loss payable under the Insured's locally written policy(ies), if any, and its renewals issued by this Company or its **representative company(ies)**, solely as the result of:

**a)**  The application of a coinsurance (or average) clause; or

**b)**  Official government devaluation of the currency in which the local policy is written,

For physical loss or damage of the type insured under such local policy(ies) to property of the type insured under this Policy.

The Insured agrees to adjust the Policy values as a result of such devaluation within 30 days after the date of the currency's devaluation.

There is no liability if the Insured is unable to recover any loss under such local policy(ies) due to intentional underinsurance by the Insured.

## 3.  Increased Tax Liability

If loss payment under this Policy cannot be made in the country where the loss happened, such loss is to be paid in the currency of this Policy in a country designated by the Insured where such payment is legally permissible. The Insured will cooperate with the Company in making every reasonable effort to pay the loss or portion of it in the country in which the loss happened.

The Company will pay the net amount required to offset local taxes on income with due consideration to any tax relief/credit that accrues because of such payment using the Formula described below. Such Formula will not apply if the calculation of additional payment results in an amount less than zero.

The actual payment under this coverage will be adjusted and reduced by all appropriate tax credits and/or tax relief entitled and/or received by the Insured and/or the local entity where the loss happened provided that an income tax liability is incurred.

Any payment under this coverage will be made only after completion and acceptance by the Company of audited tax returns for the period in question for both the country where a payment under this coverage is made and the country where the loss happened.

Formula:

Additional Payment = [a (1 - c) / (1 - b)] - a

Where:

a = loss otherwise payable under this Policy except for operation of this coverage, after due consideration for any applicable deductible(s).

b = the net effective rate of the sum of: any taxation (a positive number) plus any tax relief/credit (a negative number) that accrues in the country where loss payments are received.

c = the net effective rate of the sum of: any taxation (a positive number) plus any tax relief/credit (a negative number) that accrues in the country where the loss happened.

The rates referred to will be the respective corporate income tax rates in effect on the date of the loss.

## 4.  Neighbor's Recourse and Tenant's Liability

Coverage under this provision is limited to **locations** within the following countries: France, the French Territories, Spain, Italy, Belgium, Greece, Portugal and Luxembourg.

This Policy covers the Insured's liability:

**a)**  As a tenant or occupant under the articles of any civil or commercial code toward the owner for direct physical damage of the type insured to real or personal property of the type insured of the owner of the premises.

**b)**  Under articles of any civil or commercial code toward neighbours, co-tenants and other third parties for direct physical damage of the type insured to the real or personal property of the type insured of neighbours, co-tenants and other third parties.

**c)**  As landlord under articles of any civil or commercial code for direct physical damage of the type insured to the personal property of the type insured of tenants as a result of construction defects or lack of maintenance.

**d)**  As tenant or occupant under the articles of any civil or commercial code for total or partial loss of use by the owner of the premises resulting from direct physical damage of the type insured.

## 5.  Transit

Transit coverage under ADDITIONAL COVERAGES is replaced by:

This Policy covers the following insured personal property:

**a)**  Owned by the Insured;

**b)**  Of others to the extent of the Insured's interest or legal liability while in the actual or constructive custody of the Insured;

**c)**   Shipped to others on Free on Board (FOB), Cost and Freight (C&F) or similar terms. The Insured's contingent interest in such shipments is admitted,

**d)**   Of others sold by the Insured, that the Insured has agreed prior to the loss to insure during course of delivery including:

    **i)**   When shipped by the Insured's direct contract service provider or by the Insured's direct contract manufacturer to the Insured or to the Insured's customer;

    **ii)**   When shipped by the Insured's customer to the Insured or to the Insured's contract service provider or to the Insured's contract manufacturer,

While in transit within the Policy's Territory:

**a)**   From the time the property leaves the original point of shipment for transit; and

**b)**   While in transit:

    **i)**   Within the continent in which the shipment commences; or

    **ii)**   Between Europe and Asia for land or air shipments only,

    Until delivered at the destination.

**c)**   Coverage on export shipments not insured under ocean cargo policies does not extend beyond the time when the property is loaded on board overseas vessels or aircraft. Coverage on import shipments not insured under ocean cargo policies does not attach until after discharge from overseas vessels or aircraft.

This coverage:

**a)**   Insures physical loss or damage caused by or resulting from:

    **i)**   Unintentional acceptance of fraudulent bills of lading, shipping or messenger receipts by the Insured or the Insured's agent, customer or consignee.

    **ii)**   Any unauthorized person(s) representing themselves to be the proper party(ies) to receive the property for shipment or to accept it for delivery.

**b)**   Covers general average and salvage charges on shipments covered while waterborne.

Additional Conditions:

**a)**   Permission is granted to the Insured, without prejudice to this insurance, to accept ordinary bills of lading used by carriers, including:

    **i)**   Released and/or undervalued bills of lading; or

    **ii)**   Shipping or messenger receipts.

**a)**   The Insured may waive subrogation against railroads under sidetrack agreements.

**b)**   The Insured may not enter into any special agreement with carriers releasing them from their common law or statutory liability.

**c)**   This coverage shall not inure directly or indirectly to the benefit of any carrier or bailee.

Transit Exclusions: As respects Transit, the following additional exclusions apply:

This Policy excludes:

**a)**   Waterborne shipments unless by inland waters; or by roll-on/roll-off ferries operating between European ports; or by coastal shipments.

**b)**   Property shipped between continents, except by land or air between Europe and Asia.

**c)**   Property shipped by mail.

**d)**   Shipments by air unless made by regularly scheduled airlines.

**e)**   Any transporting vehicle.

**f)**   Property of others, including the Insured's legal liability, hauled on vehicles owned, leased or operated by the Insured when acting as a common or contract carrier.

**g)**   Property insured under any import or export ocean marine insurance.

Transit Valuation: On property insured under this coverage, the loss amount will not exceed the following:

**a)**   For property shipped to or for the account of the Insured: the actual invoice to the Insured, including such costs and charges (including the commission of the Insured as selling agent) as may have accrued and become legally due on such property.

**b)**   For property that has been sold by the Insured and shipped to or for the account of the purchaser (if covered by this Policy), the amount of the Insured's selling invoice, including prepaid or advanced freight.

**c)**   For property not under invoice:

  **i)**   For property of the Insured, at the valuation provisions of the Policy applying at the place from which the property is being transported; or

  **ii)**   For other property, the **actual cash value** at point of destination on the date of loss,

  Less any charges saved which would have become due and payable upon arrival at destination.

## 6.  Conditions Applicable to Specific Jurisdictions

In the event that local policies contain locations in any of the following countries or territories then the follow terms and conditions will apply:

## A.  Australia Terrorism

For any insured property located in Australia, the definition of **terrorism** is declared null and void and it is agreed that a Declared Terrorist Incident under the Terrorism Insurance Act 2003 shall be considered an act of Terrorism within the terms of this Policy. Coverage recoverable under the Terrorism Insurance Act 2003 is excluded from coverage under this Policy. Any difference in limit between loss recoverable under the Terrorism Insurance Act 2003 and this Policy is not recoverable under this Policy.

## B.  Belgium Terrorism

As respects any insured property located in Belgium, the definition of **terrorism** is declared null and void and it is agreed that any event defined as terrorism in accordance with the Law of 1 April 2007 shall be considered an act of **terrorism** within the terms of this Policy. Coverage provided, in accordance with the terms and conditions of the Terrorism Reinsurance and Insurance Pool Statute, under the European Policy issued by FM Insurance Europe S.A. is excluded from coverage under this Policy. Any difference in limit between loss recoverable from Terrorism Reinsurance and Insurance Pool and this Policy is not recoverable under this Policy.

## C.  France Terrorism

For any insured property located in France or in French territories, the definition of **terrorism** is declared null and void and it is agreed that any event certified to be an act of terrorism in accordance with articles L126-2, R126-1 and R126-2 of the Insurance Code and decree 2001-1337 dated 28 December 2001 shall be considered an act of **terrorism** within the terms of this Policy. Terrorism coverage is mandatory and is provided to the Insured under the European/local Policy issued by FM Insurance Europe S.A.. Coverage provided under this Policy shall not extend the coverage for terrorism provided under such European/local Policy. Any difference in limit between loss recoverable for terrorism under the European/local Policy and this Policy is not recoverable under this Policy.

## D.  Great Britain Terrorism

As respects of any property in **Great Britain**, there is no coverage for loss or damage and any resulting Business Interruption loss as may be provided in this Policy, caused by or resulting from the following regardless of any other cause or event contributing concurrently or in any other sequence to the loss:

**a)**   Terrorism

Terrorism coverage is optional and, if selected, would be provided to the Insured under the underlyer Policy issued by FM Insurance Company Limited.

**Great Britain** means:

England and Wales and Scotland but not the territorial seas adjacent thereto as defined by the Territorial Sea Act 1987 nor the Isle of Man nor the Channel Islands.

For any insured property located in **Great Britain**, the definition of **terrorism** is declared null and void and it is agreed that an act of **terrorism** shall mean an **e**vent certified by Her Majesty's Treasury to be an act of terrorism or determined to be such by an appropriately designated tribunal.

## E.  Netherlands Terrorism

As respects any insured property located in the Netherlands, the definition of **terrorism** contained in Section I., Definitions section of this Policy is declared null and void and it is agreed that any event defined as terrorism in accordance with Dutch Terrorism Risk Reinsurance Company's terms and conditions shall be considered an act of **terrorism** within the terms of this Policy. Coverage provided in accordance with the Dutch Terrorism Risk Reinsurance Company's terms and conditions under the European Policy issued by FM Insurance Europe S.A. is excluded from coverage under this Policy. Any difference in limit between loss recoverable from Dutch Terrorism Risk Reinsurance Company (NHT) and this Policy is not recoverable under this Policy.

## F.  Northern Ireland Terrorism

Coverage is provided for physical loss or damage and any resulting Business Interruption loss, as may be provided in this Policy, to insured property in Northern Ireland occasioned by or happening through or in consequence directly or indirectly of:

**a)**   Riot, civil commotion and (except in respect of loss or damage and resulting Business Interruption loss by fire or explosion) strikers, locked-out workers or persons taking part in labor disturbances or malicious persons; and

**b)**   **Terrorism,**

Subject to liability of the Company only to be for the extent of the loss not recoverable by the Insured under the "Criminal Damage (Compensation) (Northern Ireland) Order 1977" or subsequent legislation; and to all other terms, conditions and limits of this Policy.

## G.  Spain Consorcio

For any insured property located in Spain and as applies to Physical Damage coverage and any resulting Business Interruption loss, as may be provided in this Policy, this Policy does not insure against physical loss or damage caused by:

**a)**   Events separately insured by the Consorcio de Compensacion de Seguros, or events classified by the Public Authorities in Spain as an "extraordinary circumstance."

**b)**   All losses where, despite being of an extraordinary and catastrophic nature, the Consorcio de Compensacion de Seguros does not acknowledge the rights of the Insured on account of the Insured's failure to comply with any of the conditions and stipulations contained in the Reglamento y Disposiciones Complementarias in force at the time of the loss as well as those occurring within the payment free period specified by the aforementioned authority. The Consorcio de Compensacion de Seguros will indemnify claims of an extraordinary nature, within the terms of the various laws and/or Royal Decrees and/or Regulations of Spain which govern Consorcio de Seguros.

For any insured property in Spain, the definition of **terrorism** is declared null and void and it is agreed that any event defined as terrorism by Consorcio de Compensacion de Seguros shall be considered an act of **terrorism** within the terms of this Policy.

## H.  South Africa Coverage

For any insured property in South Africa, the following conditions additionally apply:

Notwithstanding anything contained herein to the contrary:

**a)**   This Policy does not cover loss of or damage directly or indirectly to property related to or caused by:

  **i)**   civil commotion, labor disturbances, riot, strike, lockout or public disorder or any act or activity which is calculated or directed to bring about any of the above;

  **ii)**   war, invasion, act of foreign enemy, hostilities or warlike operations (whether war be declared or not) or civil war;

  **iii)**   mutiny, military rising, military or usurped power, martial law or state of siege, or any other event or cause which determines the proclamation or maintenance of martial law or siege;

**iv)**    insurrection, rebellion or revolution.

**v)**    any act (whether on behalf of any organization, body or person, or group of persons) calculated or directed to overthrow or influence any state or government, or any provincial, local or tribal authority with force, or by means of fear, terrorism or violence;

**vi)**    any act which is calculated or directed to bring about loss or damage in order to further any political aim, objective or cause or to bring about any social or economic change, or in protest against any state or government, or any provincial, local or tribal authority, or for the purpose of inspiring fear in the public, or any section thereof;

**vii)**    any attempt to perform any act referred to in clause d or e above;

**viii)**    The act of any lawfully established authority in controlling, preventing, suppressing or in any other way dealing with any event referred to in clause i, ii, iii, iv, v, vi or vii above.

   If the Insurers allege that by reason of clauses i, ii, iii, iv, v, vi, vii or viii of this exclusion, loss or damage is not covered by this Policy, the burden of proving the contrary will rest on the Insured.

**b)**    This Policy does not cover loss or damage caused directly or indirectly by or through or in consequence of any event for which a fund has been established in terms of the War Damage Insurance and Compensation Act 1976 (No. 85 of 1976) or any similar Act operative in any of the territories to which this Policy applies.

## I.   India Terrorism

For any insured property located in India, the definition of **terrorism** is declared null and void and it is agreed that any event defined as terrorism by the Indian Market Terrorism Risk Insurance Pool shall be considered an act of **terrorism** within the terms of this Policy. Coverage provided by the Indian Market Terrorism Risk Insurance Pool is excluded from coverage under this Policy. Any difference in limit between loss recoverable for terrorism from Indian Market Terrorism Risk Insurance Pool and this Policy is not recoverable under this Policy.

## J.   United States Terrorism

For any insured property located in the United States of America, its territories and possessions and the Commonwealth of Puerto Rico, the definition of **terrorism** is declared null and void and it is agreed that an event defined as Certified Act of Terrorism under the terms of the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT attached to this Policy shall be considered an act of **terrorism** within the terms of this Policy. Coverage recoverable under the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT is excluded from any other coverage under this Policy.  Any difference in limit between loss recoverable under the SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT and this Policy is not recoverable under this Policy.

# CYBER EVENT ENDORSEMENT

This Endorsement is a part of this Policy and the terms and conditions of this Policy are amended as described herein. All other terms and conditions of this Policy remain unchanged.

1.  **Cyber Event Definition**

    The following definition is added to this Policy:

    **cyber event** means any act involving the malicious or unauthorized access to, operation of, or use of **electronic data processing equipment or media**, regardless of any other cause or event contributing concurrently or in any other sequence of loss. However, physical loss or damage by fire, explosion or sprinkler leakage resulting from **cyber event** is not considered to be loss by **cyber event** within the terms and conditions of this Policy.

2.  **Exclusions**

    PROPERTY EXCLUDED item **12**. is replaced with the following:

    12.  Electronic data, programs or software, except when incorporated into physical goods intended to be sold as:

         **a)**    Finished goods manufactured by the Insured; or

         **b)**    Other merchandise not manufactured by the Insured;

         or as provided by the Data Restoration coverage in this Policy.

    EXCLUSIONS Group I item **4**. is replaced with the following:

    4.  Lack of incoming electricity, fuel, water, gas, steam or refrigerant; outgoing sewerage; or incoming or outgoing voice, data or video; all when caused by an event off the **location**, except as provided by the Data Service Provider and Off-Premises Service Interruption coverages in this Policy. If the lack of such a service directly causes insured physical damage at the **location**, then only that resulting damage is insured.

3.  **Additional Coverages**

    ADDITIONAL COVERAGES items **6**. and **21**. are replaced with the following:

    6.  **Data Restoration**

        This Policy covers insured **physical loss or damage to electronic data, programs or software**, while anywhere within this Policy's Territory, including while in transit.

        With respect to **physical loss or damage to electronic data, programs or software** caused by or resulting from a **cyber event**, this coverage will apply when the time to recreate or restore such data, programs or software with due diligence and dispatch is in excess of the Qualifying Period shown in the Declarations section of this Policy.

        This coverage includes:

        **a)**    The cost of the following reasonable and necessary actions taken by the Insured due to actual insured **physical loss or damage to electronic data, programs or software**:

              **i)**    To temporarily protect and preserve insured electronic data, programs or software.

      **ii)**      For the temporary repair of insured **physical loss or damage to electronic data, programs or software**.

      **iii)**      To expedite the permanent repair or replacement of such damaged property.

**b)**      The reasonable and necessary costs incurred by the Insured to temporarily protect or preserve insured electronic data, programs or software against immediately impending insured **physical loss or damage to electronic data, programs or software**. In the event that there is no physical loss or damage, the costs covered under this item will be subject to the deductible that would have applied had there been such physical loss or damage.

This Additional Coverage excludes loss or damage to data, programs or software when incorporated into physical goods intended to be sold as:

**a)**      Finished goods manufactured by the Insured, or

**b)**      Other merchandise not manufactured by the Insured.

Data Restoration Exclusions: As respects Data Restoration, the following additional exclusion applies:

This Policy excludes the following but, if physical damage not excluded by this Policy results, then only that resulting damage is insured:

**a)**      Errors or omissions in processing or copying.

**b)**      Loss or damage to data, programs or software from errors or omissions in programming or machine instructions.

**c)**      Deterioration, inherent vice, vermin or wear and tear.

The Period of Liability for this Additional Coverage Extension will be:

**a)**      The period of time starting from the time of insured **physical loss or damage to electronic data, programs or software**; and

**b)**      Ending when with due diligence and dispatch the electronic data, programs or software could have been recreated or restored and made ready for production or business operations or services under the same or equivalent physical operating conditions that existed prior to the physical loss or damage.

Data Restoration Valuation: On property insured under this coverage, the loss amount will not exceed:

**a)**      The cost to repair, replace or restore data, programs or software including the costs to recreate, research and engineer; or

**b)**      The blank value of the media if not repaired, replaced or restored within two years from the date of loss.

**21.  Data Service Provider - Property Damage**

This Policy covers insured physical loss or damage to insured property at a **location** when such physical loss or damage results from the interruption of **off-premises data processing or data transmission services** by reason of any accidental event at the facilities of the provider of such services, while anywhere within this Policy's Territory, that immediately prevents in whole or in part the delivery of such provided services.

For the purposes of this Additional Coverage an accidental event to satellites will be considered an accidental event at the facilities of the provider.

This coverage will apply when such interruption of **off-premises data processing or data transmission services** is in excess of the Qualifying Period shown in the Declarations section of this Policy. Such interruption is the time when an interruption of provided services happens; and ending when with due diligence and dispatch the service could be wholly restored.

Additional General Conditions:

1)      The Insured will immediately notify the company providing **off-premises data processing or data transmission services** of any interruption of such services.

2)      The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has entered into for such specified services.

Data Service Provider - Property Damage Exclusions: As respects Data Service Provider - Property Damage, the following additional exclusion applies:

This Policy excludes loss or damage directly or indirectly caused by or resulting from **terrorism** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

## 4.   **Business Interruption Coverage**

BUSINESS INTERRUPTION COVERAGE EXTENSIONS items **4.** and **11.** are replaced with the following:

### 4.   **Owned Network Interruption**

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability directly resulting from:

a)      The failure of the Insured's **electronic data processing equipment or media** to operate provided that such failure is the direct result of a **cyber event** directed at the Named Insured; or

b)      The Insured's reasonable action to temporarily protect the Insured's **electronic data processing equipment or media** against an actual or immediately impending **cyber event** directed at the Named Insured, provided such action is necessary to prevent failure of the Insured's **electronic data processing equipment or media** to operate.

While anywhere within this Policy's Territory.

As respects item **a)** above, this coverage will apply when the Period of Liability below is in excess of the Qualifying Period shown in the Declarations section of this Policy.

The Period of Liability for this Business Interruption Coverage Extension will be:

a)      The period of time starting when the Insured's **electronic data processing equipment or media** fails to operate and ending when with due diligence and dispatch, the Insured's **electronic data processing equipment or media** could be restored to the same or equivalent operating condition that existed prior to the failure; and

**b)**      Does not include the additional time to make changes to the Insured's **electronic data processing equipment or media**.

**11.   Data Service Provider - Business Interruption**

This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability at a **location** of **off-premises data processing or data transmission services**, when the interruption is caused by any accidental event at the facilities of the provider of such services, while anywhere within this Policy's Territory, that immediately prevents in whole or in part the delivery of such provided services.

For the purposes of this Additional Coverage an accidental event to satellites will be considered an accidental event at the facilities of the provider.

This coverage will apply when the Period of Liability of **off-premises data processing or data transmission services** below is in excess of the Qualifying Period shown in the Declarations section of this Policy.

Additional General Conditions:

**a)**      The Insured will immediately notify the company providing **off-premises data processing or data transmission services** of any interruption of such services.

**b)**      The Company will not be liable if the interruption of such services is caused directly or indirectly by the failure of the Insured to comply with the terms and conditions of any contracts the Insured has entered into for such specified services.

Coverage provided in this Extension is excluded from coverage elsewhere in this Policy.

This Extension does not cover the Business Interruption Coverage loss incurred by the Insured covered by Owned Network Interruption coverage as provided in this section of this Policy.

Data Service Provider - Business Interruption Exclusions: As respects Data Service Provider - Business Interruption, the following additional exclusions apply:

This Policy excludes loss or damage directly or indirectly caused by or resulting from **terrorism** regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss.

The Period of Liability for this Business Interruption Coverage Extension will be:

**a)**      The period starting with the time when an interruption of provided services happens; and ending when with due diligence and dispatch the service could be wholly restored and the **location** receiving the service could or would have resumed normal operations following the restorations of service under the same or equivalent physical and operating conditions as provided by the Period of Liability clause in this section.

**b)**      Is limited to only those hours during which the Insured would or could have used service(s) if it had been available.

**c)**      Does not extend to include the interruption of operations caused by any reason other than interruption of the provided service(s).

**Alabama, counties of:**

Baldwin, Covington, Escambia, Mobile

**Florida:**

Entire State

**Georgia, counties of:**

Brantley, Bryan, Camden, Charlton, Chatham, Effingham, Glynn, Liberty, Long, McIntosh, Wayne

**Hawaii:**

All Islands

**Louisiana, parishes of:**

Acadia, Ascension, Assumption, Beauregard, Calcasieu, Cameron, East Baton Rouge, Iberia, Iberville, Jefferson, Jefferson Davis, Lafayette, Lafourche, Livingston, Orleans, Plaquemines, St. Bernard, St. Charles, St. James, St. John the Baptist, St. Martin, St. Mary, St. Tammany, Tangipahoa, Terrebonne, Vermilion, Washington, West Baton Rouge

**Mississippi, counties of:**

George, Hancock, Harrison, Jackson, Pearl River, Stone

**North Carolina, counties of:**

Beaufort, Bertie, Bladen, Brunswick, Camden, Carteret, Chowan, Columbus, Craven, Currituck, Dare, Duplin, Gates, Hertford, Hyde, Jones, Lenoir, Martin, New Hanover, Onslow, Pamlico, Pasquotank, Pender, Perquimans, Pitt, Sampson, Tyrrell, Washington

**Puerto Rico:**

Entire Territory

**South Carolina, counties of:**

Beaufort, Berkeley, Charleston, Colleton, Dorchester, Georgetown, Horry, Jasper, Marion, Williamsburg

**Texas, counties of:**

Aransas, Bee, Brazoria, Brooks, Calhoun, Cameron, Chambers, Fort Bend, Galveston, Goliad, Hardin, Harris, Hidalgo, Jackson, Jasper, Jefferson, Jim Wells, Kenedy, Kleberg, Liberty, Matagorda, Newton, Nueces, Orange, Refugio, San Patricio, Victoria, Wharton, Willacy

**U.S. Virgin Islands:**

All Islands

**Connecticut, counties of:**

Fairfield, Hartford, Middlesex, New Haven, New London, Tolland, Windham

**Delaware, counties of:**

Kent, New Castle, Sussex

**Maine, counties of:**

Androscoggin, Cumberland, Hancock, Knox, Lincoln, Sagadahoc, Waldo, Washington,  York

**Maryland, counties of:**

Calvert, Charles, Dorchester, St. Mary's, Somerset, Wicomico, Worcester

**Massachusetts, counties of:**

Barnstable, Bristol, Dukes, Essex, Middlesex, Nantucket, Norfolk, Plymouth, Suffolk

**New Hampshire, counties of:**

Rockingham, Strafford

**New Jersey, counties of:**

Atlantic, Bergen, Burlington, Cape May, Cumberland, Essex, Hudson, Middlesex, Monmouth, Ocean, Salem, Union

**New York, counties of:**

Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk, Westchester

**Rhode Island, counties of:**

Bristol, Kent, Newport, Providence, Washington

**Virginia, counties and independent cities of:**

counties of:  Accomack, Gloucester, Isle of Wight, James City, Lancaster, Mathews, Middlesex, Northampton, Northumberland, Surry, York

independent cities of:  Chesapeake, Hampton, Newport News, Norfolk, Poquoson, Portsmouth, Suffolk, Virginia Beach, Williamsburg

**Arkansas, counties of:**

Arkansas, Fulton, Independence, Izard, Lonoke, Phillips, Prairie, Sharp, White

**Illinois, counties of:**

Bond, Clay, Clinton, Crawford, Edwards, Effingham, Fayette, Gallatin, Hardin, Jasper, Lawrence, Madison, Marion, Monroe, Richland, St. Clair, Wabash, Wayne, White

**Indiana, counties of:**

Gibson, Knox, Pike, Posey, Spencer, Vanderburgh, Warrick

**Kentucky, counties of:**

Caldwell, Christian, Crittenden, Daviess, Henderson, Hopkins,  Lyon, McLean, Muhlenberg, Todd, Trigg, Union, Webster

**Mississippi, counties of:**

 Alcorn, Benton, Coahoma, Lafayette, Marshall, Panola, Quitman, Tippah

**Missouri, counties of:**

Iron, Jefferson, Oregon, Reynolds, Shannon, St. Francois, St. Louis, St. Louis Indep. City, Ste. Genevieve, Washington

**Tennessee, counties of:**

 Decatur, Hardin, Houston, Humphreys, McNairy, Montgomery, Perry, Stewart,

**Arkansas, counties of:**

Clay, Craighead, Crittenden, Cross, Greene, Jackson, Lawrence, Lee, Mississippi, Monroe, Poinsett, Randolph, St. Francis, Woodruff

**Illinois, counties of:**

Alexander, Franklin, Hamilton, Jackson, Jefferson, Johnson, Massac, Perry, Pope, Pulaski, Randolph, Saline, Union, Washington, Williamson

**Kentucky, counties of:**

Ballard, Calloway, Carlisle, Fulton, Graves, Hickman, Livingston, Marshall, McCracken

**Mississippi, counties of:**

DeSoto, Tate, Tunica

**Missouri, counties of:**

Bollinger, Butler, Cape Girardeau, Carter, Dunklin, Madison, Mississippi, New Madrid, Pemiscot, Perry, Ripley, Scott, Stoddard, Wayne

**Tennessee, counties of:**

Benton, Carroll, Chester, Crockett, Dyer, Fayette, Gibson, Hardeman, Haywood, Henderson, Henry, Lake, Lauderdale, Madison, Obion, Shelby, Tipton, Weakley

# SUPPLEMENTAL UNITED STATES
# CERTIFIED ACT OF TERRORISM ENDORSEMENT

**This Endorsement is applicable to all insured locations in the United States, its territories and possessions and the Commonwealth of Puerto Rico.**

**Coverage for Certified Act of Terrorism Under The Terrorism Risk Insurance Act of 2002, as amended.**

In consideration of a premium charged of $15,000, this Policy, subject to the terms and conditions therein and in this Endorsement, covers direct physical loss or damage to insured property and any resulting Business Interruption loss, as provided in the Policy, caused by or resulting from a **Certified Act of Terrorism**.

Notwithstanding anything contained elsewhere in this Policy, any exclusion or limitation of terrorism in this Policy and any endorsement attached to and made a part of this Policy, is hereby amended to the effect that such exclusion or limitation does not apply to a **Certified Act of Terrorism** as defined herein. This amendment does not apply to any limit of liability for a **Certified Act of Terrorism**, if any, stated under any Sub-Limits clause in the Declarations section of this Policy.

With respect to any one or more **Certified Act(s) of Terrorism**, this Company will not pay any amounts for which the Company is not responsible under the terms of the Terrorism Risk Insurance Act of 2002 (including subsequent action of Congress pursuant to the Act) which includes a provision stating that if the aggregate insured losses exceed $100,000,000,000 during any calendar year, neither the United States Government nor any insurer that has met its insurer deductible shall be liable for the payment of any portion of the amount of such losses that exceed $100,000,000,000. If the aggregate insured losses for all insurers exceed $100,000,000,000, your coverage may be reduced.

The coverage provided under this Endorsement for a **Certified Act of Terrorism** will be partially reimbursed by the United States Government under a formula established by Federal Law.  Under this formula, the United States pays 80% of covered terrorism losses exceeding a statutorily established retention by the insurer referenced in this Policy.  The premium charged for this coverage is provided above.

The terms and limitations of any **terrorism** exclusion, or the inapplicability or omission of **terrorism** exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Endorsement or the Policy.

The coverage provided by this Endorsement only applies to a **Certified Act of Terrorism**.

**Certified Act of Terrorism** means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of Homeland Security, and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002 as amended. The criteria contained in that Act for a **Certified Act of Terrorism** include the following:

  a.  The act resulted in aggregate losses in excess of $5,000,000; and

  b.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

# ALABAMA

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Alabama this policy is amended:

**APPRAISAL –** The Appraisal provision is amended by the addition of the following:

The proceedings will be conducted in the county of residence of the Insured unless another location is mutually agreed upon by both the Insured and the Company.

**ACTUAL CASH VALUE –** The Definition for **actual cash value** is changed to read as follows:

**actual cash value** is calculated as the amount it would cost to repair or replace covered property, at the time of loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation and obsolescence.  **Actual cash value** applies to valuation of covered property regardless of whether that property has sustained partial or total loss or damage.

The **actual cash value** of the lost or damaged property may be significantly less than its replacement cost.

**LEGAL ACTION AGAINST THIS COMPANY -**

No suit, action, or proceeding for the recovery of any claim under this policy, will be sustainable in any court of law or equity unless:

1.  The Insured has fully complied with all terms and conditions of the policy; and

2.  Such suit, action or proceeding is initiated within the time limitations prescribed under Alabama law.

# CALIFORNIA

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of California this policy is amended:

**CANCELLATION -** The Insured may cancel this policy by returning it to the Company or by giving it written notice and stating at what future date coverage is to cease.

During the first 60 days this policy is in effect, the Company may cancel it or one or more of its parts for any reason. The Company will give the Insured notice at least 30 days before the cancellation takes effect.

After this policy has been in effect 60 days, or if it is a renewal of a policy issued by the Company it may cancel only for one or more of the following reasons:

1.  The premium has not been paid when due;

2.  Discovery of fraud or material misrepresentation in obtaining this insurance, or in pursuing a claim under this policy;

3.  A judgment by a court or an administrative tribunal that the Insured has violated a law of this state or the United States involving an act that materially increases a hazard insured against;

4.  Discovery of willful or grossly negligent acts or omissions or of violations of state laws are regulations establishing safety standards, that materially increase a hazard insured against;

5.  Failure to implement reasonable loss control requirements which the Insured agreed to as a condition of the issue of this policy, or which were required in order to qualify for a particular rate or rating plan, if the failure materially increases a hazard insured against;

6.  A determination by the Insurance Commissioner that the loss of, or changes in, the Company reinsurance would threaten its financial integrity or solvency;

7.  A determination by the Insurance Commissioner that a continuation of this policy would place the Company in violation of the law or that continuation of coverage would threaten its solvency; or

8.  A change in the Insured's activities or property which results in a materially added, increased or changed hazard that is not included in the policy.

If the premium has not been paid when due or if fraud is discovered, the Company will give the Insured notice at least 10 days before the cancellation takes effect.  If the Company cancels for one of the reasons described under items 3 through 8 of this condition, the Company will give the insured notice at lease 30 days before the cancellation takes effect.

The Company may cancel this policy by delivering or mailing written notice to the producer of record and to the Insured's mailing address last known to it.  The notice will state the time that the cancellation is to take effect and include the reason for cancellation.

The Insured's return premium, if any, will be calculated according to the Company rules.  It will be refunded to the Insured with the cancellation notice or within a reasonable time.  Payment or tender of the unearned premium is not a condition of cancellation.

**NONRENEWAL AND RENEWAL WITH ALTERED TERMS –** The Company may elect not to renew or continue this policy by delivering or mailing written notice to the producer of record and to the Insured's mailing address last known to it.  The notice will include the reason for the company action.

The Company will give the Insured notice at lease 60 days, but not more than 120 days, before the expiration or anniversary date.

The Company will give the Insured the same number of days notice if it offers to renew this policy subject to a reduction of limits, elimination of coverages, an increase in deductibles, or an increase of more than 25 percent in the rate upon which the premium is based.

The Company is not required to send a notice of nonrenewal if:

1.  This policy is transferred to or renewed by another insurer in its insurance group without changing policy "terms" or the rate on which the premium is based;

2.  The policy has been extended for 90 days or less after notice was given in accordance with the requirements of this condition;

3.  The Insured has obtained replacement coverage or have agreed in writing to obtain replacement coverage within 60 days of the termination of this policy;

4.  This policy was issued for a term of 60 days or less and the Insured were notified when the policy was issued that it would not be renewed;

5.  The Insured requests a change in "terms" or hazards covered within 60 days of the end of the policy period; or

6.  In accordance with the requirements of this condition, the Company has made a written offer to renew the policy with changed "terms" or at a change to the rate on which the premium is based.

**REQUIREMENTS IN CASE LOSS OCCURS –** After a covered loss, the Company shall provide, free of charge, a complete, current copy of this policy within 30 calendar days of receipt of a request from the Insured.  The time period for providing this policy may be extended by the Insurance Commissioner.  An Insured who does not experience a covered loss shall, upon request, be entitled to one free copy of this policy annually.  The policy provided to the Insured shall include, where applicable, the policy declarations page.

# COLORADO

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Colorodo this policy is amended:

**CANCELLATION -** We may cancel this policy by mailing to the Named Insured a notice of cancellation at least 10 days before the cancellation is to be effective, if the cancellation is for nonpayment of premium, or 45 days before the cancellation is to be effective if the cancellation is for other reasons. The notice of cancellation shall be accompanied by the reasons for cancellation.

We may cancel only if one or more of the following reasons apply:

a.    nonpayment of premium;

b.    a false statement made by the Insured on the application for insurance;

c.    a substantial change in the exposure or risk other than that indicated in the application and underwritten as of the effective date of the policy unless the Insured has notified the Company of the change and the Company accepts such change; or

d.    such other reasons as the Commissioner may determine are reasonable and necessary.

**NONRENEWAL** - If we decide not to renew this policy, we will mail our notice of nonrenewal to the Named Insured at least 45 days before the policy expiration date.

**INCREASE IN PREMIUM OR DECREASE IN COVERAGE** - If we decide to increase the premium unilaterally or decrease the coverage benefits on renewal, we will mail notice to the Named Insured at least 45 days before the policy expiration date. The notice will be accompanied by the reasons for the increase in premium or decrease in coverage.

We may decrease the coverage during the term of the policy only if one of the reasons for cancellation applies. Our notice will include the reason for the decrease.

# CONNECTICUT

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Connecticut this policy is amended:

**CANCELLATION**

1.  If the policy has been in effect 60 days or less and it is not a renewal of a policy issued by the Company, it may cancel the policy for any reason by giving the Insured written notice of cancellation:

    **a.**  At least 10 days before the effective date of cancellation if the Company cancels for nonpayment of premium;

    **b.**  At least 30 days before the effective date of cancellation if the Company cancels for any other reason.

2.  If the policy has been in effect more than 60 days or if it is a renewal of a policy issued by the Company, it may cancel the policy only if the cancellation is based on one or more of the following conditions:

    **a.**  Nonpayment of premium;

    **b.**  Conviction of a crime arising out of acts increasing the hazard insured against;

    **c.**  Discovery of fraud or material misrepresentation by the Insured in obtaining the policy or perfecting any claim thereunder;

    **d.**  Discovery of any willful or reckless act or omission by the Insured increasing the hazard insured against;

    **e.**  A determination by the Commissioner that continuation of the policy would violate or place the insurer in violation of the law;

    As long as the event happens after the effective date or renewal of the policy.

    The Company will give the Named Insured notice of cancellation at least 10 days before the cancellation is to become effective if cancellation is due to conditions a. – e. above.

    **f.**  Physical changes in the property which increase the hazard insured against;

    **g.**  A material increase in hazard insured against; or

    **h.**  A substantial loss of reinsurance by the insurer affecting this particular line of insurance.

    The Company will give the Named Insured notice of cancellation at least 60 days before the cancellation is to become effective if cancellation is due to conditions f. – h. above.

**NONRENEWAL -** If the Company elects not to renew or continue this policy, for a reason other than nonpayment of premium, it will give the Insured a written notice of its intent at least 60 days before the date of expiration or the anniversary date.

**NOTICE OF CANCELLATION OR NONRENEWAL -** Notice of cancellation or nonrenewal will be sent by registered or certified mail, or by mail evidenced by a United States Post Office Certificate of Mailing, or delivered to the Named Insured at the mailing address shown in the policy by the date required.

The notice of nonrenewal or cancellation will state or be accompanied by the reasons for the nonrenewal or cancellation.

The notice of cancellation will state excess premium (if not tendered) will be refunded on demand.

**PAYMENT OF MUNICIPAL LIENS PRIOR TO LOSS PAYMENT -** The Company shall, before paying any claim for loss or damage by fire to real property, other than single or two family dwellings, where the amount of the proceeds for the loss payable under this policy is $5,000 or more, shall notify and demand by registered or certified mail of the town clerk of the town wherein the loss or damage occurred, a statement of the amount of any tax liens filed on such property following loss or damage to such property.  If the town clerk fails to notify the company within 20 days of the existence of any such liens, the right of the municipality to claim against the proceeds of this policy shall terminate and any liens thereon shall be dissolved.

**UNIT OWNER'S INSURANCE -** If this policy insures a condominium association, the following shall apply:

A unit-owner may have other insurance covering the same property as this insurance.  This insurance is intended to be primary, and not to contribute with such other insurance.

An insurer that has issued an insurance policy under management of common interest communities shall issue certificates or memoranda of insurance to the association and, on written request, to any unit owner or holder of a security interest. The insurer issuing the policy may not cancel or refuse to renew it until 60 days after notice of the proposed cancellation or nonrenewal has been mailed to the association, each unit owner and each holder of a security interest to whom a certificate or memorandum of insurance has been issued at their respective last known addresses.

**ADVANCE PAYMENT OF LOSS SETTLEMENT –** The Company and the Insured may agree in writing, in the event of a loss occurring which has been ascertained to be insured loss or damage under this policy and determined by company representatives to be excess of the applicable policy deductible, that the Company will advance mutually agreed upon advance payment(s) on the insured loss or damage, subject to the policy provisions. Any advance payment will be credited against the total amount of loss due the Insured. An advance payment shall not affect the requirement of this company to pay the total amount of loss not later than 30 days after submission of a signed and sworn Proof of Loss.  The Insured will submit a signed and sworn Proof of Loss as described in this policy, prior to receipt of the advance payment, with adequate supporting documentation.

# FLORIDA

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Florida this policy is amended:

**CANCELLATION**

If this policy has been in effect less than 90 days, the Company may cancel this policy by giving the Insured written notice of cancellation at least 20 days before the cancellation is to be effective.  If the cancellation is for nonpayment of premium, material misstatement or misrepresentation, or failure to comply with the underwriting requirements that the Company has established, the notice of cancellation must be given at least 10 days before the cancellation is to be effective.  The notice of cancellation shall be accompanied by the reasons therefore.

If the policy has been in effect for 90 days or more, the Company may cancel this policy only if one or more of the following reasons apply:

1.  Nonpayment of premium;

2.  Material misstatement;

3.  Failure to comply with underwriting requirements that the Company established within 90 days of the policy effective date;

4.  A substantial change in the risk covered; or

5.  Cancellation for all insureds for a given class of insureds.

The Company will give the Insured written notice of cancellation at least 45 days (90 days if residential property) before the cancellation is to be effective, except that for nonpayment of premium the Company will give the notice at least 10 days before the cancellation is to be effective.  The notice of cancellation shall be accompanied by the reason or reasons for cancellation.

**NONRENEWAL** - If the Company decides not to renew this policy, it will give the Insured its written notice of nonrenewal at least 45 days (90 days if residential property) prior to the policy expiration date.  The notice of nonrenewal shall state the reason or reasons as to why the policy is not being renewed.

**RENEWAL PREMIUM** - If the Company decides to renew this policy, it will give the Insured written notice of the renewal premium at least 45 days prior to the renewal date.

**INSPECTIONS** – The Company has the right, but is not obligated, to inspect the Insured's property and operations at any time.  This inspection may be made by the Company or may be made on its behalf.  An inspection or its resulting advice or report is not an agreement that the Insured's property or operations are safe, healthful or in compliance with laws, rules or regulations.  Inspections or reports are for the Company benefit only.

**LOSS PAYABLE** - The amount of loss for which the Company may be liable shall be payable twenty (20) days after proof of loss, as herein provided, is received by the Company and ascertainment of the amount of loss is made either by agreement between the Insured and the Company expressed in writing or by the filing with the Company of an award as herein provided.

**COMMENCEMENT OF LEGAL ACTION** - Legal action against this Company as provided in the policy to which this endorsement is attached, shall commence within five years after the date on which the direct physical loss or damage occurred.

**CATASTROPHIC GROUND COVER COLLAPSE**

The policy to which this endorsement is attached is extended to cover at locations in the State of Florida, direct physical loss or damage from catastrophic ground cover collapse for the limit of liability of $100,000.  There is no coverage provided hereunder for earth movement if earth movement coverage is provided elsewhere in this policy.

"Catastrophic ground cover collapse" means geological activity that results in all the following:

1. The abrupt collapse of the ground cover;
2. A depression in the ground cover clearly visible to the naked eye;
3. Structural damage to the building, including the foundation; and
4. The insured structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that structure.

Contents coverage applies if there is a loss resulting from a catastrophic ground cover collapse.  Structural damage consisting merely of the settling or cracking of a foundation, structure, or building does not constitute a loss resulting from a catastrophic ground cover collapse.

**FLORIDA AMENDATORY SINKHOLE COVERAGE ENDORSEMENT**

This Policy is extended to insure property covered in Florida against direct physical loss resulting from the sudden sinking or collapse of the land into underground empty spaces created by action of water on limestone or similar rock formations.

There is no coverage under this Endorsement for:

**1.** The value of land;

**2.** The cost of filling sinkholes;

**3.** Indirect or consequential loss; or

**4.** Loss of use.

Any provision of this Policy which excludes loss due to earth movement or earth sinking is amended to be inapplicable to loss covered by this Endorsement.

# GEORGIA

# STATE AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Georgia this policy is amended:

**CANCELLATION** - This policy shall be cancelled at any time at the request of the Insured in which case this Company shall upon demand and surrender of this policy, refund the excess of paid premium above the customary short rates for expired time.

This policy is subject to cancellation by this Company as follows:  This Company will give not less than forty-five (45) days' written notice of cancellation or nonrenewal.  In the event this Company shall fail to give to the Insured not less than forty-five (45) days' written notice of cancellation or nonrenewal, the Insured may require this Company to continue coverage under the same premium rate and policy terms and conditions for not more than thirty (30) days from the expiration date stated in this policy.  The Insured must tender the premium amount, computed on a pro rata basis, to this company on or before the expiration date stated in this policy.

However, this policy may be cancelled by this Company if the Insured fails to remit, when due, the payment of premium for such policy, by giving the Insured not less than ten (10) days' written notice of cancellation.

If this Company decides to increase the premium rates more than 15% of the expiring policy premium or to restrict the coverage, this company will give the Named Insured written notice of the changes at least forty-five (45) days prior to the effective date of the changes.  When the increase in premium exceeds 15% of the expiring policy premium, the notice will indicate the dollar amount of the increase.  This provision does not apply to an increase due to change in risk, exposure, experience modification or audit.

**NOTICE -** The laws of the State of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family violence.

**SUIT –** No suit or action on this policy for the recovery of any claim shall be sustainable in any court of law or equity unless all the requirements of this policy shall have been complied with, and unless commenced within four (4) years next after inception of the loss.

**OTHER INSURANCE** is deleted and replaced with the following:

If there is other insurance covering the same loss or damage that is covered:

a)   Under this policy; or

b)   Any other policy;

Then this insurance will apply only as pro rata so that this Company shall not be liable for a greater proportion of any loss than the amount hereby insured shall bear to the whole insurance covering the property against the peril involved, whether collectible or not.

In **REQUIREMENTS IN CASE OF LOSS** clause, the word "immediate" is replaced with the word "prompt".

In **MISREPRESENTATION AND FRAUD**, the lead-in sentence is replaced with:

The Company may cancel this Policy, whether before or after a loss, and may deny coverage if an Insured has:

The following additional provision is added:
Wherever the words "null and void" appear in this Policy, the words "not applicable" shall be substituted.

**MOLD AND MILDEW REMEDIATION**: This Policy covers the cost to remediate mold directly resulting from other physical damage not excluded by this Policy, including:

a) the cost to:

    i) remove the mold from covered property or to repair, restore or replace that property;

    ii) contain, treat, detoxify, neutralize or dispose of or in any way respond to or assess the effect of the mold;

b) the cost of any necessary testing or monitoring of air or property to confirm the type, absence, presence or level of mold, whether performed prior to, during or after removal, repair, restoration or replacement of covered property.

The **INCREASE IN HAZARD** provision is hereby deleted from the policy.

The following additional provision is added:
Wherever the words "Terrorism Risk Insurance Act of 2002" appear in this Policy, the words "Terrorism Insurance Act of 2002, as amended and extended" shall be substituted.

# ILLINOIS

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Illinois this policy is amended:

**CANCELLATION -** This policy shall be cancelled at any time at the request of the Insured in which case this Company shall upon demand and surrender of this policy, refund the excess of paid premium above the customary short rates for the expired time.

This policy is subject to cancellation by this company as follows:

This Company will give not less than thirty (30) days' written notice of cancellation if this policy has been in effect for sixty (60) days or less, or not less than sixty (60) days' written notice of cancellation if this policy has been in effect for sixty-one (61) days or more, or not less than sixty (60) days' written notice of intention not to renew.  All such notices shall include a specific explanation of the reason or reasons for cancellation or nonrenewal.  Such notices shall be sent to the Named Insured by certified mail and copies thereof shall be sent to the agent of record and/or the Insured's broker, if known, and to the mortgagee or lienholder as named in this policy at the Insured's last known address.  However, this policy may be cancelled by this Company if the Insured fails to remit, when due, the payment of premium for such policy, by giving the Insured not less than ten (10) days' written notice of cancellation.

After this policy has been in effect for sixty (60) days, it may be cancelled only for one of the following reasons:

1.  Nonpayment of premium;

2.  This policy was obtained through a material misrepresentation;

3.  Any Insured violated any of the terms and conditions of this policy;

4.  The risk originally accepted has measurably increased;

5.  Certification to the Director of the loss of reinsurance by the insurer which provided coverage to the insurer for all or a substantial part of the underlying risk insured; or

6.  A determination by the Director that the continuation of this policy could place the insurer in violation of the insurance laws of this State.

Should this Company fail to comply with the foregoing provisions concerning notice of intention not to renew, this policy shall terminate only on the effective date of any similar insurance procured by the Insured with respect to the same subject or location designated in both policies.

Return of any unearned premium will be calculated on a pro-rata basis if the Company cancels this Policy.

**NONRENEWAL**

Should the Company fail to give at least 60 days' notice prior to expiration of intention not to renew, but:

a)  Give at least 31 days notice, this Policy shall be extended for a period of 60 days or until the effective date of any similar insurance procured by the Insured, whichever is less, on the same terms and conditions as the policy sought to be terminated; or

b) Give less than 31 days notice, this Policy shall be extended for a period of one year or until the effective date of any similar insurance procured by the Insured, whichever is less, on the same terms and conditions as the policy sought to be terminated unless the Company has manifested its willingness to renew at a premium which represents an increase not exceeding 30%.

c) The Company shall provide a specific explanation of the reasons for nonrenewal.

Renewal of this Policy does not constitute a waiver or estoppel with respect to grounds for cancellation which existed before the effective date of such renewal.

**PREMIUM OR COVERAGE CHANGES** - If the Company intends to renew this policy with a premium increase of thirty percent (30 %) or more, the Company will mail a written notice of the change to the Named Insured at the mailing address shown on the policy at least 60 days prior to the expiration date.  In case of notice to the agent of record, the notice will be mailed at least 60 days prior to the expiration date.  Failure to do so will result in the policy being extended for an additional year under the same terms, conditions and premium.

**ADDITIONAL PROVISIONS APPLICABLE ONLY TO RESIDENTIAL PROPERTY - (UP TO FOUR FAMILY DWELLING) AND PERSONAL OR HOUSEHOLD PROPERTY INCIDENTAL THERETO**

1.  If this policy has been in effect for one year, or is a renewal policy, this company may exercise its right of cancellation for only one or more of the following reasons: (a) nonpayment of premium; (b) misrepresentation or fraud; (c) an act that measurably increases the risk originally accepted.

2.  If this policy has been effective or renewed for five (5) or more years, this company may not exercise its right of nonrenewal unless: (a) this policy was obtained by misrepresentation or fraud; (b) the risk originally accepted has measurably increased, or (c) the Insured has received sixty (60) days' notice of this company's intention not to renew.

**OTHER INSURANCE –** When there is other insurance with like terms, conditions and coverages this coverage will share proportionately with other similar coverages.

**SUSPENSION -** The Suspension clause in the policy to which this is attached shall apply to Boiler and Machinery Insurance by which the Chief Inspector or his authorized representative may at any time suspend an Inspection Certificate when, in his opinion, the boiler or pressure vessel for which it was issued cannot be operated without menace to public safety, when the boiler or pressure vessel is found not to comply with the rules and regulations herein provided, or when an owner or operator has failed to pay any required fees or refused to allow inspection.  In that event, the Chief Inspector or his representative shall issue a Notice of Suspension, which shall be posted in a conspicuous location on or near the posted Inspection Certificate.  Each suspension of an Inspection Certificate shall continue in effect until the boiler or pressure vessel has been made to conform to the rules and regulations of the Board, and until the Inspection Certificate has been reinstated.

**LEGAL ACTION AGAINST THIS COMPANY –** No suit, action, or proceeding for the recovery of any claim under this policy, will be sustainable in any court of law or equity unless:

1.  The Insured has fully complied with all terms and conditions of the policy;

2.  It is Initiated within two years after the date on which the direct physical loss or damage first commenced or occurred, extended by the number of days between the date the proof of loss was filed until the date the claim is denied in whole or in part.

**APPRAISAL –** The appraisal agreement as found in the Appraisal clause in this policy is voluntary between the Named Insured and the Company. Neither party shall be deprived of the right to trial by jury on any question of fact arising under this policy.

**MISREPRESENTATION AND FRAUD -** The provision MISREPRESENTATION AND FRAUD is replaced by:

1.  This entire Policy will be void if an Insured has:

a) Willfully concealed or misrepresented any material fact or circumstance concerning this insurance, the subject thereof, or the interest of an Insured;

b) Such fact or circumstance is stated in the policy, endorsement or rider attached thereto, or in the written application therefore; and

c) The concealment or misrepresentation is made with the intent to deceive, or materially affected either the acceptance of the risk or the hazard assumed by the Company.

2. This Company will not pay for any loss or damage if an Insured has:

a) Willfully concealed or misrepresented any material fact or circumstance concerning the loss or damage, or the interest of an Insured; and

b) The concealment or misrepresentation is made with the intent to deceive or materially affected the claim.

# KANSAS

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Kansas this policy is amended:

**CANCELLATION -** This policy may be cancelled at any time at the request of the Insured in which case this Company shall upon surrender of this policy, refund the excess of paid premium above the customary short rates for the expired time.

This policy is subject to cancellation by this Company as follows:

No policy that has been in effect for ninety (90) days or more may be cancelled except for one of the following reasons:

1.  Nonpayment of premium;

2.  The policy was issued because of a material misrepresentation;

3.  Any insured violated any of the material terms and conditions of the policy;

4.  Unfavorable underwriting factors, specific to the Insured, exist that were not present at the inception of the policy;

5.  A determination by the Commissioner that continuation of coverage could place this Company in a hazardous financial condition or in violation of the laws of this State; or

6.  A determination by the Commissioner that this Company no longer has adequate reinsurance to meet this Company's needs.

This Company shall give at least sixty (60) days written notice to the Insured, at that Insured's last known address, of this Company's intention not to renew such policy.  This Company may satisfy this obligation by causing such notice to be given by a licensed agent.

**COMMENCEMENT OF LEGAL ACTION -** Legal action against this Company as provided in the policy to which this Endorsement is attached, shall commence within five (5) years or sixty (60) months after the date on which the direct physical loss or damage occurred.

**ACTUAL CASH VALUE –actual cash value** means:

The amount which it would cost to repair or replace damaged property with material of like kind and quality, less allowance for physical deterioration and depreciation.

# MARYLAND

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Maryland this policy is amended:

**CANCELLATION** – The Company may cancel this policy by sending the Insured a written notice by certificate of mail or by commercial mail delivery at least 45 days prior to the date of cancellation. When cancellation is because of nonpayment of premium, the Company will send written notice by certificate of mail to the Insured at least 10 days prior to the date of cancellation.

**NONRENEWAL -** If the Company decides not to renew this policy, it will send the Insured a written notice at least 45 days prior to the expiration date.

**PREMIUM INCREASE -** If the Company increases the policy premium by 20 percent or more, it will give notice to the Insured and the agent at least 45 days prior to the expiration date.

**SUIT AGAINST THE COMPANY -** A civil action at law shall be filed within 3 years from the date it accrues.

**CONCEALMENT, FRAUD** - This Company will not pay for any loss or damage if, whether before or after a loss, an Insured has willfully concealed or misrepresented any material fact or circumstance concerning this insurance or the subject thereof, or the interest of the insured therein, or in case of any fraud or false swearing by the insured relating thereto.

# MASSACHUSETTS

# SPECIAL ENDORSEMENT

With respect to any location or interest in the Commonwealth of Massachusetts the Policy to which this Endorsement is attached is hereby amended by the addition of the following provisions:

**Municipal Liens Against Insurance Proceeds -** Notwithstanding any provision to the contrary of any general or special law, this Company shall, before paying any claim for loss or damage to real property, other than owner-occupied one, two, three, or four family dwellings, from any hazard, where the amount of the loss payable under the Policy equals or exceeds five thousand dollars, first require the claimant to submit to the Company a certificate of municipal liens from the collector of taxes of the city or town wherein such property is located.

This Company shall pay to the city or town any amount shown as outstanding, including any interest currently accruing, on the certificate of municipal liens arising from the provisions of chapters forty, fifty-nine, sixty, eighty, eighty-three and section fifty-eight B to fifty-eight F, inclusive, of chapter one hundred and sixty-four to the extent of the amount of loss payable under the Policy and a copy of said transaction shall be sent to the insured and mortgagees named on the policy.

The claim of the city or town for such amounts shall have priority over the claim of any insured owner, mortgagee, assignee, or other interested party except where otherwise provided by the laws of the United States.

This Company shall not be liable to any insured owner, mortgagee, assignee, city or town, or other interested party for amounts disbursed to a city or town or for amounts not disbursed to said city or town based upon a certificate indicating the nonexistence of any municipal liens.

This Company shall not pay any claim (1) covering any loss, damage, or destruction to a building or other structure, amounting to one thousand dollars or more, or (2) covering any loss, damage or destruction of any amount, which causes the condition of a building or other structure to render section six of chapter one hundred and forty-three applicable, without having at least ten days previously, given written notice to the building commissioner or inspector of buildings appointed pursuant to the state building code, and to the board of health or the board of selectmen of the city or town in which the same is located.  If at any time prior to payment the said city or town notifies the Company by certified mail of its intent to initiate proceedings designed to perfect a lien pursuant to section three A, or to section nine of chapter one hundred and forty-three, or section one hundred and twenty-seven B of chapter one hundred and eleven, the said payment shall not be made while the said proceedings are pending; provided, however, that said proceedings are initiated within thirty days of receipt of such notification.

Any lien perfected pursuant to section three A, or to section nine of chapter one hundred and forty-three or section one hundred and twenty-seven B of chapter one hundred and eleven, shall extend to and may be enforced by the city or town against any casualty insurance Policy or Policies covering any loss, damage, or destruction pursuant to which the proceedings to perfect the lien were initiated.

This Company shall not be liable to any insured owner, mortgagee, assignee, city or town, or other interested party for amounts disbursed to a city or town, or for amounts not disbursed to a city or town under the provisions of this section.

All statutory citations contained herein refer to Massachusetts General Laws as they may from time to time be amended.

**Cancellation Clause** - It is agreed with respect to any location or interest in the Commonwealth of Massachusetts that the Cancellation Clause appearing in any form attached to this Policy is declared null and void and is replaced by the Cancellation provisions of the Massachusetts Standard Fire Insurance Policy as follows:

This Policy shall be cancelled at any time at the request of the Insured, in which case this Company shall, upon demand and surrender of this Policy, refund the excess of paid premium above the customary short rates for the

expired time.  This Policy may be cancelled at any time by this Company by giving to the Insured a five days written notice of cancellation, and to the mortgagee to whom this Policy is payable twenty days written notice of cancellation except where the stated reason for cancellation is nonpayment of premium where, in such instance, this Policy may be cancelled at any time by this Company by giving to the Insured a ten days written notice of cancellation, and the mortgagee a twenty days written notice of cancellation, with or without tender of the excess of paid premium above the pro rata premium for the expired time, which excess, if not tendered, shall be refunded on demand.  Notice of cancellation shall state that said excess premium, if not tendered, will be refunded on demand and shall state or be accompanied by a statement of the specific reason or reasons for such cancellation.  After this Policy has been in effect for sixty days, or after sixty days from any anniversary date, no notice of cancellation shall be effective unless it is based on one or more of the following: (1) nonpayment of premium; (2) conviction of a crime arising out of acts increasing the hazard insured against; (3) discovery of fraud or material misrepresentation by the Insured in obtaining the Policy; (4) discovery of willful or reckless acts or omissions by the Insured increasing the hazard insured against; (5) physical changes in the property insured which result in the property becoming uninsurable; or (6) a determination by the Commissioner that continuation of the Policy would violate or place the Insurer in violation of the law; all after the effective date of the policy.  Where the stated reason is nonpayment of premium, the Insured may continue the coverage and avoid the effect of the cancellation by payment at any time prior to the effective date of cancellation.

**Costs to Remediate Fuel Oil Spills –** If the policy to which this form is attached insures residential property, consisting of a 1-to-4 unit dwelling used for living or sleeping, and there is on the **location** a **tank** serving the residential property only, whether located within a dwelling or other structure, including a **tank** installed at or below grade level, or located outdoors but excluding an underground **tank** wherever located, the following shall apply:

1. This policy covers direct physical loss or damage to insured property from the release of heating oil from a **tank** or any piping, fuel supply lines, equipment or systems connected thereto.

2. Coverage is provided subject to a limit of liability of $50,000 per occurrence for property insured by this endorsement subject to a $1,000 deductible per occurrence.

3. Coverage shall include response action costs incurred to assess and remediate a heating oil release impacting soil, indoor air or other environmental media on the insured's property and the reimbursement of any associated physical loss or damage to insured personal property.

**DEFINITIONS:**

**Tank:**

A residential liquid fuel tank (excluding underground tanks) in which heating oil is stored and from which heating oil is delivered or pumped through a fuel supply line to an oil burner.

# MINNESOTA

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Minnesota this policy is amended:

**CANCELLATION -** The Insured may cancel this policy by returning it to the Company or by giving it a written notice and stating at what future time coverage is to cease.

During the first 89 days this policy is in effect, the Company may cancel the policy, or one or more of its parts, for any reason by giving the Insured a written notice at least 10 days before the cancellation is to take effect.

The Insured may return premium, and if any, it will be calculated according to the Company rules.  It will be refunded to the Insured with the cancellation notice or within a reasonable time.  Payment or tender of the unearned premium is not a condition of cancellation.

If this policy has been in effect for 90 days or more, or if it is a renewal of a policy issued by the Company effective immediately, it may cancel this policy only if one or more of the following reasons apply:

1.  Nonpayment of premium;

2.  Misrepresentation or fraud made by or with the Insured's knowledge in obtaining the policy or in pursuing a claim under the policy;

3.  Actions by the Insured that have substantially increased or substantially changed the risk insured;

4.  The Insured's refusal to eliminate known conditions that increase the potential for loss after notification by the Company that the condition must be removed;

5.  Substantial change in the risk assumed, except to the extent that the Company should reasonably have foreseen the change or contemplated the risk in writing the contract;

6.  Loss of reinsurance by the Company which provided coverage to it for a significant amount of the underlying risk insured;

    A notice of cancellation under this clause shall advise the Insured that they have ten days from the date of receipt of the notice to appeal the cancellation to the Commissioner of Commerce and that the Commissioner will render a decision as to whether the cancellation is justified because of the loss of reinsurance within five business days after receipt of the appeal; or

7.  A determination by the Commissioner that the continuation of the policy could place the Company in violation of the insurance laws of this state.

The Company will give the Insured written notice of cancellation at least 60 days before the cancellation is to take effect if the cancellation is for reasons other than nonpayment of premium.  For nonpayment of premium, the Company will give the Insured at least 10 days notice.

**RESIDENTIAL -** If this policy covers buildings used for residential purposes (other than a hotel or motel) and has either been in effect 60 days or is a renewal policy, the Company may cancel that coverage only if one or more of the following reasons apply:

1.  Nonpayment of premium;

**2.** Misrepresentation of fraud made by the Insured or with their knowledge in obtaining the policy or in pursuing a claim thereunder;

**3.** An act or omission by the Insured which materially increases the risk originally accepted;

**4.** Physical changes in the insured property which are not corrected or restored within a reasonable time after they occur and which results in the property becoming uninsurable.

The Company will give the Insured written notice of cancellation at least 30 days before the cancellation is to take effect.  If the Company cancels the policy, unearned premium shall be calculated on a pro rata basis.

**NONRENEWAL -** If the Company decides not to renew this policy, it will give the Insured notice of nonrenewal at least 60 days before the end of the policy period.  Notice of nonrenewal is not required if the Insured has insured elsewhere, have accepted replacement coverage, or have requested or agreed to nonrenewal.

**NOTICE –** The company notice of cancellation or nonrenewal will be by first class mail or by delivery to the Insured's last known address and to any agent of record.  The notice of cancellation must include a statement of the reasons for cancellation.

**RENEWAL -** If the company offers to renew this policy with less favorable terms as to amount of coverage or deductible or with higher rates, it will notify the Insured at least 60 days prior to the expiration date.

**LOSS PAYMENT PREMIUM -** The loss payment provision is amended as follows:

The company will pay an Insured loss within five business days after an acceptable proof of loss has been received by it and the amount of loss has been agreed to in writing or an appraisal award has been filed with it.

**REPAIR OR REPLACEMENT -** For property covered on a Repair or Replacement basis, the following paragraphs shall replace any wording in conflict herewith:

**1.** The cost to repair the damaged portion in accordance with the minimum code as required by State or local authorities, but not less than necessary to satisfy minimum code as required by State or local authorities; or

**2.** The cost to rebuild or replace on the same or another site, with new materials of equivalent size, kind and quality but not less than necessary to satisfy minimum code as required by State or local authorities.

**DEED VENDOR TREATED AS MORTGAGEE -** The Mortgage Clause provisions are extended to Deed Vendors defined as a seller of residential property valued as less than $100,000 in which the seller agrees to finance some or all of the mortgage.

**VALUED POLICY -** The Company agrees that in the event of a total loss, the Limit of Insurance for a described building represents its value.  However, the valued policy provisions of the laws of Minnesota do not apply to property insured under this policy on a builder's risk basis.

# NEVADA

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Nevada this policy is amended:

**CANCELLATION -** If this policy has been in effect for at least 70 days or is a renewal of a policy issued by this Company, it may cancel this policy only on any anniversary date or if one or more of the following reasons apply:

1. Failure to pay a premium when due;

2. Conviction of the insured of a crime arising out of acts increasing the hazard insured against;

3. Discovery of fraud or material misrepresentation in the obtaining of this policy or in the presentation of a claim thereunder;

4. Discovery of:

   a. An act or omission; or

   b. A violation of any condition of the policy, which occurred after the first effective date of the current policy and substantially and materially increases the hazard insured against;

5. A material change in the nature or extent of the risk, occurring after the first effective date of the current policy, which causes the risk of loss to be substantially and materially increased beyond that contemplated at the time the policy was issued or last renewed;

6. A determination by the Commissioner that continuation of the Insurer's present volume of premiums would jeopardize the insurer's solvency or be hazardous to the interests of policyholders of the insurer, its creditors or the public; or

7. A determination by the Commissioner that the continuation of this policy would violate or place the Company in violation of any provision of the code.

This Company will deliver or mail the written notice of cancellation at least 10 days before the cancellation is to take effect when the reason for cancellation is nonpayment of premium. It will deliver or mail to the Named Insured written notice of cancellation at least 30 days before the cancellation is to take effect, except when the reason for cancellation is nonpayment of premium. This Company may cancel the policy on any anniversary date by delivering or mailing written notice of cancellation at least 60 days before the policy anniversary date.

The notice must be accompanied by the written explanation of the specific reasons for the cancellation. Return of any unearned premium will be calculated: on a pro-rata basis if the Policy is cancelled.  Return of unearned premium will be made by this Company as soon as practicable.

**NONRENEWAL -** If this Company decides not to renew this policy, it will deliver or mail to the Named Insured written notice of nonrenewal at least 60 days before the policy expiration date. The notice must be accompanied by a written explanation of the specific reasons for nonrenewal. Notice of nonrenewal is not required if the Insured has accepted replacement coverage of has requested or agreed to nonrenewal.

**APPRAISAL** – The appraisal agreement as found in the Appraisal clause in this policy is voluntary between the insured and this Company.

# NEW JERSEY

# MANDATORY ENDORSEMENT

With respect to any insured location in the State of New Jersey this policy is amended:

**CANCELLATION – NON-RENEWAL STATEMENT -** Pursuant to New Jersey law, this policy cannot be cancelled or nonrenewed for any underwriting reason or guideline which is arbitrary, capricious or unfairly discriminatory or without adequate prior notice to the Insured.  The underwriting reasons or guidelines that an insurer can use to cancel or nonrenew this policy are maintained by the insurer in writing and will be furnished to the Insured and/or the Insured's lawful representative upon written request.

This provision shall not apply to any policy which has been in effect for less than 60 days at the time notice of cancellation is mailed or delivered, unless the policy is a renewal policy.

**CANCELLATION -** The Company may cancel this policy by mailing or delivering to the Named Insured notice 10 days before the effective date of cancellation if the cancellation is for nonpayment of premium or moral hazard as defined in the New Jersey Insurance Regulations.  If cancellation is for other reasons, notice will be given not more than 120 days, nor less than 30 days prior to the effective date of the cancellation.  The Company notice will state the reason for cancellation.

**NONRENEWAL -** If the Company decides not to renew this policy, it will mail or deliver to the Named Insured its notice of nonrenewal not more than 120 days but at least 30 days before the end of the policy period.  The notice will state the reason for nonrenewal.

**RENEWAL PREMIUM - CHANGE IN CONTRACT TERMS –** The Company will mail or deliver to the Named Insured notice of the amount of the renewal premium and any change in contract terms not more than 120 days but at least 30 days prior to the due date of the premium.

**NOTICES -** Notices are not required if the Insured has replaced coverage or has otherwise specifically requested termination.

# NEW YORK

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of New York this policy is amended:

**CANCELLATION OF POLICIES IN EFFECT FOR 60 DAYS OR LESS –** During the first 60 days the policy is initially in effect, except for the basis of cancellation set forth in the next paragraph, no cancellation shall become effective until 20 days after written notice is mailed to the first Named Insured at the mailing address shown in the policy and to such Insured's authorized agent or broker.  If the policy is cancelled for non payment of premium, the cancellation notice shall inform the first Named Insured of the amount due.  The policy may be cancelled by the Company by mailing or delivering to the first Named Insured written notice of cancellation, stating the reason for cancellation, at the address shown in this policy, and the authorized agent or broker, if any, at least:

1.  30 days before the effective date of cancellation if the policy is cancelled for any reason not included in paragraph 2 below;

2.  15 days before the effective date of cancellation if the policy is cancelled for any of the following reasons:

    a)  Nonpayment of premium - requires an inclusion of a statement that clearly informs the Insured of the amount due; (This statement shall also apply if the policy is in effect greater than 60 days.)

    b)  Conviction of a crime arising out of acts increasing the hazards insured against;

    c)  Discovery of fraud or material misrepresentation in the obtaining of the policy or in the presentation of a claim thereunder;

    d)  After issuance of the policy or after the last renewal date, discovery of an act or omission, or a violation of any policy condition, that substantially and materially increases the hazard insured against, and which occurred subsequent to inception of the current policy period;

    e)  Material physical change in the property insured, occurring after issuance or last annual renewal anniversary date of the policy, which results in the property becoming uninsurable in accordance with the Company objective, uniformly applied underwriting standards in effect at the time the policy was issued or last renewed; or material change in the nature or extent of the risk, occurring after issuance or last annual renewal anniversary date of the policy, which causes the risk of loss to be substantially and materially increased beyond that contemplated at the time the policy was issued or last renewed;

    f)  Required pursuant to a determination by the Superintendent that continuation of the present premium volume of the Company would jeopardize the company's solvency or be hazardous to the interest of the company's policyholders, creditors or the public;

    g)  A determination by the Superintendent that the continuation of the policy would violate, or would place the company in violation of, any provision of the Insurance Code; or

    h)  Where the Company has reason to believe, in good faith and with sufficient cause, that there is a probable risk or danger that the Insured will destroy, or permit to be destroyed the insured property for the purpose of collecting the insurance proceeds, provided, however, that:

        i)  A notice of cancellation on this ground shall inform the insured in plain language that the insured must act within ten days if review by the department of the ground for cancellation is desired pursuant to item (iii) of this subparagraph (h);

        ii)  Notice of cancellation on this ground shall be provided simultaneously by the insurer to the department; and

    **iii)** Upon written request of the insured made to the department within ten days from the insured's receipt of notice of cancellation on this ground, the department shall undertake a review of the ground for cancellation to determine whether or not the insurer has satisfied the criteria for cancellation specified in this subparagraph; if after such review the department finds no sufficient cause for cancellation on this ground, the notice of cancellation on this ground shall be deemed null and void.

**CANCELLATION OF POLICIES IN EFFECT FOR MORE THAN 60 DAYS -** If this policy has been in effect for more than 60 days, or if this policy is a renewal or continuation of a policy issued by the Company, the policy may be cancelled by the Company only for any reasons listed in paragraph 2 above provided a written notice stating the reason for cancellation is mailed or delivered to the first Named Insured at the address shown in this policy, and the authorized agent or broker, if any, at least 15 days before the effective date of cancellation.  After the policy has been in effect for 60 days, or upon the effective date if the policy is a renewal, no notice of cancellation shall become effective until 15 days after notice is mailed or delivered to the first Named Insured and to such Insured's authorized agent or broker stating the reason, and such cancellation is based on one or more of the following:

1. Nonpayment of premium - requires an inclusion of a statement that clearly informs the Insured of the amount due; (This statement shall also apply if the policy is in effect greater than 60 days.)

2. Conviction of a crime arising out of acts increasing the hazards insured against;

3. Discovery of fraud or material misrepresentation in the obtaining of the policy or in the presentation of a claim thereunder;

4. After issuance of the policy or after the last renewal date, discovery of an act or omission, or a violation of any policy condition, that substantially and materially increases the hazard insured against, and which occurred subsequent to inception of the current policy period;

5. Material physical change in the property insured, occurring after issuance or last annual renewal anniversary date of the policy, which results in the property becoming uninsurable in accordance with the Company objective, uniformly applied underwriting standards in effect at the time the policy was issued or last renewed; or material change in the nature or extent of the risk, occurring after issuance or last annual renewal anniversary date of the policy, which causes the risk of loss to be substantially and materially increased beyond that contemplated at the time the policy was issued or last renewed;

6. Required pursuant to a determination by the Superintendent that continuation of the present premium volume of the Company would jeopardize the Company's solvency or be hazardous to the interest of the Company's policyholders, creditors or the public;

7. A determination by the Superintendent that the continuation of the policy would violate, or would place the Company in violation of, any provision of the Insurance Code; or

8. Where the Company has reason to believe, in good faith and with sufficient cause, that there is a probable risk or danger that the Insured will destroy, or permit to be destroyed the insured property for the purpose of collecting the insurance proceeds, provided, however, that:

    **a)** A notice of cancellation on this ground shall inform the insured in plain language that the insured must act within ten days if review by the department of the ground for cancellation is desired pursuant to item (c) of this subparagraph (8);

    **b)** Notice of cancellation on this ground shall be provided simultaneously by the insurer to the department; and

    **c)** Upon written request of the insured made to the department within ten days from the insured's receipt of notice of cancellation on this ground, the department shall undertake a review of the ground for cancellation to determine whether or not the insurer has satisfied the criteria for cancellation specified in this subparagraph; if after such review the department finds no sufficient cause for cancellation on this ground, the notice of cancellation on this ground shall be deemed null and void.

If this policy is cancelled, the Company will send the first Named Insured any premium refund due. If the Company cancels, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata.

However, when the premium is advanced under a premium finance agreement, the Company will be entitled to retain a minimum earned premium of 10% of the total policy premium or $60, whichever is greater. The cancellation will be effective even if we have not made or offered a refund.

**NONRENEWAL -** If the Company elects not to renew this policy the Company will send notice as provided in Notices of Nonrenewal and Conditional Renewal below, along with the reason for nonrenewal.

**CONDITIONAL RENEWAL - If the company conditions renewal of this policy upon:**

**1.** Change of limits;

**2.** Change in type of coverage;

**3.** Reduction of coverage;

**4.** Increased deductible;

**5.** Addition of exclusion;

**6.** Increased premiums in excess of 10%, exclusive of any premium increase due to and commensurate with insured value added; or increased exposure units; or as a result of experience rating, loss rating, retrospective rating or audit; the Company will send notice as provided in paragraph Notices of Nonrenewal and Conditional Renewal below.

**NOTICES OF NONRENEWAL AND CONDITIONAL RENEWAL**

**1.** If the Company elects not to renew this policy or to conditionally renew this policy as provided in Nonrenewal and Conditional Renewal above, the Company will mail or deliver written notice to the first Named Insured shown in the Declarations, at least 60 but not more than 120 days before:

    **a)** The expiration date; or

    **b)** The anniversary date if this is a continuous policy.

**2.** Notice, which shall contain the specific reason or reasons for nonrenewal or conditional renewal**,** will be mailed or delivered to the first Named Insured at the address shown in the policy and the authorized agent or broker.  If notice is mailed, proof of mailing will be sufficient proof of notice.

The Company will not send notice of nonrenewal or conditional renewal if the Named Insured, or the authorized agent or broker or another insurer authorized by the Named Insured mails or delivers notice that the policy has been replaced or is no longer desired.

**PAYMENT OF LIENS** - The following provision pertaining to payment of liens on proceeds of fire insurance shall be included in a policy providing coverage for peril of fire and insuring the interest of an owner in any residential, commercial or industrial building or structure except a one or two family residential structure:

Prior to the payment of any proceeds under this insurance otherwise payable to the Insured for damages resulting to the premises from a loss occasioned by fire, this Company will deduct there from an pay the claim of any tax district which renders a certificate of lien pursuant to the Insurance law.  Upon the payment of such claim this Company shall, to the extent of such payment, be released from any obligation to pay the same to the Insured and that the payment of any such claim within 30 days of receipt by this Company of the certificate of lien shall, as between the insured and this Company, operate as a conclusive presumption that such claim was valid and properly paid.

## EXAMINATION OF BOOKS AND RECORDS

1.  This Company or its duly appointed representative will be permitted to inspect the covered property, examine and audit books and records as they relate to covered property any time during the policy period up to one hundred-eighty (180) days after expiration of the policy.  The audit may not be waived except in the following circumstances:

    a)  The total annual premium attributable to the auditable exposure base is not reasonably expected to exceed $1,500;

    b)  The policy requires notification to the company with the specific identification of any additional exposure units for which coverage is requested; or

    c)  The policy is a commercial umbrella for which the rate of premium is determined by the application of a factor to the rate or premium of an auditable underlying policy.

2.  This Company shall, as soon as practicable following such audit, refund or credit the Insured's account for any return premium due the Insured, or bill and make a good faith effort to collect any additional premium due the Company as a result of the audit.

3.  In an Insured fails to cooperate with the Company in its attempt to conduct such audit, including failure to return any questionnaires or self-audit worksheets, the Company shall non-renew such Insured upon completion of the current policy period, in accordance with the provisions of Section 3426 of the Insurance Law, due to the Company's inability to establish a proper premium for such Insured.

**SERVICE OF SUIT –** Legal action against this Company as provided in the policy to which this endorsement is attached, shall commence within two years after the date on which the direct physical loss or damage occurred.

**ARSON REWARD COVERAGE –** Arson reward coverage as provided in any policy to which this endorsement is attached is declared to be null and void.

## AMENDED CONDITIONS FOR TERRORISM –

The following sentence in the first paragraph of Exclusions Group I, Item 2f:

However, if direct loss or damage by fire results from any of these acts (unless committed by or on behalf of the Insured), then this Policy covers only to the extent of the **actual cash value** of the resulting direct loss or damage by fire to insured property.

Is replaced by:

However, if direct loss or damage by fire results from any of these acts (unless committed by or on behalf of the Insured), then this Policy covers the resulting direct loss or damage by fire to insured property.

The following paragraph 6 is deleted from the Valuation provision:

6.  On property that is damaged by fire and such fire is the result of terrorism, the **actual cash value** of the fire damage loss.  Any remaining fire damage loss shall be adjusted according to the terms and conditions of the Valuation clause(s) of the Policy and shall be subject to the limit(s) of liability for Terrorism, and if stated the limit of liability for SUPPLEMENTAL UNITED STATES CERTIFIED ACT OF TERRORISM ENDORSEMENT(S), as shown in the Limits of Liability clause in the Declarations section.

Business Interruption Exclusions 4 is replaced by:

Any loss resulting from fire caused by or resulting from **terrorism** except as provided in the Terrorism coverage of this policy.

# NORTH CAROLINA

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of North Carolina this policy is amended:

**CANCELLATION**

1.  The Company may cancel this policy or one or more of its parts by mailing or delivering to the Insured a written notice at least 15 days before the cancellation is to take effect. It will also send a notice to any mortgagee, loss payee and agent or broker of record. The notices will be sent to the addresses shown in the policy or, if not indicated in the policy, to the last addresses known to the company. The notice must state the precise reason for cancellation.

2.  If the policy has been in effect for 60 days or more, or if it is a renewal policy issued by the Company effective immediately, it may cancel this policy only on the anniversary date, or if one or more of the following reasons apply:

    a.  Nonpayment of premium in accordance with the policy terms;

    b.  An act or omission by the Insured or his representative that constitutes material misrepresentation or nondisclosure of a material fact in obtaining the policy, continuing the policy, or presenting a claim under the policy;

    c.  Increased hazard or material change in the risk assumed that could not have been reasonably contemplated by the parties at the time of assumption of risk;

    d.  Substantial breach of contractual duties, conditions or warranties that materially affect the insurability of the risk;

    e.  A fraudulent act against the Company by the Insured or his representative that materially affects the insurability of the risk;

    f.  Willful failure by the Insured or his representative to institute reasonable loss control measures that materially affect the insurability of the risk after written notice by the insurer;

    g.  Loss of facultative reinsurance, or loss of or substantial changes in applicable reinsurance as provided in the North Carolina statutes;

    h.  Conviction of the Insured of a crime arising out of acts that materially affect the insurability of the risk; or

    i.  A determination by the Commissioner that the continuation of the policy would place the insurer in violation of the laws of this state.

**NONRENEWAL -** If the Company decides not to renew this policy, it will mail or give you written notice of nonrenewal at least 45 days prior to the expiration date or anniversary date of the policy. The notice of nonrenewal must state the precise reason for nonrenewal. Notice is not required if you have insured elsewhere, accepted replacement coverage, or have requested or agreed to nonrenewal.

**RENEWAL WITH PREMIUM OR COVERAGE CHANGES -** If the Company intends to renew the policy with premium or coverage changes, it will mail or give you the renewal terms and a statement of the premium due at least 45 days prior to the expiration date or anniversary date of the policy.

**NOTICES - NONRENEWAL AND RENEWAL WITH PREMIUM OR COVERAGE CHANGES -** Notices of nonrenewal and renewal with premium or coverage changes will be sent to the Insured and to any mortgagee, loss payee and agent or broker of record at the addresses shown in the policy or, if not indicated in the policy, to the last addresses known to the Company.

**COMMENCEMENT OF LEGAL ACTION -** Legal action against this Company as provided in the policy to which this endorsement is attached, shall commence within three years after the date on which the direct physical loss or damage occurred.

# PENNSYLVANIA

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Pennsylvania this policy is amended:

**CANCELLATION -** If this policy has been in effect for 60 days or more, or if it is a renewal of a policy issued by the Company effective immediately, it may cancel this policy only if one or more of the following reasons apply.

1.  A condition, factor or loss experience material to insurability has changed substantially, or a substantial condition, factor or loss experience material to insurability has become known during the policy term;

2.  Loss of reinsurance or a substantial decrease in reinsurance has occurred, which loss or decrease shall, at the time of cancellation, be certified to the Insurance Commissioner as directly affecting in-force policies;

3.  An Insured has made a material misrepresentation which affects the insurability of the risk;

4.  The policy was obtained through fraudulent statements, omissions, or concealment of fact material to the acceptance of the risk or to the hazard assumed by the company;

5.  You have failed to pay a premium when due, whether the premium is payable directly to the company or its agents or indirectly under a premium finance plan or extension of credit;

6.  Material failure to comply with policy terms, conditions or contractual duties; or

7.  Other reasons that the Insurance Commissioner may approve.

We will give the Named Insured notice of cancellation at least 60 days before the cancellation is effective, except that notice, at least 15 days before the cancellation is effective, is required for nonpayment of premium, or where an insured has made a material misrepresentation which affects the insurability of the risk.

If this policy has been in effect less than 60 days, we may cancel for any reason by giving the Named Insured notice at least 30 days before cancellation is to be effective.

The policy may also be cancelled from inception upon discovery that the policy was obtained through fraudulent statements, omissions or concealment of fact material to the acceptance of the risk or to the hazard assumed by the company.

**NONRENEWAL -**If the Company decides not to renew this policy, it will give the Named Insured written notice at least 60 days before the end of the policy period or anniversary date.

**NOTICE –** The Company notice will include the specific reason for cancellation or nonrenewal. The notice will be mailed or delivered to the last address known to the company.  Proof of mailing will be sufficient proof of notice.

**RETURN PREMIUM -**The return premium, if any, will be refunded to the Named Insured not later than 10 business days after the effective date of the termination if we cancel this policy, or not later than 30 days after the effective date of the termination if the Named Insured cancels this policy.

**NOTICE OF INCREASED PREMIUM –** The Company will give the Named Insured notice at least 60 days before the renewal date if we intend to increase the renewal premium. It will give notice of an estimate of the renewal premium at least 30 days before the renewal date.

**CONSULTATION SERVICES EXEMPTION ACT -** This Company and its' agents, employees and service contractors may, for insurance purposes, make inspections or surveys or perform other consultation services to assist in reducing the possibility of loss to insured property.

This Notice is provided to the Insured pursuant to the Law of the Commonwealth of Pennsylvania, Effective January 1, 1981 and known as the "Insurance Consultation Services Exemption Act", which generally provides that "the furnishing of, or failure to furnish, insurance consultation services related to, in connection with or incidental to a policy of insurance shall not subject the insurer, its' agents, employees or service contractors to liability for damages from injury, death or loss occurring as a result of any act or omission by any person in the course of such services"

This Act does not apply:

1.  Where the injury occurred during the actual performance of consultation services and was caused by the negligence of this Company, its' agents, employees or service contractors;

2.  With respect to consultation services performed pursuant to a written service contract not incidental to a policy of insurance; and

3.  In any action against this Company, its' agents, employees or service contractors in which it is judicially determined that any act or omission by this Company, its' agents, employees or service contractors resulting in damages constituted a crime, actual malice or gross negligence.

This Notice shall be attached to and becomes a part of the Insured's policy.

# TENNESSEE

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State Tennessee of this policy is amended:

**CANCELLATION**– The Insured may cancel this policy by returning the policy to the Company or by giving the Company written notice stating at what future date the coverage is to cease.  If the policy has been in effect less than 60 days the company may cancel for any reason and must give the Named Insured at least 10 days written notice at the address shown in the policy before cancellation is effective and state the reason for cancellation.

If this policy has been in effect 60 days or more or if it is a renewal of a policy issued by the Company effective immediately, it may cancel this policy only on its annual anniversary date unless one or more of the following reasons apply:

1.  Nonpayment of premium, including nonpayment of any additional premiums, calculated in accordance with the current rating manual of the insurer, justified by a physical change in the insured property or a change in its occupancy or use.

2.  Conviction of the Named Insured by a crime having as one of its necessary elements an act increasing any hazard insured against.

3.  Discovery of fraud or material misrepresentation on the part of either of the following:

    a.  The Named Insured or his representative in obtaining the insurance; or

    b.  The Named Insured in pursuing a claim under the policy.

4.  Failure to comply with written loss control recommendations.

5.  Material change in the risk which increases the risk of loss after insurance coverage has been issued or renewed.

6.  Determination by the commissioner that the continuation of the policy would jeopardize the company solvency or would place it in violation of the insurance laws of this state or any other state.

7.  Violation or breach by the insured of any policy terms or conditions.

8.  Such other reasons that are approved by the commissioner.

The Company will give the Named Insured at the address shown in the policy, written notice of cancellation at least 10 days before cancellation is to take effect. The Company notice will state the reason for cancellation.

**NONRENEWAL** - If the Company decides not to renew this policy, it will mail or deliver to the Named Insured at the address shown in the policy, and their agent, its notice of nonrenewal at least 60 days before the end of the policy period or anniversary date. Notice of nonrenewal is not required if the Company has offered to issue a renewal policy, or the Named Insured has obtained replacement coverage or have agreed in writing to obtain replacement coverage.

If the Company decides to renew this policy subject to:

1.  An increase in premium rates or factors in excess of 25%; OR

2.  Reduction of limits or elimination of coverages;

The Company will give notice stating the new terms at least 60 days prior to the expiration date.  The notice will be mailed or delivered to the Named Insured at the address on the policy and to the agent.

Exhibit A, Page 330

# TEXAS

## SPECIAL MANDATORY ENDORSEMENT

With respect to any insured location in the State of Texas this policy is amended:

**REQUIREMENTS IN CASE LOSS OCCURS**

1. The Insured shall give immediate written notice to the Company of any loss, notify the police in case of loss by theft, protect the property from further damage, immediately separate the damaged and undamaged personal property, and put it in the best possible order.

2. The Insured shall make reasonable and necessary repairs to protect the property, and keep an accurate record of repair expenses.

3. The Insured shall furnish a complete inventory of the destroyed, damaged and undamaged property showing in detail the quantity, cost, actual cash value and loss amount claimed. All bills, receipts and related documents shall be attached to the inventory.

4. Within 90 days unless such time is extended in writing by the Company, the Insured shall send to the Company a signed, sworn proof of loss.

5. This proof of loss shall state to the best knowledge and belief of the Insured:

   a) The time and origin of loss;

   b) The interest of the Insured and all others in the property involved including all liens on the property;

   c) All other contracts of insurance whether valid or not, covering any of the said property;

   d) The actual cash value of each item of property and the amount of loss to each item;

   e) The name of the occupancy and the occupancy of the building at the time of the loss; and

   f) Any changes in the title, use, occupation, location, possession or exposures of said property since the issuing of this policy.

6. The Insured shall furnish a copy of all the descriptions and schedules in all policies and, if required, a copy of all verified plans and specifications of any building, fixtures or machinery destroyed or damaged.

7. If this policy provides replacement cost coverage and the Insured elects to make claim under the replacement cost coverage of this policy, this proof of loss shall also state, to the best knowledge and belief of the Insured, the replacement cost of the described property and the full cost of repair or replacement of loss without deduction for depreciation.

8. The Insured, as often as may be reasonably required, shall:

   a) Exhibit to any person designated by the Company all that remains of any property described in this policy;

   b) Produce for examination all books of account, business records, bills, invoices and other vouchers or certified copies if originals are lost, and permit copies to be made; and

   c) Submit to examinations under oath and sign and swear to them.

9.   Within fifteen (15) days after the company receives written notice of claim, the Company shall:

    a)   Acknowledge receipt of the claim; but, if the acknowledgement of the claim is not in writing, the Company will keep a record of the date, method and content of the acknowledgement;

    b)   Begin any investigation of the claim; and

    c)   Specify the information that the Insured shall provide in accordance with the above item a.

    The Company may request more information, if during the investigation of the claim such additional information is necessary.

10.   After the Company receives the requested information, the Company shall notify the Insured in writing within fifteen (15) business days, or within thirty (30) days if the Company has reason to believe the loss resulted from arson, whether the claim will be paid or has been denied or whether more information is necessary.

11.   If the Company does not approve payment of the claim or requires more time for processing the claim, the Company shall give the reasons for denying the claim, or give the reasons for requiring more time to process the claim.

12.   But, the Company shall either approve or deny the claim within forty-five (45) days after requesting more time.

13.   In the event of a weather related catastrophe as determined by the State Board of Insurance or major natural disaster as declared under the Texas Disaster Act of 1975, the claim handling deadlines imposed in this policy provision are extended for an additional fifteen (15) days.

14.   "Business day" means a day other than Saturday, Sunday or holiday recognized by the State of Texas.

## LOSS PAYMENT

**1.**   If the Company notifies the Insured that payment of the claim or part of the claim will be made, the company shall make payment within five (5) business days after notification to the Insured.

**2.**   If payment of the claim or part of the claim requires the performance of an act by the Insured, the Company shall make payment within five (5) business days after the date the Insured performs the act.

**3.**   In the event of a weather related catastrophe as determined by the State Board of Insurance or major natural disaster as declared under the Texas Disaster Act of 1975, the claim handling deadlines imposed in this policy provision are extended for an additional fifteen (15) days.

**4.**   "Business day" means a day other than Saturday, Sunday or holiday recognized by the State of Texas.

**SUIT AGAINST COMPANY -** No suit, action or proceeding for the recovery of any claim under this policy shall be sustainable in any court of law or equity unless the Insured shall have fully complied with all the requirements of this policy, and unless the same be commenced within two (2) years and one (1) day next after the cause of action accrues.

## CANCELLATION

**1.**   The Insured may cancel this policy by notice to this Company. Upon demand and surrender of this policy, the Company will refund the unearned premium determined by the customary short rate procedures.

**2.**   Except as provided in 3 below, this company may not cancel this policy after the 60th day following the effective date of this policy.

**3.**   This Company may cancel this policy at any time during the term of this policy for the following reasons:

    a.   Fraud in obtaining coverage;

    b.   Failure to pay premiums when due;

    c.   An increase in hazard within the control of the Insured which would produce an increase in rate;

    d.   Loss of this Company's reinsurance covering all or part of the risk covered by this policy, or;

    e.   This Company being placed in supervision, conservatorship or receivership, if the cancellation or nonrenewal is approved or directed by the supervisor, conservator or receiver.

4.   This Company must deliver or mail to the First Named Insured under this policy, at the address shown on this policy, written notice of cancellation of this policy not less than the 10th day before the date on which the cancellation takes effect.

5.   At the option of the Insured, this policy must be renewed at expiration, unless this Company delivers or mails to the First-Named Insured written notice of the nonrenewal of this policy at the address shown on this policy. The notice must be delivered or mailed not later than the 60th day before the date on which this policy expires. If notice is delivered or mailed later than the 60th day before the date on which this policy expires, the coverage shall remain in effect until the 61st day after the date on which the notice is delivered or mailed.

    **a.**   Earned premium for any period of coverage that extends beyond the expiration date of this policy shall be computed pro rata based on the rate charged for this expired policy.

    **b.**   The transfer of a policyholder between admitted companies within the same insurance group is not considered a refusal to renew.

6.   In notice to the Insured relating to cancellation or refusal to renew this Company must state the reason for the cancellation or nonrenewal.

7.   This Company may not cancel or refuse to renew this policy solely because the Insured is an elected official.

## MORTGAGE INTERESTS AND OBLIGATIONS

1.   This policy, as to the interest of the mortgagee only therein, shall not be invalidated by any act or neglect of the mortgagor or owner of the within described property, nor by any foreclosure or other proceedings or notice of sale relating to the property, nor by any change in the title or ownership of the property, nor by the occupation of the premises for purposes more hazardous than are permitted by this policy; PROVIDED that the mortgagee shall notify the Company of any change of ownership or increase of hazard which shall come to the knowledge of said mortgagee, and unless permitted by this policy, it shall be noted hereon.

2.   If the Insured fails to render proof of loss, such mortgagee, upon notice, shall render proof of loss in the form herein specified within ninety one (91) days thereafter and shall be subject to the provisions hereof relating to appraisal and time of payment and of bringing suit. If the Company shall claim that no liability existed as to the mortgagor or owner, it shall, to the extent of payment of loss to the mortgage, be subrogated to all the mortgagee's rights of recovery, but without impairing mortgagee's right to sue, or it may pay off the mortgage debt and require an assignment thereof and of the mortgage. Other provisions relating to the interests and obligations of such mortgagee may be added hereto by agreement in writing.

3.   Failure upon the part of the mortgagee to comply with any of the foregoing obligations shall render the insurance under this policy null and void as to the interest of the mortgagee.

4.   If this policy is cancelled, the Company will give the mortgagee specifically named in this policy a written notice of cancellation.

5.   If the Company cancels this policy, the mortgagee will be given the same number of days' notice of cancellation as the Insured.

6.  If the Insured cancels this policy, the mortgagee will be given notice of cancellation to be effective on the date stated in the notice; however, the effective date of cancellation cannot be before the 10th day after notice is mailed.

7.  The Company will not give notice of cancellation to any successor or assignee of the mortgagee named in this policy.

8.  In the event of a foreclosure under a deed of trust, the lender may cancel this policy of insurance covering the property foreclosed upon and shall be entitled to any unearned premiums from this policy, provided the lender credits the amount of such unearned premiums against any deficiency owed by the borrower. Unearned premiums shall be determined by the customary short rate procedures.

**ADDITIONAL GENERAL CONDITION, A LIQUIDATED DEMAND -** A fire insurance policy, in case of a total loss by fire of property insured, shall be held and considered to be a liquidated demand against the Company for the full amount of such policy. The provisions of this Article shall not apply to personal property.

# VIRGINIA

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Virginia this policy is amended:

**CANCELLATION** - Written notice of cancellation must be sent to all Insureds by registered or certified mail.

**OTHER INSURANCE / EXCESS INSURANCE / UNDERLYING INSURANCE –** If there is other insurance covering the same loss or damage that is covered, and if the limits of the underlying insurance exceed the deductible that would apply under this policy, then this insurance will apply only as pro rata so that this Company shall not be liable for a greater proportion of any loss than the amount hereby insured shall bear to the whole insurance covering the property against the peril involved, whether collectible or not.

**BASIS OF VALUATION –** The Insured may submit claim based on the actual cash value of the property lost or damaged until repair or replacement has been completed.  The Insured may still claim for the additional coverage which replacement cost provides if notification of intention to do so is received by the company within SIX MONTHS after the loss or damage.

# WISCONSIN

# AMENDATORY ENDORSEMENT

With respect to any insured location in the State of Wisconsin this policy is amended:

**MISREPRESENTATION AND FRAUD -** No oral or written statement, representation or warranty made by the Insured in his behalf in the negotiation of this policy shall be deemed material or defeat or avoid this policy, unless such statement, representation or warranty was false and made with intent to deceive, or unless the matter misrepresented or made a warranty, increased the risk or contributed to the loss. No breach of a warranty in this policy shall defeat or avoid this policy unless the breach of such warranty existed at the time of the loss and either increased the risk at the time of loss or contributed to the loss.

**CHANGES -** The term of this policy shall not be changed, except by endorsement issued to form a part of this policy. Knowledge of an agent of the Company of any fact which breaches a condition of the policy shall be knowledge of the Company if such fact is known to the agent at the time the policy is issued or an application made or thereafter becomes known to the agent in the course of his dealings as an agent with the Named Insured. Any fact which breaches a condition of the policy and is known to the agent prior to loss shall not void the policy or defeat a recovery thereon in the event of loss.

**NOTICE OF LOSS -** If proof of loss is filed as soon as reasonably possible and within one year after the time it is required by the policy, failure to file proof of loss within the time required by the policy shall not invalidate or reduce any claim by the Insured unless the Company is prejudiced thereby and it was reasonably possible to meet the time limit.

**SETTLEMENT OF LOSS: SETTLEMENT OF CLAIMS –** Thirty (30) days limitation for payment of insurance claims shall replace any time limitation presently appearing in the policy.

**NOTICE TO POLICYHOLDERS -** Section Ins. 6.10, Wisconsin Administrative Code requires that certain information accompany all policies issued or renewed after October 1, 1989.

The Wisconsin Code permits the company to return premium on a short rate basis when you initiate cancellation, and on a pro rata basis when it initiates cancellation.

In the event the Insured cancels their policy prior to its expiration date, they will be subject to a substantial penalty.

Should the Company fail to notify the Insured of this penalty in writing at least 10 days prior to cancellation, it cannot refund a premium of less than the pro rata unearned premium.

**COMPANY'S RIGHT OF RECOVERY/ SUBROGATION -** This Company may require from the Insured an assignment of all right of recovery against any party for loss to the extent that payment therefor is made by this Company. This Company shall acquire no right of recovery:

1. Which the Insured has expressly waived prior to loss nor shall such waiver affect the Insured's rights under this policy, or;

2. Unless the Insured has been made whole for all damages sustained.

Any recovery as a result of subrogation arising out of a loss occurrence shall accrue to the Insured in the amount of the deductible and/or the amount of any provable uninsured loss.

**CANCELLATION -** This policy is subject to cancellation by the Company as follows:

1. CANCELLATION OF NEW POLICIES IN FORCE FOR LESS THAN 60 DAYS. Insurance under this policy which has been in force for less than 60 days and if this is not a renewal policy, may be cancelled by the Company by mailing or delivering to the Named Insured written notice stating when, not less than 10 days thereafter, such

cancellation shall be effective.

2.   CANCELLATION FOR NON-PAYMENT OF PREMIUM. Insurance under this policy may be cancelled by the Company if the Named Insured fails to discharge when due, any of his obligations in connection with the payment of premium for such policy or any installment thereof by mailing to the Named Insured written notice stating when, not less than 10 days thereafter, such cancellation shall be effective.

3.   MID-TERM CANCELLATION OF POLICIES IN FORCE FOR 60 DAYS OR MORE AND RENEWAL POLICIES. Other than for non-payment of premium as provided for in the paragraph (b) above, insurance under this policy which has been in effect for 60 days or more or if this is a renewal policy, may be cancelled by the Company prior to the expiration of the policy term only for one of the following specified reasons:

   a.   Material misrepresentation;

   b.   Substantial change in the risk assumed, except to the extent that the Company should reasonably have foreseen the change or contemplated the risk in writing the contract;

   c.   Substantial breaches of contractual duties, conditions or warranties. Such cancellation may be made by mailing or delivering to the Named Insured written notice stating when, not less than 10 days thereafter, such cancellation shall be effective.

4.   CANCELLATION OF POLICIES WITH A TERM OF MORE THAN ONE YEAR. In addition to the right of the Company to cancel as provided for in paragraph (b) and (c) above and provided that if this policy is written without a fixed expiration date or for a policy term longer than one year, this policy may be cancelled by the Company effective on the expiration of any annual period, commencing with its original effective date, by mailing or delivering to the Named Insured written notice of such cancellation not less than 60 days prior to the expiration of such annual period.

5.   NON-RENEWAL OF POLICY. The Named Insured shall have a right to renewal of this policy on the terms then being applied by the Company to similar risks for an additional period of time equivalent to the expiring term if the agreed term is a year or less, or for one year if the agreed term is longer than one year, unless at least 60 days prior to the date of expiration of the policy term a notice of intention not to renew the policy beyond such agreed expiration date is mailed or delivered to the Named Insured.

If the Named Insured has insured elsewhere, has accepted replacement coverage or has requested or agreed to non-renewal, the provisions of this Non-Renewal of policy condition do not apply.

All other terms and conditions of this policy not in conflict herewith shall remain unchanged.

# EXHIBIT 3

Talking Points on the 2019 Novel Coronavirus (2019-nCoV)

"2019 Novel Coronavirus (2019-nCoV) is a virus (more specifically, a coronavirus) identified as the cause of an outbreak of respiratory illness first detected in Wuhan, China. Early on, many of the patients in the outbreak in Wuhan, China reportedly had some link to a large seafood and animal market, suggesting animal-to-person spread. However, a growing number of patients reportedly have not had exposure to animal markets, indicating person-to-person spread is occurring. At this time, it's unclear how easily or sustainably this virus is spreading between people.  The latest situation summary updates are available on CDC's web page 2019 Novel Coronavirus, Wuhan, China."[1]

Several of our clients have inquired as to whether there is coverage for losses they have or expect to incur as a result of the virus, which has spread outside of China. As one might expect, we have a wide range of clients who may be affected in a variety of ways by this outbreak. This document will not deal with all the issues associated with this matter, but will be helpful in providing responses to basic questions as it relates to the coverage provided by our policies.

The standard FM Global Advantage and AFM proVision forms provide a specific coverage for Communicable Disease. The Advantage policy provides Communicable Disease Response under Property Damage and Interruption by Communicable Disease under Time Element. The proVision policy provides coverage for Communicable Disease – Property Damage and Communicable Disease – Business Interruption. This memo addresses the standard policy language (cited below).

**Lead in policy language policy language is noted below:**
Property Damage
    The 2019Advantage Policy states in part:
        If a **location** owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease** and access to such location is limited, restricted or prohibited by:
        1) an order of an authorized governmental agency regulating the actual not suspected presence of communicable disease; or
        2) a decision of an Officer of the Insured as a result of the actual not suspected presence of **communicable disease**,

    The proVision states:
        If a **described location** owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease** and access to such **described location** is limited, restricted or prohibited by:
            **a)** An order of an authorized governmental agency regulating or as result of such presence of **communicable disease**; or
            **b)** A decision of an Officer of the Insured as a result of such presence of **communicable disease**

This same initial lead in language also appears under the Advantage Time Element coverage and the proVision Business Interruption coverage.

Q. What is the trigger of coverage for Property Damage?

    A. Under each policy there must be the actual presence of a **communicable disease** at a location owned, leased or rented by the Insured and the access must be limited by either 1) or 2) under the Advantage, or a) or b) under proVision

Q. When does this coverage apply?

    A.   Advantage Policy – under both Property Damage and Time Element each state:
        • This Additional Coverage will apply when access to such location is limited, restricted or prohibited in excess of 48 hours
    A.   AFM proVision Policy - under both Property Damage and Business Interruption each state:
        • This coverage is subject to the Qualifying Period in the Declarations section of this Policy

Q. Would an employee at a **location** who is affected with the **communicable disease** be considered the "actual presence" of a **communicable disease?**

---

[1] https://www.cdc.gov/coronavirus/2019-ncov/about/index.html

A. Yes - if it can be confirmed the employee actually has the **communicable disease** and that the presence of the **communicable disease** is the basis for the decision limiting access as noted in sub-sections 1) and 2) under the Advantage Policy or a) and b) under proVision Policy.

Q. How can we determine whether an employee has the **communicable disease**

A. In some jurisdictions, access to medical records is not possible without employee consent. However, the Insured can ask the employee for the necessary medical diagnosis.

Q. If an Insured closes one or more locations because they suspect the presence of the **communicable disease** or does so in an abundance of caution, would that trigger coverage.

A. No. Coverage is only triggered if there is the actual presence of a **communicable disease.**

Q. What deductible would apply in the event of a covered loss?

A. If a coverage-specific deductible is not specified, the largest applicable deductible would apply. For example, if the location deductible is $1,000,000 combined and the All Other Loss deductible is $250,000, the $1,000,000 would apply.

Q. Would an outbreak of a different virus be considered part of the same occurrence?

A. No

Q. Does coverage under Civil or Military Authority apply?

A. No
The Advantage form states:
"This Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY if an order of civil or military authority limits, restricts or prohibits partial or total access to the insured location provided such order is the direct result of physical damage of the type insured at the insured location or within five statute miles/eight kilometres of it…."

The proVision form states:
"This Policy covers the Business Interruption Coverage loss incurred by the Insured during the Period of Liability if an order of civil or military authority prohibits access to a **location** provided such order is the direct result of physical damage of the type insured at a **location** or within five (5) statute miles of it…"

A virus will typically not cause physical damage. Under either policy, the presence of a communicable disease does not constitute physical damage and is not of the type insured against as a virus falls within the definition of **contamination,** which is excluded.

Q. Does coverage under Contingent Time Element Extended (Advantage) or Supply Chain (ProVision) or Ingress/Egress apply?

A. No
These coverages require physical loss or damage to property of the type insured under either policy. The presence of a communicable disease does not constitute physical damage and is not of the type insured against as a virus falls within the definition of **contamination,** which is excluded.

Q. Is there any activity to consider prior to confirming coverage or issuing a payment?

A. Yes - keep in mind that most policies issued have a specific limit for this coverage and an annual aggregate applies. Check with the Claims Manager Written as well as the DSGA Written prior to confirming coverage and prior to issuing any payment to determine the status of the annual aggregate.

While the FM Global Advantage offers some of the broadest property coverage available, there are still events for which there may be no coverage. The Advantage and AFM policies insure against physical damage and require that there be insured physical loss or damage to property before its coverages become available. The Communicable Disease coverage provides for a specific trigger of coverage under these Additional Coverages. If there is a report of loss, FM Global stands ready to provide all the coverage available under the terms and conditions of its policies.