# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE ARTISTS AGENCY, LLC, a Delaware limited liability company; and CAA HOLDINGS, LLC, a Delaware limited liability company, | Case No. 2:21-cv-08314-AB-GJS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| AFFILIATED FM INSURANCE COMPANY, a Rhode Island limited liability company; and DOES 1 through 10, inclusive, | |
| Defendants. | |

For the reasons stated in the Order dated July 27, 2022, *see* ECF No. 27, **IT IS HEREBY ORDERED** that **JUDGMENT** is **ENTERED** in favor of Defendant Affiliated FM Insurance Company and against Plaintiffs Creative Artists Agency, LLC and CAA Holdings, LLC in the above-captioned matter.  This Order will constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58.

Dated:  August 16, 2022

_____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE